CO-386-online
10/03

# United States District Court
# For the District of Columbia

PARS ÈQUALITY CENTER, IRANIAN AMERICAN BAR
ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL,
PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC , et
al ,

        Plaintiff

    vs

DONALD J. TRUMP et al.,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:17-cv-00255
Assigned To : Chutkan, Tanya S.
Assign. Date : 2/8/2017
Description: TRO/PI    (D-DECK)

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Public Affairs Alliance of Iranian Americans, Inc.___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Public Affairs Alliance of Iranian Americans, Inc.___ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

453075

BAR IDENTIFICATION NO.

John A. Freedman

Print Name

601 Massachusetts Avenue, NW

Address

Washington, DC 20001

City    State    Zip Code

(202) 942-5316

Phone Number