CO-386-online
10/03

# United States District Court
# For the District of Columbia

PARS EQUALITY CENTER, IRANIAN AMERICAN BAR )
ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, )
PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC , et )
al , )
                                             Plaintiff   )
vs )
DONALD J. TRUMP et al., )
)
                                           Defendant   )

Case: 1:17-cv-00255
Assigned To : Chutkan, Tanya S.
Assign. Date : 2/8/2017
Description: TRO/PI    (D-DECK)

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Iranian American Council__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Iranian American Council__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_/s/ signature_
Signature

453075
BAR IDENTIFICATION NO.

John A. Freedman
Print Name

601 Massachusetts Avenue, NW
Address

Washington, DC 20001
City        State        Zip Code

(202) 942-5316
Phone Number