CO-386-online
10/03

# United States District Court
# For the District of Columbia

PARS EQUALITY CENTER, IRANIAN AMERICAN BAR
ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL,
PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et
al ,

              vs           Plaintiff

DONALD J. TRUMP et al.,

                    Defendant

)
)
)
)
)
)
)
)
)
)
)

Case: 1:17-cv-00255
Assigned To : Chutkan, Tanya S.
Assign. Date : 2/8/2017
Description: TRO/PI      (D-DECK)

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Iranian American Bar Association  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Iranian American Bar Association  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

453075

BAR IDENTIFICATION NO.

John A. Freedman

Print Name

601 Massachusetts Avenue, NW

Address

Washington, DC 20001

City          State          Zip Code

(202) 942-5316

Phone Number