AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PARS EQUALITY CENTER, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-255 |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Pars Equality Center, Iranian American Bar Association, National Iranian American Council, Public Affairs Alliance of Iranian Americans, Inc., Ali Asaei, Shiva Hissong, Omid Moghimi, John Does #1-8, Jane Does #1-7, and Baby Doe #1

Date: 02/09/2017

/s/ Stephen K. Wirth
*Attorney's signature*

Stephen K. Wirth DC Bar# 1034038
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Address*

stephen.wirth@apks.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on February, 9, 2017, a true and correct copy of the foregoing Notice of Appearance was filed and served via the Court's CM/ECF filing system. I further certify that on February, 9, 2017, copies were sent via U.S. Mail to the below:

Dana J. Boente
Attorney General of the United States
950 Pennsylvania Ave. NW
Washington, DC 20530

US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

US Attorney for DC
Judiciary Center Building
555 Fourth St, NW
Washington, DC 20530

US Department of State
2201 C Street, NW
Washington, DC 20520

Rex Tillerson
Secretary of State
US Department of State
2201 C Street, NW
Washington, DC 20520

Department of Homeland Security
3801 Nebraska Avenue NW
Washington, DC 20016

John Kelly
Secretary of DHS
Department of Homeland Security
3801 Nebraska Avenue NW
Washington, DC 20016

US Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20004

Kevin McAleenan
Commissioner of CBP
US Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20004

Donald J. Trump
President of the United States
1600 Pennsylvania Ave., NW
Washington, DC 20500

Dated:  February 9, 2017        /s/ Stephen K. Wirth
                                Stephen K. Wirth