THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Pars Equality Center, | ) | |
| Iranian American Bar Association, | ) | |
| National Iranian American Council, | ) | |
| Public Affairs Alliance of Iranian Americans, | ) | |
| Inc., *et al.*, | ) | Civil Action Number |
| | ) | |
| Plaintiffs, | ) | _____17-cv-255_____ |
| | ) | |
| v. | ) | |
| | ) | |
| Donald J. Trump, President of the United States, | ) | |
| *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* TO PARTICIPATE IN THE CASE

Comes now U.W. Clemon, Of Counsel to the law firm of Mehri & Skalet, PLLC, and moves the Court for *pro hac vice* admission to participate in this case. This motion is supported by the Declaration of U.W. Clemon, filed herewith. This motion is supported and signed by Cyrus Mehri, an active and sponsoring member of the Bar of this Court.

1

Dated this 9th day of February, 2017.

                        Respectfully submitted,

                        /s/ Cyrus Mehri_____

                        Cyrus Mehri (D.C. Bar No. 420970)
                        MEHRI & SKALET, PLLC
                        1250 Connecticut Avenue, NW
                        Suite 300
                        Washington, DC 20036
                        Telephone: (202) 822-5100
                        Fax: (202) 822-4997
                        CMehri@findjustice.com