THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Pars Equality Center,<br>Iranian American Bar Association,<br>National Iranian American Council,<br>Public Affairs Alliance of Iranian Americans,<br>Inc. *et al*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, President of the United States,<br>*et al*.<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.17-cv-255 |

**DECLARATION OF U.W. CLEMON**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of the Motion, and pursuant to Local Rule 83.2 (d), movant submits the following Declaration.

1. My full name is U.W. Clemon.

2. My address is Suite 300, 1250 Connecticut Avenue, Washington, D.C. 20036.

3. I am admitted to practice in the State of Alabama, and in the United States District Court for the Northern and Middle Districts of Alabama.

4. I certify that I have never been disciplined by a bar association.

5. I have not previously applied for or been admitted *pro hac vice* in any case in this Court.

6. I am not a member of the District of Columbia Bar. I have not applied for membership in the Columbia Bar, although I intend to do so within the next ten days.

I hereby declare under penalty of perjury that the above statements are true and correct. Executed in Washington, District of Columbia, this 9th day of February, 2017.

/s/U.W. Clemon
U.W. Clemon ASB No. 0095O76U
Mehri & Skalet, PLLC
1250 Connecticut Avenue
Washington, DC 20036