IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARS EQUALITY CENTER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *in his official*<br>*capacity as President of the*<br>*United States*, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:17-cv-00255-TSC |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel Schwei in the above-captioned matter as counsel for all Defendants. All future correspondence and other communications regarding this case should be directed to Mr. Schwei at the addresses and phone number indicated below.

Dated: February 10, 2017                                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Trial Attorney (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530

Tel.:  (202) 305-8693
Fax:  (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*