AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PARS EQUALITY CENTER, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-255 TSC |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Pars Equality Center, Iranian American Bar Association, National Iranian American Council, Public Affairs Alliance of Iranian Americans, Inc., Ali Asaei, Shiva Hissong, Omid Moghimi, John Does #1-8, Jane Does #1-7, and Baby Doe #1

Date: 02/10/2017

/s/ Amelia A. Friedman
*Attorney's signature*

Amelia A. Friedman, D.C. Bar #1033583
*Printed name and bar number*

MEHRI & SKALET, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036
*Address*

AFriedman@findjustice.com
*E-mail address*

(202) 822-5100
*Telephone number*

(202) 822-4997
*FAX number*