**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PARS EQUALITY CENTER, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, ) | |
| Defendants. ) | |

## **[PROPOSED] ORDER**

This matter came before the Court on Defendants' Emergency Motion for Stay of Existing Deadlines Pending Issuance of a New Executive Order. The Court has considered the motion and all documents filed therewith. Having considered the foregoing, the Court hereby:

**GRANTS** Defendants' motion; and

**STAYS** all deadlines in this action pertaining to Plaintiffs' motion for a preliminary injunction, pending the President's issuance of a revised Executive Order; and

**ORDERS** Defendants to promptly notify the Court and Plaintiffs upon the President's issuance of a revised Executive Order; and

**ORDERS** that the parties shall, within two business days of the President's issuance of the revised Executive Order, submit a joint status report regarding whether any further proceedings are necessary in this matter, and if so the proposed schedule for such proceedings.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge