AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Pars Equality Center et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-255 |
| Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Pars Equality Center, Iranian American Bar Association, National Iranian American Council, Public Affairs Alliance of Iranian Americans, Inc., Ali Asaei, Shiva Hissong, Omid Moghimi, John Does #1-8, Jane Does #1-7, and Baby Doe #1 .

Date: 02/21/2017

/s/ Sally L. Pei
*Attorney's signature*

Sally L. Pei DC Bar No. 1030194
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001

*Address*

sally.pei@apks.com
*E-mail address*

(202) 942-6581
*Telephone number*

(202) 942-5999
*FAX number*