IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:17-cv-255-TSC |

Having considered the motion of *amici curiae* Americans United for Separation of Church and State and the Southern Poverty Law Center for leave to file an *amicus* brief, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to accept the proposed brief for filing.

**IT IS SO ORDERED.**

Dated: _____        _____
                                       The Honorable Tanya S. Chutkan
                                       United States District Judge