# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OR IRANIAN AMERICANS, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00255-TSC |

## **[PROPOSED] ORDER**

Upon consideration of the Motion of HIAS for Leave to File and Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby **ORDERED** that the motion is **GRANTED**.

Date:_____         _____
                                                                HON. TANYA S. CHUTKAN
                                                                United States District Judge