IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:17-cv-255-TSC |
| DONALD J. TRUMP, President of the United States, *et al.*, | |
| *Defendants.* | |

## MOTION FOR PRO HAC VICE ADMISSION

I, Richard B. Katskee, am a member of the Bar of this Court. On March 1, 2017, I filed a motion for leave to file an *amicus* brief in this case on behalf of *amici curiae* Americans United for Separation of Church and State and the Southern Poverty Law Center. (Doc. 19.) Joining me as cocounsel is Kristi L. Graunke of the Southern Poverty Law Center. I hereby move Ms. Graunke's admission to appear *pro hac vice* before this Court. I am confident that Ms. Graunke possesses the necessary qualifications for admission to the Court's bar. Ms. Graunke's declaration is attached at Attachment 1. A proposed order is attached at Attachment 2.

Date: March 2, 2017

Respectfully submitted,

/s/ Richard B. Katskee
Richard B. Katskee (D.C. Bar No. 474250)
Americans United for Separation of
  Church and State
1310 L Street, NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
katskee@au.org

*Counsel for* Amici Curiae

## Attorneys to be Notified

**Amelia Friedman**
**Cyrus Mehri**
**Joanna K. Wasik**
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036

**John Arak Freedman**
**Robert Stanton Jones**
**Sally Pei**
**Stephen K. Wirth**
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001

**Daniel Stephen Garrett Schwei**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW, Room 7340
Washington, DC 20001

**James E. B. Bobseine**
DECHERT, LLP
1900 K Street NW
Suite 1200
Washington, DC 20006