IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-255-TSC

## DECLARATION OF KRISTI L. GRAUNKE

1. My name is Kristi Lee Graunke.

2. I am a Senior Supervising Attorney at the Southern Poverty Law Center. My office address is: 1989 College Ave. NE., Atlanta, GA 30317. My office phone number is: (404) 521-6700.

3. I have been admitted to the state bars of Georgia, North Carolina, and New York. I am also a member of the bars of the Georgia Supreme Court, all U.S. District Courts in Georgia, the U.S. District Court for the Northern District of Florida, and the U.S. Courts of Appeals for the Fourth, Fifth, Sixth, Eighth, and Eleventh Circuits.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2017,

_____
Kristi L. Graunke