IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:17-cv-255-TSC |

## ORDER

The Court has reviewed the Motion for Pro Hac Vice Admission of Kristi L. Graunke filed by Richard B. Katskee. (Doc. No. 21.) The Motion is GRANTED. Kristi L. Graunke may appear *pro hac vice* in this matter.

SO ORDERED this ____ day of _____, 2017,

_____
Tanya S. Chutkan, United States District Judge