IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-255-TSC

## DECLARATION OF GILLIAN B. GILLERS

1. My name is Gillian Brett Gillers.

2. I am a Staff Attorney at the Southern Poverty Law Center. My office address is: 1989 College Ave. NE., Atlanta, GA 30317. My office phone number is: (404) 521-6700.

3. I have been admitted to the state bars of New York and Georgia. I am also a member of the bars of the Supreme Court of Georgia, the U.S. District Court for the Northern District of Georgia, and the U.S. Court of Appeals for the Fifth Circuit.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this \_\_1st\_\_ day of March, 2017,

                                                              */s/ Gillian B. Gillers*

                                                              Gillian B. Gillers