IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:17-cv-255-TSC |

## <u>ORDER</u>

The Court has reviewed the Motion for Pro Hac Vice Admission of Gillian B. Gillers filed by Richard B. Katskee. (Doc. No. 22.) The Motion is GRANTED. Gillian B. Gillers may appear *pro hac vice* in this matter.

SO ORDERED this ____ day of _____, 2017,

_____
Tanya S. Chutkan, United States District Judge