**Schwei, Daniel S. (CIV)**

| | |
|---|---|
| **From:** | Freedman, John A. <John.Freedman@apks.com> |
| **Sent:** | Wednesday, March 01, 2017 5:24 PM |
| **To:** | Schwei, Daniel S. (CIV); Wirth, Stephen K. |
| **Cc:** | CMehri@findjustice.com; Judge U.W. Clemon; Pei, Sally; Jones, Stanton; afriedman@findjustice.com; jwasik@findjustice.com |
| **Subject:** | RE: Supplemental declarations |

Daniel --

We are not filing a supplement to our pending motion for a PI.  Defendants opposition to our motion for leave to submit the declarations is noted.

Best regards,

John

---

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Wednesday, March 01, 2017 2:30 PM
**To:** Wirth, Stephen K.
**Cc:** Freedman, John A.; CMehri@findjustice.com; Judge U.W. Clemon; Pei, Sally; Jones, Stanton; afriedman@findjustice.com; jwasik@findjustice.com
**Subject:** RE: Supplemental declarations

Stephen,

Given that Plaintiffs intend to supplement their preliminary injunction motion with additional declarations, we believe the appropriate course would be for Plaintiffs to supplement that motion *before* Defendants are required to file their opposition.  Defendants are not required to address extra-record evidence in our opposition (let alone extra-record evidence we received the day before the deadline), and certainly we are not required to address that evidence before seeing how Plaintiffs seek to use or rely on the evidence.  Thus, Defendants would not oppose Plaintiffs' motion to the extent it seeks to supplement your initial motion, and then extends Defendants' deadline for responding to your motion a sufficient amount of time (say, three business days).

If, however, Plaintiffs refuse to supplement their initial motion—and Plaintiffs instead seek leave to file these supplemental declarations in connection with your reply brief—Defendants oppose your motion.

Please let me know if you would like to discuss.

Thanks,
Daniel

---

**From:** Wirth, Stephen K. [mailto:Stephen.Wirth@apks.com]
**Sent:** Wednesday, March 01, 2017 11:15 AM
**To:** Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>
**Cc:** Freedman, John A. <John.Freedman@apks.com>; CMehri@findjustice.com; Judge U.W. Clemon <jclemon@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; Jones, Stanton <Stanton.Jones@apks.com>;

1

afriedman@findjustice.com; jwasik@findjustice.com
**Subject:** Supplemental declarations

Daniel – Attached please find supplemental declarations from certain of our plaintiffs that we intend to submit to the Court with our reply brief next week.  We are sharing these with you now so that Defendants will have an opportunity to address them in their brief.  Also, per Local Rule 65.1(c), we will file a motion for leave to submit the supplemental declarations.  Please let us know whether Defendants consent to the motion for leave.

Stephen K. Wirth
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW | Washington | DC 20001-3743
T: +1 202.942.6739 | M: +1 406.407.6051 | F: +1 202.942.5999
stephen.wirth@apks.com | www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com