**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
PARS EQUALITY CENTER, *et al.*,        )
                                                    )
                     Plaintiffs,                )
                                                    )
          v.                                     )          Civil Action No. 1:17-cv-00255-TSC
                                                    )
DONALD J. TRUMP, *in his official*      )
*capacity as President of the*              )
*United States*, *et al.*,                      )
                                                    )
                     Defendants.             )
_____)

## [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for a preliminary injunction.  The

Court has considered the motion, and any response and reply thereto, and all documents filed

therewith.  Having considered the foregoing, the Court hereby **DENIES** Plaintiffs' motion for a

preliminary injunction due to the lack of demonstrated irreparable harm.


DATED: _____.


                                        _____
                                        Tanya S. Chutkan
                                        U.S. District Judge