AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Pars Equality Center, et al.
*Plaintiff*
v.
Dobald J. Trump, et al.
*Defendant*

Case No. 1:17:cv-00255-TSC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 03/06/2017

*Attorney's signature*

Jon Greenbaum, DC Bar No. 489887
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, DC 20005

*Address*

jgreenbaum@lawyerscommittee.org
*E-mail address*

(202) 662-8315
*Telephone number*

(202) 783-0867
*FAX number*