**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | No. 17-cv-255 <br><br> Electronically Filed |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's minute order of March 6, 2017 for the "parties to file a joint status report setting forth their proposal for moving forward with this case," Plaintiffs and Defendants respectfully submit this joint status report and proposed schedule:

1. Plaintiffs will file an amended complaint and their motion for preliminary injunction on **March 14, 2017**. The parties agree that this motion should be governed by Local Rule 65, except as described herein.

2. Defendants' opposition to the motion for preliminary injunction should be due on or before **March 23, 2017**.

3. Following the submission of Defendants' opposition, the parties request a status conference to discuss the parameters of the preliminary injunction hearing. In the event either party is proposing live testimony at the preliminary injunction hearing, that party will provide notice to opposing counsel and the Court 72 hours prior to the status conference, along with a list of the witnesses to be examined and an estimate of the time required.

4. Plaintiffs' reply in support of the motion for preliminary injunction should be due on or before **March 30, 2017**.

5. Consistent with Local Civil Rule 65.1(d), Plaintiffs respectfully request that a hearing on their motion for a preliminary injunction be scheduled on or before **April 4, 2017**. Consistent with Local Civil Rule 16.2(c)(2), undersigned counsel for Defendants respectfully informs the Court that counsel has a previously scheduled personal commitment beginning at 12 p.m. on April 3, 2017, though others within the Department of Justice would be available to attend a hearing on that date.

March 10, 2017

Respectfully submitted,

/s/ John A. Freedman

| | |
|---|---|
| Cyrus Mehri (D.C. Bar # 420970) | John A. Freedman (D.C. Bar # 453075) |
| Joanna K. Wasik (D.C. Bar. # 1027916) | David P. Gersch (D.C. Bar # 367469) |
| Amelia A. Friedman (D.C. Bar. # 1033583) | R. Stanton Jones (D.C. Bar # 987088) |
| MEHRI & SKALET, PLLC | Nancy L. Perkins (D.C. Bar # 421574) |
| 1250 Connecticut Ave., NW | Ronald A. Schechter (D.C. Bar # 245019) |
| Suite 300 | Robert N. Weiner (D.C. Bar # 298133) |
| Washington, DC 20036 | Samuel M. Witten (D.C. Bar # 378008) |
| (202) 822-5100 | Lindsey D. Carson (D.C. Bar # 992620) |
| (202) 822-4997 (fax) | Sonia Tabriz (D.C. Bar # 1025020) |
| cmehri@findjustice.com | Sally L. Pei (D.C. Bar # 1030194) |
| | Stephen K. Wirth (D.C. Bar # 1034038) |
| Kristen Clarke (D.C. Bar # 973885) | ARNOLD & PORTER |
| Jon Greenbaum (D.C. Bar # 489887) |   KAYE SCHOLER LLP |
| LAWYERS' COMMITTEE FOR | 601 Massachusetts Ave., NW |
|   CIVIL RIGHTS UNDER LAW | Washington, DC 20001 |
| 1401 New York Ave., NW | (202) 942-5000 |
| Suite 400 | (202) 942-5999 (fax) |
| Washington, DC 20005 | john.freedman@apks.com |
| (202) 662-8600 | |
| (202) 783-0857 (fax) | Christopher M. Odell |
| jgreenbaum@lawyerscommittee.org |   (*pro hac vice* motion forthcoming) |
| | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| | 700 Louisiana Street, Suite 1600 |
| | Houston, TX  77002 |
| | (713) 576-2400 |
| | (713) 576-2499 (fax) |
| | christopher.odell@apks.com |

*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOHN R. TYLER
Assistant Branch Director

/s/ Daniel Schwei
DANIEL SCHWEI (N.Y. Bar)
MICHELLE R. BENNETT (Co. Bar No. 37050)
ARJUN GARG (D.C. Bar No. 975335)
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel.:   (202) 305-8693
Fax:   (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*