IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | No. 1:17-CV-00255-TSC |

**PLAINTIFFS' MOTION UNDER RULE 15(a) TO FILE AMENDED COMPLAINT AND FOR LEAVE TO ADD ADDITIONAL PSEUDONYMOUS PLAINTIFFS**

Plaintiffs respectfully move pursuant to Fed. R. Civ. P. 15(a)(1) to file the attached First Amended Complaint.  *See* Exhibit A.  Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiffs state as follows:

1. Plaintiffs commenced this action on February 8, 2017.

2. No responsive pleading has been filed.

3. Under Rule 15(a)(1), a party may amend its pleading once as a matter of course within 21 days of a responsive pleading or Rule 12 motion.  The proposed amended complaint is submitted within this time, and addresses President Trump's March 6, 2017 Executive Order, also entitled "Protecting the Nation from Foreign Terrorist Entry into the United States" ("March 6 Executive Order").

4. Plaintiffs further seek leave of the Court to allow certain additional individuals who are new plaintiffs in the First Amended Complaint to proceed via pseudonym. The Plaintiffs previously moved (on February 8) and received leave for certain of the Plaintiffs in this action to proceed in such a manner. That motion noted that the Plaintiffs were individuals of Iranian descent whose legal status, family unity, employment opportunity, and personal safety have been threatened in the wake of President Trump's January 27, 2017 Executive Order entitled "Protecting the Nation from Foreign Terrorist Entry into the United States" ("January 27 Executive Order"), and that the individuals had a reasonable and credible fear that, if their identity is revealed in connection with this lawsuit, they—as well as members of their family—could face retaliation, which could ultimately result in loss of legal status, arrest, detention, deportation, and persecution within Iran.

5. The February 8 motion was granted. *See* Docket No. 2.

6. The additional Doe Plaintiffs (Jane Does #9-13) also have a reasonable and credible fear of retaliation in the wake of the March 6, 2017 Executive Order. Like the existing Doe Plaintiffs, Jane Does #9-13 are individuals of Iranian descent whose legal status, family unity, employment opportunity, and personal safety have been threatened in the wake of President Trump's January 27 and March 6 Executive Orders, and these the individuals have a reasonable and credible fear that, if their identity is revealed in connection with this lawsuit, they—as well as members of their family—could face retaliation, which could ultimately result in loss of legal status, arrest, detention, deportation, and persecution within Iran.

7. Doe Plaintiffs further requests to list Doe Plaintiffs' counsel's address as the address for the Doe Plaintiffs in the Court's records.

8. To the extent that the Court needs additional information concerning any of the proposed additional Doe Plaintiffs, Plaintiffs would be happy to make such information available on an *ex parte* basis and under seal.

9. Pursuant to Local Rule 7(m), counsel for Plaintiffs state that they conferred on Plainitffs' Motion for Leave Under Rule 15(a) to File an Amended Complaint and to Add Additional Pseudonymous Plaintiffs. Defendants agree that Plaintiffs should be permitted to amend their complaint (and the parties will be submitting a joint motion to set a schedule for Defendants' response). At this time, Defendants do not oppose Plaintiffs' request to proceed under pseudonyms. However, Defendants reserve the right at a future date either to request that the Court enter a protective order, or to move to unseal the identities of one or more of the pseudonymous Plaintiffs.

WHEREFORE, Doe Plaintiffs respectfully requests that this Court grant this Motion to Add Additional Pseudonymous Plaintiffs and allow Doe Plaintiffs to be known as Jane Does # 9-13, and to list their counsel's address as the address for Doe Plaintiffs in the Court's records.

Dated:   March 15, 2017

Cyrus Mehri (D.C. Bar # 420970)
Joanna K. Wasik
Amelia Friedman
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
(202) 822-5100
(202) 822-4997 (fax)
cmehri@findjustice.com


Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Suite 400
Washington, DC 20005
(202) 662-8600
(202) 783-0857 (fax)
jgreenbaum@lawyerscommittee.org

Respectfully submitted,

/s/ John A. Freedman
John A. Freedman (D.C. Bar # 453075)
David P. Gersch (D.C. Bar # 367469)
R. Stanton Jones (D.C. Bar # 987088)
Nancy L. Perkins (D.C. Bar # 421574)
Ronald A. Schechter  (D.C. Bar # 245019)
Robert N. Weiner (D.C. Bar # 298133)
Sonia Tabriz (D.C. Bar # 1025020)
Stephen K. Wirth (D.C. Bar # 1034038)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

Christopher M. Odell
  (*pro hac vice* motion forthcoming)
ARNOLD & PORTER
  KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@apks.com


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John A. Freedman, hereby certify that on March 15, 2017, the foregoing document was filed and served through the CM/ECF system.

/s/ John A. Freedman
John A. Freedman (D.C. Bar # 453075)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

*Counsel for Plaintiffs*