IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 17-cv-255 |

**PROPOSED ORDER GRANTING
PLAINTIFFS' MOTION UNDER RULE 15(a) TO FILE AMENDED COMPLAINT AND
FOR LEAVE TO ADD ADDITIONAL PSEUDONYMOUS PLAINTIFFS**

The Court, having considered Plaintiffs' Motion Under Rule 15(a) to File Amended Complaint and for Leave to Add Additional Pseudonymous Plaintiffs ("Motion") and finding that good cause appears, orders as follows:

Plaintiffs' Motion is hereby **GRANTED**.

Plaintiffs' Amended Complaint, which is attached as Exhibit A to Plaintiffs' Motion, is deemed filed.

Plaintiffs Jane Doe #9-13 may proceed in this action under pseudonyms. All parties shall use Plaintiffs Jane Doe #9-13 as pseudonyms in all documents filed in this action.

**IT IS SO ORDERED.**

Dated: March __, 2017

_____
U.S. DISTRICT JUDGE