UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, et al.,

       Plaintiffs,

v.　　　　　　　　　　　　　　　　Case No. 17-cv-0255 (TSC)

DONALD J. TRUMP, et al.,

       Defendants.

## ORDER

Upon consideration of Plaintiffs' unopposed Motion to File Amended Complaint and for Leave to Add Additional Pseudonymous Plaintiffs, it is hereby ordered that Plaintiffs' motion is GRANTED.

Plaintiffs are ORDERED to file their Amended Complaint in a new docket entry by March 17, 2017. Plaintiffs are FURTHER ORDERED to file their Motion for Preliminary Injunction by March 17, 2017. Defendants' Response shall be due by March 28, 2017, and Plaintiffs' Reply shall be due by April 4, 2017. A hearing is hereby set for Thursday, April 13, 2017 at 2:00 p.m. in Courtroom 2.

It is additionally ORDERED that Plaintiffs Jane Doe #9–13 may proceed in this action under pseudonyms, and all parties shall use Plaintiffs Jane Doe #9–13 as pseudonyms in all documents filed in this action.

Date:  March 15, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge