IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Civil Action No. 17-cv-255 |

**PROPOSED ORDER GRANTING THE PARTIES' JOINT SCHEDULING MOTION**

The Court, having considered the Parties' Joint Scheduling Motion ("Motion") and finding that good cause appears, orders as follows:

The Motion is hereby **GRANTED**.

It is further ordered that:

1. Within fifteen (15) days of the Court's decision on Plaintiffs' motion for preliminary injunction, Defendants shall answer or move with regard to the amended complaint.

2. In the event Defendants move to dismiss the amended complaint, Plaintiffs' opposition will be due twenty-one (21) days after Defendants file their motion, and Defendants' reply will be due within ten (10) days after the opposition is filed.

**IT IS SO ORDERED.**

Dated: March __, 2017

_____
U.S. DISTRICT JUDGE