**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Pars Equality Center, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 1:17-cv-255 (TSC) |
| v. ) | |
| ) | Electronically Filed |
| Donald J. Trump, *et al.*, ) | |
| ) | Hon. Tanya S. Chutkan |
| Defendants, ) | |

**ORDER**

Upon consideration of the Motion of the National Urban League and the National Association for the Advancement of Colored People, filed on March 28, 2017, for leave to join the *amici curiae* brief filed by the Civil Rights Organizations, any response, and the entire record of this case, and having determined that good cause has been shown for granting the Motion, it is hereby,

ORDERED that the Motion is granted; and it is

FURTHER ORDERED THAT the National Urban League and the National Association for the Advancement of Colored People are granted leave to join the Civil Rights Organization's *amici curiae* brief in the above-captioned case;

.

So ordered this _____ day of _____, 2017.

_____
Hon. Tanya S. Chutkan
U.S. District Court Judge