IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Civil Case No. 1:17-cv-00255-TSC<br><br>Electronically Filed |

**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR
THE FOUNDATION FOR THE CHILDREN OF IRAN, CHILDREN OF PERSIA
AND IRANIAN ALLIANCES ACROSS BORDERS
FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>**

Nicholas K. Mitrokostas (*pro hac vice* pending)
William B. Brady (*pro hac vice* pending)
Joshua M. Daniels (*pro hac vice* pending)
David R. Fox  (DC Bar No. 1015031)
Alicia Rubio (*pro hac vice* pending)
Eileen L. Morrison (*pro hac vice* pending)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231

*Counsel for Amici Curiae The Foundation for the Children of Iran, Children of Persia and Iranian Alliances Across Borders*

Dated: March 28, 2017

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7(o), The Foundation for the Children of Iran (FCI), Children of Persia (COP) and Iranian Alliances Across Borders (IAAB) respectfully seek leave to file the attached brief as *amici curiae* in support of Plaintiffs. *Amici curiae* have obtained the consent of the Plaintiffs to file the attached brief. The government takes no position regarding whether *amici curiae* file the attached brief.

In support of this motion, FCI, COP, and IAAB state as follows:

*Amicus* **FCI** is a 501(c)(3) organization that helps arrange health-care services, including life-saving treatments, for Iranian children and children of Iranian origin. Based in Bloomington, Minnesota, FCI relies on a global network of volunteers to serve the needs of as many children as possible, regardless of race, creed, religious belief, or political affiliation. Essential to FCI's mission is the ability of children residing in Iran and their parents to travel to the United States on non-immigrant visas over the course of several years to obtain the critical treatment that they need.

*Amicus* **COP** is a 501(c)(3) charitable organization based in Maryland that supports disadvantaged Iranian children and their families in Iran and around the world. COP has helped rebuild earthquake-damaged schools in Iran, delivered equipment to Iranian hospitals, and provided food, clothing and medical care to disadvantaged children in Iran. COP also provides scholarships to college students of Iranian descent in the United States. COP's charitable work in Iran frequently requires its members to travel between Iran and the United States.

*Amicus* **IAAB** is a 501(c)(3) organization based in New York City that seeks to strengthen America's Iranian diaspora community through leadership and educational programming that encourages collaboration and solidarity across borders and multiple communities. IAAB includes over a thousand members of Iranian descent or nationality and

works by empowering members of the Iranian diaspora community to deepen connections with their new communities while continuing to maintain their roots.  These activities rely in large part on the ability of IAAB members to travel between the United States and Iran, including on non-immigrant student visas.

This court has "broad discretion" to allow non-parties to participate as *amicus curiae*. *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996).  The *Ellsworth* Court found it appropriate for the non-party movants in that case to participate as *amicus curiae* because they had "a special interest in th[e] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of this case." *Id.*  The *amici curiae* meet that standard here.  *Amici* present unique perspectives that are important to the Court's consideration.  *Amici* have a strong interest in seeing a preliminary injunction issued; *amici*, as part of their respective missions, regularly work with non-U.S. citizens traveling between Iran and the United States and are familiar with the rigorous screening procedures Iranians have been subjected to long before the issuance of the Executive Order at the heart of this case, Executive Order No. 13780, which supersedes a prior version of the same policy, Executive Order No. 13769.  As such, *amici* have included in their brief personal stories of Iranians concerning the extensive screening procedures to which they already were subjected before entering the United States, and the harm that these individuals suffered and will continue to suffer under the Executive Order if it is implemented.  Given the rigor of the current screening procedures, *amici* also include legal arguments demonstrating that the travel ban's restrictions are irrational even under the lowest constitutional standard of review, and explain that the unprecedented nature of the travel ban—barring six entire nationalities on a categorical basis—bespeaks an exceedance of the President's ostensible statutory authority.

        Respectfully submitted,

        /s/ David R. Fox
        Nicholas K. Mitrokostas (*pro hac vice* pending)
        William B. Brady (*pro hac vice* pending)
        Joshua M. Daniels (*pro hac vice* pending)
        David R. Fox  (DC Bar No. 1015031)
        Alicia Rubio (*pro hac vice* pending)
        Eileen L. Morrison (*pro hac vice* pending)
        GOODWIN PROCTER LLP
        100 Northern Avenue
        Boston, MA 02210
        Tel.: +1 617 570 1000
        Fax.: +1 617 523 1231

        *Counsel for Amici Curiae The Foundation for the Children of Iran, Children of Persia and Iranian Alliances Across Borders*

Dated: March 28, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2017, I electronically filed the foregoing Motion and Memorandum of Points and Authorities for The Foundation for the Children of Iran, Children of Persia and Iranian Alliances Across Borders for Leave to File a Brief as *Amici Curiae* in Support of Plaintiffs' Motion for a Preliminary Injunction and all attachments thereto with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. Counsel of record for all parties will be served via the CM/ECF system.

                                      /s/ David R. Fox
                                      David R. Fox