IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Civil Action No. 1:17-cv-00255-TSC

Electronically Filed

## [PROPOSED] ORDER

Upon consideration of the Motion for The Foundation for the Children of Iran (FCI), Children of Persia (COP) and Iranian Alliances Across Borders (IAAB), filed on March 27, 2017, for leave to file a brief as *amici curiae*, any response, and the entire record of this case, and having determined that good cause has been shown for granting the Motion, it is hereby

ORDERED that the Motion is granted; and it is

FURTHER ORDERED that The Foundation for the Children of Iran (FCI), Children of Persia (COP) and Iranian Alliances Across Borders (IAAB) are granted leave to participate as amici curiae in the above-captioned case; and it is

FURTHER ORDERED that the Clerk shall accept for filing the brief of The Foundation

1

for the Children of Iran (FCI), Children of Persia (COP) and Iranian Alliances Across Borders

(IAAB) as *amici curiae*.


So ordered this _____ day of _____, 2017.


_____
Hon. Tanya S. Chutkan
U.S. District Court Judge