UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, et al.,

       Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

       Defendants.

Civil Case No. 1:17-cv-00255-TSC

## LCvR 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS BY THE FOUNDATION FOR THE CHILDREN OF IRAN

    I, the undersigned, counsel of record for The Foundation for the Children of Iran (FCI),

certify that to the best of my knowledge and belief, the following are parent companies,

subsidiaries or affiliates of FCI which have any outstanding securities in the hands of the public:

    FCI is a nonprofit organization that has no parent company and has not issued any stock.

    These representations are made in order that judges of this court may determine the need

for recusal.

Dated: March 28, 2017           Respectfully submitted,

                    /s/ David R. Fox
                    David R. Fox
                    DC Bar No. 1015031
                    GOODWIN PROCTER LLP
                    100 Northern Avenue
                    Boston, Massachusetts  02210
                    Tel.: +1 617 570 1000
                    Fax.: +1 617 523 1231
                    DFox@goodwinlaw.com

                    *Counsel for Pending Amici Curiae*
                    *The Foundation for the Children of Iran, Children*
                    *of Persia and Iranian Alliances Across Borders*

ACTIVE/89744616.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2017, I electronically filed the foregoing LCvR 7.1

Certificate of Disclosure of Corporate Affiliations and Financial Interests by the Foundation for

the Children of Iran with the Clerk of the Court of the U.S. District Court for the District of

Columbia by using the CM/ECF system.  Counsel of record for all parties will be served via the

CM/ECF system.


/s/ David R. Fox
David R. Fox

ACTIVE/89744616.1