UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Case No. 1:17-cv-00255-TSC |

## LCvR 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS BY IRANIAN ALLIANCES ACROSS BORDERS

I, the undersigned, counsel of record for Iranian Alliances Across Borders (IAAB), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of IAAB which have any outstanding securities in the hands of the public:

IAAB is a nonprofit organization that has no parent company and has not issued any stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 28, 2017

Respectfully submitted,

/s/ David R. Fox
David R. Fox
DC Bar No. 1015031
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts  02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
DFox@goodwinlaw.com

1

2

*Counsel for Pending Amici Curiae*
*The Foundation for the Children of Iran, Children of Persia and Iranian Alliances Across Borders*

2

ACTIVE/89744617.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2017, I electronically filed the foregoing LCvR 7.1 Certificate of Disclosure of Corporate Affiliations and Financial Interests by Iranian Alliances Across Borders with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. Counsel of record for all parties will be served via the CM/ECF system.

                                                /s/ David R. Fox
                                                David R. Fox