UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Civil Case No. 1:17-cv-00255-TSC

### DECLARATION OF NICHOLAS K. MITROKOSTAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I Nicholas K. Mitrokostas, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of pending *amici curiae* The Foundation of the Children of Iran, Children of Persia, and Iranian Alliances Across Borders ("*amici curiae*"). I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is Nicholas Konstantinos Mitrokostas.

3. I am employed as an attorney by Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Tel.: 619.570.1000, Fax: 617.523.1231.

4. I am an attorney in good standing and currently eligible and licensed to practice in the Commonwealth of Massachusetts (2003) and the State of New York (2006); the U.S. Courts of Appeals for the Federal Circuit (2010) and the Ninth Circuit (2017); and the U.S. District Court for the District of Massachusetts (2004).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

1

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR 83.2(c)(1), *amici curiae* have retained David R. Fox (DC Bar No. 1015031) of Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210 to act as local counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March 2017.

_____
Nicholas K. Mitrokostas