UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Civil Case No. 1:17-cv-00255-TSC |

**DECLARATION OF WILLIAM B. BRADY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, William B. Brady, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of pending *amici curiae* The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("*amici curiae*"). I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is William Breslin Brady.

3. I am employed as an attorney by Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Tel.: 617.570.1000, Fax: 617.523.1231.

4. I am an attorney in good standing and currently eligible and licensed to practice in the Commonwealth of Massachusetts (2011) and the State of New York (2008); the U.S. Court of Appeals for the Ninth Circuit (2017); and the U.S. District Courts for the District of Massachusetts (2012), the Eastern District of New York (2008), and the Southern District of New York (2008).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR 83.2(c)(1), *amici curiae* have retained David R. Fox (DC Bar No. 1015031) of Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210 to act as local counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of February 2017.

_____
William B. Brady