UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | Civil Case No. 1:17-cv-00255-TSC |

### [PROPOSED] ORDER

Upon consideration of the motion to admit William B. Brady, *pro hac vice,* as additional counsel in this action, it is hereby

ORDERED that the motion is granted.

Dated: _____          _____
                                                                                  HONORABLE TANYA S. CHUTKAN
                                                                                  U.S. DISTRICT JUDGE

1