UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al., | |
| Plaintiffs, | |
| v. | Civil Case No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Joshua M. Daniels, *pro hac vice,* as additional

counsel in this action, it is hereby

ORDERED that the motion is granted.


Dated: _____          _____

HONORABLE TANYA S. CHUTKAN
U.S. DISTRICT JUDGE