UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Civil Case No. 1:17-cv-00255-TSC

**DECLARATION OF ALICIA RUBIO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alicia Rubio, declare:

1.    I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of pending *amici curiae* The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("*amici curiae*"). I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2.    My full name is Alicia Rubio.

3.    I am employed as an attorney by Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Tel.: 617.570.1000, Fax: 617.523.1231.

4.    I am an attorney in good standing and currently eligible and licensed to practice in the Commonwealth of Massachusetts (2015), the District of Columbia (2014) and the State of Virginia (2013); the U.S. Courts of Appeals for the Fourth Circuit (2016) and the Ninth Circuit (2017); and the U.S. District Court for the Eastern District of Virginia (2014).

5.    I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6.    I have not been admitted *pro hac vice* before this Court at any time in the past two

1

years.

7.  I do not engage in the practice of law from an office located in the District of Columbia.

8.  Pursuant to LCvR 83.2(c)(1), *amici curiae* have retained David R. Fox (DC Bar No. 1015031) of Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210 to act as local counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of February 2017.

_____
Alicia Rubio

ACTIVE/89744628.1