UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Civil Case No. 1:17-cv-00255-TSC |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Alicia Rubio, *pro hac vice,* as additional counsel in this action, it is hereby

ORDERED that the motion is granted.

Dated: _____

                                                               HONORABLE TANYA S. CHUTKAN
                                                              U.S. DISTRICT JUDGE