UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Case No. 1:17-cv-00255-TSC |

**MOTION FOR ADMISSION *PRO HAC VICE* OF EILEEN L. MORRISON
ON BEHALF OF PENDING *AMICI CURIAE***

Pending *amici curiae* The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("*amici curiae*"), by and through their counsel David R. Fox, an active member of the United States District Court for the District of Columbia, hereby move pursuant to LCvR 83.2(d) for the *pro hac vice* admission of Eileen L. Morrison in the above-captioned case.  In support of the Motion, *amici curiae* aver as follows:

1.	As demonstrated by the attached declaration, Eileen L. Morrison is a member in good standing of the Bar of the Commonwealth of Massachusetts and the State of New York, and is an attorney with the law firm of Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Tel.: 617.570.1000, Fax: 617.523.1231.

WHEREFORE, for the foregoing reasons, *amici curiae* respectfully request that her Motion for Admission *pro hac vice* be granted.  A Proposed Order is attached.

| | |
|---|---|
| Dated: March 28, 2017 | Respectfully submitted, |

                                              /s/ David R. Fox
                                              David R. Fox
                                              DC Bar No. 1015031
                                              GOODWIN PROCTER LLP
                                              100 Northern Avenue
                                              Boston, Massachusetts  02210
                                              Tel.: +1 617 570 1000
                                              Fax.: +1 617 523 1231
                                              DFox@goodwinlaw.com

*Counsel for Pending Amici Curiae*
*The Foundation for the Children of Iran, Children of Persia and Iranian Alliances Across Borders*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Eileen L. Morrison on Behalf of Pending *Amici Curiae* and all attachments thereto with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. Counsel of record for all parties will be served via the CM/ECF system.

       /s/ David R. Fox
       David R. Fox

3

ACTIVE/89748682.1