UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Civil Case No. 1:17-cv-00255-TSC |

**DECLARATION OF EILEEN L. MORRISON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Eileen L. Morrison, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of pending *amici curiae* The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("*amici curiae*"). I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is Eileen Louise Morrison.

3. I am employed as an attorney by Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Tel.: 617.570.1000, Fax: 617.523.1231.

4. I am an attorney in good standing and currently eligible and licensed to practice in the Commonwealth of Massachusetts (2015) and the State of New York (2017); the U.S. Courts of Appeals for the Eighth Circuit (2016), and the Ninth Circuit (2017); and the U.S. District Courts for the District of Massachusetts (2016) and the District of North Dakota (2016).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

ACTIVE/89744623.1

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR 83.2(c)(1), *amici curiae* have retained David R. Fox (DC Bar No. 1015031) of Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210 to act as local counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of March 2017.

_____
Eileen L. Morrison