UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Case No. 1:17-cv-00255-TSC |

### [PROPOSED] ORDER

Upon consideration of the motion to admit Eileen L. Morrison, *pro hac vice,* as additional counsel in this action, it is hereby

ORDERED that the motion is granted.

Dated: _____

_____
HONORABLE TANYA S. CHUTKAN
U.S. DISTRICT JUDGE