AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Pars Equality Center, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00255-TSC |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center for Constitutional Rights, et al. (Amici Curiae)

Date:   03/28/2017

*/s/ Alan R. Kabat*
*Attorney's signature*

Alan R. Kabat / DC Bar # 464258
*Printed name and bar number*

Bernabei & Kabat, PLLC
1775 T Street NW
Washington, D.C. 20009-7102

*Address*

Kabat@Bernabeipllc.com
*E-mail address*

(202) 745-1942
*Telephone number*

(202) 745-2627
*FAX number*