## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pars Equality Center, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 1:17-cv-255 (TSC) |
| v. ) | |
| ) | Electronically Filed |
| Donald J. Trump, *et al.*, ) | |
| ) | Hon. Tanya S. Chutkan |
| Defendants, ) | |
| ) | |

**ORDER**

Upon consideration of the Amended Motion of the Center for Constitutional Rights, The Judge David L. Bazelon Center for Mental Health Law, the Washington Lawyers' Committee for Civil Rights and Urban Affairs, the Mississippi Center for Justice, the Center for Reproductive Rights, the American-Arab Anti-Discrimination Committee, the Chicago Lawyer's Committee for Civil Rights, the National Center for Lesbian Rights, and the Southern Coalition for Social Justice (collectively, the "Civil Rights Organizations"), filed on March 28, 2017, for leave to file a brief as *amici curiae*, any response, and the entire record of this case, and having determined that good cause has been shown for granting the Motion, it is hereby,

ORDERED that the Motion is granted; and it is

FURTHER ORDERED THAT the Civil Rights Organizations are granted leave to participate as *amici curiae* in the above-captioned case; and it is

FURTHER ORDERED that the Clerk shall accept for filing the brief of the Civil Rights Organizations as *amici curiae*.

So ordered this _____ day of _____, 2017.

34248701.1

                                                      _____
Hon. Tanya S. Chutkan
U.S. District Court Judge