# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PARS EQUALITY CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for a preliminary injunction. The Court has considered the motion, any response and reply thereto, and the complete record in the matter. Having considered the foregoing, Plaintiffs' motion is hereby **DENIED**.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge