IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Pars Equality Center, *et al.*,

    Plaintiffs

v.

Donald Trump, *et al*.,

    Defendants,

No. 1:17-cv-255 (TSC)

Electronically Filed

Hon. Tanya S. Chutkan

**MOTION OF HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Howard University School of Law Civil Rights Clinic respectfully moves, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 29 of the Federal Rules of Appellate Procedure, for leave to file a brief as *amicus curiae*, on the side of the Plaintiffs. This motion is accompanied by the proposed brief.

In support of this Motion, Howard University School of Law Civil Rights Clinic states as follows:

1.     *Amici Curiae* are the Howard University School of Law Civil Rights Clinic and interested law professors. As one of the oldest among historically black colleges and universities, Howard University School of Law's Civil Rights Clinic has long placed the defense of human rights, equality, and dignity at the heart of its educational practice.

2.	Howard University School of Law Civil Rights Clinic along with interested law professors serve the unique role of providing this Court with the irreparable harm that the Executive Order will have, and is currently having, on our institutions.

3.	Specifically, the Executive Orders impact the strength and mission of institutions of higher education through its diminishment of the diversity and number of international students and scholars, and its legitimization of anti-Muslim suspicion and antagonism which has led to an increase in hate crimes at institutions of higher learning.

4.	The proposed brief would provide helpful analysis in this case because the proposed *amicus* is part of a higher education institution that was built on the foundation of diversity. The *amicus* is in a unique position to contribute to both discussions of the role of the Executive Order on higher education institutions and ways that the Executive Order propels historical fear-based violence while undermining goals of equality.

5.	The proposed *amicus* brief offers three useful arguments. First, the Executive Order threatens the mission of American institutions of higher education, which thrive on diversity and free exchange of ideas across borders, including those from scholars from Muslim-majority countries.

6.	Second, the Executive Order has fostered a culture of fear that hampers freedom of thought and the pursuit of knowledge and innovation—ideas that are core to institutions of higher education.

7.	Third, the Executive Order legitimizes anti-Muslim suspicion and antagonism that has led to increased violence and hate incidents against faculty, staff, and students on university and college campus across the country.

## CONCLUSION

The Howard University School of Law respectfully requests leave to file the attached brief as *amicus curiae* in support of the Plaintiffs.

/s/ Karla McKanders

| | |
|---|---|
| KARLA MCKANDERS<br>*Counsel of Record*<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>CIVIL RIGHTS CLINIC<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 - 8065<br>Karla.McKanders@law.howard.edu | DARIN JOHNSON<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 – 8067<br>DJohnson2@law.howard.edu |

Counsel for *Amicus Curiae*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2017, I electronically filed the foregoing *Motion of Howard University School for Law Civil Rights Clinic for Leave to File Brief as Amicus Curiae* with the Clerk of the Court. Courtesy paper copies will also be provided to the parties to this case.

Dated: March 28, 2017

Respectfully submitted,

/s/ Karla M. McKanders

| | |
|---|---|
| KARLA MCKANDERS<br>*Counsel of Record*<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>CIVIL RIGHTS CLINIC<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 - 8065<br>Karla.McKanders@law.howard.edu | DARIN JOHNSON<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 – 8067<br>DJohnson2@law.howard.edu |

*Amicus Curiae*