AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Pars Equality Center, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:17-cv-00255-TSC |
| Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Former National Security Officials (Amici Curiae)

Date:   03/29/2017

s/Jonathan M. Freiman
*Attorney's signature*

Jonathan M. Freiman (D00322)
*Printed name and bar number*

Wiggin and Dana LLP
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832
*Address*

jfreiman@wiggin.com
*E-mail address*

(203) 498-4584
*Telephone number*

(203) 782-2889
*FAX number*