# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>       Defendants. | Case No. 1:17-cv-00255-TSC |

## [PROPOSED] ORDER

Upon consideration of the Motion of HIAS for Leave to File an Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby **ORDERED** that the motion is **GRANTED**.

Date:_____
HON. TANYA S. CHUTKAN
United States District Judge