# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PARS EQUALITY CENTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-00255-TSC |
| | ) | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

This matter came before the Court on Defendants' Motion to Continue Hearing Until Following Week.  The Court has considered the motion and all documents filed therewith.  Having considered the foregoing, the Court hereby:

**GRANTS** Defendants' motion;

**VACATES** the hearing currently scheduled for April 13, 2017 at 2:00 p.m.; and

**SETS** a hearing on Plaintiffs' motion for preliminary injunction for _____, April _____, at _____ a.m./p.m. in Courtroom 2.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge