UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>       Defendants. | Civil Case No. 1:17-cv-00255-TSC |

## LCvR 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS BY THE FOUNDATION FOR THE CHILDREN OF IRAN

I, the undersigned, counsel of record for The Foundation for the Children of Iran (FCI), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of FCI which have any outstanding securities in the hands of the public:

FCI is a nonprofit organization that has no parent company and has not issued any stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 28, 2017                        Respectfully submitted,

                                                             /s/ David R. Fox
                                                              David R. Fox
                                                              DC Bar No. 1015031
                                                              GOODWIN PROCTER LLP
                                                              100 Northern Avenue
                                                              Boston, Massachusetts  02210
                                                              Tel.: +1 617 570 1000
                                                              Fax.: +1 617 523 1231
                                                              DFox@goodwinlaw.com

*Counsel for Pending Amici Curiae*
*The Foundation for the Children of Iran, Children*
*of Persia and Iranian Alliances Across Borders*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2017, I electronically filed the foregoing LCvR 7.1 Certificate of Disclosure of Corporate Affiliations and Financial Interests by the Foundation for the Children of Iran with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system.  Counsel of record for all parties will be served via the CM/ECF system.

      /s/ David R. Fox
      David R. Fox