# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pars Equality Center, Iranian American Bar Association, National Iranian American Counsel, Public Affairs Alliance of Iranian Americans, Inc., et al., | Civil Action No. 1:17-cv-255 (TSC) |
| | Electronically Filed |
| Plaintiffs, | Hon. Tanya S. Chutkan |
| v. | |
| Donald J. Trump, et al., | |
| Defendants. | |

**Supplemental Signatories to Proposed Brief
Amicus Curiae of
Howard University School of Law Civil Rights Clinic on Behalf of Law Professors
In Support of Plaintiffs Pars Equality Center, et. al.**

| | |
|---|---|
| KARLA MCKANDERS<br>*Counsel of Record*<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>CIVIL RIGHTS CLINIC<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 - 8065<br>Karla.McKanders@law.howard.edu | DARIN JOHNSON<br>HOWARD UNIVERSITY SCHOOL OF LAW<br>2900 Van Ness Street NW<br>Washington, DC<br>(202) 806 – 8067<br>DJohnson2@law.howard.edu |

Counsel for *Amicus Curiae*

### SUPPLEMENT TO APPENDIX B – SIGNATORIES

The Society of American Law Teachers ("SALT") joins as a signatory to the Howard University School of Law Civil Rights Clinic on Behalf of Law Professors amicus curie brief in support of Plaintiffs Pars Equality Center, et. al.. SALT joins this brief as an organization comprised of law professors who have experienced the benefits of diversity first-hand in their teaching, research and scholarship. SALT was founded in 1973; its membership includes law professors, deans, librarians, and administrators from law schools across the country. SALT has been working for more than 40 years to improve the legal profession, the law academy and expand the power of law to underserved communities. SALT engages in work within and beyond the law school to advance social justice. Sara Rankin, Co-President, Society of American Law Teachers

### ADDITIONAL SIGNATORIES[*]

1. Frances Ansley, Professor Emeritus, College of Law Distinguished Professor of Law, University of Tennessee, College of Law
2. Dorothea Beane, Professor of Law, Stetson College of Law
3. Richard A. Boswell, Professor of Law & Associate Dean for Global Programs, University of California, Hastings College of Law
4. Patricia A. Broussard, Professor, Florida A&M University College of Law
5. Patience Crowder, Associate Professor, University of Denver, Sturm College of Law
6. Maurice Dyson, Professor of Law, Thomas Jefferson School of Law
7. Malcolm Feeley, Professor, University of California at Berkeley, School of Law
8. Areto Imoukhuede, Professor, Nova Southeastern, School of Law
9. Elizabeth Keyes, Assistant Professor, University of Baltimore School of Law

---

[*] The above individuals are signing in their individual capacities. Institutions are listed for identification purposes only.

10. Brian Krumm, Associate Professor, University of Tennessee, College of Law
11. Carrie Leonetti, Professor, University of Oregon, College of Law
12. Briana Lynn Rosenbaum, Associate Professor, University of Tennessee, College of Law
13. M. Isabel Medina, Ferris Family Distinguished Professor of Law, Loyola University New Orleans College of Law
14. Alice Thomas, Associate Professor, Howard University, School of Law