IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> Defendants. | Docket No. 17-cv-00255 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Andrew M. Lacy as counsel for proposed *amici curiae* Human Rights First, KIND (Kids in Need of Defense), and Tahirih Justice Center in the above-captioned case.

Dated: April 3, 2017

                                                        Respectfully submitted,

                                                        By: */s/ Andrew M. Lacy*
                                                        Andrew M. Lacy (D.C. Bar No. 496644)
                                                        SIMPSON THACHER & BARTLETT LLP
                                                        900 G Street, NW
                                                        Washington, D.C. 20001
                                                        Telephone:     (202) 636-5500
                                                        Facsimile:     (202) 636-5502
                                                        alacy@stblaw.com

                                                        *Counsel for Amici Curiae Human Rights First, KIND (Kids in Need of Defense), and Tahirih Justice Center*