IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>  Defendants. | Docket No. 17-cv-00255 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN C. TURNER ON BEHALF OF PROPOSED *AMICI CURIAE*

Proposed *amici curiae* Human Rights First, KIND (Kids in Need of Defense), and Tahirih Justice Center (collectively, "*amici curiae*"), by and through their counsel Andrew M. Lacy, an active member of the United States District Court for the District of Columbia, hereby move pursuant to LCvR 83.2(d) for the *pro hac vice* admission of Alan C. Turner in the above-captioned case. In support of this Motion, *amici curiae* aver as follows:

1. As demonstrated by the attached declaration, Alan C. Turner is a member in good standing of the Bar of the State of New York and is an attorney with the law firm of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Telephone: 212-455-2000, Facsimile: 212-455-2502.

WHEREFORE, for the foregoing reasons, I respectfully request that this Motion for Admission *pro hac vice* be granted. A Proposed Order is attached.

Dated: April 3, 2017						Respectfully submitted,

								/s/ Andrew M. Lacy
								Andrew M. Lacy
								D.C. Bar No. 496644
								SIMPSON THACHER & BARTLETT LLP
								900 G Street, NW
								Washington, D.C. 20001
								Telephone:	(202) 636-5500
								Facsimile:	(202) 636-5502
								alacy@stblaw.com

								*Counsel for Proposed Amici Curiae Human Rights First, KIND (Kids in Need of Defense), and Tahirih Justice Center*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2017, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Alan C. Turner on Behalf of Pending *Amici Curiae* and all attachments thereto with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system.  Counsel of record for all parties will be served via the CM/ECF system.

                                                                      */s/* Andrew M. Lacy
                                                                      Andrew M. Lacy