IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Docket No. 17-cv-00255 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

### DECLARATION OF ALAN C. TURNER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alan C. Turner, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of proposed *amici curiae* Human Rights First, KIND (Kids in Need of Defense), and Tahirih Justice Center (collectively, "*amici curiae*"). I have personal knowledge of the facts set forth herein, and, if called upon to testify about them, I could and would competently do so.

2. My full name is Alan Craig Turner.

3. I am a partner at Simpson Thacher & Bartlett, LLP, 425 Lexington Avenue, New York, NY 10017, Telephone: 212-455-2000, Facsimile: 212-455-2502.

4. I am an attorney in good standing and am currently eligible and licensed to practice in the State of New York (2001); Southern District of New York (2004); Eastern District of New York (2006); Second Circuit Court of Appeals (2011); and Ninth Circuit Court of Appeals (2014).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR 83.2(c)(1), *amici curiae* have retained Andrew M. Lacy (D.C. Bar No. 496644) of Simpson Thacher & Bartlett LLP, 900 G Street, NW Washington, D.C. 20001 to act as local counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of April 2017.

_____
Alan C. Turner