**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the<br>United States, *et al.*,<br><br>    Defendants. | Docket No. 17-cv-00255 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Alan C. Turner, *pro hac vice*, as additional

counsel in this action, it is hereby:

ORDERED that the motion is granted.

Dated: _____        _____
                                                    HONORABLE TANYA S. CHUTKAN
                                                    U.S. DISTRICT JUDGE

1