IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>　　　　Defendants. | Docket No. 17-cv-00255 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

**[PROPOSED] ORDER**

Upon consideration of the Motion, filed on April 3, 2017, of Human Rights First, KIND (Kids In Need Of Defense), and Tahirih Justice Center for leave to file a brief as *amici curiae*, any response, and the entire record of this case, and having determined that good cause has been shown for granting the Motion, it is hereby:

ORDERED that the Motion is granted; and it is

FURTHER ORDERED THAT Human Rights First, KIND (Kids In Need Of Defense), and Tahirih Justice Center are granted leave to participate as *amici curiae* in the above-captioned case; and it is

FURTHER ORDERED THAT the Clerk shall accept for filing the brief of Human Rights First, KIND (Kids In Need Of Defense), and Tahirih Justice Center as *amici curiae*.

So ordered this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge