UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pars Equality Center, et al.

**Plaintiff**

vs.   Case No: 1:17-cv-00255-TSC

**Donald J. Trump, in his official capacity as President of the United States, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, and Amended Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/28/2017 at 12:58 PM, I served U.S. Department of State, The Executive Office, Office of the Legal Advisor with the Summons, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, and Amended Complaint for Declaratory and Injunctive Relief at 600 19th Street, NW, Suite 5.600, Washington, DC 20522 by serving Christina Heiffron, Paralegal, authorized to accept service.

Christina Heiffron is described herein as:

Gender: Male   Race/Skin: White   Age: 27   Weight: 120   Height: 5'3"   Hair: Red   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3/29/17
Executed On

Ambiko Guice

Client Ref Number: N/A
Job #: 1524387

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PARS EQUALITY CENTER et al | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-00255-TSC |
| DONALD J. TRUMP et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF STATE
The Executive Office, Office of the Legal Adviser
Suite 5.600
600 19th Street NW
Washington, DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN A. FREEDMAN
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela D. Caesar
*CLERK OF COURT*

Date: March 27, 2017



Tawana Davis

Digitally signed by Tawana Davis
DN: cn=Tawana Davis, o=U.S. District Court for DC, ou=Operations, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2017.03.27 16:04:56 -04'00'

*Signature of Clerk or Deputy Clerk*