**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> *Defendants*. | No. 17-cv-255 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ADRIENNE D. BOYD**
**ON BEHALF OF PLAINTIFFS**

Plaintiffs, by and through their counsel John Freedman, an active member of the United States District Court for the District of Columbia, hereby move pursuant to LCvR 83.2(d) for the pro hac vice admission of Adrienne D. Boyd in the above-captioned case.  In support of this Motion, Plaintiffs aver as follows:

1.       As demonstrated by the attached declaration, Adrienne D. Boyd is a member in good standing of the Bar of the State of Colorado and is an attorney with the law firm of Arnold & Porter Kaye Scholer LLP, 370 Seventeenth Street, Suite 4400, Denver, Colorado 80202, Telephone: 303-863-2393, Fax: 303-832-0428.

WHEREFORE, for the foregoing reasons, I respectfully request that this Motion for Admission *pro hac vice* be granted.  A Proposed Order is attached.

Dated:  April 25, 2017

Respectfully submitted,

/s/ *John Freedman*
John Freedman (D.C. Bar # 453075)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2017, I electronically filed the foregoing Motion for

Admission *Pro Hac Vice* of Adrienne D. Boyd on Behalf of Plaintiffs and all

attachments thereto with the Clerk of the Court of the U.S. District Court for the District of

Columbia by using the CM/ECF system.  Counsel of record for all parties will be served via the

CM/ECF system.

/s/ *John Freedman*
John Freedman

3