IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> *Defendants*. | No. 17-cv-255 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

## DECLARATION OF ADRIENNE D. BOYD
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Adrienne D. Boyd, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of Plaintiffs. I have personal knowledge of the facts set forth herein, and, if called upon to testify about them, I could and would competently do so.

2. My full name is Adrienne Darrow Boyd.

3. I am an associate at Arnold & Porter Kaye Scholer LLP, 370 Seventeenth Street, Suite 4400, Denver, Colorado 80202, Telephone: 303-863-2393, Fax: 303-832-0428.

4. I am an attorney in good standing and am currently eligible and licensed to practice in the State of Colorado (2016).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR83.2(c)(1), Plaintiffs have retained John Freedman of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001 to act as local counsel herein.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April 2017.

_____
Adrienne D. Boyd