IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., *Plaintiffs*, v. DONALD J. TRUMP et al., *Defendants*. | No. 17-cv-255 (TSC) Electronically Filed Hon. Tanya S. Chutkan |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Adrienne D. Boyd, *pro hac vice*, as additional counsel in this action, it is hereby:

ORDERED that the motion is granted.

Dated: _____           _____
                                       HONORABLE TANYA S. CHUTKAN
                                       U.S. DISTRICT JUDGE