# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.: 17-cv-00255 (TSC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Susan S. Hu *pro hac vice* in in the above-entitled action. As set forth in Ms. Hu's declaration, she is admitted and an active member in good standing in the following courts and bars: the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the Court of Appeals for the District of Columbia Circuit, the Court of Appeals for the First Circuit, and the United States Supreme Court. This motion is supported and signed by John A. Freedman, an active and sponsoring member of the Bar of this Court.

Dated:  April 25, 2017                              Respectfully submitted,

                                                    */s/* John A. Freedman
                                                    John A. Freedman
                                                    DC Bar Number: 453075
                                                    Arnold & Porter Kaye Scholer LLP
                                                    601 Massachusetts Ave., NW
                                                    Washington, DC 20001-3743
                                                    (202) 942-5316 telephone
                                                    (202) 203-9014 facsimile
                                                    john.freedman@apks.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/* John A. Freedman
John A. Freedman