UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER *et al.*,     )
                                    )
       Plaintiffs,                 )
                                    )
    v.                              )  Civil Action No.: 17-cv-00255 (TSC)
                                    )
DONALD J. TRUMP *et al.*,           )
                                    )
       Defendants.                 )
                                    )
                                    )

**DECLARATION OF SUSAN S. HU**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Susan S. Hu, hereby declare:

1. My name, office address, and telephone number are as follows:

   Susan Hu
   Arnold & Porter Kaye Scholer
   250 West 55th Street
   New York, NY 10019
   Telephone: (212) 836-7430

2. I have been admitted to the following courts and bars:

   | | |
   |---|---|
   | New York State | July 2, 2012 |
   | Court of Appeals for the District of Columbia Circuit | October 31, 2013 |
   | Court of Appeals for the First Circuit | April 28, 2014 |
   | U.S. District Court for the Southern District of New York | October 15, 2013 |
   | U.S. District Court for the Eastern District of New York | October 15, 2013 |
   | U.S. Supreme Court | October 31, 2016 |

3. I certify that I am currently in good standing with all states, courts, and bars in which I am admitted, and I have never been disciplined by any court or bar to which I have been admitted.

4. I have previously been admitted *pro hac vice* in this Court.

5. My firm has an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., this 25th day of April, 2017.

Dated:  April 25, 2017                                     Respectfully submitted,

                                        */s/* Susan S. Hu
                                        Susan S. Hu
                                        Arnold & Porter Kaye Scholer
                                        250 West 55th Street
                                        New York, NY 10019
                                        Telephone: (212) 836-7430
                                        Fax: (212) 836-8689
                                        Email: susan.hu@apks.com
                                        *Attorney for Plaintiffs*