UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.:  17-cv-00255 (TSC) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY SUSAN S. HU *PRO HAC VICE*** 

The Court has reviewed the Plaintiffs' motion for admission of attorney Susan S. Hu *pro hac vice*. Upon consideration of that motion, the Court grants attorney Susan S. Hu *pro hac vice* admission to this Court.

IT IS ORDERED.

Dated: _____          _____
                                                                      United States District Judge