**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br>*Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP et al., <br><br>*Defendants*. | No. 17-cv-255 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

**DECLARATION OF CHRISTOPHER M. ODELL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Christopher M. Odell, declare:

1. I make this Declaration under LCvR 83.2(d) in support of the motion for admission *pro hac vice* on behalf of Plaintiffs. I have personal knowledge of the facts set forth herein, and, if called upon to testify about them, I could and would competently do so.

2. My full name is Christopher Mohr Odell.

3. I am a partner at Arnold & Porter Kaye Scholer LLP, 700 Louisiana Street, Suite 1600, Houston, Texas 77002, Telephone: 713-576-2400, Fax: 713-576-2499.

4. I am an attorney in good standing and am currently eligible and licensed to practice in the State of Texas (2002).

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Pursuant to LCvR83.2(c)(1), Plaintiffs have retained John Freedman of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001 to act as local counsel herein.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April 2017.

/s/ *Christopher M. Odell*
Christopher M. Odell