IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>*Defendants*. | No. 17-cv-255 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Christopher M. Odell, *pro hac vice*, as additional counsel in this action, it is hereby:

ORDERED that the motion is granted.

Dated: _____       _____
                                   HONORABLE TANYA S. CHUTKAN
                                   U.S. DISTRICT JUDGE