IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> *Defendants*. | No. 17-cv-255 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> *Defendants*. | No. 17-cv-537 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

**PROPOSED ORDER GRANTING PLAINTIFFS'
MOTIONS FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs' Motions for Preliminary Injunction (*PARS* Doc. 35; *UMAA* Doc. 11) ("Motions") and any opposition thereto, and finding that good cause appears, orders as follows:

The Motions are hereby GRANTED.

1. Defendants are hereby preliminarily restrained and enjoined from:

(a) enforcing or taking any steps to effectuate §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of Executive Order No. 13,780, "Protecting the Nation from Foreign Terrorist Entry into the United States" ("March 6 Executive Order"), including at any United States border or point of entry;

(b) applying §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to deny, revoke, delay, suspend, restrict, or cancel any immigrant or nonimmigrant visa or refugee status;

(c) applying §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to delay, suspend, or cease immigrant or nonimmigrant visa application or issuance processing;

(d) applying §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to delay, suspend, or cease refugee applicant processing;

(e) applying §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to delay, deny, or suspend entry or admission to the United States to any person;

(f) applying §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to prohibit any person from applying for or receiving any benefit under the Immigration and Nationality Act of 1965 if such application or receipt is otherwise lawful, including an immigrant or nonimmigrant visa, lawful permanent resident, asylum, or refugee status, or other adjustment of status;

(g) applying Sections §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order to instruct any airline or other common carrier to deny passage to any person; and

(h) imposing or threatening to impose any financial penalty on any airline or other common carrier for allowing passage to any person covered by §§ 2(c)-(e), 3, 4, 6(a), and 6(c) of the March 6 Executive Order;

2.	With regard to visa applicants who are nationals of Iran, Iraq, Libya, Somalia, Sudan, Syria, and Yemen, Defendants are ordered to:

(a)  identify any individuals whose consular interviews were cancelled as a result of Executive Order No. 13,769 (the "January 27 Executive Order") or March 6 Executive Order and have not been subsequently rescheduled, and offer such individuals a prompt consular appointment;

(b)  identify any individuals whose visa applications have been denied since January 26, 2017, who had previously been granted a visa and conduct a "second look" review of such visa applications under the processes and procedures in place on January 26, 2017;

(c)  identify any individuals whose visa applications have been pending for at least eight weeks as of the date of this Order, review those visa applications to ensure there is no unjustified delay, and take appropriate steps to timely resolve such visa applications under the processes and procedures in place on January 26, 2017, including without limitation reinstating or reopening any applications pending on January 26 that were closed or cancelled as a result of the January 27 or March 6 Executive Orders without a final determination, or where individuals were instructed to refile new applications as a result of the January 27 or March 6 Executive Orders;

(d)  identify any individuals whose visas were physically cancelled as a result of the January 27 Executive Order that have not been reissued and reissue such visas if otherwise appropriate under the processes and procedures in place on January 26, 2017.

3.	With regard to refugee applicants who are nationals of Iran, Iraq, Libya, Somalia, Sudan, Syria, and Yemen, Defendants are ordered to identify any individuals whose USCIS field

interviews were cancelled or delayed as a result of the January 27 Executive Order and offer such individuals a prompt field interview.

    4.    Defendants are ordered to provide status reports to the Court on the compliance with paragraphs 2 and 3 of this Order within two weeks and every month thereafter.

    5.    Defendants are further ordered:

    (a) within 10 days from the date of this Order, to provide written guidance to employees, contractors, and agents of the Department of Homeland Security, the Department of State, U.S. Customs and Border Protection and all other necessary U.S. government agencies, officials, employees, and contractors to ensure full and timely compliance with all terms of this Order.  Defendants will promptly post such written guidance on federal government websites, including but not limited to www.whitehouse.gov, www.dhs.gov, www.state.gov, www.usdoj.gov, www.uscis.gov, and www.cpb.gov;

    (b) immediately to rescind any guidance, directive, memorandum, or statement interpreting or implementing the March 6 Executive Order that conflicts with any term of this Order.  Defendants will promptly post such written guidance on federal government websites, including but not limited to www.whitehouse.gov, www.dhs.gov, www.state.gov, www.usdoj.gov, www.uscis.gov, and www.cpb.gov; and

    (c) promptly to update all relevant public guidance, documentation, and FAQs to reflect the terms of this Order and post such updates on federal government websites, including but not limited to www.whitehouse.gov, www.dhs.gov, www.state.gov, www.usdoj.gov, www.uscis.gov, and www.cpb.gov.

IT IS SO ORDERED.

Dated: May ___, 2017                                  _____
                                                                                   U.S. DISTRICT JUDGE