IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARS EQUALITY CENTER, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, ) | |
| Defendants. ) | |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-00537-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, ) | |
| Defendants. ) | |

# List of Other Cases Seeking Preliminary Relief Against Executive Order No. 13,780

# List of Other Temporary Restraining Order and/or Preliminary Injunction Motions Filed Against Executive Order No. 13,780 ("the Order")

| Case Name & Number | Status of PI Motion / Proceedings |
|---|---|
| *State of Hawaii v. Trump*, No. 1:17-cv-00050-DKW-KSC (D. Haw.), *appeal docketed*, No. 17-15589 (9th Cir.) | Temporary restraining order granted prohibiting enforcement of Sections 2 and 6 of the Order (ECF No. 219); converted into preliminary injunction (ECF No. 270); district court proceedings stayed (ECF No. 279); oral argument to be heard by Ninth Circuit on May 15, 2017 |
| *International Refugee Assistance Project v. Trump*, No. 8:17-cv-00361-TDC (D. Md.), *appeal docketed*, No. 17-1351 (4th Cir.) | Preliminary injunction granted prohibiting enforcement of Section 2(c) of the Order (ECF Nos. 149, 150); district court proceedings stayed, including stay of plaintiffs' pending motion for preliminary injunction against Section 6(b) of the Order (ECF No. 182); oral argument to be heard by Fourth Circuit on May 8, 2017 |
| *Sarsour v. Trump*, No. 1:17-cv-00120-AJT-IDD (E.D. Va.) | Preliminary injunction motion denied (ECF No. 37); district court proceedings stayed (ECF No. 42) |
| *State of Washington v. Trump*, No. 2:17-cv-00141-JLR (W.D. Wash.) | Consideration of plaintiffs' motion for a temporary restraining order stayed (ECF No. 164); defendants' motion for a stay of all other proceedings currently pending (ECF No. 175) |
| *Ali v. Trump*, No. 2:17-cv-00135-JLR (W.D. Wash.) | Consideration of plaintiffs' motion for a temporary restraining order stayed (ECF No. 79); defendants' motion for a stay of all other proceedings currently pending (ECF No. 85) |

| | |
|---|---|
| *Al-Mowafak v. Trump*, No. 3:17-cv-00557-WHO (N.D. Cal.) | Hearing on plaintiffs' motion for a preliminary injunction continued until May 31, 2017, which "may be continued again" if the Ninth Circuit has not ruled by May 24, 2017 (ECF No. 63); all other deadlines vacated until further order of the court (*id.*) |
| *Doe v. Trump*, No. 3:17-cv-00112-wmc (W.D. Wis.) | Temporary restraining order granted prohibiting enforcement of the Order against plaintiff, his wife, and his child (ECF No. 34); plaintiff's motion for a preliminary injunction withdrawn and notice of voluntary dismissal filed on April 28, 2017 (ECF Nos. 52-53) |