# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, *in his official* capacity as President of the United States, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:17-cv-00255-TSC |

———————————————————

| | |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD J. TRUMP, *in his official capacity* as President of the *United States*, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:17-cv-00537-TSC |

———————————————————

## DEFENDANTS' PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS TO DISMISS

As described below, Defendants respectfully request a two-week extension of time to file their motions to dismiss in the above-captioned matters, and for corresponding extensions to the remaining deadlines in the briefing schedule.  Defendants' requested two-week extension is unopposed by Plaintiffs in *Universal Muslim Association of America v. Trump*, No. 17-cv-537. Defendants' requested two-week extension is opposed by Plaintiffs in *Pars Equality Center v. Trump*, No. 17-cv-255, but the *Pars* Plaintiffs do not object to a one-week extension.  For the

reasons set forth below, Defendants respectfully submit that good cause exists for a short two-week extension in both cases.

1.      On May 11, 2017, this Court entered Orders staying consideration of Plaintiffs' motions for preliminary injunctions in the above-captioned matters.  *See* ECF No. 84 (*Pars Equality*); ECF No. 48 (*UMAA*).  The Court noted that sections of the challenged Executive Order have already been enjoined nationwide by two other courts, and those injunctions are currently on appeal.  *See id.* at 1-2.  The Court stated that "[i]n the event that both existing injunctions are overturned, this court is prepared to issue a ruling without delay."  *Id.* at 2.

2.      In the same Orders, the Court directed (consistent with a prior Minute Order entered in the *Pars Equality Center* case) that Defendants file their Answers or Motions to Dismiss to Plaintiffs' Amended Complaints within fifteen days, *i.e.*, by May 26, 2017; that Plaintiffs' oppositions to any motions were due by June 16, 2017; and Defendants' replies were due by June 26, 2017.

3.      Following entry of those Orders, pursuant to Local Civil Rule 7(m) counsel for Defendants contacted counsel for Plaintiffs to request a two-week extension of time for filing Defendants' motions to dismiss in both cases.  Defendants expressed that they would not object to extensions for Plaintiffs' response deadlines.

4.      Counsel for Plaintiffs in *Universal Muslim Association of America v. Trump*, No 17-cv-537, indicated that they do not oppose Defendants' requested two-week extension.  The parties conferred, and have agreed upon similar extensions for the other deadlines in the briefing schedule. The parties respectfully request that the briefing schedule be modified as follows:  Defendants' motion to dismiss be due by June 9, 2017; Plaintiffs' opposition be due by June 30, 2017; and Defendants' reply be due fourteen days thereafter, on July 14.

5.      Counsel for Plaintiffs in *Pars Equality Center v. Trump*, No. 17-cv-255, indicated that they do not consent to Defendants' requested two-week extension, but that Plaintiffs do not object to a one-week extension.

6.      Defendants respectfully submit that good cause exists for the full two-week extension in both cases.  Since the parties in *Pars Equality Center* previously agreed upon a briefing schedule for the motion to dismiss, several significant developments have occurred: Defendants are now required to draft motions to dismiss in two cases, not just one; the Plaintiffs in *Pars Equality Center* have filed a lengthy 79-page Amended Complaint, adding six new plaintiffs, which Defendants' motion to dismiss must address; and the record in *Pars Equality Center* has expanded significantly to include, *inter alia*, twenty new declarations from Plaintiffs and over two hours of live testimony from Plaintiffs regarding their allegations of standing. Furthermore, Plaintiffs will not suffer any harm from Defendants' requested two-week extension. As the Court previously noted, several sections of the challenged Executive Order are currently enjoined nationwide, and "[i]n the event that both existing injunctions are overturned, this court is prepared to issue a ruling [on Plaintiffs' motions for preliminary injunctions] without delay."  ECF No. 84 at 2.

7.      Defendants therefore respectfully request that the above-described briefing schedule be entered in both cases.  Alternatively, Defendants respectfully submit that the Court should enter the above-described schedule in *Universal Muslim Association of America*, and extend Defendants' deadline for filing their motion to dismiss in *Pars Equality Center* by one week.  A proposed order is attached hereto.

Dated: May 22, 2017                                    Respectfully submitted,

                                                            CHAD A. READLER
                                                            Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI (N.Y. Bar)
BRAD P. ROSENBERG (D.C. Bar No. 467513)
MICHELLE R. BENNETT (Co. Bar No. 37050)
ARJUN GARG (D.C. Bar No. 975335)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*