IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-00537-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

### [PROPOSED] ORDER

This matter came before the Court on Defendants' Motion for Extension of Time to File Motions to Dismiss. The Court has considered the motion and any response and reply thereto. Having considered the foregoing, the Court hereby:

**GRANTS** Defendants' motion; and

**ORDERS** that in both of the above-captioned matters, Defendants' motions to dismiss shall be due on June 9, 2017; Plaintiffs' oppositions shall be due on June 30, 2017; and Defendants' replies shall be due on July 14, 2017.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge