IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARS EQUALITY CENTER, ET AL.,

         Plaintiffs,

      vs.

DONALD J. TRUMP, ET AL.,

         Defendants.
_____

CA No. 17-255
Washington, DC
April 18, 2017
2:00 P.M.


TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:

CYRUS MEHRI, ESQUIRE
JOANNA K. WASIK, ESQUIRE
AMELIA FRIEDMAN, ESQUIRE
Mehri & Skalet
1250 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
(202) 822-5100
cmehri@findjustice.com


JOHN FREEDMAN, ESQUIRE
SONIA TABRIZ, ESQUIRE
601 Massachusetts Avenue, NW
Washington, DC  20001
(202) 942-5316
john.freedman@apks.com

```
                              JON GREENBAUM, ESQUIRE
                              Lawyers' Committee for Civil
                                Rights Under Law
                              1401 New York Avenue, NW
                              Suite 400
                              Washington, DC 20005
                              (202) 662-8325
                              jgreenbaum@lawyerscommittee.org




For The Defendants:           DANIEL SCHWEI, ESQUIRE
                              BRAD ROSENBERG, ESQUIRE
                              JOHN TYLER, ESQUIRE
                              CHAD READLER, ESQUIRE
                              U.S. Department of Justice
                              20 Massachusetts Avenue, NW
                              Washington, DC  20001
                              (202) 305-8693
                              daniel.s.schwei@usdoj.gov




Court Reporter:               Lisa M. Foradori, RPR, FCRR
                              Official Court Reporter
                              U.S. Courthouse, Room 6706
                              333 Constitution Avenue, NW
                              Washington, DC  20001
                              (202) 354-3269
```

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

WITNESS

For the Plaintiffs:

BABAK YOUSEFZADEH

Direct Examination by Mr. Mehri            7
Cross-Examination by Mr. Schwei           36
Redirect Examination by Mr. Mehri         51

LEILA AUSTIN

Direct Examination by Mr. Mehri           53
Cross-Examination by Mr. Rosenberg        74
Redirect Examination by Mr. Mehri         96

1                    P R O C E E D I N G S

2           COURTROOM DEPUTY:  Your Honor, we have Civil Action

3    17-255, Pars Equality Center, et al. versus Donald J. Trump,

4    et al.  I'd ask that lead counsel from both tables please

5    approach the lecturn, identify yourselves and those at your

6    respective tables, please, starting with the plaintiff.

7           MR. MEHRI:  Good afternoon, Your Honor.  My name is

8    Cyrus Mehri at Mehri & Skalet.  Two attorneys from my office

9    are here today, Amelia Friedman, who is in the back, and

10   Joanna Wasik, who's at the table with me.  Our Of Counsel,

11   Retired Federal Judge U.W. Clemon had a minor medical issue,

12   so he's on a doctor's travel ban, but hopefully he will be

13   here on Friday, if all works out.

14          THE COURT:  Sorry to hear that.  I hope he makes a

15   speedy recovery.  He's tough, so he probably will.

16          MR. MEHRI:  That's what we're hoping.  I want to

17   introduce my co-lead counsel, John Friedman, who is at the

18   table with me.  He's at Arnold & Porter Kaye Scholer, and

19   they've devoted tremendous resources and many of their

20   attorneys are here in the courtroom.  And John Greenbaum, of

21   the Lawyers' Committee for Civil Rights Under Law, and also

22   some of his colleagues are here as well.

23          THE COURT:  All right.  Good afternoon.

24          MR. MEHRI:  I'm sorry.  Sonia Tabriz, who is at

25   Arnold & Porter Kaye Scholer is also at the table.

1          THE COURT:  Good afternoon.

2          MR. SCHWEI:  Good afternoon, Your Honor.  My name

3    is Daniel Schwei from the Department of Justice on behalf of

4    the United States.  Joining me at counsel table is Brad

5    Rosenberg, also from the Department of Justice.  John Tyler

6    from the Department of Justice.  And Chad Readler, the Acting

7    Assistant Attorney General for the Department of Justices's

8    Civil Division, who will be entering an appearance in this

9    case as soon as he receives his ECF credentials.

10          THE COURT:  All right.  Good afternoon, everyone.

11   Let me just ask counsel who will be handling the testimony.

12   How long do you estimate total?  Obviously, it's hard to know

13   how long you're going to be cross-examining for, but how long

14   do you estimate total for the testimony today?

15          MR. MEHRI:  Your Honor, I would expect each of the

16   two witnesses that we're going to call today would be about

17   25 minutes on direct.  What happens after that, it's hard to

18   tell.

19          THE COURT:  All right.  I think that's within my

20   framework.  That's fine.  Okay.

21          MR. MEHRI:  Okay.

22          THE COURT:  Are either side going to invoke the

23   rule on witnesses?

24          MR. MEHRI:  I'm sorry, Your Honor.

25          THE COURT:  Actually, is the Government going to

1    invoke the rule on witnesses?

2              MR. SCHWEI:  Yes, Your Honor, we would like to.

3              THE COURT:  Counsel, are your witnesses here in the

4    courtroom?

5              MR. MEHRI:  Yes.  We'll ask our second witness to

6    leave.

7              THE COURT:  Yes.  Thank you.

8              MR. MEHRI:  Dr. Austin, do you mind?

9              THE COURT:  Once the first witness has testified,

10   she can remain in the courtroom, or he can remain in the

11   courtroom -- he.

12             MR. MEHRI:  Your Honor, I had one other

13   housekeeping matter.

14             THE COURT:  Yes.

15             MR. MEHRI:  There's a high school class on civil

16   liberties and civil rights at Maret High School, and they were

17   planning to bring a class in here, but they are not here yet.

18   So it's up to you whether you think they should sit in the

19   front row or go to Room 7.

20             THE COURT:  It's really up to the Court Security

21   Officers.  I happen to be well-acquainted with at least one

22   Maret senior, so I'm happy to have them come in, but I don't

23   want to disrupt the proceedings.  Since it is 10 after 2:00,

24   we probably should have them -- unless there's a break, we

25   probably should have them in the overflow room.  All right.

1   Thank you.

2                   MR. MEHRI:  Okay.

3                   THE COURT:  Why don't you call your first witness.

4                   MR. MEHRI:  Well, thank you, Your Honor, for

5   holding the hearing this afternoon.  Our first witness is

6   Babak Yousefzadeh, who is the President of the Iranian

7   American Bar Association.

8   Thereupon,

9                           BABAK YOUSEFZADEH,

10  the witness, having been first duly sworn, was examined and

11  testified as follows:

12                        DIRECT EXAMINATION

13  BY MR. MEHRI:

14    Q.   Good afternoon.  Can you state your name and address

15  for the record, please.

16    A.   Of course.  Babak Yousefzadeh.  My work address is 4

17  Embarcadero Center, 17th Floor, San Francisco, California

18  94111.  My home address is --

19                  THE COURT:  We don't need your home.

20                  THE WITNESS:  Okay.

21  BY MR. MEHRI:

22    Q.   Can you spell your last name for the record.

23    A.   Y-O-U-S-E-F-Z-A-D-E-H.

24    Q.   Can you briefly describe your education, starting with

25  college?

1    A.    Yes.   I attended the University of California at Davis.

2    I got a Bachelor's degree in comparative literature and a

3    minor in German, followed by a J.D. from the University of

4    San Francisco School of Law, and subsequently by an LL.M. at

5    NYU in 2010.

6    Q.    And can you describe where you work and what your job

7    duties are generally?

8    A.    Sure.   I'm a partner at Sheppard Mullin,

9    Richter & Hampton in the labor and employment practice group.

10   My practice consists of representing individual and corporate

11   employers in employment matters, be it litigation or advice of

12   counsel.   In addition to my duties as a partner, I'm also in

13   charge of the recruiting committee for the San Francisco

14   office.   I help lead the diversity initiative for the office,

15   and I'm also in charge of training associates for the practice

16   group nationwide.

17   Q.    Have you received any awards recently?

18   A.    Yes, I recently received an award from the Bay Area

19   Minority Bar Coalition for leadership and diversity

20   activities.

21   Q.    What is IABA?

22   A.    The Iranian American Bar Association is the only

23   national legal entity of legal professionals representing the

24   Iranian-American community.   We have -- we have a national

25   board consisting of the officers of president and board

1   members, including representatives from each of our chapters,

2   as well as at large board members.  And then we also have a

3   system of local chapters that all have their own board members

4   as well as their own officers.

5   Q.   How many chapters are there around the country?

6   A.   At this time we have eight chapters.

7   Q.   Is it a not-for-profit?

8   A.   Yes.  We are a non-for-profit entity and it is an all

9   volunteer entity as well.

10   Q.   How would you describe the mission of IABA?

11   A.   I would say that the mission of IABA has three

12   components.  One, as a minority bar association we seek to

13   foster and promote the legal profession for Iranian-Americans.

14   So as part of that we seek to encourage students to go to law

15   school in the first place by offering scholarships through out

16   foundation.  We seek the offer mentorship to the students.

17   We seek to offer mentorship to young associates in order to

18   help them in their practices.

19            And in addition to promoting success in private

20   practice, we try to promote civic life as well as public

21   service as well.  And we seek to, as well, promote the

22   judiciary among the Iranian-American community, so we often

23   take applications and endorse, after a fairly good vetting

24   process, endorse applicants of Iranian-American descent for

25   the judiciary.  So I would say that's sort of the first prong

1   of what I would consider our mission state.

2           The second part of it I would consider as

3   educating the Iranian-American community, as well as the

4   American community at large, regarding issues of legal

5   interests that affect our community and the public at large,

6   as well as engaging local and national representatives for

7   that purpose.

8           And then I would say that the third prong of our

9   mission statement involves protecting and advancing the legal

10  rights of the Iranian-American community, including

11  Constitutional rights, the Bill of Rights, as well as any

12  issues of discrimination or civil rights or diversity that

13  arise from the community.

14  Q.    When did you become President of IABA?

15  A.    I became President approximately two and a half years

16  ago.  So this is my third and likely final term.

17  Q.    What are your duties as President of IABA?

18  A.    Well, I suppose, like the president of any other large

19  organization, I'm in charge as a primary officer, in charge of

20  the day-to-day runnings of the national entity.  I work with

21  our board nationally to set -- well, the work and build our

22  infrastructure nationally, and to set policies nationally.

23  And then I coordinate those policies with local chapters, who

24  in addition to the policies that national sets, have their own

25  policies and have their own interests on a local level.  And

1    my job then is to coordinate those efforts as well.

2        Q.    And what motivated you to become the President of IABA?

3        A.    Well, I'd probably say that the primary motivation has

4    to do with the incidents of my childhood.  My family had to

5    leave Iran when we were quite young because of my parents, and

6    primarily my father's activities.  They were quite ordinary

7    people, an accountant and a teacher, but my father was very

8    politically active at the time in opposition to the Shah

9    because they were fighting for democratic changes.  But,

10   subsequently, also after the revolution, fighting for

11   democratic changes.

12            But in the turmoil in the years following the

13   revolution, it turned out that the political circles that my

14   father was in were under severe threat, and we ultimately

15   ended up leaving the country through Switzerland where we

16   applied for political asylum in Germany.  And after awhile,

17   applied for asylum here in the United States.  And

18   approximately a year and a half later we were welcomed as

19   refugees in the United States in 1986.

20            And that experience, at least, sort of left me

21   with a life-long lesson about the effects that a government

22   and its laws can have on a society.  So I ended up carrying

23   that life lesson forward with me, and that's why I was active

24   with the Iranian-American community through student

25   organizations in college and in law school.

1          And when I became a lawyer, I felt obligated that

2     I should give something back to the community with my law

3     degree.  And, again, given the unique nature of the Iranian

4     American Bar Association, serving Iranians and the Iranian

5     professional community nationwide, I got involved with IABA,

6     first as a member, and as I gained more experiences with them

7     and found out that it was such a worthy organization, I ended

8     up joining the leadership at a local level in Northern

9     California, and subsequently the national level.

10    Q.   So I wanted to ask you about the time period between

11    the time you became President of IABA and January 26, 2017,

12    which is the day before the travel ban was announced.

13          How would you describe what the priorities were

14    for IABA during that time period?

15    A.   Sure.  Well, IABA is a relatively young organization,

16    especially as compared to our peers.  We have an active

17    membership across the country.  But there's a lot of work to

18    be done in terms of the infrastructure of our organization as

19    well as the services that we'd like to provide, not just to

20    the professional individual -- the legal professionals that

21    are members, but also the community at large.

22          So I would say for the first two years we focused

23    more on the infrastructure in terms of the basic things,

24    getting your website up and running and figuring out what kind

25    of services you can provide, and of course, being available

1    when issues arose from the community so that we could respond

2    to them.  So that's what we did about for the first two years

3    of my presidency.

4      Q.   During this time period, how much time did IABA spend

5    on immigration or visa-type of issues?

6      A.   I would say it was a rather infrequent incidence.

7    Immigration issues came up maybe five, maybe 10 percent of the

8    time, largely as a result of actions of private entities like

9    corporations or companies.  So while the issue did come up, it

10   was, I would say, infrequent.

11     Q.   So entering 2017, what were the priorities and game

12   plan for IABA at that time period?

13     A.   Well, in January of 2017 I was hoping to leave a more

14   permanent infrastructure in place by the end of the year, by

15   the time that I was going to -- hopefully the end of my third

16   and final term.  So we had put in a plan, effectively, to

17   create permanent subcommittees for the national board that

18   would each address different areas of infrastructure for IABA,

19   including subcommittees on social media and website and

20   fundraising and many other areas.

21          So the plan was that the subcommittees had been

22   created and we would create yearlong plans that would be

23   developed and implemented over the course of the year, and

24   then forwarded on to the next board as they joined.

25     Q.   Sir, I just want to clarify a couple aspects about your

1  testimony.  Are you testifying today in your capacity as

2  President of IABA?

3  A.    Yes.  I am testifying solely in my capacity as the

4  President of IABA, and based solely on the experiences and

5  efforts of the organization.  Obviously, I don't speak for all

6  Iranian-Americans and certainly don't speak for Sheppard

7  Mullin, for the record.

8  Q.    And the second point of clarification, I'm going to be

9  asking you questions from the time period January 27th

10 forward, and I want to be clear that my questions exclude any

11 efforts by IABA or yourself regarding this litigation, the

12 Pars Equality litigation.  I want to make sure we have that

13 understanding.

14 A.    Understood.  I'll exclude those efforts.

15 Q.    And in your answers you'll exclude those efforts?

16 A.    Yes, absolutely.

17 Q.    So can you describe what happened on

18 January 27th, 2017?

19 A.    Yes, I was --

20       MR. SCHWEI:  Objection, Your Honor.  Calls for a

21 narrative answer.

22       THE COURT:  If you're limited to one day --

23 overruled.

24       THE WITNESS:  I was at an annual conference -- an

25 annual legal conference starting that Friday, but at

1    approximately, you know, 4:00 or 5:00 p.m., I started getting

2    a flood of e-mails regarding the first version of the travel

3    ban that had been issued by President Trump.  And the e-mails

4    and the phone calls became so overwhelming that I had to

5    actually leave the conference and go address the e-mails that

6    were coming, including reading the language of the travel ban

7    that we hadn't seen before.

8            The organization, from my perspective, immediately

9    went into crisis mode.  I was getting flooded by e-mails from

10   board members about what the travel ban meant, what responses

11   we were going to get from across the country.  And so I was

12   immediately trying to respond to the e-mails.  I actually

13   ended up skipping the next two days of the conference and

14   dealing specifically with these issues.

15   BY MR. MEHRI:

16     Q.   So from the time period of January 27th to March 6th,

17   I'm going to ask you some questions.  What systems did you put

18   in place as President of the IABA?

19            MR. SCHWEI:  Objection.

20            THE COURT:  Regarding what?

21            MR. MEHRI:  Regarding responding to the travel ban.

22            MR. SCHWEI:  Objection, Your Honor.  Vague as to

23   systems, and we would also object to the phrase "travel ban"

24   as vague and misleading.

25            THE COURT:  Your objection is overruled as to the

1   vagueness.  You can call it the Executive Order.  Although, I

2   would note, it's been called travel ban by some of the people

3   who drafted it.

4          MR. MEHRI:  Your Honor, I want to make sure I

5   understand your ruling.  I prefer to use the word travel ban.

6   If you want us to use Executive Order, that's fine.  That's a

7   common use of --

8          THE COURT:  Is your objection on the ground that

9   it's pejorative or it's imprecise?

10          MR. SCHWEI:  Your Honor, it characterizes the legal

11   effect of an Executive Order, which speaks for itself in terms

12   of what it does.

13          THE COURT:  Let's just call it the Executive Order

14   for purposes of the record.

15          MR. MEHRI:  Okay.  You can call it the First

16   Executive Order or the Second Executive Order.

17   BY MR. MEHRI:

18    Q.   I'm talking about the time period under the First

19   Executive Order.  What action items did you take as President

20   of IABA?

21    A.   Well, let me first start by saying, I would love to say

22   that we immediately went into a planned response, but I would

23   have to say that there was a great deal of chaos that Friday

24   night and that Saturday.  So the protocols that we put into

25   place sort of developed over the course of a couple of days.

1    But one of the first things that we did the Saturday after was

2    to try and put together a questionnaire or a document that

3    could be distributed as widely as possible, so as to gather

4    information by individuals that were going to be affected.

5              The Executive Order was placed -- was issued

6    really without any coordination and without any notice.  We

7    knew that there were people en route to the United States when

8    it was issued.  And, quite frankly, we didn't know who all of

9    those people were.  So one of the first concerns that we had

10   was to just gather information about who was going to be

11   affected and who was going to be detained at airports, and try

12   to offer some level of assistance to those individuals.

13             At the same time, there were teams from many of

14   our chapters, including our very active chapter here in D.C.,

15   that were going out to the airports.  Again, for one, to

16   collect information on individuals that were there; and, two,

17   to see if they could offer some form of assistance.  So over

18   the next couple of days, the protocols that were placed in

19   place were in essence to try and use some documentation to

20   collect information, and that documentation then had to be

21   shared with affiliate minority bars and other organizations in

22   order to spread its reach, and collect that kind of

23   information.  And then to create teams that, one, were going

24   out to airports trying to collect information and to assist

25   people at the airports, and at the same time, teams that were

1   going to be able to take inquiries, respond to individuals

2   that needed assistance, and then be able to refer individuals

3   if that assistance got beyond a certain basic level so that

4   there would be immigration attorneys helping them.

5           Then all that information was supposed to filter

6   back up to the national board, in this particular case,

7   myself, so that we can try to make sure that we're

8   coordinating a consistent national response.

9   Q.   Was there anybody else you know in the country who was

10  in a similar position to gather information?

11  A.   To my knowledge, no.  I don't know if there were or

12  not, but I'm not aware of any.  In part, that's because the

13  travel ban particularly affected -- disproportionately

14  affected Iranian-Americans.  Based on our experience, we could

15  see that the individuals at airports were overwhelmingly

16  Iranian or Iranian-Americans.

17          So the Iranian-American organizations were sort

18  of on the front line, and given that this was a legal issue,

19  the Iranian-American Bar Association, in particular, was on

20  the front line.  And I was in the fortunate position of being

21  able to get the information from all of our chapters filtered

22  up, and so I was in a unique position of seeing an overview of

23  what was happening across the country.

24  Q.   And how many reports, approximately, did you gather

25  or -- I'll start from January 27th to the present,

1   approximately how many reports have kind of gathered up to you

2   as President of IABA?

3   A.    Many hundreds.  We've received at least 400 from our

4   D.C. chapter.  We've received a hundred or more from our

5   Northern California chapter, forwards of 40 from our LA

6   chapter.  And these are the more formal ones.  We've received

7   reports through phone calls, through town halls, that were not

8   documented.  And we've also received reports that involved

9   numerous people.  For example, we received one e-mail that

10  involved 110 people that were stuck in Iran and they couldn't

11  use their visas to come.

12              So I don't have a precise number for you.  I

13  would say probably, if I had to estimate, over 1,000 in terms

14  of all the reports, formal reports, there were fewer.

15              MR. SCHWEI:  I ask to use the microphone.

16              THE COURT:  You may approach.  We have an overflow

17  room and for the court reporter, please approach the podium.

18              MR. SCHWEI:  With respect to the witness's answer,

19  Your Honor, we object to the underlying content of the reports

20  being admitted because that would be hearsay evidence.

21              THE COURT:  Well, we're taking testimony here on a

22  preliminary injunction.  I don't think it's being -- I'm

23  not -- I don't think the testimony is being offered for the

24  truth of the matter asserted.  We're going to issues of

25  standing and injury, so I'm not taking the testimony in that

1  way, but I will sustain your objection and caution you to

2  just -- What did you do?  What did you see?

3           MR. SCHWEI:  Thank you, Your Honor.

4           THE COURT:  Questions.

5           MR. MEHRI:  Your Honor, we were operating very much

6  in the spirit that you articulated.

7           THE COURT:  All right.

8  BY MR. MEHRI:

9  Q.   Can you give us just three examples of what you learned

10 from these reports during this time period?  And, again, I'm

11 talking about the January 27th to March 6th time period.

12 A.   There were a lot of reports flowing in that I really

13 could not believe.  I'll just give you a few examples.  There

14 was a relative of one of our --

15          THE COURT:  Again, let me just interject.  I'm not

16 taking this information for the truth of the matter asserted.

17 I'm taking it as he's a representative of the organization and

18 for the effect that the information has had on him.

19          MR. SCHWEI:  Thank you, Your Honor.

20          THE WITNESS:  The relatives of our D.C. chapter

21 president -- for example, she was a 70-year-old woman who was

22 arriving for the first time on a Green Card.  She was detained

23 in Dallas airport for essentially over a day, and she was not

24 permitted into the country.  And as we later found out, she

25 was held by Customs and Border Patrol, even for 12 or 14 hours

1   after a New York court issued her release.

2            There was a five-year-old U.S. citizen, another

3   relative of one of our D.C. chapter board members, who was

4   flying into Dulles, and in fact, Senator Van Hollen had called

5   in advance to advise CBP that this child was a U.S. citizen

6   and was coming into the country, and that he was to be let

7   through.  He was also detained at the time airport for six

8   hours, even though they knew that his mother was 200 yards

9   away waiting for him.

10            There was another incident in Los Angeles.

11            THE COURT:  Let me interrupt you.  These incidents

12   are prior to the Second Executive Order and after the first?

13            MR. MEHRI:  Yes.  Right.

14            THE COURT:  So since we're really dealing with the

15   Second Executive Order, I'm going to ask that you direct your

16   questions primarily in that.

17            MR. MEHRI:  Yeah, we're just about to move into

18   that.  I have one question in this time period because it

19   carries over to the second time period.

20            THE COURT:  All right.

21   BY MR. MEHRI:

22    Q.   Sir, do you mind giving us -- you're receiving hundreds

23   of reports as President of IABA.  Were there any systemic

24   issues that occurred in this time period?

25            MR. SCHWEI:  Objection, Your Honor.  Vague as to

1    what systemic issues are and to whom.

2            THE COURT:  Do you want to rephrase, Mr. Mehri.

3    BY MR. MEHRI:

4    Q.   With all these reports coming in to you as President of

5    IABA, were there any recurring themes, you might say, in the

6    information that you're receiving?

7    A.   Yes, there was.  And just so I'm able to shed a little

8    bit of light, these recurring thoughts that were coming in

9    ended up sort of becoming context for what the

10   Iranian-American community perceived as part of -- sort of as

11   context for the Second Executive Order.  So what was largely

12   perceived is that the order was issued with a complete lack of

13   clarity as to its scope, and in fact, Customs and Border

14   Patrol agents often told members that they themselves were

15   unclear about the effect of the order and its scope.

16           The administration itself seemed to consistently

17   change its position regarding scope and how it applied.  For

18   example, in four days it went from the fact that it did apply

19   to permanent residents, to the fact that they didn't know if

20   it did, and then to the fact that it did not apply to

21   permanent residents.  And there was a sense, I think from

22   people, that carried through to the second order that the

23   President was sort of sending a message that Iranians were not

24   welcome.  And that even after we were going to the courts

25   receiving relief from the courts -- for example, the Eastern

 1    District of Virginia issued an order saying that people that

 2    were permanent residents being held at Dulles were entitled to

 3    have legal representation, and CBP basically refused to comply

 4    with the order, saying that's not the instructions we

 5    received.

 6                    So there was a sense that there was sort of an

 7    instant declaration that these individuals, whether Iranians

 8    or Iranian-Americans were not welcome, and that the

 9    administration was sort of going to administrate it in any way

10    that it saw fit, change its position radically if it saw fit,

11    and not really -- not really abide by court orders if it

12    didn't suit its purposes.  That was sort of the theme that was

13    coming up, and that was sort of what was -- sort of continued

14    to inform the Iranian-Americans as the second order was

15    issued.

16                    I will say also that there was one other issue

17    that came up repeatedly that first time, and that was

18    individuals -- we got numerous reports of individuals being

19    coerced to voluntarily give up their permanent resident status

20    by saying that if they didn't sign these forms that they were

21    going to be held in jail.  And so individuals were actually

22    signing away their permanent resident status to avoid going to

23    jail, and a lot of courts subsequently ended up overturning

24    those I-407 forms.

25    Q.   So --

1              MR. SCHWEI:  Objection, Your Honor.  The witness's

2      testimony is a narrative about his subjective impression of

3      many hundreds of reports, in his words.  Not only is it

4      hearsay, but it's lacking in foundation.

5              THE COURT:  All right.  Are you moving to strike?

6              MR. SCHWEI:  Yes.

7              THE COURT:  The testimony has been given.

8              MR. SCHWEI:  Yes.

9              THE COURT:  All right.  I'm going to deny the

10     motion to strike.  I don't think it's necessarily narrative.

11     The questions necessarily ask for a sort of cumulative

12     response.  I will allow it, but I caution counsel --

13     plaintiff's counsel that it's not as helpful to the Court,

14     this witness's sort of opinions and thoughts about what was

15     going on.  I'm really interested in what his reports were,

16     what his surveys were revealing, that sort of information.  So

17     I will deny the motion to strike.

18             MR. MEHRI:  Thank you, Your Honor.

19     BY MR. MEHRI:

20      Q.   Now, let's directly address what the Court just asked.

21     For the time period March 6th forward, in terms of the

22     reports, the gathering information surveys, can you address

23     that question?  March 6th forward.

24             THE COURT:  What's the question?

25

1          MR. MEHRI:  Oh, I wanted to -- let me rephrase it

2    then.

3          THE COURT:  Yeah.

4    BY MR. MEHRI:

5     Q.   Let's focus on the time period March 6th to the

6    present.

7     A.   Okay.

8     Q.   And you were -- and I want you to share with the Court

9    the information you were continuing to gather and recurring

10   themes were coming forward during that time period.

11         THE COURT:  The information he was receiving

12   regarding what specifically?

13         MR. MEHRI:  The immigration issues that happened

14   after the travel ban two was announced.

15         THE COURT:  And the recurring problems that were

16   coming to his attention.

17         MR. MEHRI:  Yeah, as President of IABA.

18         THE COURT:  Okay.

19         THE WITNESS:  Well, on the issuance of the Second

20   Executive Order there was another spike and flood of inquiries

21   to IABA.  A lot of them concerned the lack of clarity

22   surrounding, again, the second order and its scope, its

23   application, and in particular, regarding the application and

24   guidance surrounding the waiver provisions that were in that

25   second order.

1              So, for example, that second order purported not to

2      apply directly to the travel.  For example, permanent

3      residents or individuals with visas at the date that it was

4      issued -- but if somebody wanted to, for example, visit.  If a

5      mother wanted to visit a U.S. citizen, she would have to apply

6      for a waiver and the waiver provisions sort of required that

7      an individual be able to show three things.

8              Be able to show that they were not a threat to the

9      United States.  That there would be an undue hardship in the

10     lack of a waiver.  And that it would be in the U.S. national

11     interest to grant that waiver.  So there were a series of

12     questions that were directed at IABA, and that really made it

13     very difficult for us to counsel individuals on.

14             For example, we had no idea how to counsel a mother

15     who wanted to attend a daughter's wedding who was a permanent

16     resident or a U.S. citizen, how her attendance at the wedding

17     was in the national interest of the United States.  Or how a

18     father who wanted to see a child or a grandfather who wanted

19     to see a grandchild, how that would be in the national

20     interest of the United States.  We also didn't know who would

21     be making those judgments.  We don't know who would -- what

22     kind of information had to be provided.

23             So we really had extreme difficulties trying to

24     counsel individuals, and these questions were rampant at the

25     time.  There were a series of questions also about individuals

1   who had visas that were interested in leaving the country, and

2   there was very little guidance on that as well.  And so we did

3   see, like I said, an inordinate amount of questions regarding

4   the applicability and the guidance and the standards

5   surrounding the new order, as well as its application.

6   BY MR. MEHRI:

7   Q.   Can you give us two or three examples of what kind of

8   ongoing harm that happened to individuals that were reported

9   up to you as President of IABA?

10   A.   Yes.  So one of the primary effects of the Second

11   Executive Order was its direct bearing on individuals who had

12   visa applications pending.  So there were individuals who had

13   gone through the process, had submitted documentation, had

14   gotten an interview scheduled.  But then the interview was

15   canceled as a result of the Second Executive Order and then

16   never rescheduled.

17          So that we have examples of individuals, there

18   was one individual from LA, who was a U.S. citizen, was

19   pregnant, married, her husband was in Iran.  His visa

20   interview was canceled and despite numerous efforts was never

21   rescheduled.  And that individual ended up missing the birth

22   of his own son.

23          There was the reverse of that situation in New

24   York.  There was a gentleman who had a fiance in Iran who was

25   pregnant, their interview, again, was canceled, has not been

 1   rescheduled, despite their best efforts.  And there is a

 2   serious concern that it will not be in time for them to attend

 3   their -- for the fiance to join by the time of her birth.

 4              And I don't want to belabor the point, but there

 5   are numerous other examples along the same lines of

 6   individuals who had visa interviews or were far enough in the

 7   visa process that were canceled, never rescheduled.  In some

 8   instances they have been rescheduled, and these individuals

 9   report being stuck in what is called administrative processes

10   for extended periods of time with no answer from authorities

11   regarding when the process might finish or when they can

12   expect a result.

13              And there were also a couple of reports of

14   individuals who had interviews and were summarily dismissed at

15   the interview, being told, for example, that you don't qualify

16   without the interview or even looking at the documents that

17   were requested to be brought to the interviews.

18   Q.   So based on your position as President of IABA and the

19   reporting structure that you have been testifying to, how

20   would you describe the impact that both Executive Orders have

21   had on the Iranian-American community?

22              MR. SCHWEI:  Objection.  Objection, Your Honor,

23   it's a compound question because it relates to both of the

24   Executive Orders.  It's also calling for a narrative response,

25   asking the witness to describe impacts generally.

1            THE COURT:  Well, the witness is testifying as a

2    president of an organization, so he's allowed to testify as to

3    the effect a specific order has had on his organization's

4    members.  But I would ask you to limit your question to the

5    Second Executive Order since that's what we're challenging

6    today -- unless you can tell me why --

7            MR. MEHRI:  May I speak to that.  This is a

8    continuous conduct that has happened from the day this was

9    announced, the first time on January 27th --

10           THE COURT:  Right.

11           MR. MEHRI:  And then March 6th is a new one comes

12   in, it gets enjoined on March 15th, and the impact on the

13   Iranian-American community has been continuous.

14           THE COURT:  I understand.

15           MR. MEHRI:  I broke it down into certain time

16   periods for the prior testimony, but for the overall impact on

17   the Iranian-American community that he's uniquely able to

18   testify to --

19           THE COURT:  Well, I've heard a fair amount of

20   testimony starting with the First Executive Order, and I'm

21   certainly aware that it's been a continuing problem, but the

22   order here challenging is the second one.  So I'd really --

23   I'd really appreciate if the testimony could focus on the

24   second order, as far as this question goes.  I've heard a fair

25   amount of testimony with regard to the effects of both orders.

1              MR. MEHRI:  Okay.

2    BY MR. MEHRI:

3     Q.   With that instruction from the Court, can you describe

4    the impact, particularly of the Second Executive Order, on the

5    Iranian-American community sitting in your vantage point as

6    President of IABA?

7     A.   Well, based on interactions that we've had with

8    numerous people that have come to us, there have been sort of

9    the legal impacts that I've already discussed about the

10   interview process as being disrupted.  There have been other

11   processes disrupted, for example, students.  We've received

12   concerns from faculty at schools about students not being

13   accepted because there's sort of this confusion about their

14   status about the possibility of attendance.

15              We've received reports of difficulties from

16   medical students attempting to match with schools for the same

17   reasons.  So there's sort of an ongoing difficulty that exists

18   for legal status, especially as it deals with individuals on

19   temporary visas, like work visas or school or education visas,

20   and particular individuals who have expended inordinate

21   resources to like sell everything they have owned to come here

22   and pay for school, and then what the consequences are if the

23   schools don't renew based on the complications from the Second

24   Executive Order.

25              I would also say there's a fair amount of

1   reporting coming to us about sort of a certain level of fear

2   and anxiety from individuals affected by both the first and

3   the second, but I'll limit myself to the Second Executive

4   Order.

5         Like the individuals who had their relatives

6   stuck abroad and they can't reunite parents, families,

7   spouses, there is certainly constant reporting that there's

8   fear and anxiety about when that reunification may take place.

9   There's been a fair amount of reporting about confusion about

10  when and under what circumstances they might be able to sort

11  of continue their working relationships, their family

12  relationships.  And I must say, there's been what's almost

13  uniformly reported up to us is a sense of a stigma that comes

14  from having this Executive Order.

15        The Executive Order seems to function on the

16  premise that anybody who is of Iranian national origin is

17  inherently more dangerous or inherently a terrorist or somehow

18  inherently potentially a criminal, and that hasn't escaped

19  individuals -- either Iranians in Iran or Iranian-Americans in

20  the country, who suddenly perceive themselves as somehow

21  second class citizens or somehow inherently dangerous to the

22  system.  And I think that has severely impacted the community

23  and the individuals impacted by that order.

24        MR. SCHWEI:  Your Honor, we would move to strike

25  the witness's response as nonresponsive and irrelevant.  It's

1  describing the effects on individuals.  The question was about

2  the effect and the impact on the organization itself.

3           MR. MEHRI:  Actually, that wasn't my question.  The

4  question was about the impact on the Iranian-American

5  community.  And he's uniquely positioned to testify about that

6  because no one else in the country gathered the information

7  that way he was able to.

8           THE COURT:  I'm going to deny the motion to strike.

9  BY MR. MEHRI:

10  Q.   Sir, now I want to turn to questions about the impact

11  on IABA, with particular focus on the Second Executive Order.

12  Can you describe the impact that the Executive Orders have had

13  on IABA's organization in terms of their resources?

14  A.   Of course.  Well, as we discussed -- and I'll sort of

15  use a little bit of background context -- as we discussed,

16  there was a plan that was supposed to go into effect in

17  January of this year.  That plan was completely derailed on

18  January 27th.  And I would not be exaggerating to say that

19  90 to 100 percent of our resources starting January 27th were

20  spent on dealing with the fall-out of the First Executive

21  Order.

22           That impact has not changed.  I mean, I would say

23  that we are now expending less, but still about 50 percent, I

24  would say, of our resources on any given day is being spent on

25  dealing with even the Second Executive Order.  We continue

1   to -- well, first, I must say, before even the Second

2   Executive Order went into effect, we didn't know it was going

3   to be stayed on the 16th of March.  So on the 6th of March we

4   spent a great deal of resources, and for the next 10 days,

5   trying to put up new systems in place that were designed to

6   deal with the fall-out.  So having response teams, again, to

7   go to airports.  Having response teams, again, to coordinate

8   with other minority bars to field questions coming in, to be

9   able to refer to individuals to give legal advice.

10           Even after, once the order was enjoined on

11  March 16th, I believe, or 15th, we still field an inordinate

12  amount of questions coming in.  We have to answer questions,

13  again, regarding the scope and impact on various kinds of

14  individuals.  We continue to hold town halls, know your rights

15  presentations.  We continue to work with other minority bar

16  organizations in an effort to alleviate some of the fears in

17  the community, and educate them about what the impact of this

18  new Executive Order will be on their lives if it ever goes

19  into effect.

20           We continue to work on documentation to

21  distribute to further educate individuals.  And so there has

22  been a continuous draining of our resources going to just this

23  specific issue, which is clearly preventing us from dealing

24  with all the other issues that affect our community.

25  Q.   So with the particular focus on the Second Executive

1    Order, can you describe how the Executive Orders have

2    frustrated the mission of IABA?

3    A.   Sure.  Well, I mean, I think it applies to all three

4    prongs that I described earlier.  The first prong, inasmuch as

5    it is fostering civic life and the legal profession.  I mean,

6    first of all, I would say that the orders have had a very

7    chilling effect on Iranian-Americans having any desire to be

8    involved in American civic life, because of the perception

9    that they are somehow inherently dangerous criminals.

10         I would say that it has also severely impacted

11   the fostering of the legal profession in no small part, given

12   the administration's view of attorneys, and even the judiciary

13   when it issues poor rulings that it doesn't like, in its own

14   eyes.

15         The second component of educating the

16   Iranian-American public and our own members.  We're a fairly

17   diverse group of individuals and we have lots of issues that

18   impact our lives, and yet, literally the vast majority of our

19   resources have been drained into educating the public on this

20   one specific issue.  Educating our own members so that they

21   can go out and educate the Iranian-American community,

22   educating the Iranian-American community directly at large.

23   Again, engaging other minority bars.  Engaging our local and

24   our national representatives has been directly impacted by the

25   second order, as well as the first.

1          And then I would say, finally, the third one is

2    probably the most obvious, that is, protecting and advancing

3    the legal rights of the Iranian-American community.  Those

4    rights have been directly impinged by the second order.  Even

5    under the second order a U.S. citizen does not have -- an

6    American U.S. -- an Iranian-American U.S. citizen does not

7    have the same rights of having relatives visit them for the

8    births of their children, for weddings, for other significant

9    life events like graduations.  Whereas, you know, an African

10   American would enjoy those rights.

11          An Iranian-American U.S. citizen or permanent

12   resident's rights have been directly impinged by the second

13   order.  And it has taken, again, as I've already discussed at

14   length, a great deal of resources in order to try to combat

15   that.

16   Q.   What is IABA asking the Court to do in this case?

17   A.   Well, there seems to be a lot of fear and anxiety and

18   confusion about the effects of the status of the law and

19   effects of the Second Executive Order, and a certain lack of

20   confidence in the Government, quite frankly, about what the

21   status of Iranian-Americans and their Iranian relatives are.

22          So I think what would be immensely helpful is the

23   administration, or the Government in general, submitting to

24   this Court for its approval, guidelines, explaining the status

25   of the law, the clarifications on where things stand.  And for

1    the Court to approve to be sent to, not only government

2    officials and consulates and embassies, but also to private

3    entitles like airlines and the public at large.  So, one, it

4    rebuilds the confidence that's been lost; and, secondly, it

5    provides some clarity for an entity like the Iranian-American

6    Bar Association so that we can actually give advice to people

7    that come to us, rather than consistently telling them we'll

8    have to see how things work out.

9                 MR. MEHRI:  Thank you, sir.  No further questions.

10               THE COURT:  Cross-examination.  Mr. Schwei, will

11   you be doing that?

12               MR. SCHWEI:  Yes.

13                          CROSS-EXAMINATION

14   BY MR. SCHWEI:

15    Q.   Good afternoon.

16    A.   Good afternoon, sir.

17    Q.   Daniel Schwei from the Department of Justice.

18               THE COURT:  Schwei -- I'm sorry.

19               MR. SCHWEI:  That's all right, Your Honor, it's a

20   common mistake.

21   BY MR. SCHWEI:

22    Q.   Just now you were testifying to the continuous harms

23   that you believe you've suffered from the Second Executive

24   Order, is that correct?

25    A.   That's correct.

 1                MR. MEHRI:  Objection.  Can you clarify what you

 2   mean by you suffered?

 3                MR. SCHWEI:  I apologize, I meant --

 4                THE COURT:  Just a minute.  If there's an

 5   objection, I have to rule on it.  So just a minute.

 6                The question was:  Just now you were testifying to

 7   the continuous harm that you believed you've suffered from

 8   these Executive Orders -- this is a rough -- can you tell us

 9   what you mean by what you suffered?  Is that your -- you

10   object to that --

11                MR. MEHRI:  I object to the way it's phrased.  I'm

12   objecting to the ambiguity that's in the question with the

13   word "you".

14                THE COURT:  Overruled.  You can answer the

15   question.

16                THE WITNESS:  Maybe I'll just address it.  By

17   "you", I assume you mean IABA, not me personally?

18   BY MR. SCHWEI:

19    Q.   That's correct.  I will use "you" -- I will try to

20   avoid using "you," but if I fail, I mean, you as in the

21   President of IABA speaking on behalf of the organization.

22    A.   Yes, sir.

23    Q.   So you testified, correct, that IABA suffered

24   continuous harms from the Second Executive Order, is that

25   correct?

1    A.   Yes.

2    Q.   And by the word "continuous," does that continue to the

3    present day?

4    A.   Yes, sir.  We continue to expend inordinate amounts of

5    resources on dealing with the fall-outs of the Second

6    Executive Order, and we believe that it continues to affect

7    our mission statement.

8    Q.   So are you aware that Sections 2 and 6 of the Executive

9    Order were enjoined nationwide on March 15th, 2017?

10   A.   I am aware of that, yes, sir.

11   Q.   And your testimony is that, notwithstanding this

12   nationwide injunction, IABA continues to suffer harms from the

13   Second Executive Order, correct?

14   A.   Yes.  Absolutely.

15   Q.   Isn't it true that your declaration says that, quote,

16   the true scope and impact of the March 6th Executive Order are

17   uncertain, end quote?

18   A.   I don't have it in front of me.  I'm assuming you're

19   reading from something.  If it's my declaration, then yes.

20   I don't know, I don't have it in front of me.

21   Q.   Would a document refresh your memory?

22   A.   It would.  Thank you.

23        THE COURT:  Has it been marked?

24        MR. SCHWEI:  Yes.

25        THE COURT:  All right.

 1              MR. SCHWEI:  May I approach the witness, Your

 2   Honor?

 3              THE COURT:  Yes, you may.

 4              THE WITNESS:  Thank you.

 5   BY MR. SCHWEI:

 6     Q.   I've handed you -- or the courtroom clerk has handed

 7   you what is marked as Government's Exhibit A.  If I can turn

 8   your attention to Paragraph 33 on Page 12.  Isn't it true that

 9   your declaration says that the --

10              THE COURT:  Wait.  Are you refreshing his

11   recollection or are you impeaching him, because your question

12   to him was:  Would it refresh his recollection if he were to

13   look at a copy of his affidavit.  Having asked that

14   foundational question, you need to make sure his recollection

15   has been refreshed, take the document away, and ask him if he

16   remembers what he said.  What you're doing now is impeachment,

17   not a refreshment.

18              MR. SCHWEI:  Thank you, Your Honor.

19   BY MR. SCHWEI:

20     Q.   Does that document refresh your recollection?

21     A.   Yes, it does.

22              MR. SCHWEI:  May I ask the clerk to remove the

23   document.

24              THE COURT:  If you think you're going to have more

25   questions on it, he can keep it up there, just close it.

1          THE WITNESS:  Yes, ma'am.

2          MR. SCHWEI:  Thank you.

3    BY MR. SCHWEI:

4      Q.    Isn't it true that your declaration says that, quote,

5    the true scope and impact of the March 6th Executive Order are

6    uncertain, end quote?

7      A.    Yes, that is correct.

8      Q.    Isn't it true that Sections 2 and 6 of the March 6th

9    Executive Order still have not been implemented as a result of

10   injunctions issued by other courts?

11     A.    Legally speaking, yes, that is correct.

12     Q.    If I can turn to speaking to IABA more generally.  IABA

13   itself is a secular organization, correct?

14     A.    We are a non-religious organization, that is correct.

15     Q.    So, for example, IABA members are not required to be

16   any particular religion, correct?

17     A.    No, they are not.  But I would point out that Iranians

18   are a very diverse group, and our members range from Muslim to

19   Christian to Zoroastrian, Baha'i and Jew.  So we have

20   religious individuals that are members, and inasmuch as there

21   is discrimination affecting them on the basis of religion, I

22   would believe that that falls squarely within our mission.

23     Q.    But IABA itself is secular, correct?

24     A.    It is non-religious, that is correct, in the sense that

25   we do not promote any religion over any other among our

1    members.

2    Q.   And earlier you testified that IABA's mission was to

3    protect the legal rights of the Iranian-American community,

4    correct?

5    A.   I said -- yes, I said that was one of the three parts

6    of the -- yes.

7    Q.   And when you use the phrase Iranian-American, does that

8    have a particular definition in your mind?

9    A.   Well, we don't have an organizational definition for

10   it.  Are you asking me what I personally think about it?

11   Q.   When you, the President of IABA, use the phrase

12   Iranian-American, do you have a particular definition in mind?

13   A.   I would -- yeah, I would consider those are Iranians

14   that are obviously U.S. citizens that are permanent residents

15   or that live here or study here, consider themselves --

16   self-identify as Iranian-Americans.  And, obviously, you know,

17   their rights as it relates to relatives and family members who

18   are in Iran or anywhere in the world, quite frankly.

19   Q.   Is it fair to say that your use of the phrase

20   Iranian-American refers to Iranians who are U.S. citizens,

21   legal permanent residents, or who are otherwise present here

22   in the United States?

23   A.   Yeah, I mean, part of the problem is that the

24   definition requires self-identity, so it's hard -- but if

25   you're asking me personally, yes, I would say that those are

1    individuals that I would categorize as Iranian-Americans.

2    Q.   And you would agree that Sections 2 and 6 of the

3    March 6th Executive Order do not apply directly to any

4    individuals falling in those categories, correct?

5    A.   No, I disagree with that statement.  I agree with you

6    that they do not prohibit the travel rights of those

7    individuals -- well, as to U.S. citizens and permanent

8    residents, I agree with you that those sections do not

9    prohibit the travel rights of those individuals.  They do

10   affect them in the sense that they impinge on the rights of

11   their relatives to come visit them for significant life

12   events.

13   Q.   And --

14   A.   And there seems to also be -- apologies -- to answer

15   that as to the third category of people that are just here

16   perhaps on a temporary visa or whatever else, their rights

17   actually are uncertain because it's unclear what happens if

18   that visa expires and under the new ban no new visa is issued.

19   So I can't speak as to those individuals.

20   Q.   I'd like to return to that uncertainty in a minute.

21   Just to clarify, you would agree that Sections 2 and 6 do not

22   directly apply or prohibit the travel of any U.S. citizens,

23   correct?

24   A.   By its terms, yes, they do not prohibit the travel of

25   U.S. citizens.

1    Q.    And, similarly, Sections 2 and 6 do not prohibit the

2    travel of any legal permanent residents, correct?

3    A.    By its terms, yes.

4    Q.    And by its terms, Sections 2 and 6 also do not prohibit

5    the travel of anybody who is currently here or was here --

6    strike that, Your Honor.  Sections 2 and 6, by their terms, do

7    not prohibit the travel of anyone who is physically present in

8    the United States at 12:01 a.m. as of March 16, 2017, correct?

9            MR. MEHRI:  Objection.  Asking for legal

10   conclusions.

11           THE WITNESS:  That is actually --

12           THE COURT:  The objection is overruled as far as

13   his understanding.

14           THE WITNESS:  The answer to that question is, I

15   actually don't think by its terms if it is that clear whether

16   or not those individuals, once their visas expire may

17   travel -- so, I don't know what the scope of the question is.

18   If you're saying that while they have their visas, can they

19   travel and come back?  By the terms, I believe that's the

20   case.  But if they remain here and their visas expire, can

21   they travel and come back?  I don't know the answer to that

22   question, and I think that we've maintained that they might

23   not be able to.

24   BY MR. SCHWEI:

25   Q.    But you are aware and you would agree that Section 3 of

1   the Executive Order exempts, from Sections 2 and 6,

2   individuals who are physically present in the United States as

3   of 12:01 a.m. on March 16th, 2017?

4     A.   I believe --

5          MR. MEHRI:  Objection.  You're mischaracterizing

6   the order.

7          THE COURT:  You can correct on redirect.  The

8   question was:  But you are aware and you would agree that

9   Section 3 of the Executive Order exempts, from Sections 2 and

10  6, individuals who are physically present in the United States

11  as of 12:01 a.m. on March 16th, 2017.

12         MR. SCHWEI:  Perhaps, Your Honor, if I could

13  voluntarily correct the question.

14         THE COURT:  Go ahead.

15  BY MR. SCHWEI:

16    Q.   Striking the reference to Section 6, but the same

17  question as to Section 2.  You would agree that Section 3

18  exempts from Section 2 any individual who was physically

19  present in the United States at 12:01 a.m. on March 16th,

20  2017, correct?

21    A.   I must say, I don't recall the specific sections by

22  number, and so I would have to look at the order before I

23  could answer that question.

24    Q.   Would seeing the order refresh your recollection?

25    A.   It would certainly help, yes.

1    Q.    So the clerk has handed you what's marked Government

2    Exhibit B.  Would you review the document, please.

3    A.    Do you want me to review the whole thing?

4    Q.    Specifically with reference to Sections 2 and 3.

5              THE COURT:  Page 8, Page 9, Page 10.

6              THE WITNESS:  Thank you, Your Honor.

7              MR. MEHRI:  I want to state an objection for

8    continuing to call for legal conclusions from the witness.  We

9    can save this for Friday.

10             THE COURT:  The objection is overruled.  The

11   witness has testified as the president of a bar association,

12   he's a practicing lawyer, and he's testified to some of the

13   legal ramifications of the order.  So while I wouldn't allow

14   him to give his opinion as to whether this order is legal or

15   not, I will allow him to testify as to whether, in his

16   capacity as President of the Iranian American Bar Association,

17   what impact this order has had.

18   BY MR. SCHWEI:

19   Q.    Just let me know once you've reviewed Sections 2 and 3.

20   A.    Okay.  I'm almost through Section 2.

21   Q.    Thank you.

22   A.    Do you want me to read the entirety of Section 3?

23             THE COURT:  Why don't you hold on a second.  Here

24   is the question.

25             THE WITNESS:  Yes.

 1          THE COURT:  This could end up taking way longer

 2   than it needs to.  Mr. Schwei:  Striking reference to

 3   Section 6, but the same question as to Section 2, that you

 4   would agree that Section 3 exempts from Section 2 any

 5   individual who was physically present in the United States at

 6   12:01 a.m. on March 16th, correct?

 7          Having reviewed the sections of the Executive

 8   Order, do you agree or disagree with Mr. Schwei's assertion?

 9          THE WITNESS:  I would say based on Section 3,

10   Sub I, by implication, that it applies to people outside the

11   United States as of the effective date of the order.  There's

12   a suggestion that if you're inside that it does not apply.

13          THE COURT:  All right.  Next question.

14   BY MR. SCHWEI:

15    Q.   Similarly, isn't it true that Section 3 exempts from

16   Section 2 any individual who had a valid visa on

17   January 27th, 2017?

18    A.   Yes.  It looks like Subsection 2, again, does that by

19   negative implication, but yes.

20    Q.   Is your recollection refreshed from the text of the

21   Executive Order?

22          THE COURT:  We've gone past that.  You're in

23   impeachment territory, so just keep going.

24   BY MR. SCHWEI:

25    Q.   Isn't it true that Section exempts from Section 2 any

1   individual who had a valid visa as of 12:01 a.m. on

2   March 16th, 2017?

3       A.    There doesn't appear to be a date.  By negative

4   implication, it says, anyone who did not have a valid visa on

5   the effective date of this order.  So if we're reading that as

6   12:01 a.m. on March 16th, then yes.

7       Q.    Thank you.  Turning to some of the uncertainty that you

8   discussed in your testimony, are you aware that the Department

9   of State published online guidance related to implementation

10  of the March 6th Executive Order?

11      A.    Yes, I'm aware that there's some guidance issued.

12      Q.    Are you aware that the Department of Homeland Security

13  published questions and answers related to implementation of

14  the March 6th Executive Order?

15      A.    I'm aware of that, yes.

16      Q.    And so your testimony is that the uncertainty about the

17  implementation of the March 6th Executive Order makes it

18  difficult for the IABA to provide legal solutions to people

19  reaching out to it for legal services, is that correct?

20      A.    Yes.  We continue to get reports from individuals and

21  consulates that do not reflect what the status of the law is

22  supposed to be.  If the March 6th order never went into

23  effect, then we are supposed to be back at January 26th.

24              But on January 26th people weren't asking

25  interviewees what their religion was, but that's happening

now.  On January 26th, people weren't being stuck in
administrative processing for these inordinate periods of
time, but that's happening now.  So there does seem to be some
level of uncertainty about what the law is and how it should
be applied, based on the reports that we're getting.

MR. SCHWEI:  Your Honor, I would move to strike the
witness's statements about what is happening now because that
is clearly hearsay.

THE COURT:  Well, it's not being admitted for the
truth of the matter as asserted.  The second question is
whether it was responsive.  And given that your question went
to whether there is guidance being issued by Department of
Homeland Security and the State Department, I think the
witness has answered responsive, so I'll deny the motion to
strike.

BY MR. SCHWEI:

Q.   The difficulty that IABA faces in advising its clients
stems from IABA's view that the implementation of the
March 6th Executive Order is unclear, correct?

MR. MEHRI:  Objection, mischaracterizes his
testimony.

THE COURT:  Overruled.  You may answer.

THE WITNESS:  No, that's not –– no.  First of all,
part of the difficulty arises out of the language of the order
itself and the lack of clarity about its implementation.

1    There is -- for example, as far as I remember, none of the

2    question -- and the FAQ, the F-A-Qs that were issued, or the

3    guidance that was issued, explain how we can advise an

4    individual that a grandson -- a grandmother wishing to see her

5    grandson is in the national best interest.  That is a waiver

6    that has to be applied for and received.

7           Quite frankly, actually, from what I recall, a

8    grandmother wouldn't even apply because I think the waivers

9    only apply to close family, which was defined as parents and

10   sibling, et cetera.  So let's just fall within that waiver.

11   We have no guidance on how we can explain to somebody about

12   how a father wishing to -- from Iran -- wishing to attend the

13   wedding of a daughter who is a U.S. citizen, can do so and

14   show under the waiver that that individual's attending a

15   wedding, a private wedding, is in the national interest.

16          So the uncertainty comes in part because of the

17   nature of the system that's been placed, a waiver system in

18   place, the lack of clarity about how it's to be implemented,

19   who is supposed to be applying it, what standards they're

20   applying.  The explanations I've seen are just basically

21   extended explanations of what just the waivers say in the

22   order, and that's not really helping us advise people.

23   BY MR. SCHWEI:

24    Q.  So just to summarize it, wouldn't it be fair to say

25   that IABA is harmed, in your view, because it is unable to

1   provide meaningful legal advice to its clients or whoever is
2   contacting it?

3   A.   I would say that's one of the forms of harm that we are
4   experiencing, yes.

5   Q.   Turning to IABA more generally, again, I imagine that
6   IABA advocates about a number of issues and topics, correct?

7   A.   Yes, of course.

8   Q.   For example, did IABA recently call on authorities to
9   release two Iranians, a student and a visitor, who were being
10   detained by the United States?

11   A.   Yes, I believe we did.

12   Q.   And just another example, did IABA recently call on
13   authorities to ensure Iranian-American civil rights are fully
14   protected in the face of hate crimes?

15   A.   Yes, I believe we did.

16   Q.   So when advocating for those issues, IABA expended time
17   or resources, correct?

18   A.   Of course we did.

19   Q.   And turning more towards legal proceedings, IABA has
20   also participated in other lawsuits, correct?

21   A.   Yes.   There was the Banki lawsuit that we were involved
22   in that went before the Second Circuit.

23   Q.   In 2015, IABA filed an amicus brief in support of an
24   Iranian-American immigration judge, correct?

25   A.   Yes, that is correct.

1    Q.   And that lawsuit was about her being categorically

2    recused from cases involving Iranians, is that correct?

3    A.   Yes.  She was an immigration judge who had been issued

4    an order by the DOJ asking her to proactively and

5    categorically recuse herself from any case of an Iranian

6    national before her.

7    Q.   And when IABA participated in those legal proceedings,

8    that required IABA to expend time and resources, correct?

9    A.   Yes, it did, although most of those resources were

10   expended before the Executive Order in question.

11             MR. SCHWEI:  Thank you, Your Honor.

12             THE COURT:  Thank you.

13             MR. SCHWEI:  No further questions.

14             THE COURT:  Any redirect?  Any redirect?

15                    REDIRECT EXAMINATION

16   BY MR. MEHRI:

17   Q.   Sir, opposing counsel asked you whether the harm to

18   IABA was due to lack of clarity.  Do you remember that

19   question that he asked you?

20   A.   Yes, I do.

21   Q.   Can you further explain other harms that have happened

22   to IABA in light of the Executive Order Two?

23   A.   We've talked about this already, but --

24             THE COURT:  Then that seems like a perfect moment

25   for me to interject that you can briefly touch on the matters

1    you've already testified about.

2          THE WITNESS:  Yeah.  I would just say we've

3    discussed at length the three prongs and how each of them have

4    been harmed.  The inordinate amount of resources that have

5    been spent on education, on fighting this -- the legal issues

6    surrounding this particular issue, the fielding of the

7    numerous questions.  I mean, look, just to summarize, we have

8    expended a great amount of resources just on this issue at the

9    expense of other issues that we could be using our limited

10   resources on.

11         And the issues that have been raised here are

12   directly in conflict with the multiple prongs of our mission

13   statement that I've already explained to you.

14         MR. MEHRI:  No further questions, Your Honor.

15         THE COURT:  Thank you, Mr. Mehri.  Sir, thank you.

16   You may remain in the courtroom if you wish.

17         THE WITNESS:  Thank you, Your Honor.

18         THE COURT:  Thank you.  Next witness.

19         MR. MEHRI:  I think she's outside, so we'll have to

20   get her.

21         THE WITNESS:  Your Honor, what would you like me to

22   do with the exhibits?

23         THE COURT:  You can give them back to Mr. Bradley.

24   Thank you.

25

1    Thereupon,

2                           LEILA AUSTIN,

3    the witness, having been first duly sworn, was examined and

4    testified as follows:

5              THE COURT:  Good afternoon.

6              THE WITNESS:  Good afternoon, Your Honor.

7                        DIRECT EXAMINATION

8    BY MR. MEHRI:

9      Q.   Can you state your name and business address for the

10   record.

11     A.   Sure, my name is Leila Austin.  PAAIA's business

12   address is 5335 Wisconsin Avenue, Northwest, Washington, D.C.

13   20015.

14     Q.   And what is PAAIA?

15     A.   PAAIA is the Public Affairs Alliance of Iranian

16   Americans.

17     Q.   And can you briefly describe your education history

18   starting with college?

19     A.   Sure.  I have a BA in Sociology and French from Bryn

20   Mawr College.  I have a Master's degree in Middle East

21   Politics and International Economics from the Johns Hopkins

22   School of Advanced International Studies, otherwise known as

23   SAIS.  And I have a Ph.D in Political Science from Colombia

24   University.

25     Q.   What did you write your Ph.D on?

54

1    A.    My dissertation was about the effects of hemispheric

2    trade agreements on economic policy reforms in Mexico and

3    Tunisia, it was a cross-regional international, political,

4    economy dissertation.

5    Q.    Between the time that you earned your Ph.D and started

6    working at PAAIA, can you briefly describe your work

7    experience?

8    A.    Sure.  I actually went back to SAIS, to Johns Hopkins

9    University, and I worked there as director of two projects

10   where I did -- you know, we designed curricula.  These were

11   grants that we got to lead projects.  I designed curricula.  I

12   taught, we had lectures, a variety of things at the

13   university.

14   Q.    Have you received any awards in academia?

15   A.    Yes.  At Colombia, I was a President's Fellow.  I also

16   had the Andrew Cordier Teaching Fellowship.  And at SAIS, I

17   received the foreign language area studies grant, which I

18   think is currently called the Critical Languages-something

19   from the Department of Education.

20   Q.    And are you still teaching today?

21   A.    I am.

22   Q.    Where is that?

23   A.    I teach at various campuses in D.C.  Johns Hopkins

24   University in D.C.  I teach at the U.C. campus in D.C.  I

25   teach at George Mason.  I have taught at Georgetown University

1   and American University as well.

2       Q.     And what is PAAIA, organization?

3       A.     PAAIA is a non-profit, bipartisan, non-sectarian

4   national organization that promotes the interests of

5   Iranian-Americans with U.S. policymakers, the media, and the

6   American public at large.

7       Q.     What do you mean by being non-sectarian?

8       A.     We promote the interests of all Iranian-Americans

9   regardless of religion or ethnicity.

10      Q.     How is PAAIA structured?

11      A.     PAAIA has two affiliate organizations, one is a

12  501(c)4, which carries out most of our advocacy work, and a

13  501(c)3, a charitable organization where we carry out most of

14  our public education work.

15      Q.     Does PAAIA conduct research on the Iranian-American

16  community?

17      A.     Yes.  We do an annual national survey of

18  Iranian-Americans which provides scientific data on the

19  concerns of Iranian-Americans.  And we also use it to gauge

20  how Iranian-Americans feel about issues that are of

21  significance to the community.

22      Q.     Dr. Austin, why does PAAIA collect this information?

23      A.     Well, we are -- we want to make sure that we are

24  accurately representing the community, so we use it to gauge

25  where -- you know, how to -- what types of programs to have

1   and what the community's needs are.  We also do, you know,

2   papers.  We commission papers depending on -- based on the

3   results of the survey.

4   Q.   What is IA-100?

5   A.   IA-100 is the leadership network of the organization.

6   It is an invitation -- By Invitation Only membership of high

7   profile professionals and public people who are

8   Iranian-American, obviously.  And they act as the trustees of

9   the organization, and they are voting members of both

10  organizations.

11  Q.   And can you give us a couple of examples of who is in

12  the IA-100?

13  A.   Sure.  One of the founders of PAAIA, actually, is Cyrus

14  Amir Mokri, who is currently General Counsel for JP Morgan,

15  but he was under President Obama, Assistant Secretary to

16  Financial Institutions in the Treasury Department.

17          Other examples are Firouz Naderi, who is just

18  retired from 30 years of directing the JPL Lab, the Jet

19  Propulsion Lab at NASA.  He also direct managed the Mars

20  Lab -- the Mars -- I forget what it's called at NASA.  So he's

21  one of -- he's also a board member.

22          And then we also have Pardis Sabeti, who is a

23  well-known scientist.  She's a computational biologist and

24  human geneticist at Harvard University, and she actually

25  played a significant role in Ebola research.

1    Q.    What is your title at PAAIA?

2    A.    I'm Executive Director.

3    Q.    And what are your duties as Executive Director of

4  PAAIA?

5    A.    I oversee all programs and projects.  I manage the

6  staff and the budget.  I write strategy for the organization.

7  I report to the board.  I update the membership.  I am either

8  directly or indirectly involved in all of the reports that we

9  write.

10    Q.    Do you consider yourself one of the most knowledgeable

11  people in the country on the Iranian-American community?

12    A.    That's my job, so I do everything I can to --

13    Q.    So what motivated you to become Executive Director of

14  PAAIA?

15    A.    Well, I am an Iranian-American.  I came to this country

16  as a teenager.  My parents left Iran to escape political,

17  social, economic repression.  They wanted a better future for

18  their daughters.  They wanted them to live in a country that

19  allowed them to participate freely in the democratic process,

20  and to have every opportunity to succeed.  And they wanted to

21  really escape sort of the arbitrary threats and harassment

22  that really took place in Iran.

23            So I have an inherent interest in the mission of

24  PAAIA.  I believe in it.  I believe in the public education

25  and communicating the great contributions of the

1   Iranian-American community to the American public.  I believe

2   in the leadership building of our next generation.  And also

3   the bridge building that we undertake.

4       Q.   Just a couple points of clarification.  Today are you

5   testifying solely as Executive Director of PAAIA?

6       A.   I am.

7       Q.   And there will be times today when I'll be asking you

8   about action items of PAAIA, and I want to be clear that I'm

9   excluding any involvement or action items regarding the Pars

10  Equality litigation in this case.  Is that understood?

11      A.   Yes.

12      Q.   And your answers will exclude that as well?

13      A.   Yes.

14      Q.   You've talked about some of the research reports of

15  PAAIA, one of them is Iranian-American's immigration and

16  assimilation.  Can you just briefly describe the highlights

17  from that report?

18      A.   Sure.  The report does an overview of

19  Iranian-American -- Iranian immigration to the United States,

20  and uses some benchmark variables to assess assimilation.

21  Basically, a quick summary is that the first big wave of

22  Iranians to the United States started in the 1950s when

23  Iranians came here to pursue education.  We had people coming

24  for medical residencies, going to university, a variety of

25  educational pursuits.  The second and largest wave of Iranian

1   immigration started right before the Iranian revolution, the

2   Islamic revolution in 1979, and that involved people leaving

3   for political, economic, social, religious minorities left

4   after the revolution.  And those students who were already

5   here actually ended up staying and becoming immigrants, they

6   never went back.

7          So that's some of what the report talks about.

8   It also talks about the assimilation rate of the

9   Iranian-American community.  It talks about the high

10  socioeconomic status.  High levels of educational attainment

11  of the Iranian-American community.  The report states that per

12  capita income of Iranian-Americans is 50 percent higher than

13  the national average.  Also, 38 percent of income of families

14  is higher than the national average.

15         Also, using some benchmarks, as I mentioned, like

16  language proficiency and intermarriage.  Iranian-Americans

17  rate very high.  All Iranian-Americans are either

18  proficient -- most are either proficient or fluent in English

19  upon arrival.  Socioeconomic status, as I said, is very well.

20  50 percent of Iranian-Americans are professionals or managers

21  in their vocations, and 50 percent of Iranian-Americans

22  apparently have intermarried.  So it's --

23  Q.   What is it about America that draws the Iranian

24  community to immigrate to the U.S?

25  A.   Well, it's freedom, democracy, opportunity.  I think

1  the same variables that draw any immigrant group here that's

2  escaping political repression.

3    Q.    And approximately how large is the Iranian-American

4  community?

5    A.    Estimates are around a million.

6            MR. MEHRI:  I would like to mark as Plaintiff's

7  Exhibit 1 -- if there's no objection, I would like to proffer

8  this into evidence.

9            THE COURT:  Sure.  I've got it.

10            MR. MEHRI:  Yeah, okay.

11            THE COURT:  Yes, it will be admitted.

12            THE WITNESS:  Thank you.

13  BY MR. MEHRI:

14    Q.    Dr. Austin, before you is Plaintiff's Exhibit 1.  What

15  is this document?

16    A.    This is -- this describes the vision and mission of

17  PAAIA.

18    Q.    And can you just read into the record the vision

19  statement.

20            THE COURT:  Wait, wait, wait.  Wait a minute.

21            THE WITNESS:  Page 2.

22            THE COURT:  Okay.

23            THE WITNESS:  We envision a world in which

24  Iranian-Americans actively come together as a collaborative

25  community in service to each other and to society at large, to

1    change our world and particularly the world of our children

2    for the better.

3    BY MR. MEHRI:

4        Q.    Dr. Austin, I'd like to point you to the fourth pillar

5    of your mission that's on the same page.

6        A.    Yes.

7        Q.    Give back to America as it has given to us.  Do you see

8    that?

9        A.    Yes.

10       Q.    With respect to public service, how have

11   Iranian-Americans contributed to the United States?

12       A.    Iranian-Americans participate at all levels of

13   government, the military and law enforcement.  They are

14   increasingly engaged in public life and civic life, and that's

15   something that as an organization we actually encourage and

16   facilitate.  Iranian-Americans also contribute to public life

17   on a variety of levels.  There are healthcare providers and

18   technologists and other levels.

19       Q.    Can you give us a couple of examples of people that are

20   serving in public service?

21       A.    Sure.  The Lieutenant Governor of Washington State is

22   an Iranian, Cyrus Habib.  We have a recent -- well, Cyrus Amir

23   Mokri, who I talked about, was at the Treasury Department.  We

24   have Iranian-Americans who served in the State Department in

25   foreign service.  A recent appointee, Ambassador to Sweden, by

1   President Obama, is Iranian-American, as well as the National

2   Security Council, among other --

3   Q.   You've mentioned a number of very prominent people.

4   Can you mention any ordinary people that come to mind in terms

5   of public service for Iranian-Americans?

6   A.   Yeah, sure.   One case that was actually kind of --

7   became very public was the San Bernardino terror attack.   And,

8   ironically, one of the victims of that attack was an

9   Iranian-American, as well as the first responder, the first

10  medic to respond to the scene was an Iranian-American.

11  Q.   So with respect to job creation and business and

12  innovation, how have Iranian-Americans given back to the

13  United States?

14  A.   Iranian-Americans are leaders and in Silicon Valley.

15  They are business leaders.   Most of them came on student visas

16  and stayed and contributed greatly to our economy here, as

17  well as business innovation and technological innovation.

18          MR. MEHRI:   I'd like to mark as the next exhibit

19  for plaintiffs.   If there's no objection, I'd like to proffer

20  this into evidence.

21          MR. ROSENBERG:   Actually, can we have a moment to

22  look at the exhibit?

23          THE COURT:   Yes.

24          MR. MEHRI:   Sure.

25          THE COURT:   Mr. Mehri, how much more do we have

1    before we get to the substance of the harm suffered by this

2    organization?

3                    MR. MEHRI:  Actually, the next question after this

4    document.

5                    THE COURT:  All right.  Let's try and get to that

6    quickly.

7                    MR. ROSENBERG:  Your Honor, not to delay that, but

8    we would interpose a relevancy objection.

9                    THE COURT:  What is the relevance of this,

10   Mr. Mehri?

11                   MR. MEHRI:  I was just going to -- this is the

12   March 22nd, 2017, statement of President Donald Trump, and I

13   was going to refer to her one sentence in this document.

14                   THE COURT:  All right.  Let's get to it.

15                   MR. MEHRI:  Okay.

16   BY MR. MEHRI:

17    Q.   Dr. Austin, could you read the first sentence of the

18   third paragraph into the record.

19    A.   Sure.  This is a Nowruz greeting from President Trump

20   to all who celebrate Nowruz, which is the Persian New Year.

21   The first sentence is:  For many years I have greatly enjoyed

22   wonderful friendships with Iranian-Americans.  One of the most

23   successful immigrant groups in our country's contemporary

24   history.

25    Q.   Do you agree with that statement?

1     A.    I do.

2     Q.    Okay.  Have any members of PAAIA expressed to you, as

3     Executive Director of PAAIA, concerns of how the Executive

4     Order have impacted American businesses?

5                THE COURT:  Can we focus on Executive Order Two?

6                MR. MEHRI:  Yes.  Focusing on Executive Order Two.

7                THE COURT:  Is there an objection, sir?

8                MR. ROSENBERG:  Well, it was both the objection on

9     the Executive Order, but also there is a 501(c)3 and 501(c)4.

10    So it's unclear whether the reference to members refers to

11    members of 501(c)3 or 4, or what the basis for their

12    membership organization is.

13               THE COURT:  Are all your questions regarding the

14    organization members directed at the 501(c)3 section of the

15    organization or the 501(c)4?

16               MR. MEHRI:  My questions were actually not

17    bifurcating those two, and I don't think that's important for

18    today's --

19               THE COURT:  The distinction between those two, the

20    (c)3 and (c)4, is that a distinction as to where financial

21    resources go?

22               THE WITNESS:  Yes, but this is about members.

23    This is not about board members, so they don't fall under

24    either one of those.

25               THE COURT:  All right.

```
 1              THE WITNESS:  So they are members of the

 2    organization.

 3              THE COURT:  You can provide.

 4    BY MR. MEHRI:

 5     Q.    Do you need me to repeat the question, Dr. Austin?

 6     A.    Yes, please.  I mean, let me just clarify.  The members

 7    are voting members of both organizations, so that makes it

 8    okay.  Okay.

 9    BY MR. MEHRI:

10     Q.    So have any members of PAAIA expressed to you as

11    Executive Director how the Executive Orders, particularly

12    Executive Order Number Two, has adversely impacted American

13    businesses?

14     A.    Yes, many -- several members of the organization are

15    current business leaders, and they are very concerned about

16    the impact of these bans on immigration and general immigrants

17    and talent coming into this country.  All of them were at one

18    point immigrants, so they view that as hampering the business

19    development.

20              MR. ROSENBERG:  And I'm going to interpose a

21    hearsay objection and move to strike to the extent the

22    testimony is being used for the truth of the matter asserted.

23              THE COURT:  All right.  The objection is overruled.

24    I take the testimony not for the truth of the matter asserted

25    but for the fact that the members -- the effect of the
```

1  member's concerns on the director -- the Executive Director of

2  the organization.

3               MR. MEHRI:  That's understood, Your Honor.

4               THE COURT:  All right.

5  BY MR. MEHRI:

6   Q.   Dr. Austin, we've been talking about the pillar four of

7  the mission statement for PAAIA.  Give back to America as it

8  has given to us.  How have the Executive Orders, particularly

9  the Second Executive Order, impacted this pillar of PAAIA's

10  vision statement -- I'm sorry -- of this mission?

11   A.   Well, both travel bans have marginalized the

12  Iranian-American community as a potential terrorist group.

13  And that stigma has -- goes against everything that the

14  organization stands for about everything that we've gained

15  from the United States.  And it also makes it harder to give

16  back, especially in the next generation because they feel that

17  stigma.

18   Q.   Dr. Austin, can you just describe for us the second

19  pillar of PAAIA's mission?

20   A.   Sure.  The second pillar is about encouraging

21  Iranian-American's to participate in the democratic process

22  and civic life in the United States.

23   Q.   And can you describe for us the third pillar of PAAIA's

24  mission statement?

25   A.   The third pillar is about positioning our next

1   generation for success in everything, the business and public

2   service and their future.

3   Q.   And how have the Executive Orders, particular Executive

4   Order Number Two, impacted PAAIA's second and third pillars of

5   its mission statement?

6   A.   Well, to the extent that they are stigmatizing the

7   community, it makes it that much harder to encourage our

8   community to participate in civic life.  I think that it has

9   diminished the trust that Iranian-Americans have for civic

10  institutions.  Also, we have to remember that this is a

11  relatively young immigrant community and many have escaped

12  arbitrary authoritarian decrees in their homeland, and so when

13  this happens here, the effect is amplified.

14  Q.   Dr. Austin, can you read the first pillar of PAAIA's

15  mission into the record.

16       THE COURT:  Mr. Mehri, this is not -- the document

17  is in the record.  I've accepted it into evidence.  I have it.

18  I'm not sure what reading it further into the record does, but

19  it's your half an hour.

20  BY MR. MEHRI:

21  Q.   Can you explain what this pillar is of the PAAIA

22  mission?

23  A.   Sure.  The first pillar emphasizes bridge building or

24  enhancing mutual understanding between the people of the

25  United States and the people of Iran, and it's carried out by

1    exchange programs, cultural exchange programs and otherwise.

2    It also ties into our public education program and that we try

3    to promote programs that talk about the cross-cultural effects

4    of our heritage.

5      Q.   Can you give us an example of a scientific

6    cross-cultural program that PAAIA was involved in?

7      A.   Yeah, sure.  So a couple years ago we had actually a

8    couple of our members who run a public health department at

9    the University of Albany, invited medical school chancellors

10   from Iran to visit for a conference.  And we hosted a luncheon

11   in New York City for these medical school chancellors to meet

12   Americans of Iranian descent -- doctors of Iranian-American

13   descent and exchange ideas about medicine.

14     Q.   And why does PAAIA undertake these kind of scientific

15   exchanges?

16     A.   Again, one of our core beliefs is that the more we can

17   have mutual understanding, the better it is for everyone.  It

18   brings peace and diplomacy.  And, also, surveys show that Iran

19   is unusual or unique, I should say, in the Middle East, and

20   that the vast majority of Iranians have a strong affinity for

21   America and its democratic values.  So we try to harness that

22   energy and bring about better understanding between those two

23   peoples.

24     Q.   Can you give an example of a historic cultural exchange

25   that PAAIA has supported?  I'm sorry.  Yeah, historical

1    exchange.

2    A.    In terms of public education?

3    Q.    Yes.

4    A.    We co-sponsored part of the Cyrus Cylinder Tour, which

5    is the one that was actually in the San Francisco Museum of

6    Asian Art.

7    Q.    Can you explain what -- why PAAIA undertook that

8    effort?

9    A.    Yeah.  Because that's exactly -- it basically promotes

10   our culture and it educates the American public at large as to

11   who Cyrus the Great was and what he did that actually links

12   back to our own founding fathers and our own Bill of Rights in

13   this country.  And Cyrus the Great -- the Cyrus Cylinder

14   actually dates back to the Sixth Century when Cyrus the Great,

15   a Persian king, conquered Babylon.

16            And the text on it actually talks about religious

17   freedom and how he was going to allow the people he had just

18   conquered to practice religious freedom and religious

19   toleration.  And this has been admired over the years, over

20   the generations, by philosophers and leaders, and our

21   foundings fathers included.

22            THE COURT:  Mr. Mehri, we need to get to the point

23   of why we're here today.

24            MR. MEHRI:  Right.  The next question was about --

25            THE COURT:  All right.

1  BY MR. MEHRI:

2  Q.   Can you explain how the Executive Orders, particularly

3  the Second Executive Order, has impacted this first pillar of

4  PAAIA's mission?

5            THE COURT:  Wait.  There's an objection.

6            MR. ROSENBERG:  I'd like to interpose an objection.

7  There has been a series of questions referred to the Executive

8  Orders, and particularly the Second Executive Order.  I don't

9  think that that cures the compound nature of the question.

10  And, also, we would interpose a standing objection to

11  relevancy to any testimony regarding the First Executive

12  Order.

13            THE COURT:  All right.  Unless there's some

14  particular reason for including the First Executive Order, I

15  think you're muddying the record when you keep using them

16  both.  So unless there's some particular reason to say, and

17  indicate why you're referring to both Executive Orders, why

18  don't you limit your questions to the second order because

19  that's really the reason for the --

20            MR. MEHRI:  Okay.

21  BY MR. MEHRI:

22  Q.   With that instruction, can you answer the question?

23  A.   Sure.  Well, we actually were working on a project that

24  is around sports diplomacy, and that has been indefinitely

25  postponed because of the travel restrictions.

1    Q.   And turning now to the impact that the Executive Order

2    Number Two has had on PAAIA's resources.  Can you explain --

3    can you explain what impact it's had for us?

4    A.   Just the Second Executive Order or --

5    Q.   Yes.

6    A.   Okay.  Well, it actually -- in general, it's diverted

7    resources in the sense that we've had to postpone several of

8    our events.  We were about to launch a public service

9    fellowship that had to be delayed because of it.  But, also,

10   it's lead us to bring about programming that we wouldn't have

11   otherwise done.

12   Q.   What is an example of that?

13   A.   So one example is a joint statement that we released

14   with three other Iranian-American organizations regarding the

15   rise in hate crimes that are being committed against

16   Iranian-Americans.  And then, again, last week we started a

17   fundraiser for victims of hate crimes -- for Iranian-American

18   victims of hate crimes.

19             MR. MEHRI:  I'd like to mark this as Exhibit 3.

20   I'd like to proffer this into the evidence, and if there's no

21   objection --

22             MR. ROSENBERG:  No objection, Your Honor.

23             THE COURT:  All right.  It will be admitted.

24   BY MR. MEHRI:

25   Q.   Dr. Austin, what is this Exhibit 3?

1    A.    This is a statement I just mentioned that speaks about

2  the rise in hate crimes and condemns them -- the incidents.

3    Q.    And did you have a role in drafting this statement?

4    A.    I actually wrote the first draft of this statement.

5    Q.    And who are the signatories of the statement?

6    A.    The signatories are the other plaintiffs in this case,

7  Pars Equality Center, Iranian American Bar Association and the

8  National Iranian-American Council.

9    Q.    And have you as the Executive Director of PAAIA seen an

10  increase of hate crimes directed at the Iranian-American

11  community since the orders, First and Second Executive Orders,

12  have been --

13            THE COURT:  I note that this Exhibit Number 3 is

14  dated before Executive Order Number Two.

15            MR. MEHRI:  That's right, Your Honor.

16            THE COURT:  Is that where you're going?

17            MR. ROSENBERG:  Yes.

18            MR. MEHRI:  But in this purposes, in terms of the

19  rise of the hate crimes, it's important to have both from

20  January 27th forward.

21            THE COURT:  Uh-huh.

22  BY MR. MEHRI:

23    Q.    Has there been an increase in hate crimes directly at

24  the Iranian-American community since January 27th?

25    A.    Yes.

1    Q.   And just limit it to three examples.

2          MR. ROSENBERG:  Objection, Your Honor.  Lack of

3    foundation.  I don't think that there's any testimony as to

4    the basis for this witness's testimony as to studies that she

5    may or may not have done on hate crimes.

6          THE COURT:  You can -- I'll overrule the objection.

7    Obviously you can probe that in cross-examination.

8          THE WITNESS:  Yes.  Should I go ahead?

9    BY MR. MEHRI:

10    Q.   Yeah, you can just limit it to three examples.

11    A.   Actually, more recently than this was published, there

12    was a gentleman, an Iranian refugee, actually, from Iran who

13    lives in Portland, Oregon, who left his home, went out of

14    town, came back to a vandalized -- completely vandalized home.

15    Spray painting of hate speech in every single room of his

16    house.  That is one example.

17          The other one which is included is the notorious

18    Kansas bar shooting where the perpetrator shot a gentleman of

19    Indian descent in a bar in Kansas and injured two others.  And

20    later, allegedly, he confessed that he thought he was shooting

21    Iranians, and he screamed, get out of my country, when he was

22    committing that crime.

23          Another incident was an Iranian-American woman in

24    San Francisco who reported vandalism outside of her home,

25    swastikas were spray-painted outside of her home.

1    Q.    How would you compare the incidences of hate crimes

2    from the time you started at President of PAAIA to

3    January 26th, 2017, to January 27th forward?

4              MR. ROSENBERG:  Objection.  Vague.

5              THE COURT:  Overruled.

6              THE WITNESS:  I see a rise in the rate of hate

7    crimes.

8    BY MR. MEHRI:

9    Q.    What action items has PAAIA undertaken to combat the

10   rise of hate crimes?

11   A.    The fundraising I was telling you about.  We are

12   raising for vandalism, repair fees, legal fees, and also

13   rewards for apprehending perpetrators related to these hate

14   crimes.

15             MR. MEHRI:  No further questions, Your Honor.

16             THE COURT:  Thank you.  Cross-examination.

17                       CROSS-EXAMINATION

18   BY MR. ROSENBERG:

19   Q.    Good afternoon, Dr. Austin.

20   A.    Good afternoon.

21   Q.    Thank you for being here today.

22   A.    Thank you.

23   Q.    Let me start with a topic that was discussed briefly.

24   The distinction between the 501(c)3 aspect of PAAIA and the

25   501(c)4 aspect.  You referred to the IA-100, is that the

1    501 -- are they members of the 501(c)3 organization?

2    A.    They are members of the 501(c)3 organization, but they

3    are voting members of both organizations.

4    Q.    And are most, if not all, of those members

5    Iranian-American citizens or lawful permanent residents?

6    A.    They are.

7    Q.    I also want to discuss briefly the purpose of PAAIA.  I

8    believe you testified earlier today that it's a non-religious

9    organization, is that correct?

10   A.    I said non-sectarian, but yeah.

11   Q.    What is the distinction in your mind between

12   non-sectarian and non-religious?

13   A.    Non-sectarian just includes ethnicity.

14   Q.    So is PAAIA an organization that advances any

15   particular religion?

16   A.    No.

17   Q.    Is the organization open to anyone regardless of

18   religion?

19   A.    Any Iranian-American regardless of religion.

20   Q.    Fair enough.  I'm curious, is it open to anyone that is

21   not Iranian-American?

22   A.    We've never actually had anyone approach us and want to

23   be a member who is not Iranian-American, but I would be open

24   to it.

25   Q.    On your website, presumably, there's a way that

1    somebody can join PAAIA?

2      A.   They sign up.

3      Q.   Do you ask if they are Iranian-American?

4      A.   We don't.

5      Q.   So you don't actually know whether or not they are

6    non-Iranian-Americans as members of the PAAIA?

7      A.   I mean the great majority are, because, you know, those

8    are who contacts us.  And we do have a list of names that we

9    look at.  There's also some names that are Americanized so you

10   don't really know who is really -- like my name.

11   BY MR. ROSENBERG:

12     Q.   I was looking at your website earlier in the last day

13   or so.  Would it surprise you to know that it describes PAAIA

14   as a non-religious organization?

15     A.   It does not surprise me, I've seen it.  Yeah.

16   Inconsistencies.

17     Q.   Is it your testimony that the website does not

18   accurately portray the nature of PAAIA's religious or

19   non-religious status?

20             THE COURT:  No.  By non-sectarian she just included

21   religion as well as ethnicity.  Is that correct?

22             THE WITNESS:  Exactly.  It's just a broader term,

23   but I would say it's a non-religious as well.

24   BY MR. ROSENBERG:

25     Q.   Is it fair to describe PAAIA as an advocacy

1    organization?

2      A.    We do advocate on issues of importance to

3    Iranian-Americans.

4      Q.    Okay.  Now, you provided some testimony earlier today

5    regarding, I think I heard you say, a sports diplomacy

6    program --

7      A.    Yes.

8      Q.    -- that PAAIA was not able to move forward with?

9      A.    Yes.

10     Q.    And it was your testimony that PAAIA had to postpone

11   that program because of the provisions in Executive Order

12   13780?

13     A.    That's what I was told.

14     Q.    Told by whom?

15     A.    State Department officials.

16     Q.    I'm a little bit confused.  PAAIA was going to have a

17   sports program -- a sports diplomacy program?

18     A.    We were working on it, yes.

19     Q.    And at what timeframe were you working on it?

20     A.    Actually, from around October of -- or September of

21   last year until now.

22     Q.    And is PAAIA still interested in moving forward with

23   that program?

24     A.    Yes.

25     Q.    Why is it not moving forward with that program?

1    A.   We were told that we would have to wait and see how,

2  you know, the travel bans were actually implemented and how

3  they would affect --

4    Q.   Who told you this?

5    A.   Officials at the State Department.

6    Q.   Do you know who?

7    A.   Yes.

8    Q.   Can you tell me?

9    A.   Someone from the Iran desk.

10    Q.   And when did they tell you this?

11    A.   A couple weeks ago -- or, no, more than that.  I don't

12  remember exactly, but a few weeks ago.

13    Q.   So some time ago.  Was it before Executive Order 13780

14  was issued?

15    A.   I don't actually remember for a fact, but I think it

16  was, but I can check that.

17    Q.   And you're aware that Executive Order -- when I refer

18  to Executive Order 13780, do you understand what I'm referring

19  to?

20    A.   Can you refresh my -- this is the second one?

21    Q.   Yes, that is correct.  It is the Second Executive

22  Order, and I just want to be absolutely clear on that.

23    A.   Yes.

24    Q.   You're aware that Section 2 of that Executive Order has

25  been enjoined, are you not?

1    A.   Yes.  Can you actually explain what that is again?

2    Q.   Are you aware that a United States District Court in

3    Hawaii entered a preliminary injunction precluding the

4    implementation of the provisions of Section 2 of the Executive

5    Order?

6    A.   Yes.

7    Q.   And are you aware that a District Court in Maryland

8    entered a similar injunction, specifically as to Section 2(c)

9    of the Executive Order?

10          MR. MEHRI:  Objection, she's not a lawyer and we're

11   asking her the areas of the legal analysis.

12          THE COURT:  I think if she's aware, she can say

13   she's aware.  If she's not -- I don't expect her to understand

14   the finer points.

15          THE WITNESS:  Just clarifying the terms.  Yeah.

16   BY MR. ROSENBERG:

17   Q.   You're aware that the provisions of the Executive Order

18   that apply to aliens from Iran who seek to enter the United

19   States have been enjoined?

20   A.   Yes.  We don't know that that will be permanent, so --

21   Q.   No, we don't.  And that's -- obviously, there are some

22   cases up on appeal right now.  But as of right now they are

23   not being enforced, are they?

24   A.   As of right now, yes.

25   Q.   Do you remember preparing your declaration in this

1    lawsuit?

2        A.    Do I remember preparing it?

3        Q.    Yes.

4        A.    Yes, I remember.

5        Q.    And do you generally remember what's in it?

6        A.    Generally.

7        Q.    Okay.  Because I have a couple of questions about some

8    of the statements that you made in your declaration.  And if

9    you're not aware, I can provide a copy of that to you.

10       A.    Okay.

11       Q.    Do you recall providing a statement in your declaration

12   that members of PAAIA are concerned that the Executive Orders

13   create a negative stigma on Iranian-Americans?  Do you recall

14   a statement to that effect?

15       A.    Yes.

16       Q.    Do you recall which Executive Order that statement

17   referred to?

18       A.    I don't, but I would say that it refers to both.

19       Q.    Do you recall when you signed your declaration?

20       A.    The date?

21       Q.    Yes.

22       A.    I don't exactly remember the date.

23       Q.    Does March 13th sound about right?

24       A.    Sure.

25       Q.    Are you aware that Executive Order 13780 had not yet

1   effect as of that date?

2      A.   No.

3      Q.   Are you aware of the places within Executive Order

4   13780 where the country of Iran is mentioned?

5      A.   Not by heart.

6      Q.   Do you have any sense?

7      A.   In the beginning.

8      Q.   Have you read Executive Order 13780?

9      A.   Yes, but not recently.

10     Q.   How long ago did you read it?

11     A.   When it first came out, and then a few weeks after.

12     Q.   Did you read it before preparing your declaration in

13  this case?

14     A.   I did not.

15     Q.   You did not?

16     A.   I didn't reread it, no.

17     Q.   Did you read it at all before preparing your

18  declaration in this case?

19     A.   Yes.

20     Q.   Are you aware that the only operative --

21     A.   I'm sorry.  Can I ask.  When you meant declaration, you

22  meant what was in there, not what I said today?

23     Q.   Yes.

24     A.   Yes, of course I read it before that declaration.  Yes.

25     Q.   I wanted to make sure --

1    A.   Yes, I'm sorry.  I'm just clarifying legalese here.

2    Sorry.

3    Q.   No apologies are necessary, we are looking for clarity

4    more than anything else here.

5    A.   Yes.

6    Q.   Are you aware that Section 2 of Executive Order 13780

7    contains a provision that suspends the entry of nationals --

8    certain nationals from Iran subject to various waivers?

9    A.   Yes.

10            MR. MEHRI:  Same -- in terms of her not being a

11   lawyer.

12            THE COURT:  Well, obviously, if she understands --

13            THE WITNESS:  Yes.

14            THE COURT:  -- the order.  You may --

15   BY MR. ROSENBERG:

16   Q.   I just want to state for the record, I am asking her

17   about her awareness because, while she is not a lawyer, she

18   has provided extensive testimony about the effects of the

19   Executive Order.  So I think it's fair to ask her about her

20   knowledge.

21            MR. ROSENBERG:  Can the court reporter read back

22   the last question, please.

23            THE COURT:  Are you aware that Section 2 of

24   Executive Order 13780 contains a provision that suspends the

25   entry of certain nationals from Iran, subject to various

1   waivers -- I can't tell what the rest of that is.

2              THE WITNESS:  Yes, I am.

3   BY MR. ROSENBERG:

4    Q.   And that's -- are you aware that that's the provision

5   that has been enjoined by other courts?

6    A.   Yes.

7    Q.   I think you also mentioned in your declaration that

8   some of PAAIA's membership has inquired about whether or not

9   the Executive Order will stain relations between United States

10  and Iran.  Do you remember providing that testimony in your

11  declaration?

12   A.   Yes.

13              THE COURT:  By declaration, that is the written

14  document.

15              THE WITNESS:  The written document.

16              THE COURT:  It can be confusing because today

17  you've given testimony.

18              THE WITNESS:  I've given testimony.  That's why I

19  got confused.  Thank you.

20              THE COURT:  But when he says declaration, he's

21  means the written document.

22              THE WITNESS:  Yes.

23  BY MR. ROSENBERG:

24   Q.   And sometimes we think of them as affidavits.

25   A.   Yeah.  I'm learning.  Sorry.

1    Q.    In Federal Court we refer to them as declarations.

2    Does PAAIA have a Political Action Committee?

3    A.    It has an affiliated Political Action Committee, yes.

4    Q.    What is the affiliated Political Action Committee?

5    A.    What is it called?

6    Q.    Yeah.

7    A.    It's called IA PAC.

8    Q.    What does IA PAC do?

9    A.    IA PAC contributes to candidates of Iranian-American of

10   Iranian descent -- Iranian-American candidates who want to run

11   for public office.  That's one of our missions is we want to

12   get more Iranian-Americans involved in public service and the

13   United States.  It also contributes to candidates and Congress

14   who support the interest of our community.

15   Q.    Is PAAIA a lobbying organization?

16   A.    I mean, we do electioneering.  I don't know how you

17   would define that.  You need to clarify that.

18   Q.    Do you employ registered lobbyists?

19   A.    No.

20   Q.    Is PAAIA registered as a lobbyist?

21   A.    Not that I know of.

22   Q.    But you advocate before Congress, do you not?

23   A.    Yes.

24   Q.    Has PAAIA taken a position regarding this Executive

25   Order before Congress?

1    A.    We have advocated.

2    Q.    And, in fact, has PAAIA advocated for a legislative

3    response to the Executive Order?

4    A.    Well, specifically, we are supporting legislation that

5    opposes the Executive Order.

6    Q.    Does PAAIA lobby on other issues?

7              MR. MEHRI:  Objection.  Mischaracterizes testimony.

8              THE COURT:  Overruled.

9              THE WITNESS:  We advocate on issues of importance

10   to the Iranian-American community.  We get that information

11   from our national surveys.  Our national surveys show that the

12   great majority of Iranian-Americans want peaceful relations

13   with Iran.  They want conflicts to be resolved through

14   diplomacy rather than military strikes.  So we have advocated

15   on behalf of the JCPOA, for example.

16   BY MR. ROSENBERG:

17   Q.    Are you familiar with the initial January 27th

18   Executive Order?

19   A.    Yes.

20   Q.    Are you aware that it initially included the country of

21   Iraq from which travel was suspended?

22   A.    Yes.

23   Q.    Are you aware that Iraq is no longer on the list of

24   countries from which travel is suspended in the Executive

25   Order 13780?

1      A.    I am.

2      Q.    Are you aware that a stated reason in Executive Order

3  13780 for the removal of Iraq was the cooperation that the

4  Iraqi government was providing to the United States?

5                  MR. MEHRI:  Objection.  This is beyond the scope of

6  her testimony.

7                  THE COURT:  How is this within the scope of

8  Dr. Austin's testimony?

9                  MR. BALDRIDGE:  She provided testimony earlier

10 today about both Executive Orders, and has just provided

11 testimony regarding positions that PAAIA has taken.

12                 THE COURT:  Wait.  She just provided testimony

13 because you asked her about it.  You elicited it in

14 cross-examination.  How is testimony regarding the removal of

15 Iraq from the list of covered countries covered by her direct

16 examination?

17                 MR. ROSENBERG:  It would go to the issue of -- she

18 has testified about the effects of the Executive Order.  And

19 one of the effects of -- one of the rationales for removing

20 Iraq from Executive Order 13780 was the diplomatic support

21 that Iraq provided.  And in light of the fact that PAAIA is a

22 lobbying organization that seeks to advocate specific policies

23 before Congress, including a view that was just expressed on

24 the cross that PAAIA wishes to allow the diplomatic process to

25 unfold.

1              THE COURT:  Yeah, but you elicited it on

2      cross-examination.  I'm trying to get to specific topics that

3      would be relevant for the issue of a preliminary injunction.

4              MR. ROSENBERG:  I can move on.

5              THE COURT:  Political debates are interesting but

6      it's 10 after 4:00.  So let's move along.

7              MR. ROSENBERG:  I can --

8              THE COURT:  Sustain the objection.

9              MR. ROSENBERG:  I can move on if you'd like.

10             THE WITNESS:  Do you allow me to clarify or do you

11     want me --

12             MR. ROSENBERG:  Well, I think the Judge has just

13     indicated that --

14             THE COURT:  We're not going to pursue that line of

15     testimony today.

16     BY MR. ROSENBERG:

17      Q.   Let me move on then to the issue of diversion of

18     resources, because I think that is something that's within the

19     scope here and that is of interest to all of us.  Your

20     declaration, again, the affidavit, the written document that

21     you provided in this lawsuit, refers to the January 27th

22     Executive Order going into effect, does it not?

23      A.   Yes.

24      Q.   And you're aware that that Executive Order has been

25     revoked, are you?

1    A.    Yes.

2    Q.    I believe you testified in your declaration that

3    PAAIA -- one of the resources that PAAIA had to expend was the

4    preparation of press releases relating to the Executive

5    Orders.  Do you recall that in your affidavit?

6    A.    Not exactly, but if you see it there then --

7    Q.    Would it be helpful for me to refresh your recollection

8    on that and provide you with a copy of your declaration?

9    A.    Sure.

10    Q.    Okay.

11         MR. ROSENBERG:  May I approach?  I'm marking as

12    Exhibit C the declaration in this case.

13         THE COURT:  Direct the witness to the relevant

14    portion.

15         THE WITNESS:  Yes, I was going to ask --

16         MR. ROSENBERG:  Hold on.  I have to find it myself.

17    Paragraph 23, about three quarters of the way down.

18         THE COURT:  Just read it to yourself and once you

19    read it, let Mr. Rosenberg know.  If it has refreshed your

20    recollection regarding what he asked you -- his question,

21    which was --

22         THE WITNESS:  Yes.

23         THE COURT:  Okay.

24    BY MR. ROSENBERG:

25    Q.    Do you recall that now?

1    A.    Yes.

2    Q.    Is it your testimony today that PAAIA prepared press

3    releases in response to the January 27th Executive Order?

4    A.    It's press releases about -- that are informational for

5    our community.   And, you know -- not press releases in the

6    vacuum.

7    Q.    About the Executive Order?

8    A.    And how it impacts our community.

9    Q.    Would it surprise you to learn that PAAIA's website

10   does not contain any of those press releases?

11   A.    It would surprise me to learn that.

12   Q.    What I've handed the witness is an exhibit that we

13   marked as Exhibit Number D, and I will represent that it is a

14   document that I retrieved from PAAIA's website last night.

15   A.    They're probably on the home page.   We just went

16   through a website transition and that is probably an old page

17   that is stuck in there.   Sorry about that.

18   Q.    I didn't actually have a question pending at that

19   point.

20   A.    Okay.

21   Q.    But do you see the URL in the lower left-hand corner of

22   Exhibit D?

23   A.    Yes.

24   Q.    Is that PAAIA's URL?

25   A.    It is.

1    Q.    And do you see the date in the lower right-hand corner?

2    A.    Yes.

3    Q.    And what date is that?

4    A.    April 17, 2017.

5    Q.    Now, I don't see any press releases after February

6    of 2014.  Do you see any press releases on here relating to

7    the Executive Orders?

8    A.    No, but I can explain why.  This is an old page.  We

9    just went through a website transfer.  We don't have a

10   separate page for them anymore.  So we just need to get rid of

11   that page.

12   Q.    Well, it appears to be a two-year-old page, does it

13   not?

14   A.    Yes.

15   Q.    And this is a publicly facing web page of PAAIA, is it

16   not?

17   A.    It is.

18   Q.    And is the website of PAAIA used to communicate with

19   the community at large about PAAIA's activities?

20            MR. MEHRI:  Objection on relevance.

21            THE COURT:  Overruled.  But let's -- let's not go

22   down rabbit holes at this --

23   BY MR. ROSENBERG:

24   Q.    I believe you also testified -- I want to discuss

25   resources a little more, with the Court's indulgence.  I

1  believe you also testified that PAAIA had to divert resources

2  away from some of its other policies, is that correct?

3     A.   Can you point me to what --

4     Q.   I'm just asking a question.

5     A.   Other policies?

6     Q.   Right.  I mean, you mentioned the program earlier.  Is

7  it your testimony -- let me strike that and start over.  Is it

8  your testimony today that PAAIA has had to divert resources

9  from its other events?

10    A.   Programs and events.

11    Q.   Does PAAIA on its website maintain a blog?

12    A.   Sometimes, yeah.  Not this website, we have another

13  one, IA-100 website where we maintain the blog.

14    Q.   Which website is that?

15    A.   It's the (c)3 website.  IA-100.  We have several

16  websites.  We have different pages for our next generation

17  program, so...

18    Q.   Right.  I guess my question is -- I guess my questions

19  relate to PAAIA as an organization.  What is PAAIA's main

20  website?

21    A.   Well, the PAAIA.org is a main website, but you have

22  buttons that can take you to the other pages that relate to

23  different programs, like the next generation program and

24  the --

25    Q.   Okay.  I believe you also mentioned in your declaration

1   that you prepared, as an example of diversion of resources, an

2   article in the Huffington Post, do you recall that?

3      A.    I do.

4      Q.    And the Huffington Post article referenced in your

5   declaration, was that article written on behalf of PAAIA or in

6   your own personal capacity?

7      A.    On behalf of PAAIA.

8      Q.    So what is -- is what's said in that article, does that

9   represent PAAIA's position on various issues to the extent

10  that they are discussed in the article?

11     A.    As best I can --

12     Q.    Okay.  Do you recall --

13           MR. MEHRI:  Objection.  This is beyond the scope of

14  her testimony.

15           THE COURT:  I'm going to allow it.  Does what's

16  contained in the article have to do with what the witness just

17  testified to under direct examination?

18           MR. ROSENBERG:  Yes, it does.  It goes directly --

19  in her declaration the witness indicated that the writing of

20  the article --

21           THE COURT:  I'll take your proffer.  Go.

22           MR. ROSENBERG:  I'm almost done.

23           THE COURT:  All right.  Over the -- the objection

24  is overruled.

25

1  BY MR. ROSENBERG:

2     Q.   Do you recall writing in the article that a balance can

3  be struck regarding the First Executive Order?

4     A.   Yes.  Can you remind me when that article was dated?

5     Q.   January 29, 2017?

6     A.   Pretty early.  I just wondered.

7     Q.   Shortly after the First Executive Order was issued.

8     A.   Yes.

9     Q.   Do you recall PAAIA urging the President to make clear

10  that his Executive Order does not ban the reentry of

11  established permanent residents?

12    A.   Yes.

13    Q.   And Executive Order 13780 does exactly that, does it

14  not?

15    A.   I don't know for sure.  That's what it says.  I don't

16  know how it's going to be implemented.

17    Q.   Have you read -- are you aware that both Customs and

18  Border Patrol and the State Department have issued guidance on

19  the implementation of Executive Order 13780?

20    A.   Yes.  But there's been so much uncertainty about how

21  any of these Executive Orders are implemented that I don't --

22  I can't say for sure.

23    Q.   Well, in fact, they haven't been implemented because

24  they have been enjoined, have they not?

25    A.   Exactly.  So I don't know.  I don't know the answer.

1   Q.   Do you recall PAAIA advocating that the Executive Order

2   should make clear that it does not ban the reentry of dual

3   nationals?

4   A.   Yes.  And this is all about the First Executive Order

5   written two days after it was released, right?

6   Q.   And the new Executive Order accommodates that, does it

7   not?

8   A.   That's what it states.

9   Q.   Are you aware that PAAIA urged the President to make

10   clear that his Executive Order does not ban the reentry of

11   those who have secured valid visas?

12   A.   Yes.

13   Q.   And the new Executive Order accommodates that as well,

14   does it not?

15          MR. MEHRI:  Objection, misstating the order.

16          THE COURT:  Overruled.

17          THE WITNESS:  That's what it states.

18   BY MR. ROSENBERG:

19   Q.   In fact, these waiver provisions in the new Executive

20   Order are pretty broad, aren't they?

21   A.   They seem to me to be.  I have no idea how they will be

22   implemented.

23   Q.   Are you aware that PAAIA on its website has described

24   the revised Executive Order as including, quote, broad

25   exemption authority?

1    A.   Yes.  In text.  We don't know in effect what it's --

2    what's going to come of it.

3    Q.   Are you aware that PAAIA on its website says that the

4    new Executive Order provides, quote, clarity that dual

5    nationals and legal permanent residents (Green Card holders)

6    are excluded from the suspension of entry?

7    A.   Again, the clarity there was in reference to the text

8    because the First Executive Order basically went back and

9    forth on whether or not Green Card holders were exempted.  And

10   in effect we've found out that they weren't at some point.  So

11   when I say clarity, I mean that they actually textually say

12   that, but I don't know in effect if it will be clear.

13   Q.   So is it your testimony today that Executive Order

14   13780 is clear?

15   A.   Just textually I said just on that one point.  It is

16   now saying that Green Card holders or legal permanent

17   residents are exempted from the ban.  Whereas, the first one

18   did not have clarity on that, in terms of what was written in

19   the Executive Order.  The first one didn't have clarity in

20   terms of what was written or what was implemented.

21              In the second one, I know that -- I'm saying that

22   there's clarity in what was written.  I have no idea if there

23   will be clarity when and if it's implemented.

24              MR. ROSENBERG:  If I can get about 30 seconds.

25

1   BY MR. ROSENBERG:

2   Q.   Once again, Dr. Austin, thank you for your time.  I'd

3   like to move the exhibits that we referred to today during the

4   cross-examination into evidence.

5            THE COURT:  Any objection?  They will be admitted.

6            MR. MEHRI:  No.

7            MR. ROSENBERG:  Thank you.

8            THE COURT:  Redirect?

9                    REDIRECT EXAMINATION

10  BY MR. MEHRI:

11  Q.   Dr. Austin, just a few quick questions.  In terms of

12  that sports diplomacy program you mentioned.  Did the Iran

13  desk at the State Department get back to you?

14  A.   Yes.

15  Q.   And what did they say when they got back to you?

16  A.   They said that we needed to wait and see what was going

17  to happen with the travel bans.

18  Q.   And was this after March 6th?

19  A.   Again, I don't remember for a fact, but I'm pretty sure

20  it was.  I'd have to check my calendar.

21  Q.   Has PAAIA in fact issued press releases in 2017?

22  A.   Yes, we issue statements.

23  Q.   Okay.

24  A.   If you want to call them press release.

25  Q.   Opposing counsel asked you questions regarding lawful

1   permanent residents and citizens who are Iranian-American.

2   Have any of your members who are Iranian-American expressed

3   concerns about what the Executive Order Number Two's impact is

4   on them and their families?

5   A.   Yes.   In terms of impact, there's still a lot of

6   uncertainty.   People are worried about their families being

7   able to visit.   Some of our members have ill/infirm parents

8   that they're worried about not being able to bring here for

9   treatment or to be able to visit for them -- you know.   We

10   also have heard from some members who mentor students, that

11   students who are currently here are fearful of going back to

12   visit family.   So there has been a lot of disruption and

13   anxiety.

14          MR. MEHRI:   No more questions, Your Honor.

15          THE COURT:   All right.   Thank you.   Thank you all.

16   You may step down, Dr. Austin.   Thank you very much for both

17   witnesses testimony today.

18          MR. SCHWEI:   No further questions, just one

19   housekeeping matter.

20          THE COURT:   We're going to do that.   You may give

21   them to Mr. Bradley.   Yeah, we have a little housekeeping.

22          Mr. Schwei?

23          MR. SCHWEI:   Thank you, Your Honor.   Just in terms

24   of Friday's hearing with Your Honor's permission, Acting

25   Assistant Attorney General Readler will address the merits of

1   the motions and I will address the standing and irreparable

2   harm issues for this case, as well as the case being jointly

3   heard on Friday.

4            THE COURT:  That's fine.  Now, Friday.  I have a

5   hard stop at 4:00 o'clock.  We have a court-wide ceremony, and

6   I'm expected to be in the Ceremonial Courtroom at 4:15 and I

7   plan to be there.  I should hope that that doesn't present

8   difficulty because that is two hours, and I can't imagine that

9   we need more time than that.

10           Obviously, you can structure your argument in any

11  way you like, but I'd like you to remember that we're here on

12  a preliminary injunction and address the issues that I have to

13  consider in ruling on a preliminary injunction as well as the

14  effect, and if any and to what extent, of the Hawaii Federal

15  Court's ruling and how it affects your arguments here and the

16  Court's task, given that ruling.  All right.

17           So I appreciate the testimony I've heard today

18  regarding the community and the history.  As an immigrant

19  myself, it's all very interesting, but I really need to get to

20  the legal issues on Friday and that's what I'm hoping the

21  parties will provide me with.  All right.  Anything further?

22           MR. FREEDMAN:  Your Honor, John Freedman from

23  Arnold & Porter.  We just want to let the Court know that we

24  will -- Mr. Mehri and I will be splitting the argument in a

25  similar way to the Justice Department to try to streamline

1   things.  And I am scheduled to have a discussion tomorrow with

2   Umaa plaintiffs and we were going to try to figure out how to

3   streamline the presentation.

4   　　　　　THE COURT:  All right.  I look forward to it.

5   Thank you.  All right, everyone, thank you.

6   END OF PROCEEDINGS AT 4:25 P.M.

7

8   　　　　　　　　C E R T I F I C A T E

9   　　　　　I, Lisa M. Foradori, RPR, FCRR, certify that

10  the foregoing is a correct transcript from the record of

11  proceedings in the above-titled matter.

12

13

14

15  Date:  April 19, 2017          /s/ Lisa M. Foradori

16                                 Lisa M. Foradori, RPR, FCRR

17

18

19

20

21

22

23

24

25

/
/s [1]  99/15

**1**

**1,000 [1]**  19/13
**10 [5]**  6/23 13/7 33/4 45/5 87/6
**100 [7]**  32/19 56/4 56/5 56/12 74/25 91/13 91/15
**110 [1]**  19/10
**12 [2]**  20/25 39/8
**1250 [1]**  1/17
**12:01 [1]**  43/8
**12:01 a.m [6]**  44/3 44/11 44/19 46/6 47/1 47/6
**13780 [14]**  77/12 78/13 78/18 80/25 81/4 81/8 82/6 82/24 85/25 86/3 86/20 93/13 93/19 95/14
**13th [1]**  80/23
**14 [1]**  20/25
**1401 [1]**  2/2
**15th [3]**  29/12 33/11 38/9
**16th [7]**  33/3 33/11 44/3 44/11 44/19 46/6 47/6
**17-255 [2]**  1/3 4/3
**17th [1]**  7/17
**18 [1]**  1/4
**19 [1]**  99/15
**1950s [1]**  58/22
**1979 [1]**  59/2
**1986 [1]**  11/19

**2**

**20 [1]**  2/10
**200 yards [1]**  21/8
**20001 [3]**  1/22 2/11 2/16
**20005 [1]**  2/3
**20015 [1]**  53/13
**20036 [1]**  1/17
**2010 [1]**  8/5
**2014 [1]**  90/6
**2015 [1]**  50/23
**2017 [18]**  4/12 12/11 13/11 13/13 14/18 38/9 43/8 44/3 44/11 44/19 46/20 46/17 47/2 63/12 74/3 90/4 93/5 96/21 99/15
**202 [5]**  1/19 1/23 2/4 2/11 2/16
**23 [1]**  88/17
**25 [1]**  5/17
**255 [2]**  1/3 4/3
**26 [1]**  12/11
**26th [4]**  47/23 47/24 48/1 74/3
**27th [13]**  14/9 15/16 18/25 20/11 29/9 32/18 32/19 72/20 72/24 74/3 85/17 87/21 89/3
**2:00 [2]**  1/5 6/23

**3**

**30 [2]**  56/18 95/24
**300 [1]**  1/18
**305-8693 [1]**  2/11
**3269 [1]**  2/16
**33 [1]**  39/8
**333 [1]**  2/15
**354-3269 [1]**  2/16
**36 [1]**  3/5
**38 percent [1]**  59/13

**4**

**40 [1]**  19/5
**400 [2]**  2/3 19/3
**407 [1]**  23/24
**4:00 [3]**  15/1 87/6 98/5
**4:15 [1]**  98/6
**4:25 P.M [1]**  99/6

**5**

**50 percent [4]**  32/23 59/12 59/20 59/21
**501 [12]**  55/12 55/13 64/9 64/9 64/11 64/14 64/15 74/24 74/25 75/1 75/1 75/2
**51 [1]**  3/6
**5100 [1]**  1/19
**53 [1]**  3/8
**5316 [1]**  1/23
**5335 [1]**  53/12
**5:00 p.m [1]**  15/1

**6**

**601 [1]**  1/22
**662-8325 [1]**  2/4
**6706 [1]**  2/15
**6th [17]**  15/16 20/11 24/21 24/23 25/5 29/11 33/3 38/16 40/5 40/8 42/3 47/10 47/14 47/17 47/22 48/19 96/18

**7**

**70-year-old [1]**  20/21
**74 [1]**  3/8

**8**

**822-5100 [1]**  1/19
**8325 [1]**  2/4
**8693 [1]**  2/11

**9**

**90 to [1]**  32/19
**94111 [1]**  7/18
**942-5316 [1]**  1/23
**96 [1]**  3/9

**A**

**a.m [7]**  43/8 44/3 44/11 44/19 46/6 47/1 47/6
**abide [1]**  23/11
**able [15]**  18/1 18/2 18/21 22/7 26/7 26/8 29/17 31/10 32/7 33/9 43/23 77/8 97/7 97/8 97/9
**about [86]**  5/16 11/21 12/10 13/2 13/25 15/10 16/18 17/10 20/11 21/17 22/15 24/2 24/14 26/25 30/9 30/12 30/13 30/14 31/1 31/8 31/9 31/9 32/1 32/4 32/5 32/10 32/23 33/17 35/18 35/20 41/10 47/16 48/4 48/7 48/25 49/11 49/18 50/6 51/1 51/23 52/1 54/1 55/20 58/8 58/14 59/7 59/8 59/9 59/23 61/23 64/22 64/23 65/15 66/6 66/14 66/20 66/25 68/3 68/13 68/22 69/16 69/24 71/8 71/10 72/1 74/11 80/7 80/23 82/17 82/18 82/19 83/8 86/10 86/13 86/18 88/17 89/4 89/7 89/17 90/19 93/20 94/4 95/24 97/3 97/6 97/8
**above [1]**  99/11
**above-titled [1]**  99/11
**abroad [1]**  31/6
**absolutely [3]**  14/16 38/14 78/22
**academia [1]**  54/14
**accepted [2]**  30/13 67/17
**accommodates [2]**  94/6 94/13
**accountant [1]**  11/7
**accurately [2]**  55/24 76/18
**acquainted [1]**  6/21
**across [3]**  12/17 15/11 18/23
**act [1]**  56/8
**Acting [2]**  5/6 97/24
**action [8]**  4/2 16/19 58/8 58/9 74/9 84/2 84/3 84/4
**actions [1]**  13/8
**active [4]**  11/8 11/23 12/16 17/14
**actively [1]**  60/24

**activities [3]**  8/25 11/6 90/19
**actually [37]**  5/25 15/5 15/12 23/21 32/3 36/6 42/17 43/11 43/15 49/7 54/8 56/13 56/24 59/5 61/15 62/6 62/21 63/3 64/16 68/7 69/5 69/11 69/14 69/16 70/23 71/6 72/4 73/11 73/12 75/22 76/5 77/20 78/2 78/15 79/1 89/18 95/11
**addition [3]**  8/12 9/19 10/24
**address [13]**  7/14 7/16 7/18 13/18 15/5 24/20 24/22 37/16 53/9 53/12 97/25 98/1 98/12
**administrate [1]**  23/9
**administration [3]**  22/16 23/9 35/23
**administration's [1]**  34/12
**administrative [2]**  28/9 48/2
**admired [1]**  69/19
**admitted [5]**  19/20 48/9 60/11 71/23 96/5
**advance [1]**  21/5
**Advanced [1]**  53/22
**advances [1]**  75/14
**advancing [2]**  10/9 35/2
**adversely [1]**  65/12
**advice [4]**  8/11 33/9 36/6 50/1
**advise [3]**  21/5 49/3 49/22
**advising [1]**  48/17
**advocacy [2]**  55/12 76/25
**advocate [4]**  77/2 84/22 85/9 86/22
**advocated [3]**  85/1 85/2 85/14
**advocates [1]**  50/6
**advocating [2]**  50/16 94/1
**Affairs [1]**  53/15
**affect [5]**  10/5 33/24 38/6 42/10 78/3
**affected [5]**  17/4 17/11 18/13 18/14 31/2
**affecting [1]**  40/21
**affects [1]**  98/15
**affidavit [3]**  39/13 87/20 88/5
**affidavits [1]**  83/24
**affiliate [2]**  17/21 55/11
**affiliated [2]**  84/3 84/4
**affinity [1]**  68/20
**African [1]**  35/9
**after [19]**  5/17 6/23 9/23 11/10 11/16 17/1 21/1 21/12 22/24 25/14 33/10 59/4 63/3 81/11 87/6 90/5 93/7 94/5 96/18
**afternoon [13]**  4/7 4/23 5/1 5/2 5/10 7/5 7/14 36/15 36/16 53/5 53/6 74/19 74/20
**again [20]**  12/3 17/15 20/10 20/15 25/22 27/25 33/6 33/7 33/13 34/23 35/13 46/18 50/5 68/16 71/16 79/1 87/20 95/7 96/2 96/19
**against [2]**  66/13 71/15
**agents [1]**  22/14
**ago [6]**  10/16 68/7 78/11 78/12 78/13 81/10
**agree [10]**  42/2 42/5 42/8 42/21 43/25 44/8 44/17 46/4 46/8 63/25
**agreements [1]**  54/2
**ahead [2]**  44/14 73/8
**aided [1]**  2/23
**airlines [1]**  36/3
**airport [2]**  20/23 21/7
**airports [6]**  17/11 17/15 17/24 17/25 18/15 33/7
**al [4]**  1/3 1/6 4/3 4/4
**Albany [1]**  68/9
**aliens [1]**  79/18
**all [52]**  4/13 4/23 5/10 5/19 6/25 9/3 9/8 14/5 17/8 18/5 18/21 19/14 20/7 21/20 22/4 24/5 24/9 33/24 34/3 34/6 36/19 38/25 46/13 48/23 55/8 57/5 57/8 59/17 61/12 63/5 63/14 63/20 64/13 64/25 65/17 65/23 66/4 69/25 70/13 71/23 75/4 81/17 87/19 92/23 94/4 97/15

Document 111-30 Filed 05/09/17

## A

all... [6] 97/15 98/16 98/19 98/21 99/4 99/5
allegedly [1] 73/20
alleviate [1] 33/16
Alliance [1] 53/15
allow [7] 24/12 45/13 45/15 69/17 86/24 87/10 92/15
allowed [2] 29/2 57/19
almost [3] 31/12 45/20 92/22
along [2] 28/5 87/6
already [6] 30/9 35/13 51/23 52/1 52/13 59/4
also [49] 4/21 4/25 5/5 8/12 8/15 9/2 11/10 12/21 15/23 19/8 21/7 23/16 26/20 26/25 28/13 28/24 30/25 34/10 36/2 42/14 43/4 50/20 54/15 55/19 56/1 56/19 56/21 56/22 58/2 59/8 59/13 59/15 61/16 64/9 66/15 67/10 68/2 68/18 70/10 71/9 74/12 75/7 76/9 83/7 84/13 90/24 91/1 91/25 97/10
although [2] 16/1 51/9
am [10] 14/3 38/10 54/21 57/7 57/15 58/6 82/16 83/2 86/1 99/1
Ambassador [1] 61/25
ambiguity [1] 37/12
AMELIA [2] 1/16 4/9
America [4] 59/23 61/7 66/7 68/21
American [72] 7/7 8/22 8/24 9/22 9/24 10/3 10/4 10/10 11/24 12/4 18/17 18/19 22/10 28/21 29/13 29/17 30/5 32/4 34/8 34/16 34/21 34/22 35/3 35/6 35/6 35/10 35/11 36/5 41/3 41/7 41/12 41/20 45/16 50/13 50/24 55/1 55/6 55/8 56/8 57/11 57/15 58/1 58/1 58/19 59/9 59/11 60/3 62/1 62/9 62/10 64/4 65/12 66/12 68/12 69/10 71/14 71/17 72/7 72/8 72/10 72/24 73/23 75/5 75/19 75/21 75/23 76/3 84/9 84/10 85/10 97/1 97/2
American's [2] 58/15 66/21
Americanized [1] 76/9
Americans [39] 9/13 14/6 18/14 18/16 23/8 23/14 31/19 34/7 35/21 41/16 42/1 53/16 55/5 55/8 55/18 55/19 55/20 59/12 59/16 59/17 59/20 59/21 60/24 61/11 61/12 61/16 61/24 62/5 62/12 62/14 63/22 67/9 68/12 71/16 76/6 77/3 80/13 84/12 85/12
amicus [1] 50/23
Amir [2] 56/14 61/22
among [3] 9/22 40/25 62/2
amount [8] 27/3 29/19 29/25 30/25 31/9 33/12 52/4 52/8
amounts [1] 38/4
amplified [1] 67/13
analysis [1] 79/11
Andrew [1] 54/16
Angeles [1] 21/10
announced [3] 12/12 25/14 29/9
annual [1] 14/24 14/25 55/17
another [6] 21/2 21/10 25/20 50/12 73/23 91/12
answer [12] 14/21 19/18 28/10 33/12 37/14 42/14 43/14 43/21 44/23 48/22 70/22 93/25
answered [1] 48/14
answers [3] 14/15 47/13 58/12
anxiety [4] 31/2 31/8 35/17 97/13
any [44] 8/17 10/11 10/18 14/10 17/6 17/6 18/12 21/23 22/5 23/9 32/24 34/7 40/16 40/25 40/25 42/3 42/22 43/2 44/18 46/4 46/16 46/25 51/5 51/14 51/14 54/14 58/9 60/1 62/4 64/2 65/10

70/10 73/9 75/14 76/16 89/4 89/24 89/25 90/6 93/21 96/5 97/2 98/10 98/14
anybody [3] 18/9 31/16 43/5
anymore [1] 90/10
anyone [5] 43/7 47/4 75/17 75/20 75/22
anything [2] 82/4 98/21
anywhere [1] 41/18
apks.com [1] 1/23
apologies [2] 42/14 82/3
apologize [1] 37/3
apparently [1] 59/22
appeal [1] 79/22
appear [1] 5/8
appearance [1] 5/8
APPEARANCES [1] 1/14
appears [1] 90/12
applicability [1] 27/4
applicants [1] 9/22
application [3] 25/23 25/23 27/5
applications [2] 9/23 27/12
applied [5] 11/16 11/17 22/17 48/5 49/6
applies [2] 34/3 46/10
apply [10] 22/18 22/20 26/2 26/5 42/3 42/22 46/12 49/8 49/9 79/18
applying [2] 49/19 49/20
appointee [1] 61/25
appreciate [2] 29/23 98/17
apprehending [1] 74/13
approach [6] 4/5 19/16 19/17 39/1 75/22 88/11
approval [1] 35/24
approve [1] 36/1
approximately [6] 10/15 11/18 15/1 18/24 19/1 60/3
April [3] 1/4 90/4 99/15
April 17, 2017 [1] 90/4
arbitrary [2] 57/21 67/12
are [128]
area [2] 8/18 54/17
areas [3] 13/18 13/20 79/11
aren't [1] 94/20
argument [2] 98/10 98/24
arguments [1] 98/15
arise [1] 10/13
arises [1] 48/24
Arnold [3] 4/18 4/25 98/23
arose [1] 13/1
around [4] 9/5 60/5 70/24 77/20
arrival [1] 59/19
arriving [1] 20/22
Art [1] 69/6
article [9] 92/2 92/4 92/5 92/8 92/10 92/16 92/20 93/2 93/4
articulated [1] 20/6
as [163]
Asian [1] 69/6
ask [15] 4/4 5/11 6/5 12/10 15/17 19/15 21/15 24/11 29/4 39/15 39/22 76/3 81/21 82/19 88/15
asked [7] 24/20 39/13 51/17 51/19 86/13 88/20 96/25
asking [12] 14/9 28/25 35/16 41/10 41/25 43/9 47/24 51/4 58/7 79/11 82/16 91/4
aspect [2] 74/24 74/25
aspects [1] 13/25
asserted [5] 19/24 20/16 48/10 65/22 65/24
assertion [1] 46/8
assess [1] 58/20
assimilation [1] 58/16 58/20 59/8
assist [1] 17/24
assistance [4] 17/12 17/17 18/2 18/3
Assistant [3] 5/7 56/15 97/25

associates [2] 8/15 9/17
association [9] 7/7 8/22 9/12 12/4 18/19 36/6 45/11 45/16 72/7
assume [1] 37/17
assuming [1] 38/18
asylum [2] 11/16 11/17
attack [2] 62/7 62/8
attainment [1] 59/10
attempting [1] 30/16
attend [3] 26/15 28/2 49/12
attendance [2] 26/16 30/14
attended [1] 8/1
attending [1] 49/14
attention [2] 25/16 39/8
Attorney [2] 5/7 97/25
attorneys [4] 4/8 4/20 18/4 34/12
AUSTIN [17] 3/7 6/8 53/2 53/11 55/22 60/14 61/4 63/17 65/5 66/6 66/18 67/14 71/25 74/19 96/2 96/11 97/16
Austin's [1] 86/8
authoritarian [1] 67/12
authorities [3] 28/10 50/8 50/13
authority [1] 94/25
available [1] 12/25
Avenue [6] 1/17 1/22 2/2 2/10 2/15 53/12
average [1] 59/13 59/14
avoid [2] 23/22 37/20
award [1] 8/18
awards [2] 8/17 54/14
aware [32] 18/12 29/21 38/8 38/10 43/25 44/8 47/8 47/11 47/12 47/15 78/17 78/24 79/2 79/7 79/12 79/13 79/17 80/9 80/25 81/3 81/20 82/6 82/23 83/4 85/20 85/23 86/2 87/24 93/17 94/9 94/23 95/3
awareness [1] 82/17
away [4] 21/9 23/22 39/15 91/2
awhile [1] 11/16

## B

BA [1] 53/19
BABAK [4] 3/4 7/6 7/9 7/16
Babylon [1] 69/15
Bachelor's [1] 8/2
back [21] 4/9 12/2 18/6 43/19 43/21 47/23 52/23 54/8 59/6 61/7 62/12 66/7 66/16 69/12 69/14 73/14 82/21 95/8 96/13 96/15 97/11
background [1] 32/15
Baha'i [1] 40/19
balance [1] 93/2
ban [16] 4/12 12/12 15/3 15/6 15/10 15/21 15/23 16/2 16/5 18/13 25/14 42/18 93/10 94/2 94/10 95/17
Banki [1] 50/21
bans [4] 65/16 66/11 78/2 96/17
bar [11] 7/7 8/19 8/22 9/12 12/4 18/19 33/15 36/6 45/11 45/16 72/7 73/18 73/19
bars [3] 17/21 33/8 34/23
based [8] 14/4 18/14 28/18 30/7 30/23 46/9 48/5 56/2
basic [2] 12/23 18/3
basically [5] 23/3 49/20 58/21 69/9 95/8
basis [3] 40/21 64/11 73/4
Bay [1] 8/18
be [80] 4/12 5/8 5/11 5/13 5/16 6/21 8/11 12/18 13/22 14/8 14/10 17/3 17/4 17/10 17/11 17/20 18/1 18/2 18/4 19/20 21/6 23/21 26/7 26/8 26/9 26/10 26/19 26/21 26/22 28/2 28/17 31/10 32/18 33/3 33/8 33/18 34/7 35/17 35/22 36/1 36/11 40/15 42/14 43/23 47/3 47/22 47/23 48/3 48/5 49/6 49/18 49/19 49/24

Case 1:17-cv-00255-TSC    Document 86    Filed 05/25/17    Page 103 of 115

## B

**be...** **[27]** 52/9 58/7 58/7 58/8 60/11 71/9 71/23 75/23 75/23 78/22 79/20 83/16 85/13 87/3 88/7 90/12 93/3 93/16 94/21 94/21 95/12 95/23 96/5 97/9 98/6 98/7 98/24
**bearing** **[1]** 27/11
**became** **[5]** 10/15 12/1 12/11 15/4 62/7
**because** **[30]** 11/5 11/9 18/12 19/20 21/18 28/23 30/13 32/6 34/8 39/11 42/17 48/7 49/8 49/16 49/25 66/16 69/9 70/18 70/25 71/9 76/7 77/11 80/7 82/17 83/16 86/13 87/18 93/23 95/8 98/8
**become** **[3]** 10/14 11/2 57/13
**becoming** **[2]** 22/9 59/5
**been** **[43]** 7/10 13/21 15/3 16/2 24/7 27/25 28/8 28/19 29/13 29/21 30/8 30/10 31/9 31/12 33/22 34/19 34/24 35/4 35/12 36/4 38/23 39/15 40/9 49/17 51/3 52/4 52/5 52/11 53/3 66/6 69/19 70/7 70/24 72/12 72/23 78/25 79/19 83/5 87/24 93/20 93/23 93/24 97/12
**before** **[19]** 1/10 12/12 15/7 33/1 44/22 50/22 51/6 51/10 59/1 60/14 63/1 72/14 78/13 81/12 81/17 81/24 84/22 84/25 86/23
**beginning** **[1]** 81/7
**behalf** **[5]** 5/3 37/21 85/15 92/5 92/7
**being** **[26]** 12/25 18/20 19/20 19/22 19/23 23/2 23/18 28/9 28/15 30/10 30/12 32/24 48/1 48/9 48/12 50/9 51/1 55/7 65/22 71/15 74/21 79/23 82/10 97/6 97/8 98/2
**belabor** **[1]** 28/4
**beliefs** **[1]** 68/16
**believe** **[17]** 20/13 33/11 36/23 38/6 40/22 43/19 44/4 50/11 50/15 57/24 57/24 58/1 75/8 88/2 90/24 91/1 91/25
**believed** **[1]** 37/7
**benchmark** **[1]** 58/20
**benchmarks** **[1]** 59/15
**Bernardino** **[1]** 62/7
**best** **[3]** 28/1 49/5 92/11
**better** **[4]** 57/17 61/2 68/17 68/22
**between** **[8]** 12/10 54/5 64/19 67/24 68/22 74/24 75/11 83/9
**beyond** **[3]** 11/22 86/5 92/13
**bifurcating** **[1]** 64/17
**big** **[1]** 58/21
**Bill** **[2]** 10/11 69/12
**biologist** **[1]** 56/23
**bipartisan** **[1]** 55/3
**birth** **[2]** 27/21 28/3
**births** **[1]** 35/8
**bit** **[3]** 22/8 32/15 77/16
**blog** **[2]** 91/11 91/13
**board** **[13]** 8/25 8/25 9/2 9/3 10/21 13/17 13/24 15/10 18/6 21/3 56/21 57/7 64/23
**Border** **[3]** 20/25 22/13 93/18
**both** **[17]** 4/4 28/20 28/23 29/25 31/2 56/9 64/8 65/7 66/11 70/16 70/17 72/19 75/3 80/18 86/10 93/17 97/16
**BRAD** **[2]** 2/8 5/4
**Bradley** **[2]** 52/23 97/21
**break** **[1]** 6/24
**bridge** **[2]** 58/3 67/23
**brief** **[1]** 50/23
**briefly** **[7]** 7/24 51/25 53/17 54/6 58/16 74/23 75/7
**bring** **[4]** 6/17 68/22 71/10 97/8
**brings** **[1]** 98/2
**broad** **[2]** 94/20 94/24
**broader** **[1]** 76/22
**broke** **[1]** 39/11
**brought** **[1]** 28/17
**Bryn** **[1]** 53/19
**budget** **[1]** 57/6
**build** **[1]** 10/21
**building** **[3]** 58/2 58/3 67/23
**business** **[8]** 53/9 53/11 62/11 62/15 62/17 65/15 65/18 67/1
**businesses** **[2]** 64/4 65/13
**buttons** **[1]** 91/22

## C

**CA** **[1]** 1/3
**calendar** **[1]** 96/20
**California** **[4]** 7/17 8/1 12/9 19/5
**call** **[9]** 5/16 7/3 16/1 16/13 16/15 45/8 50/8 50/12 96/24
**called** **[7]** 16/2 21/4 28/9 54/18 56/20 84/5 84/7
**calling** **[1]** 28/24
**calls** **[3]** 14/20 15/4 19/7
**came** **[13]** 13/7 23/17 57/15 58/23 62/15 73/14 81/11
**campus** **[1]** 54/24
**campuses** **[1]** 54/23
**can** **[86]** 6/10 6/10 7/14 7/22 7/24 8/6 11/22 12/25 14/17 16/1 16/15 18/7 20/9 24/22 27/7 28/11 29/6 30/3 32/12 34/1 34/21 36/6 37/1 37/8 37/14 39/7 39/25 40/12 43/18 43/20 44/7 45/9 49/3 49/11 49/13 51/21 51/25 52/23 53/9 53/17 54/6 56/11 57/12 58/16 60/18 61/19 62/4 62/21 64/5 65/3 66/18 66/23 67/14 67/21 68/5 68/16 68/24 69/7 70/2 70/22 71/2 71/3 73/6 73/7 73/10 76/1 78/8 78/16 78/20 79/1 79/12 80/9 81/21 82/21 83/16 87/4 87/7 87/9 90/8 91/3 91/22 92/11 93/2 93/4 95/24 98/10
**can't** **[5]** 31/6 42/19 83/1 93/22 98/8
**canceled** **[4]** 27/15 27/20 27/25 28/7
**candidates** **[3]** 84/9 84/10 84/13
**capacity** **[4]** 14/1 14/3 45/16 92/6
**capita** **[1]** 59/12
**Card** **[4]** 20/22 95/5 95/9 95/16
**carried** **[2]** 22/22 67/25
**carries** **[2]** 21/19 55/12
**carry** **[1]** 55/13
**carrying** **[1]** 11/22
**case** **[13]** 5/9 18/6 35/16 43/20 51/5 58/10 62/6 72/6 81/13 81/18 88/12 98/2 98/2
**cases** **[2]** 51/2 79/22
**categorically** **[2]** 51/1 51/5
**categories** **[1]** 42/4
**categorize** **[1]** 42/1
**category** **[1]** 42/15
**caution** **[2]** 20/1 24/12
**CBP** **[2]** 21/5 23/3
**celebrate** **[1]** 63/20
**CENTER** **[4]** 1/3 4/3 7/17 72/7
**Century** **[1]** 69/14
**Ceremonial** **[1]** 98/6
**ceremony** **[1]** 98/5
**certain** **[6]** 18/3 29/15 31/1 35/19 82/8 82/25
**certainly** **[4]** 14/6 29/21 31/7 44/25
**certify** **[1]** 99/9
**cetera** **[1]** 49/10
**CHAD** **[2]** 2/9 5/6
**challenging** **[2]** 29/5 29/22
**chancellors** **[2]** 68/9 68/11
**change** **[3]** 22/17 23/10 61/1
**changed** **[1]** 32/22
**changes** **[2]** 11/9 11/11
**chaos** **[1]** 10/23
**chapter** **[6]** 17/14 19/4 19/5 19/6 20/20 21/3
**chapters** **[7]** 9/1 9/3 9/5 9/6 10/23 17/14 18/21
**characterizes** **[1]** 16/10
**charge** **[4]** 8/13 8/15 10/19 10/19
**charitable** **[1]** 55/13
**check** **[2]** 78/16 96/20
**child** **[2]** 21/5 26/18
**childhood** **[1]** 11/4
**children** **[2]** 35/8 61/1
**chilling** **[1]** 34/7
**Christian** **[1]** 40/19
**CHUTKAN** **[1]** 1/10
**circles** **[1]** 11/13
**Circuit** **[1]** 50/22
**circumstances** **[1]** 31/10
**citizen** **[9]** 21/2 21/5 26/5 26/16 27/18 35/5 35/6 35/11 49/13
**citizens** **[8]** 31/21 41/14 41/20 42/7 42/22 42/25 75/5 97/1
**City** **[1]** 68/11
**civic** **[7]** 9/20 34/5 34/8 61/14 66/22 67/8 67/9
**civil** **[8]** 2/1 4/2 4/21 5/8 6/15 6/16 10/12 50/13
**clarification** **[2]** 14/8 58/4
**clarifications** **[1]** 35/25
**clarify** **[6]** 13/25 37/1 42/21 65/6 84/17 87/10
**clarifying** **[2]** 79/15 82/1
**clarity** **[14]** 22/13 25/21 36/5 48/25 49/18 51/18 82/3 95/4 95/7 95/11 95/18 95/19 95/22 95/23
**class** **[3]** 6/15 6/17 31/21
**clear** **[9]** 14/10 43/15 58/8 78/22 93/9 94/2 94/10 95/12 95/14
**clearly** **[2]** 33/23 48/8
**Clemon** **[1]** 4/11
**clerk** **[3]** 39/6 39/22 45/1
**clients** **[2]** 48/17 50/1
**close** **[2]** 39/25 49/9
**cmehri** **[1]** 1/19
**co** **[2]** 4/17 69/4
**co-lead** **[1]** 4/17
**co-sponsored** **[1]** 69/4
**Coalition** **[1]** 8/19
**coerced** **[1]** 23/19
**collaborative** **[1]** 60/24
**colleagues** **[1]** 4/22
**collect** **[5]** 17/16 17/20 17/22 17/24 55/22
**college** **[4]** 7/25 11/25 53/18 53/20
**Colombia** **[2]** 53/23 54/15
**COLUMBIA** **[1]** 1/1
**combat** **[2]** 35/14 74/9
**come** **[12]** 6/22 13/9 19/11 30/8 30/21 36/7 42/11 43/19 43/21 60/24 62/4 95/2
**comes** **[2]** 29/11 31/13 49/16
**coming** **[12]** 15/6 21/6 22/4 22/8 23/13 25/10 25/16 31/1 33/8 33/12 58/23 65/17
**commission** **[1]** 56/2
**committed** **[1]** 71/15
**committee** **[6]** 2/1 4/21 8/13 84/2 84/3 84/4
**committing** **[1]** 73/22
**common** **[2]** 16/7 36/20
**communicate** **[1]** 90/18
**communicating** **[1]** 57/25
**community** **[47]** 8/24 9/22 10/3 10/4 10/5 10/10 10/13 11/24 12/2 12/5 12/21 13/1 22/10 28/21 29/13 29/17 30/5

**community...** [30] 31/22 32/5 33/17 33/24 34/21 34/22 35/3 41/3 55/16 55/21 55/24 57/11 58/1 59/9 59/11 59/24 60/4 60/25 66/12 67/7 67/8 67/11 72/11 72/24 84/14 85/10 89/5 89/8 90/19 98/18
**community's** [1] 56/1
**companies** [1] 13/9
**comparative** [1] 8/2
**compare** [1] 74/1
**compared** [1] 12/16
**complete** [1] 22/12
**completely** [2] 32/17 73/14
**complications** [1] 30/23
**comply** [1] 23/3
**component** [1] 34/15
**components** [1] 9/12
**compound** [2] 28/23 70/9
**computational** [1] 56/23
**computer** [1] 2/23
**computer-aided** [1] 2/23
**concern** [1] 28/2
**concerned** [3] 25/21 65/15 80/12
**concerns** [6] 17/9 30/12 55/19 64/3 66/1 97/3
**conclusions** [2] 43/10 45/8
**condemns** [1] 72/2
**conduct** [2] 29/8 55/15
**conference** [5] 14/24 14/25 15/5 15/13 68/10
**confessed** [1] 73/20
**confidence** [2] 35/20 36/4
**conflict** [1] 52/12
**conflicts** [1] 85/13
**confused** [2] 77/16 83/19
**confusing** [1] 83/16
**confusion** [3] 30/13 31/9 35/18
**Congress** [4] 84/13 84/22 84/25 86/23
**Connecticut** [1] 1/17
**conquered** [2] 69/15 69/18
**consequences** [1] 30/22
**consider** [6] 10/1 10/2 41/13 41/15 57/10 98/13
**consistent** [1] 18/8
**consistently** [2] 22/16 36/7
**consisting** [1] 8/25
**consists** [1] 8/10
**constant** [1] 31/7
**Constitution** [1] 2/15
**Constitutional** [1] 10/11
**consulates** [2] 36/2 47/21
**contacting** [1] 50/2
**contacts** [1] 76/8
**contain** [1] 89/10
**contained** [1] 92/16
**contains** [2] 82/7 82/24
**contemporary** [1] 63/23
**content** [1] 19/19
**context** [3] 22/9 22/11 32/15
**continue** [8] 31/11 32/25 33/14 33/15 33/20 38/2 38/4 47/20
**continued** [1] 23/13
**continues** [2] 38/6 38/12
**continuing** [3] 25/9 29/21 45/8
**continuous** [7] 29/8 29/13 33/22 36/22 37/7 37/24 38/2
**contribute** [1] 61/16
**contributed** [2] 61/11 62/16
**contributes** [2] 84/9 84/13
**contributions** [1] 57/25
**cooperation** [1] 86/3
**coordinate** [3] 10/23 11/1 33/7

**coordinating** [1] 86/8
**coordination** [1] 17/6
**copy** [3] 39/13 80/9 88/8
**Cordier** [1] 54/16
**core** [1] 68/16
**corner** [2] 89/21 90/1
**corporate** [1] 1/7
**corporations** [1] 13/9
**correct** [36] 36/24 36/25 37/19 37/23 37/25 38/13 40/7 40/11 40/13 40/14 40/16 40/23 40/24 41/4 42/4 42/23 43/2 43/8 44/7 44/13 44/20 46/6 47/19 48/19 50/6 50/17 50/20 50/24 50/25 51/2 51/8 75/9 76/21 78/21 91/2 99/10
**could** [11] 11/1 17/3 17/17 18/14 20/13 29/23 44/12 44/23 46/1 52/9 63/17
**couldn't** [1] 19/10
**Council** [2] 62/2 72/8
**counsel** [15] 4/4 4/10 4/17 5/4 5/11 6/3 8/12 24/12 24/13 26/13 26/14 26/24 51/17 56/14 96/25
**countries** [2] 85/24 86/15
**country** [19] 9/5 11/15 12/17 15/11 18/9 18/23 20/24 21/6 27/1 31/20 32/6 57/11 57/15 57/18 65/17 69/13 73/21 81/4 85/20
**country's** [1] 63/23
**couple** [11] 13/25 16/25 17/18 28/13 56/11 58/4 61/19 68/7 68/8 78/11 80/7
**course** [8] 7/16 12/25 13/23 16/25 32/14 50/7 50/18 81/24
**court** [20] 1/1 2/14 2/14 6/20 19/17 21/1 23/11 24/13 24/20 25/8 30/3 35/16 35/24 36/1 79/2 79/7 82/21 84/1 98/5 98/23
**Court's** [3] 90/25 98/15 98/16
**court-wide** [1] 98/5
**Courthouse** [1] 2/15
**courtroom** [7] 4/20 6/4 6/10 6/11 39/6 52/16 98/6
**courts** [5] 22/24 22/25 23/23 40/10 83/5
**covered** [2] 86/15 86/15
**create** [4] 13/17 13/22 17/23 80/13
**created** [1] 13/22
**creation** [1] 62/11
**credentials** [1] 5/9
**crime** [1] 73/22
**crimes** [13] 50/14 71/15 71/17 71/18 72/2 72/10 72/19 72/23 73/5 74/1 74/7 74/10 74/14
**criminal** [1] 31/18
**criminals** [1] 34/9
**crisis** [1] 15/9
**Critical** [1] 54/18
**cross** [15] 3/5 3/8 5/13 36/10 36/13 54/3 68/3 68/6 73/7 74/16 74/17 86/14 86/24 87/2 96/4
**cross-cultural** [2] 68/3 68/6
**cross-examination** [10] 3/5 3/8 36/10 36/13 73/7 74/16 74/17 86/14 87/2 96/4
**cross-examining** [1] 5/13
**cross-regional** [1] 54/3
**cultural** [4] 68/1 68/3 68/6 68/24
**culture** [1] 69/10
**cumulative** [1] 24/11
**cures** [1] 70/9
**curious** [1] 75/20
**current** [1] 65/15
**currently** [4] 43/5 54/18 56/14 97/11
**curricula** [2] 54/10 54/11
**Customs** [3] 20/25 22/13 93/17
**Cylinder** [2] 69/4 69/13
**CYRUS** [10] 1/15 4/8 56/13 61/22 61/22 69/4 69/11 69/13 69/13 69/14

**D.C** [8] 17/14 19/4 20/20 21/3 53/12 54/23 54/24 54/24
**Dallas** [1] 20/23
**dangerous** [3] 31/17 31/21 34/9
**DANIEL** [3] 2/8 5/3 36/17
**daniel.s.schwei** [1] 2/12
**data** [1] 55/18
**date** [10] 26/3 46/11 47/3 47/5 80/20 80/22 81/1 90/1 90/3 99/15
**dated** [2] 72/14 93/4
**dates** [1] 69/14
**daughter** [1] 49/13
**daughter's** [1] 26/15
**daughters** [1] 57/18
**Davis** [1] 8/1
**day** [9] 10/20 10/20 12/12 14/22 20/23 29/8 32/24 38/3 76/12
**day-to-day** [1] 10/20
**days** [6] 15/13 16/25 17/18 22/18 33/4 94/5
**DC** [6] 1/4 1/18 1/22 2/3 2/11 2/16
**deal** [4] 16/23 33/4 33/6 35/14
**dealing** [6] 15/14 21/14 32/20 32/25 33/23 38/5
**deals** [1] 30/18
**debates** [1] 87/5
**declaration** [24] 23/7 38/15 38/19 39/9 40/4 79/25 80/8 80/11 80/19 81/12 81/18 81/21 81/24 83/7 83/11 83/13 83/20 87/20 88/2 88/8 88/12 91/25 92/5 92/19
**declarations** [1] 84/1
**decrees** [1] 67/12
**Defendants** [2] 1/7 2/8
**define** [1] 84/17
**defined** [1] 49/9
**definition** [4] 41/8 41/9 41/12 41/24
**degree** [3] 8/2 12/3 53/20
**delay** [1] 63/7
**delayed** [1] 71/9
**democracy** [1] 59/25
**democratic** [5] 11/9 11/11 57/19 66/21 68/21
**deny** [4] 24/9 24/17 32/8 48/14
**department** [20] 2/10 5/3 5/5 5/6 5/7 36/17 47/8 47/12 48/12 48/13 54/19 56/16 61/23 61/24 68/8 77/15 78/5 93/18 96/13 98/25
**depending** [1] 56/2
**derailed** [1] 32/17
**descent** [5] 9/24 68/12 68/13 73/19 84/10
**describe** [16] 7/24 8/6 9/10 12/13 14/17 28/20 28/25 30/3 32/12 34/1 53/17 54/6 58/16 66/18 66/23 76/25
**described** [2] 34/4 94/23
**describes** [2] 60/16 76/13
**describing** [1] 32/1
**designed** [3] 33/5 54/10 54/11
**desire** [1] 34/7
**desk** [2] 78/9 96/13
**despite** [2] 27/20 28/1
**detained** [4] 17/11 20/22 21/7 50/10
**developed** [2] 13/23 16/25
**development** [1] 65/19
**devoted** [1] 4/19
**did** [34] 10/14 13/2 13/4 13/9 15/17 16/19 17/1 18/24 20/2 20/2 22/18 22/20 22/20 27/2 47/4 50/8 50/11 50/12 50/15 50/18 51/9 53/25 54/10 69/11 72/3 78/10 81/10 81/12 81/14 81/15 81/17 95/18 96/12 96/15

Case 1:17-cv-00255-TSC   Document 33   Filed 03/25/17

**D**

didn't [9]  17/8 22/19 23/12 23/20 26/20
33/2 81/16 89/18 95/19
different [3]  13/18 91/16 91/23
difficult [2]  26/13 47/18
difficulties [2]  26/23 30/15
difficulty [4]  30/17 48/17 48/24 98/8
diminished [1]  67/9
diplomacy [6]  68/18 70/24 77/5 77/17
85/14 96/12
diplomatic [2]  86/20 86/24
direct [11]  3/5 3/8 5/17 7/12 21/15 27/11
53/7 56/19 86/15 88/13 92/17
directed [3]  26/12 64/14 72/10
directing [1]  56/18
directly [12]  24/20 26/2 34/22 34/24
35/4 35/12 42/3 42/22 52/12 57/8 72/23
92/18
director [10]  54/9 57/2 57/3 57/13 58/5
64/3 65/11 66/1 66/1 72/9
disagree [2]  42/5 46/8
discrimination [2]  10/12 40/21
discuss [2]  75/7 90/24
discussed [8]  30/9 32/14 32/15 35/13
47/8 52/3 74/23 92/10
discussion [1]  99/1
dismissed [1]  28/14
disproportionately [1]  18/13
disrupt [2]  6/23
disrupted [2]  30/10 30/11
disruption [1]  97/12
dissertation [2]  54/1 54/4
distinction [4]  64/19 64/20 74/24 75/11
distribute [1]  33/21
distributed [1]  17/3
DISTRICT [6]  1/1 1/1 1/11 23/1 79/2
79/7
diverse [2]  34/17 40/18
diversion [2]  87/17 92/1
diversity [3]  8/14 8/19 10/12
divert [2]  91/1 91/8
diverted [1]  71/6
Division [1]  5/8
do [70]  5/12 5/14 6/8 11/4 20/2 21/22
22/3 35/16 40/25 41/12 42/3 42/6 42/8
42/9 42/21 42/24 43/1 43/4 43/6 45/3
45/22 46/8 47/21 49/13 51/18 51/20
52/22 55/7 55/17 56/1 57/10 57/12 61/7
62/25 63/25 64/1 65/5 76/3 76/8 77/2
78/6 78/18 79/25 80/2 80/5 80/11 80/13
80/16 80/19 81/6 83/10 84/8 84/16
84/18 84/22 87/10 87/10 88/5 88/25
89/21 90/1 90/6 92/2 92/3 92/12 92/16
93/2 93/9 94/1 97/20
doctor's [1]  4/12
doctors [1]  68/12
document [15]  17/2 38/21 39/15 39/20
39/23 45/2 60/15 63/4 63/13 67/16
83/14 83/15 83/21 87/20 89/14
documentation [4]  17/19 17/20 27/13
33/20
documented [1]  19/8
documents [1]  28/16
does [35]  16/12 35/5 35/6 38/2 39/20
39/21 41/7 46/12 46/18 48/3 55/15
55/22 58/18 67/18 68/14 76/15 76/17
80/23 84/2 84/8 85/6 87/22 89/10 90/12
91/11 92/8 92/15 92/18 93/10 93/13
93/13 94/2 94/6 94/10 94/14
doesn't [3]  34/13 47/3 98/7
doing [2]  36/11 39/16
DOJ [1]  51/4
don't [49]  6/22 7/3 7/19 14/5 14/6 18/11

19/4 19/22 19/23 24/1 26/6 28/25 28/8
28/15 30/23 38/18 38/20 38/20 41/9
43/15 43/17 43/21 44/21 45/23 64/17
64/23 70/8 70/18 73/3 76/4 76/5 76/10
78/11 78/15 79/13 79/20 79/21 80/18
80/22 84/16 90/5 90/9 93/15 93/15
93/21 93/25 93/25 95/1 95/12 96/19
DONALD [3]  1/6 4/3 63/12
done [4]  12/18 71/11 73/5 92/22
down [4]  29/15 88/17 90/22 97/16
Dr [15]  6/8 55/22 60/14 61/4 63/17 65/5
66/6 66/18 67/14 71/25 74/19 86/8 96/2
96/11 97/16
draft [1]  72/4
drafted [1]  16/3
drafting [1]  72/3
drained [1]  34/19
draining [1]  33/22
draw [1]  60/1
draws [1]  60/2
dual [2]  94/2 95/4
due [1]  51/18
Dulles [2]  21/4 23/2
duly [2]  7/10 53/3
during [5]  12/14 13/4 20/10 25/10 96/3
duties [4]  8/7 8/12 10/17 57/3

**E**

e-mail [1]  19/9
e-mails [5]  15/2 15/3 15/5 15/9 15/12
each [5]  5/15 9/1 13/18 52/3 60/25
earlier [7]  34/4 41/2 75/8 76/12 77/4
86/9 91/6
early [1]  93/6
earned [1]  54/5
East [2]  53/20 68/19
Eastern [1]  22/25
Ebola [1]  56/25
ECF [1]  5/9
economic [3]  54/2 57/17 59/3
Economics [1]  53/21
economy [2]  54/2 62/16
educate [3]  33/17 33/21 34/21
educates [1]  69/10
educating [5]  10/3 34/15 34/19 34/20
34/22
education [10]  7/24 30/19 52/5 53/17
54/19 55/14 57/24 58/23 68/2 69/2
educational [2]  58/25 59/10
effect [19]  16/11 20/18 22/15 29/3 32/2
32/16 33/2 33/19 34/7 47/23 65/25
67/13 80/14 81/1 87/22 95/1 95/10
95/12 98/14
effective [2]  46/11 47/5
effectively [1]  13/16
effects [11]  11/21 27/10 29/25 32/1
35/18 35/19 54/1 68/3 82/18 86/18
86/19
effort [2]  33/16 69/8
efforts [7]  11/1 14/5 14/11 14/14 14/15
27/20 28/1
eight [1]  9/6
either [6]  5/22 31/19 57/7 59/17 59/18
64/24
electioneering [1]  84/16
elicited [2]  86/13 87/1
else [4]  18/9 32/6 42/16 82/4
Embarcadero [1]  7/17
embassies [1]  36/2
emphasizes [1]  67/23
employ [1]  84/18
employers [1]  8/11
employment [2]  8/9 8/11
en [1]  17/7

encourage [3]  41/9 41/16 67/7
encouraging [1]  66/20
end [6]  13/14 13/15 38/17 40/6 46/1
99/6
ended [8]  11/15 11/22 12/7 15/13 22/9
23/23 27/21 59/5
endorse [2]  9/23 9/24
energy [1]  68/22
enforced [1]  79/23
enforcement [1]  61/13
engaged [1]  61/14
engaging [3]  10/6 34/23 34/23
English [1]  59/18
enhancing [1]  67/24
enjoined [7]  29/12 33/10 38/9 78/25
79/19 83/5 93/24
enjoy [1]  35/10
enjoyed [1]  63/21
enough [2]  28/6 75/20
ensure [1]  50/13
enter [1]  79/18
entered [2]  79/3 79/8
entering [2]  5/8 13/11
entering 2017 [1]  13/11
entirety [1]  45/22
entities [1]  13/8
entitled [1]  23/2
entitles [1]  36/3
entity [5]  8/23 9/8 9/9 10/20 36/5
entry [3]  82/7 82/25 95/6
envision [1]  60/23
EQUALITY [5]  1/3 4/3 14/12 58/10 72/7
escape [2]  57/16 57/21
escaped [2]  31/18 67/11
escaping [1]  60/2
especially [3]  12/16 30/18 66/16
ESQUIRE [10]  1/15 1/16 1/16 1/21 1/21
2/1 2/8 2/8 2/9 2/9
essence [1]  17/19
essentially [1]  20/23
established [1]  93/11
estimate [3]  5/12 5/14 19/13
Estimates [1]  60/5
et [5]  1/3 1/6 4/3 4/4 49/10
ethnicity [3]  55/9 75/13 76/21
even [20]  20/25 21/8 22/24 28/16 32/25
33/1 33/10 34/12 35/4 49/8
events [5]  35/9 42/12 71/8 91/9 91/10
ever [1]  33/18
every [2]  57/20 73/15
everyone [3]  5/10 68/17 99/5
everything [5]  30/21 57/12 66/13 66/14
67/1
evidence [6]  19/20 60/8 62/20 67/17
71/20 96/4
exactly [7]  69/9 76/22 78/12 80/22 88/6
93/13 93/25
exaggerating [1]  32/18
examination [20]  3/5 3/5 3/6 3/8 3/8 3/9
7/12 36/10 36/13 51/15 53/7 73/7 74/16
74/17 86/14 86/16 87/2 92/17 96/4 96/9
examined [2]  7/10 53/3
examining [1]  5/13
example [21]  19/9 20/21 22/18 22/25
26/1 26/2 26/4 26/14 28/15 30/11 40/15
49/1 50/8 50/12 68/5 68/24 71/12 71/13
73/16 85/15 92/1
examples [10]  20/9 20/13 27/7 27/17
28/5 56/11 56/17 61/19 73/1 73/10
exchange [5]  68/1 68/1 68/13 68/24 69/1
exchanges [1]  68/15
exclude [4]  14/10 14/14 14/15 58/12
excluded [1]  95/6
excluding [1]  58/9

**E**

**Executive [132]**
**exempted [2]** 95/9 95/17
**exemption [1]** 94/25
**exempts [6]** 44/1 44/9 44/18 46/4 46/15
46/25
**exhibit [13]** 39/7 45/2 60/7 60/14 62/18
62/22 71/19 71/25 72/13 88/12 89/12
89/13 89/22
**exhibits [2]** 52/22 96/3
**exists [1]** 30/17
**expect [3]** 5/15 28/12 79/13
**expected [1]** 98/6
**expend [3]** 38/4 51/8 88/3
**expended [4]** 30/20 50/16 51/10 52/8
**expending [1]** 32/23
**expense [1]** 52/9
**experience [3]** 11/20 18/14 54/7
**experiences [2]** 12/6 14/4
**experiencing [1]** 50/4
**expire [2]** 43/16 43/20
**expires [1]** 42/18
**explain [10]** 49/3 49/11 51/21 67/21 69/7
70/2 71/2 71/3 79/1 90/8
**explained [1]** 52/13
**explaining [1]** 35/24
**explanations [2]** 49/20 49/21
**expressed [4]** 64/2 65/10 86/23 97/2
**extended [2]** 28/10 49/21
**extensive [1]** 82/18
**extent [4]** 65/21 67/6 92/9 98/14
**extreme [1]** 26/23
**eyes [1]** 34/14

**F**

**F-A-Qs [1]** 49/2
**face [1]** 50/14
**faces [1]** 48/17
**facilitate [1]** 61/16
**facing [1]** 90/15
**fact [13]** 21/4 22/13 22/18 22/19 22/20
65/25 78/15 85/2 86/21 93/23 94/19
96/19 96/21
**faculty [1]** 30/12
**fail [1]** 37/20
**fair [9]** 29/19 29/24 30/25 31/9 41/19
49/24 75/20 76/25 82/19
**fairly [2]** 9/23 34/16
**fall [5]** 32/20 33/6 38/5 49/10 64/23
**fall-out [2]** 32/20 33/6
**fall-outs [1]** 38/5
**falling [1]** 42/4
**falls [1]** 40/22
**familiar [1]** 85/17
**families [4]** 31/6 59/13 97/4 97/6
**family [5]** 11/4 31/11 41/17 49/9 97/12
**FAQ [1]** 49/2
**far [4]** 28/6 29/24 43/12 49/1
**father [4]** 11/7 11/14 26/18 49/12
**father's [1]** 11/6
**fathers [2]** 69/12 69/21
**FCRR [3]** 2/14 99/9 99/16
**fear [3]** 31/1 31/8 35/17
**fearful [1]** 97/11
**fears [1]** 33/16
**February [1]** 90/5
**Federal [3]** 4/11 84/1 98/14
**feel [2]** 55/20 66/16
**fees [2]** 74/12 74/12
**Fellow [1]** 54/15
**fellowship [2]** 54/16 71/9
**felt [1]** 12/1
**few [4]** 20/13 78/12 81/11 96/11

**fewer [1]** 11/11
**fiance [2]** 27/24 28/3
**field [2]** 33/8 33/11
**fielding [1]** 52/6
**fighting [3]** 11/9 11/10 52/5
**figure [1]** 99/2
**figuring [1]** 12/24
**filed [1]** 50/23
**filter [1]** 18/5
**filtered [1]** 18/21
**final [2]** 10/16 13/16
**finally [1]** 35/1
**financial [2]** 56/16 64/20
**find [1]** 88/16
**findjustice.com [1]** 1/19
**fine [2]** 5/20 16/6 98/4
**finer [1]** 79/14
**finish [1]** 28/11
**Firouz [1]** 56/17
**first [47]** 6/9 7/3 7/5 7/10 9/15 9/25 12/6
12/22 13/2 15/2 16/15 16/18 16/21 17/1
17/9 20/22 21/12 23/17 29/9 29/20 31/2
32/20 33/1 34/4 34/6 34/25 48/23 53/3
58/21 62/9 62/9 63/17 63/21 67/14
67/23 70/3 70/11 70/14 72/4 72/11
81/11 93/3 93/7 94/4 95/8 95/17 95/19
**fit [2]** 23/10 23/10
**five [2]** 13/7 21/2
**five-year-old [1]** 21/2
**flood [2]** 15/2 25/20
**flooded [1]** 15/9
**Floor [1]** 7/17
**flowing [1]** 20/12
**fluent [1]** 59/18
**flying [1]** 21/4
**focus [5]** 25/5 29/23 32/11 33/25 64/5
**focused [1]** 12/22
**Focusing [1]** 64/6
**followed [1]** 8/3
**following [1]** 11/12
**follows [2]** 7/11 53/4
**Foradori [4]** 2/14 99/9 99/15 99/16
**foregoing [1]** 99/10
**foreign [2]** 54/17 61/25
**forget [1]** 56/20
**form [1]** 17/17
**formal [2]** 19/6 19/14
**forms [3]** 23/20 23/24 50/3
**forth [1]** 95/9
**fortunate [1]** 18/20
**forward [11]** 11/23 14/10 24/21 24/23
25/10 72/20 74/3 77/8 77/22 77/25 99/4
**forwarded [1]** 13/24
**forwards [1]** 19/5
**foster [1]** 9/13
**fostering [2]** 34/5 34/11
**found [2]** 12/7 20/24 95/10
**foundation [3]** 9/16 24/4 73/3
**foundational [1]** 39/14
**founders [1]** 56/13
**founding [1]** 69/12
**foundings [1]** 69/21
**four [2]** 22/18 66/6
**fourth [1]** 61/4
**framework [1]** 61/21
**Francisco [5]** 7/17 8/4 8/13 69/5 73/24
**frankly [4]** 17/8 35/20 41/18 49/7
**FREEDMAN [2]** 1/21 98/22
**freedom [3]** 59/25 69/17 69/18
**freely [1]** 57/19
**French [1]** 53/19
**Friday [7]** 4/13 14/25 16/23 45/9 98/3
98/4 98/20
**Friday's [1]** 97/24

**FRIEDMAN [3]** 1/14 1/14 4/17
**friendships [1]** 63/22
**front [5]** 6/19 18/18 18/20 38/18 38/20
**frustrated [1]** 34/2
**fully [1]** 50/13
**function [1]** 31/15
**fundraiser [1]** 71/17
**fundraising [2]** 13/20 74/11
**further [9]** 33/21 36/9 51/13 51/21 52/14
67/18 74/15 97/18 98/21
**future [2]** 57/17 67/2

**G**

**gained [2]** 12/6 66/14
**game [1]** 13/11
**gather [5]** 17/3 17/10 18/10 18/24 25/9
**gathered [2]** 19/1 32/6
**gathering [1]** 24/22
**gauge [2]** 55/19 55/24
**general [6]** 5/7 35/23 56/14 65/16 71/6
97/25
**generally [6]** 8/7 28/25 40/12 50/5 80/5
80/6
**generation [5]** 58/2 66/16 67/1 91/16
91/23
**generations [1]** 69/20
**geneticist [1]** 56/24
**gentleman [3]** 27/24 73/12 73/18
**George [1]** 54/25
**Georgetown [1]** 54/25
**German [1]** 8/3
**Germany [1]** 11/16
**get [16]** 15/11 18/21 47/20 52/20 63/1
63/5 63/14 69/22 73/21 84/12 85/10
87/2 90/10 95/24 96/13 98/19
**gets [1]** 29/12
**getting [4]** 12/24 15/1 15/9 48/5
**give [17]** 12/2 20/9 20/13 23/19 27/7
33/9 36/6 45/14 52/23 56/11 61/7 61/19
66/7 66/15 68/5 68/24 97/20
**given [12]** 12/3 18/18 24/7 32/24 34/11
48/11 61/7 62/12 66/8 83/17 83/18
98/16
**giving [1]** 21/22
**go [12]** 6/19 9/14 15/5 32/16 33/7 34/21
44/14 64/21 73/8 86/17 90/21 92/21
**goes [4]** 29/24 33/18 66/13 92/18
**going [44]** 5/13 5/16 5/22 5/25 13/15
14/8 15/11 15/17 17/4 17/10 17/11
17/15 17/23 18/1 19/24 21/15 22/24
23/9 23/21 23/22 24/9 24/15 32/8 33/2
33/22 39/24 46/23 58/24 63/11 63/13
65/20 69/17 72/16 77/16 87/14 87/22
88/15 92/15 93/16 95/2 96/16 97/11
97/20 99/2
**gone [2]** 27/13 46/22
**good [13]** 4/7 4/23 5/1 5/2 5/10 7/14
9/23 36/15 36/16 53/5 53/6 74/19 74/20
**got [8]** 8/2 12/5 18/3 23/18 54/11 60/9
83/19 96/15
**gotten [1]** 27/14
**government [8]** 5/25 11/21 35/20 35/23
36/1 45/1 61/13 86/4
**Government's [1]** 39/7
**Governor [1]** 61/21
**graduations [1]** 35/9
**grandchild [1]** 26/19
**grandfather [1]** 26/18
**grandmother [2]** 49/4 49/8
**grandson [2]** 49/4 49/5
**grant [2]** 26/11 54/17
**grants [1]** 54/11
**great [10]** 16/23 33/4 35/14 52/8 57/25
69/11 69/13 69/14 76/7 85/12

**G**

**greatly [2]** 62/16 63/21
**Green [4]** 20/22 95/5 95/9 95/16
**GREENBAUM [2]** 2/1 4/20
**greeting [1]** 63/19
**ground [1]** 16/8
**group [6]** 8/9 8/16 34/17 40/18 60/1 66/12
**groups [2]** 63/23
**guess [2]** 24/13 95/18
**guidance [9]** 25/24 27/2 27/4 47/9 47/11 48/12 49/3 49/11 93/18
**guidelines [1]** 35/24

**H**

**Habib [1]** 61/22
**had [48]** 4/11 6/12 11/4 13/16 13/21 15/3 15/4 17/9 17/20 19/13 20/18 21/4 26/14 26/22 26/23 27/1 27/11 27/12 27/13 27/13 27/24 28/6 28/14 28/21 29/3 30/7 31/5 32/12 34/6 45/17 46/16 47/1 51/3 54/12 54/16 58/23 68/7 69/17 71/2 71/3 71/7 71/9 75/22 77/10 80/25 88/3 91/1 91/8
**hadn't [1]** 15/7
**half [3]** 10/15 11/18 67/19
**halls [2]** 19/7 33/14
**hampering [1]** 65/18
**Hampton [1]** 8/9
**hand [2]** 89/21 90/1
**handed [4]** 39/6 39/6 45/1 89/12
**handling [1]** 5/11
**happen [2]** 6/21 96/17
**happened [5]** 14/17 25/13 27/8 29/8 51/21
**happening [4]** 18/23 47/25 48/3 48/7
**happens [3]** 5/17 42/17 67/13
**happy [1]** 6/22
**harassment [1]** 57/21
**hard [4]** 5/12 5/17 41/24 98/5
**harder [2]** 66/15 67/7
**hardship [1]** 26/9
**harm [6]** 27/8 37/7 50/3 51/17 63/1 98/2
**harmed [2]** 49/25 52/4
**harms [4]** 36/22 37/24 38/12 51/21
**harness [1]** 68/21
**Harvard [1]** 56/24
**has [55]** 6/9 9/11 11/3 20/18 24/7 27/25 29/3 29/8 29/13 31/22 32/22 33/21 34/10 34/24 35/13 38/23 39/6 39/15 45/1 45/11 45/17 48/14 49/6 50/19 55/11 61/7 65/12 66/8 66/13 67/8 68/25 69/19 70/3 70/7 70/24 71/2 72/23 74/9 78/24 82/18 83/5 83/8 84/3 84/24 85/2 86/10 86/11 86/18 87/12 87/24 88/19 91/8 94/23 96/21 97/12
**hasn't [1]** 31/18
**hate [14]** 50/14 71/15 71/17 71/18 72/2 72/10 72/19 72/23 73/5 73/15 74/1 74/6 74/10 74/13
**have [132]**
**haven't [1]** 93/23
**having [9]** 7/10 31/14 33/6 33/7 34/7 35/7 39/13 46/7 53/3
**Hawaii [2]** 79/3 98/14
**he [27]** 4/12 4/14 4/15 5/9 6/10 6/11 21/6 21/7 25/11 32/7 39/12 39/15 39/16 39/25 51/19 56/15 56/19 69/11 69/17 69/17 73/20 73/20 73/20 73/21 73/21 83/20 88/20
**he's [12]** 4/12 4/15 4/18 20/17 29/2 29/17 32/5 45/12 45/12 56/20 56/21 83/20

**health [1]** 68/21
**healthcare [1]** 61/17
**hear [1]** 4/14
**heard [6]** 29/19 29/24 77/5 97/10 98/3 98/17
**hearing [3]** 1/10 7/5 97/24
**hearsay [4]** 19/20 24/4 48/8 65/21
**heart [1]** 81/5
**held [2]** 20/25 23/2 23/21
**help [3]** 8/14 9/18 44/25
**helpful [3]** 24/13 35/22 88/7
**helping [1]** 18/4 49/22
**hemispheric [1]** 54/1
**her [24]** 21/1 26/16 27/19 28/3 49/4 51/1 51/4 51/6 52/20 63/13 73/24 73/25 79/11 79/13 82/10 82/16 82/17 82/19 82/19 86/6 86/13 86/15 92/14 92/19
**here [36]** 4/9 4/13 4/20 4/22 6/3 6/17 6/17 11/17 17/14 19/21 29/22 30/21 41/15 41/15 41/21 42/15 43/5 43/5 43/20 45/23 52/11 58/23 59/5 60/1 62/16 67/13 69/23 74/21 82/1 82/4 87/19 90/6 97/8 97/11 98/11 98/15
**heritage [1]** 68/4
**herself [1]** 51/5
**high [6]** 6/15 6/16 56/6 56/9 59/10 59/17
**higher [2]** 59/12 59/14
**highlights [1]** 58/16
**him [7]** 20/18 21/9 39/11 39/12 39/15 45/14 45/15
**his [24]** 4/22 5/9 21/8 24/2 24/3 24/15 24/16 25/16 27/19 27/22 29/3 39/10 39/12 39/13 39/14 43/13 45/14 45/15 48/20 73/13 73/15 88/20 93/10 94/10
**historic [1]** 68/24
**historical [1]** 68/25
**history [3]** 53/17 63/24 98/18
**hold [3]** 33/14 45/23 88/16
**holders [5]** 95/5 95/9 95/16
**holding [1]** 7/5
**holes [1]** 90/22
**Hollen [1]** 21/4
**home [7]** 7/18 7/19 73/13 73/14 73/24 73/25 89/15
**homeland [3]** 47/12 48/13 67/12
**Honor [42]** 4/2 4/7 5/2 5/15 5/24 6/2 6/12 7/4 14/20 15/22 16/4 16/10 19/9 20/3 20/5 20/19 21/25 24/1 24/18 28/22 31/24 36/19 39/2 39/18 43/6 44/12 45/6 48/6 51/11 52/14 52/17 52/21 53/6 63/7 66/3 71/22 72/15 73/2 74/15 97/14 97/23 98/22
**Honor's [1]** 97/24
**HONORABLE [1]** 1/10
**hope [2]** 4/14 98/7
**hopefully [2]** 4/12 13/15
**hoping [3]** 4/16 13/13 98/20
**Hopkins [3]** 53/21 54/8 54/23
**hosted [1]** 68/10
**hour [1]** 67/19
**hours [3]** 20/25 21/8 98/8
**house [1]** 73/16
**housekeeping [3]** 6/13 97/19 97/21
**how [49]** 5/12 5/13 5/13 9/5 9/10 12/13 13/4 18/24 19/1 22/17 24/16 26/16 26/17 26/19 28/19 34/1 36/8 48/4 49/3 49/11 49/12 49/18 52/3 55/10 55/20 55/25 60/3 61/10 62/12 62/25 64/3 65/11 66/8 67/3 69/17 70/2 74/1 78/1 78/2 81/10 84/16 86/7 86/14 89/8 93/16 93/20 94/21 98/15 99/2
**Huffington [2]** 92/2 92/4
**huh [1]** 72/21
**human [1]** 56/24

**hundred [1]** 68/8
**hundreds [3]** 19/3 21/22 24/3
**husband [1]** 27/19

**I**

**I'd [14]** 4/4 11/3 29/22 29/23 42/20 61/4 62/18 62/19 70/6 71/19 71/20 96/2 96/20 98/11
**I'll [10]** 14/14 18/25 20/13 31/3 32/14 37/16 48/14 58/7 73/6 92/21
**I'm [50]** 4/24 5/24 6/22 8/8 8/12 8/15 10/19 14/8 15/17 16/18 18/12 19/22 19/25 20/10 20/15 20/17 21/15 22/7 24/9 24/15 29/20 32/8 36/18 37/11 38/18 45/20 47/11 47/15 57/2 58/8 65/20 66/10 67/18 68/25 75/20 77/16 78/18 81/21 82/1 82/1 83/25 87/2 88/11 91/4 92/15 92/22 95/21 96/19 98/6 98/20
**I've [13]** 29/19 29/24 30/9 35/13 39/6 49/20 52/13 60/9 67/17 76/15 83/18 89/12 98/17
**I-407 [1]** 23/24
**IA [9]** 56/4 56/5 56/12 74/25 84/7 84/8 84/9 91/13 91/15
**IA-100 [6]** 56/4 56/5 56/12 74/25 91/13 91/15
**IABA [53]** 8/21 9/10 9/11 10/14 10/17 11/2 12/5 12/11 12/14 12/15 13/4 13/12 13/18 14/2 14/4 14/11 15/18 16/20 19/2 21/23 22/5 25/17 25/21 26/12 27/9 28/18 30/6 32/11 34/2 35/16 37/17 37/21 37/23 38/12 40/12 40/12 40/15 40/23 41/11 47/18 48/17 49/25 50/5 50/6 50/8 50/12 50/16 50/19 50/23 51/7 51/8 51/18 51/22
**IABA's [3]** 32/13 41/2 48/18
**idea [3]** 26/14 94/21 95/22
**ideas [1]** 68/13
**identify [2]** 4/5 41/16
**identity [1]** 41/24
**ill [1]** 97/7
**ill/infirm [1]** 97/7
**imagine [2]** 50/5 98/8
**immediately [3]** 15/8 15/12 16/22
**immensely [1]** 35/22
**immigrant [4]** 60/1 63/23 67/11 98/18
**immigrants [3]** 59/5 65/16 65/18
**immigrate [1]** 59/24
**immigration [10]** 13/5 13/17 18/4 25/13 50/24 51/3 58/15 58/19 59/1 65/16
**impact [20]** 28/20 29/12 29/16 30/4 32/2 32/4 32/10 32/12 32/22 33/13 33/17 34/18 38/16 40/5 45/17 65/16 71/1 71/3 97/3 97/5
**impacted [9]** 31/22 31/23 34/10 34/24 64/4 65/12 66/9 67/4 70/3
**impacts [3]** 28/25 30/9 89/8
**impeaching [1]** 39/11
**impeachment [2]** 39/16 46/23
**impinge [1]** 42/10
**impinged [2]** 35/4 35/12
**implementation [7]** 47/9 47/13 47/17 48/18 48/25 79/4 93/19
**implemented [10]** 13/23 40/9 49/18 78/2 93/16 93/21 93/23 94/22 95/20 95/23
**implication [3]** 46/10 46/19 47/4
**importance [2]** 77/2 85/9
**important [2]** 64/17 72/19
**imprecise [1]** 16/9
**impression [1]** 24/2
**in 2010 [1]** 8/5
**in 2015 [1]** 50/23
**in 2017 [1]** 96/21

Downloaded from

**I**

**inasmuch [2]** 34/4 40/20
**incidence [1]** 13/6
**incidences [1]** 74/1
**incident [2]** 21/10 73/23
**incidents [3]** 11/4 21/11 72/2
**included [4]** 69/21 73/17 76/20 85/20
**includes [1]** 75/13
**including [8]** 9/1 10/10 13/19 15/6 17/14 70/14 86/23 94/24
**income [2]** 59/12 59/13
**Inconsistencies [1]** 76/16
**increase [2]** 72/10 72/23
**increasingly [1]** 61/14
**indefinitely [1]** 70/24
**Indian [1]** 73/19
**indicate [1]** 70/17
**indicated [2]** 87/13 92/19
**indirectly [1]** 57/8
**individual [10]** 8/10 12/20 26/7 27/18 27/21 44/18 46/5 46/16 47/1 49/4
**individual's [1]** 49/14
**individuals [42]** 17/4 17/12 17/16 18/1 18/2 18/15 23/7 23/18 23/18 23/21 26/3 26/13 26/24 26/25 27/8 27/11 27/12 27/17 28/6 28/8 28/14 30/18 30/20 31/2 31/5 31/19 31/23 32/1 33/9 33/14 33/21 34/17 40/20 42/1 42/4 42/7 42/9 42/19 43/16 44/2 44/10 47/20
**indulgence [1]** 90/25
**infirm [1]** 97/7
**inform [1]** 23/14
**information [20]** 17/4 17/10 17/16 17/20 17/23 17/24 18/5 18/10 18/21 20/16 20/18 22/6 24/16 24/22 25/9 25/11 26/22 32/6 55/22 85/10
**informational [1]** 89/4
**infrastructure [5]** 10/22 12/18 12/23 13/14 13/18
**infrequent [2]** 13/6 13/10
**inherent [1]** 57/23
**inherently [5]** 31/17 31/17 31/18 31/21 34/9
**initial [1]** 85/17
**initially [1]** 85/20
**initiative [1]** 8/14
**injunction [7]** 19/22 38/12 79/3 79/8 87/3 98/12 98/13
**injunctions [1]** 40/10
**injured [1]** 73/19
**injury [12]** 19/25
**innovation [3]** 62/12 62/17 62/17
**inordinate [6]** 27/3 30/20 33/11 38/4 48/2 52/4
**inquired [1]** 83/8
**inquiries [2]** 18/1 25/20
**inside [1]** 46/12
**instances [1]** 28/8
**instant [1]** 23/7
**institutions [2]** 56/16 67/10
**instruction [2]** 30/3 70/22
**instructions [1]** 23/4
**interactions [1]** 30/7
**interest [8]** 26/11 26/17 26/20 49/5 49/15 57/23 84/14 87/19
**interested [3]** 24/15 27/1 77/22
**interesting [2]** 87/5 98/19
**interests [4]** 10/5 10/25 55/4 55/8
**interject [2]** 20/15 51/25
**intermarriage [1]** 59/16
**intermarried [1]** 59/18
**international [3]** 53/21 53/22 54/3
**interpose [4]** 63/8 65/20 70/6 70/10

**interrupt [1]** 21/16
**interview [7]** 27/14 27/14 27/20 27/25 28/15 28/16 30/10
**interviewees [1]** 47/25
**interviews [3]** 28/6 28/14 28/17
**introduce [1]** 4/17
**invitation [2]** 56/6 56/6
**invited [1]** 68/9
**invoke [2]** 5/22 6/1
**involved [9]** 12/5 19/8 19/10 34/8 50/21 57/8 59/2 68/6 84/12
**involvement [1]** 58/9
**involves [1]** 10/9
**involving [1]** 51/2
**Iran [21]** 11/5 19/10 27/19 27/24 31/19 41/18 49/12 57/16 57/22 67/25 68/10 68/18 73/12 78/9 79/18 81/4 82/8 82/25 83/10 85/13 96/17 97/2
**Iranian [115]**
**Iranian-American [57]** 8/24 9/22 9/24 10/3 10/10 11/24 18/17 18/19 22/10 28/21 29/13 29/17 30/5 32/4 34/16 34/21 34/22 35/3 35/6 35/11 36/5 41/3 41/7 41/12 41/20 50/13 50/24 55/15 56/8 57/11 57/15 58/1 58/19 59/9 59/11 60/3 62/1 62/9 62/10 66/12 68/12 71/14 71/17 72/8 72/10 72/24 73/23 75/5 75/19 75/21 75/23 76/3 84/9 84/10 86/1 86/9 97/1 97/2
**Iranian-American's [2]** 58/15 66/21
**Iranian-Americans [36]** 9/13 14/6 18/14 18/16 23/8 23/14 31/19 34/7 35/21 41/16 42/1 55/5 55/8 55/18 55/19 55/20 59/12 59/16 59/17 59/20 59/21 60/24 61/11 61/12 61/16 61/24 62/5 62/12 62/14 63/22 67/9 71/16 77/3 80/13 84/12 85/12
**Iranians [13]** 12/4 22/23 23/7 31/19 40/17 41/13 41/20 50/9 51/2 58/22 58/23 68/20 73/21
**Iraq [6]** 85/21 85/23 86/3 86/15 86/20 86/21
**Iraqi [1]** 86/4
**ironically [1]** 62/8
**irrelevant [1]** 31/25
**irreparable [1]** 98/1
**is [225]**
**Islamic [1]** 59/2
**isn't [6]** 38/15 39/8 40/4 40/8 46/15 46/25
**issuance [1]** 25/19
**issue [12]** 4/11 13/9 18/18 23/16 33/23 34/20 52/6 52/8 86/17 87/3 87/17 96/22
**issued [19]** 15/3 17/5 17/8 21/1 22/12 23/1 23/15 26/4 40/10 42/18 47/11 48/12 49/2 49/3 51/3 78/14 93/7 93/18 96/21
**issues [26]** 10/4 10/12 13/1 13/5 13/7 15/14 19/24 21/24 22/1 25/13 33/24 34/13 34/17 50/6 50/16 52/5 52/9 52/11 55/20 77/2 85/6 85/9 92/9 98/2 98/12 98/20
**it [192]**
**it's [44]** 5/12 5/17 6/18 6/20 16/2 16/9 16/9 19/22 24/4 24/10 24/13 28/23 28/24 29/21 31/25 36/19 37/11 38/19 41/24 42/17 48/9 49/18 56/20 59/22 59/25 64/10 67/19 67/25 71/3 71/6 71/10 72/19 75/8 76/22 76/23 82/19 84/7 87/6 89/4 91/15 93/16 95/1 95/23 98/19
**items [4]** 16/19 58/8 58/9 74/9
**its [27]** 11/22 17/22 22/13 22/15 22/17 23/10 23/12 25/22 25/22 27/5 27/11

23/10 30/23 40/2 41/13/5 43/4 43/15 48/17 48/25 50/1 67/5 68/21 91/2 91/9 91/11 94/23 95/3
**itself [5]** 16/11 22/16 32/2 40/13 40/23 48/25

**J**

**J.D [1]** 8/3
**jail [2]** 23/21 23/23
**January [23]** 12/11 13/13 14/9 14/18 15/16 18/25 20/11 29/9 32/17 32/18 32/19 46/17 47/23 47/24 48/1 72/20 72/24 74/3 74/3 85/17 87/21 89/3 93/5
**January 26th [4]** 47/23 47/24 48/1 74/3
**January 27th [13]** 14/9 15/16 18/25 20/11 29/9 32/18 32/19 72/20 72/24 74/3 85/17 87/21 89/3
**January 27th, 2017 [2]** 14/18 46/17
**January 29, 2017 [1]** 93/5
**JCPOA [1]** 85/15
**Jet [1]** 56/18
**Jew [1]** 40/19
**jgreenbaum [1]** 2/4
**JOANNA [2]** 1/16 4/10
**job [4]** 8/6 11/1 57/12 62/11
**JOHN [6]** 1/21 2/9 4/17 4/20 5/5 98/22
**john.freedman [1]** 1/23
**Johns [3]** 53/21 54/8 54/23
**join [2]** 28/3 76/1
**joined [1]** 13/24
**joining [2]** 5/4 12/8
**joint [1]** 71/13
**jointly [1]** 98/2
**JON [1]** 2/1
**JP [1]** 56/14
**JPL [1]** 56/18
**judge [5]** 1/11 4/11 50/24 51/3 87/12
**judgments [1]** 26/21
**judiciary [3]** 9/22 9/25 34/12
**just [67]** 5/11 12/19 13/25 16/13 17/10 20/2 20/9 20/13 20/15 21/17 22/7 24/20 33/22 36/22 37/4 37/5 37/6 37/16 39/25 42/15 42/21 45/19 46/23 49/10 49/20 49/21 49/24 50/12 52/2 52/7 52/8 56/17 58/4 58/16 60/18 63/11 65/6 66/18 69/17 71/4 72/1 73/1 73/10 75/13 76/20 76/22 78/22 79/15 82/1 82/16 86/10 86/12 86/23 87/12 88/18 89/15 90/9 90/10 91/4 92/16 93/6 95/15 95/15 96/11 97/18 97/23 98/23
**Justice [6]** 2/10 5/3 5/5 5/6 36/17 98/25
**Justices's [1]** 5/7

**K**

**Kansas [2]** 73/18 73/19
**Kaye [2]** 4/18 4/25
**keep [3]** 39/25 46/23 70/15
**kind [7]** 12/24 17/22 19/1 26/22 27/7 62/6 68/14
**kinds [1]** 33/13
**king [1]** 69/15
**knew [2]** 17/7 21/8
**know [39]** 5/12 15/1 17/8 18/9 18/11 22/19 26/20 26/21 33/2 33/14 35/9 38/20 41/16 43/17 43/21 45/19 54/10 55/25 56/1 76/5 76/7 76/10 76/13 78/2 78/6 79/20 84/16 84/21 88/19 89/5 93/15 93/16 93/25 93/25 95/1 95/12 95/21 97/9 98/23
**knowledge [2]** 18/11 82/20
**knowledgeable [1]** 57/10
**known [2]** 53/22 56/23

**L**

**LA [2]** 19/5 27/18

Case 1:17-cv-00255-TSC Document 88-1 Filed 05/25/17 Page 109 of 115

**L**

**Lab [3]** 56/18 56/19 56/20
**labor [1]** 8/9
**lack [8]** 22/12 25/21 26/10 35/19 48/25 49/18 51/18 73/2
**lacking [1]** 24/4
**language [4]** 15/6 48/24 54/17 59/16
**Languages [1]** 54/18
**Languages-something [1]** 54/18
**large [12]** 9/2 10/4 10/5 10/18 12/21 34/22 36/3 55/6 60/3 60/25 69/10 90/19
**largely [2]** 13/8 22/11
**largest [1]** 58/25
**last [6]** 7/22 71/16 76/12 77/21 82/22 89/14
**later [3]** 11/18 20/24 73/20
**launch [1]** 71/8
**law [11]** 2/2 4/21 8/4 9/14 11/25 12/2 35/18 35/25 47/21 48/4 61/13
**lawful [2]** 75/5 96/25
**laws [1]** 11/22
**lawsuit [4]** 50/21 51/1 80/1 87/21
**lawsuits [1]** 50/20
**lawyer [5]** 12/1 45/12 79/10 82/11 82/17
**Lawyers' [2]** 2/1 4/21
**lawyerscommittee.org [1]** 2/4
**lead [5]** 4/4 4/17 8/14 54/11 71/10
**leaders [4]** 62/14 62/15 65/15 69/20
**leadership [4]** 8/19 12/8 56/5 58/2
**learn [2]** 89/9 89/11
**learned [1]** 20/9
**learning [1]** 83/25
**least [3]** 6/21 11/20 19/3
**leave [4]** 6/6 11/5 13/13 15/5
**leaving [3]** 11/15 27/1 59/2
**lectures [1]** 54/12
**lecturn [1]** 4/5
**left [5]** 11/20 57/16 59/3 73/13 89/21
**left-hand [1]** 89/21
**legal [34]** 8/23 8/23 9/13 10/4 10/9 12/20 14/25 16/10 18/18 23/3 30/9 30/18 33/9 34/5 34/11 35/3 41/3 41/21 43/2 43/9 45/8 45/13 45/14 47/18 47/19 50/1 50/19 51/7 52/5 74/12 79/11 95/5 95/16 98/20
**legalese [1]** 82/1
**Legally [1]** 40/11
**legislation [1]** 85/4
**legislative [1]** 85/2
**LEILA [3]** 3/7 53/2 53/11
**length [2]** 35/14 52/3
**less [1]** 32/23
**lesson [2]** 11/21 11/23
**let [13]** 5/11 16/21 20/15 21/6 21/11 25/1 45/19 65/6 74/23 87/17 88/19 91/7 98/23
**let's [9]** 16/13 24/20 25/5 49/10 63/5 63/14 87/6 90/21 90/21
**level [7]** 10/25 12/8 12/9 17/12 18/3 31/1 48/4
**levels [4]** 59/10 61/12 61/17 61/18
**liberties [1]** 6/16
**Lieutenant [1]** 61/21
**life [12]** 9/20 11/21 11/23 34/5 34/8 35/9 42/11 61/14 61/14 61/16 66/22 67/8
**life-long [1]** 11/21
**light [3]** 22/8 51/22 86/21
**like [31]** 6/2 10/18 12/19 13/8 27/3 30/19 30/21 31/5 34/13 35/9 36/3 36/5 42/20 46/18 51/24 52/21 59/15 60/6 60/7 61/4 62/18 62/19 70/6 71/19 71/20 76/10 87/9 91/23 96/3 98/11 98/11
**likely [1]** 10/16

**limit [5]** 20/6 61/8 61/13 61/15 70/3
**limited [2]** 14/22 52/9
**line [2]** 18/18 18/20 87/14
**lines [1]** 28/5
**links [1]** 69/11
**Lisa [2]** 2/14 99/9 99/15 99/16
**list [3]** 76/8 85/23 86/15
**literally [1]** 34/18
**literature [1]** 8/2
**litigation [4]** 8/11 14/11 14/12 58/10
**little [6]** 22/7 27/2 32/15 77/16 90/25 97/21
**live [2]** 41/15 57/18
**lives [3]** 33/18 34/18 73/13
**LL.M [1]** 8/4
**lobby [1]** 85/6
**lobbying [2]** 84/15 86/22
**lobbyist [1]** 84/20
**lobbyists [1]** 84/18
**local [6]** 9/3 10/6 10/23 10/25 12/8 34/23
**long [5]** 5/12 5/13 5/13 11/21 81/10
**longer [2]** 46/1 85/23
**look [6]** 39/13 44/22 52/7 62/22 76/9 99/4
**looking [3]** 28/16 76/12 82/3
**looks [2]** 46/18
**Los [1]** 21/10
**lost [1]** 36/4
**lot [7]** 12/17 20/12 23/23 25/21 35/17 97/5 97/12
**lots [1]** 34/17
**love [1]** 16/21
**lower [2]** 89/21 90/1
**luncheon [1]** 68/10

**M**

**ma'am [1]** 40/1
**made [2]** 26/12 80/8
**mail [1]** 19/9
**mails [5]** 15/2 15/3 15/5 15/9 15/12
**main [2]** 91/19 91/21
**maintain [2]** 91/11 91/13
**maintained [1]** 43/22
**majority [4]** 34/18 68/20 76/7 85/12
**make [9]** 14/12 16/4 18/7 39/14 55/23 81/25 93/9 94/2 94/9
**makes [5]** 4/14 47/17 65/7 66/15 67/7
**making [1]** 26/21
**manage [1]** 57/5
**managed [1]** 56/19
**managers [1]** 59/20
**many [11]** 4/19 9/5 13/20 17/13 18/24 19/1 19/3 24/3 63/21 65/14 67/11
**March [30]** 15/16 20/11 24/21 24/23 25/5 29/11 29/12 33/3 33/3 33/11 38/9 38/16 40/5 40/8 42/3 42/8 44/3 44/11 44/19 46/6 47/2 47/6 47/10 47/14 47/17 47/22 48/19 52/12 80/23 96/18
**March 13th [1]** 80/23
**March 15th [2]** 29/12 38/9
**March 16, 2017 [1]** 43/8
**March 16th [6]** 33/11 44/3 44/11 44/19 46/6 47/6
**March 16th, 2017 [1]** 47/2
**March 22nd, 2017 [1]** 63/12
**March 6th [16]** 15/16 20/11 24/21 24/23 25/5 29/11 38/16 40/5 40/8 42/3 47/10 47/14 47/17 47/22 48/19 96/18
**Maret [2]** 6/16 6/22
**marginalized [1]** 66/11
**mark [3]** 60/6 62/18 71/19
**marked [4]** 38/23 39/7 45/1 89/13
**marking [1]** 88/11

**married [1]** 35/12
**Mars [2]** 56/19 56/20
**Maryland [1]** 79/7
**Mason [1]** 54/25
**Massachusetts [2]** 1/22 2/10
**Master's [1]** 53/20
**match [1]** 30/16
**matter [8]** 6/13 19/24 20/16 48/10 65/22 65/24 97/19 99/11
**matters [2]** 8/11 51/25
**Mawr [1]** 53/20
**may [15]** 19/16 29/7 31/8 39/1 39/3 39/22 43/16 48/22 52/16 73/5 73/5 82/14 88/11 97/16 97/20
**maybe [3]** 13/7 13/7 37/16
**me [36]** 4/10 4/18 5/4 5/11 11/20 11/23 16/21 20/15 21/11 25/1 29/6 37/17 38/18 38/20 41/10 41/25 45/3 45/19 45/22 51/25 52/21 65/5 65/6 74/23 76/15 78/8 87/10 87/11 87/17 88/7 89/11 91/3 91/7 93/4 94/21 98/21
**mean [15]** 32/22 34/3 34/5 37/2 37/9 37/17 37/20 41/23 52/7 55/7 65/6 76/7 84/16 91/6 95/11
**meaningful [1]** 50/1
**means [1]** 83/21
**meant [4]** 15/10 37/3 81/21 81/22
**mechanical [1]** 2/23
**media [2]** 13/19 55/5
**medic [1]** 62/10
**medical [5]** 4/11 30/16 58/24 68/9 68/11
**medicine [1]** 68/13
**meet [1]** 68/11
**MEHRI [15]** 1/15 1/17 3/5 3/6 3/8 3/9 4/8 4/8 2/22 52/15 62/25 63/10 67/16 69/22 98/24
**member [3]** 12/6 56/21 75/23
**member's [1]** 66/1
**members [38]** 9/1 9/2 9/3 12/21 15/10 21/3 22/14 29/4 34/16 34/20 40/15 40/18 40/20 41/1 41/17 56/9 64/2 64/10 64/11 64/14 64/22 64/23 65/1 65/6 65/7 65/10 65/14 65/25 68/8 75/1 75/2 75/3 75/4 76/6 80/12 97/2 97/7 97/10
**membership [5]** 12/17 56/6 57/7 64/12 83/8
**memory [1]** 38/21
**mention [1]** 62/4
**mentioned [8]** 59/15 62/3 72/1 81/4 83/7 91/6 91/25 96/12
**mentor [1]** 97/10
**mentorship [2]** 9/16 9/17
**merits [1]** 97/25
**message [1]** 22/23
**Mexico [1]** 54/2
**microphone [1]** 19/15
**Middle [2]** 53/20 68/19
**might [4]** 22/5 28/11 31/10 43/22
**military [2]** 61/13 85/14
**million [1]** 60/5
**mind [6]** 6/8 21/22 41/8 41/12 62/4 75/11
**minor [2]** 4/11 8/3
**minorities [1]** 59/3
**minority [8]** 8/19 9/12 17/21 33/8 33/15 34/23
**minute [4]** 37/4 37/5 42/20 60/20
**minutes [1]** 5/17
**mischaracterizes [1]** 48/20 85/7
**mischaracterizing [1]** 44/5
**misleading [1]** 15/24
**missing [1]** 27/21
**mission [20]** 9/10 9/11 10/1 10/9 34/2 38/7 40/22 41/2 52/12 57/23 60/16 61/5

**M**

**mission... [8]** 66/7 66/10 66/19 66/24
67/5 67/15 67/22 70/4
**missions [1]** 84/11
**misstating [1]** 94/15
**mistake [1]** 36/20
**mode [1]** 15/9
**Mokri [2]** 56/14 61/23
**moment [2]** 51/24 62/21
**more [19]** 12/6 12/23 13/13 19/4 19/6
31/17 39/24 40/12 50/5 50/19 62/25
68/16 73/11 78/11 82/4 84/12 90/25
97/14 98/9
**Morgan [1]** 56/14
**most [9]** 35/2 51/9 55/12 55/13 57/10
59/18 62/15 63/22 75/4
**mother [3]** 21/8 26/5 26/14
**motion [4]** 24/10 24/17 32/8 48/14
**motions [2]** 1/10 98/1
**motivated [2]** 11/2 57/13
**motivation [1]** 11/3
**move [10]** 21/17 31/24 48/6 65/21 77/8
87/4 87/6 87/9 87/17 96/3
**moving [3]** 24/5 77/22 77/25
**Mr [15]** 3/5 3/5 3/6 3/8 3/8 3/9 22/2 46/2
46/8 52/15 63/10 67/16 69/22 88/19
97/22
**Mr. [5]** 36/10 52/23 62/25 97/21 98/24
**Mr. Bradley [2]** 52/23 97/21
**Mr. Mehri [2]** 62/25 98/24
**Mr. Schwei [1]** 36/10
**much [6]** 13/4 20/5 62/25 67/7 93/20
97/16
**muddying [1]** 70/15
**Mullin [2]** 8/8 14/7
**multiple [1]** 52/12
**Museum [1]** 69/5
**Muslim [1]** 40/18
**must [3]** 31/12 33/1 44/21
**mutual [6]** 67/24 68/17
**my [37]** 4/7 4/8 4/17 5/2 5/19 7/16 7/18
8/10 8/12 10/16 11/1 11/4 11/4 11/5
11/6 11/7 11/13 12/2 13/3 13/15 14/3
14/10 15/8 18/11 32/3 38/19 53/11 54/1
57/12 57/16 64/16 73/21 76/10 78/20
91/18 91/18 96/20
**myself [4]** 18/7 31/3 88/16 98/19

**N**

**Naderi [1]** 56/17
**name [7]** 4/7 5/2 7/14 7/22 53/9 53/11
76/10
**names [2]** 76/8 76/9
**narrative [4]** 14/21 24/2 24/10 28/24
**NASA [2]** 56/19 56/20
**national [25]** 8/23 8/24 10/6 10/20 10/24
12/9 13/17 18/6 18/8 26/10 26/17 26/19
31/16 34/24 49/5 49/15 51/6 55/4 55/17
59/13 59/14 62/1 72/8 85/11 85/11
**nationally [1]** 10/21 10/22 10/22
**nationals [5]** 82/7 82/8 82/25 94/3 95/5
**nationwide [4]** 8/16 12/5 38/9 38/12
**nature [4]** 12/3 49/17 70/9 76/18
**necessarily [2]** 24/10 24/11
**necessary [1]** 82/3
**need [8]** 7/19 39/14 65/5 69/22 84/17
90/10 98/9 98/19
**needed [2]** 18/2 96/16
**needs [2]** 46/2 56/1
**negative [2]** 46/19 47/3 80/13
**network [1]** 56/5
**never [6]** 27/16 27/20 28/7 47/22 59/6
75/22

**new [16]** 1/21 4/7 38/7 52/23 52/23 52/24
33/18 42/18 42/18 63/20 68/11 94/6
94/13 94/19 95/4
**next [14]** 13/24 15/13 17/18 33/4 46/13
52/18 58/2 62/18 63/3 66/16 66/25
69/24 91/16 91/23
**night [2]** 16/24 89/14
**no [35]** 1/3 18/11 26/14 28/10 32/6
34/11 36/9 40/17 42/5 42/18 48/23
48/23 49/11 51/13 52/14 60/7 62/19
71/20 71/22 74/15 75/16 76/20 77/11
79/21 81/2 81/16 82/3 84/19 85/23 90/8
94/21 95/22 96/6 97/5 97/10
**non [16]** 9/8 40/14 40/24 55/3 55/3 55/7
75/8 75/10 75/12 75/12 75/13 76/6
76/14 76/19 76/20 76/23
**non-for-profit [1]** 9/8
**non-Iranian-Americans [1]** 76/6
**non-profit [1]** 55/3
**non-religious [7]** 40/14 40/24 75/8 75/12
76/14 76/19 76/20
**non-sectarian [6]** 55/3 55/7 75/10 75/12
75/13 76/20
**none [1]** 49/1
**nonresponsive [1]** 31/25
**Northern [2]** 12/8 19/5
**Northwest [1]** 53/12
**not [102]**
**not-for-profit [1]** 9/7
**note [2]** 16/2 72/13
**notice [1]** 17/6
**notorious [1]** 73/17
**notwithstanding [1]** 38/11
**now [19]** 24/20 32/10 32/23 36/22 37/6
39/16 48/1 48/3 48/7 71/1 77/4 77/21
79/22 79/22 79/24 88/25 90/5 95/16
98/4
**Nowruz [1]** 63/19 63/20
**number [11]** 1/12 44/22 50/6 62/3
65/12 67/4 71/2 72/13 72/14 89/13 97/3
**numerous [6]** 19/9 23/18 27/20 28/5
30/8 52/7
**NW [5]** 1/17 1/22 2/2 2/10 2/15
**NYU [1]** 8/5

**O**

**o'clock [1]** 98/5
**Obama [2]** 56/15 62/1
**object [4]** 15/23 19/19 37/10 37/11
**objecting [1]** 37/12
**objection [42]** 14/20 15/19 15/22 15/25
16/8 20/1 21/25 24/1 28/22 28/22 37/1
37/5 43/9 43/12 44/5 45/7 45/10 48/20
60/7 62/19 63/8 64/7 64/8 65/21 65/23
70/5 70/6 70/10 71/11 71/22 73/2 73/6
74/4 79/10 85/7 86/5 87/8 90/20 92/13
92/23 94/15 96/5
**obligated [1]** 12/1
**obvious [1]** 35/2
**obviously [9]** 5/12 14/5 41/14 41/16
56/8 73/7 79/21 82/12 98/10
**occurred [1]** 21/24
**October [1]** 77/20
**of 2014 [1]** 90/6
**of 2017 [1]** 13/13
**offer [4]** 9/16 9/17 17/12 17/17
**offered [1]** 19/23
**offering [1]** 5/17
**office [4]** 4/8 8/14 8/14 84/11
**officer [1]** 11/19
**officers [3]** 6/21 8/25 9/4
**Official [1]** 2/14
**officials [3]** 36/2 77/15 78/5
**often [2]** 9/22 22/14

**Oil [1]** 56/25
**okay [26]** 5/20 5/21 7/2 7/20 16/15 25/7
25/18 30/1 45/20 60/10 60/22 63/15
64/2 65/8 65/8 70/20 71/6 77/4 80/7
80/10 88/10 88/23 89/20 91/25 92/12
96/23
**old [5]** 20/21 21/2 89/16 90/8 90/12
**once [6]** 6/9 33/10 43/16 45/19 88/18
96/2
**one [50]** 6/12 6/21 9/12 14/22 17/1 17/9
17/15 17/23 19/9 20/14 21/3 21/18
23/16 27/10 27/18 29/11 29/22 32/6
34/20 35/1 36/3 41/5 50/3 55/11 56/13
56/21 57/10 58/15 62/6 62/8 63/13
63/22 64/24 65/17 68/16 69/5 71/13
73/16 73/17 78/20 84/11 86/19 86/22
88/3 91/13 95/15 95/17 95/19 95/21
97/18
**ones [1]** 19/6
**ongoing [2]** 27/8 30/17
**online [1]** 47/9
**only [6]** 8/22 24/3 36/1 49/9 56/6 81/20
**open [3]** 75/17 75/20 75/23
**operating [1]** 20/5
**operative [1]** 81/20
**opinion [1]** 45/14
**opinions [1]** 24/14
**opportunity [2]** 57/20 59/25
**opposes [1]** 85/5
**opposing [2]** 51/17 96/25
**opposition [1]** 11/8
**order [144]**
**orders [21]** 23/11 28/20 28/24 29/25
32/12 34/1 34/6 37/8 65/11 66/8 67/3
70/2 70/8 70/17 72/11 72/11 80/12
86/10 88/5 90/7 93/21
**ordinary [2]** 11/6 62/4
**Oregon [1]** 73/13
**organization [38]** 10/19 12/7 12/15
12/18 14/5 15/8 20/17 29/2 32/2 32/13
37/21 40/13 40/14 55/2 55/4 55/13 56/5
56/9 57/6 61/15 63/2 64/12 64/14 64/15
65/2 65/14 66/2 66/14 75/1 75/2 75/9
75/14 75/17 76/14 77/1 84/15 86/22
91/19
**organization's [1]** 29/3
**organizational [1]** 41/9
**organizations [9]** 11/25 17/21 18/17
33/16 55/11 56/10 65/7 71/14 75/3
**origin [1]** 31/16
**other [30]** 6/12 10/18 13/20 17/21 23/16
28/5 30/10 33/8 33/15 33/24 34/23 35/8
40/10 40/25 50/20 51/21 52/9 56/17
60/25 61/18 62/2 71/14 72/6 73/17 83/5
85/6 91/2 91/5 91/9 91/22
**others [1]** 73/19
**otherwise [4]** 41/21 53/22 68/1 71/11
**our [63]** 4/10 6/5 7/5 9/1 10/1 10/5 10/8
10/21 10/21 12/16 12/18 17/14 17/14
18/14 18/21 19/3 19/4 19/5 20/14 20/20
21/3 32/19 32/24 33/22 33/24 34/16
34/18 34/18 34/20 34/23 34/24 38/7
40/18 40/22 40/25 52/9 52/12 55/12
55/14 58/2 61/1 61/1 62/16 63/23 66/25
67/7 68/2 68/4 68/8 68/16 69/10 69/12
69/12 69/20 71/8 84/11 84/14 85/11
85/11 89/5 89/8 91/16 97/7
**out [23]** 4/13 9/15 11/13 12/7 12/24
17/15 17/24 20/24 32/20 33/6 34/21
36/8 40/17 47/19 48/24 55/12 55/13
67/25 73/13 73/21 81/11 95/10 99/2
**outs [1]** 38/5
**outside [4]** 46/10 52/19 73/24 73/25
**over [11]** 13/23 16/25 17/17 19/13 20/23

Case 1:17-cv-00255-TSC   Document 86   Filed 05/25/17   Page 111 of 115

**O**

over... [6]  21/19 40/25 69/19 69/19 91/7
92/23
overall [1]  29/16
overflow [2]  6/25 19/16
overrule [1]  73/6
overruled [12]  14/23 15/25 37/14 43/12
45/10 48/22 65/23 74/5 85/8 90/21
92/24 94/16
oversee [1]  57/5
overturning [1]  23/23
overview [2]  18/22 58/18
overwhelming [1]  15/4
overwhelmingly [1]  18/15
own [11]  9/3 9/4 10/24 10/25 27/22
34/13 34/16 34/20 69/12 69/12 92/6
owned [1]  30/21

**P**

p.m [3]  1/5 15/1 99/6
PAAIA [68]  53/14 53/15 54/6 55/2 55/3
55/10 55/11 55/15 55/22 56/13 57/1
57/4 57/14 57/24 58/5 58/8 58/15 60/17
64/2 64/3 65/10 66/7 67/21 68/6 68/14
68/25 69/7 72/9 74/2 74/9 74/24 75/7
75/14 76/1 76/6 76/13 76/25 77/8 77/10
77/16 77/22 80/12 84/2 84/15 84/20
84/24 85/2 85/6 86/11 86/21 86/24 88/3
88/3 89/2 90/15 90/18 91/1 91/8 91/11
91/19 92/5 92/7 93/9 94/1 94/9 94/23
95/3 96/21
PAAIA's [16]  53/11 66/9 66/19 66/23
67/4 67/14 70/4 71/2 76/18 83/8 89/9
89/14 89/24 90/19 91/19 92/9
PAAIA.org [1]  91/21
PAC [3]  84/7 84/8 84/9
page [13]  39/8 45/5 45/5 45/5 60/21
61/5 89/15 89/16 90/8 90/10 90/11
90/12 90/15
pages [2]  91/16 91/22
painted [1]  73/25
painting [1]  73/15
papers [2]  56/2 56/2
paragraph [3]  39/8 63/18 88/17
Pardis [1]  56/22
parents [5]  11/5 31/6 49/9 57/16 97/7
PARS [5]  1/3 4/3 14/12 58/9 72/7
part [9]  9/14 10/2 18/12 22/10 34/11
41/23 48/24 49/16 69/4
participate [4]  57/19 61/12 66/21 67/8
participated [2]  50/20 51/7
particular [14]  18/6 18/19 25/23 30/20
32/11 33/25 40/16 41/8 41/12 52/6 67/3
70/14 70/16 75/15
particularly [7]  18/13 30/4 61/1 65/11
66/8 70/2 70/8
parties [1]  98/21
partner [2]  8/8 8/12
parts [1]  41/5
past [1]  46/22
Patrol [3]  20/25 22/14 93/18
pay [1]  30/22
peace [1]  68/18
peaceful [1]  85/12
peers [1]  12/16
pejorative [1]  16/9
pending [2]  27/12 89/18
people [28]  11/7 16/2 17/7 17/9 17/25
19/9 19/10 22/22 23/1 30/8 36/6 42/15
46/10 47/18 47/24 48/1 49/22 56/7
57/11 58/23 59/2 61/19 62/3 62/4 67/24
67/25 69/17 97/6
peoples [1]  68/23

perceive [1]  31/20
perceived [2]  22/10 22/12
percent [7]  13/7 32/19 32/23 59/12
59/13 59/20 59/21
perception [1]  34/8
perfect [1]  51/24
perhaps [2]  42/16 44/12
period [15]  12/10 12/14 13/4 13/12 14/9
15/16 16/18 20/10 20/11 21/18 21/19
21/24 24/21 25/5 25/10
periods [3]  28/10 29/16 48/2
permanent [20]  13/14 13/17 22/19 22/21
23/2 23/19 23/22 26/2 26/15 35/11
41/14 41/21 42/7 43/2 75/5 79/20 93/11
95/5 95/16 97/1
permission [1]  97/24
permitted [1]  20/24
perpetrator [1]  73/18
perpetrators [1]  74/13
Persian [2]  63/20 69/15
personal [1]  92/6
personally [3]  37/17 41/10 41/25
Ph.D [3]  53/23 53/25 54/5
philosophers [1]  69/20
phone [1]  15/4 19/7
phrase [4]  15/23 41/7 41/11 41/19
phrased [1]  37/11
physically [5]  43/7 44/2 44/10 44/18
46/5
pillar [11]  61/4 66/6 66/9 66/19 66/20
66/23 66/25 67/14 67/21 67/23 70/3
pillars [1]  67/4
place [9]  9/15 13/14 15/18 16/25 17/19
31/8 33/5 49/18 57/22
placed [3]  17/5 17/18 49/17
places [1]  81/3
plaintiff [1]  4/6
plaintiff's [3]  24/13 60/6 60/14
plaintiffs [6]  1/4 1/15 3/3 62/19 72/6
99/2
plan [6]  13/12 13/16 13/21 32/16 32/17
98/7
planned [1]  16/22
planning [1]  6/17
plans [1]  13/22
played [1]  56/25
please [7]  4/4 4/6 7/15 19/17 45/2 65/6
82/22
podium [1]  19/17
point [11]  14/8 28/4 30/5 40/17 61/4
65/18 69/22 89/19 91/3 95/10 95/15
points [2]  58/4 79/14
policies [7]  10/22 10/23 10/24 10/25
86/22 91/2 91/5
policy [1]  54/2
policymakers [1]  55/5
political [11]  11/13 11/16 53/23 54/3
57/16 59/3 60/2 84/2 84/3 84/4 87/5
politically [1]  11/8
Politics [1]  53/21
poor [1]  34/13
Porter [3]  4/18 4/25 98/23
portion [1]  88/14
Portland [1]  73/13
portray [1]  76/18
position [8]  18/10 18/20 18/22 22/17
23/10 28/18 84/24 92/9
positioned [1]  32/5
positioning [1]  66/25
positions [1]  86/11
possibility [1]  30/14
possible [1]  17/3

post [2]  92/20 92/21
postpone [2]  71/7 77/10
postponed [1]  70/25
potential [1]  66/12
potentially [1]  31/18
practice [5]  8/8 8/10 8/15 9/20 69/18
practices [1]  9/18
practicing [1]  45/12
precise [1]  19/12
precluding [1]  79/3
prefer [1]  16/5
pregnant [2]  27/19 27/25
preliminary [5]  19/22 79/3 87/3 98/12
98/13
premise [1]  31/16
preparation [1]  88/4
prepared [2]  89/2 92/1
preparing [4]  79/25 80/2 81/12 81/17
present [10]  18/25 25/6 38/3 41/21 43/7
44/2 44/10 44/19 46/5 98/7
presentation [1]  99/3
presentations [1]  33/15
presidency [1]  13/3
president [34]  7/6 8/25 10/14 10/15
10/17 10/18 11/2 12/11 14/2 14/4 15/3
15/18 16/19 19/2 20/21 21/23 22/4
22/23 25/17 27/9 28/18 29/2 30/6 37/21
41/11 45/11 45/16 56/15 62/1 63/12
63/19 74/2 93/9 94/9
President's [1]  54/15
press [9]  88/4 89/2 89/4 89/5 89/10 90/5
90/6 96/21 96/24
presumably [1]  75/25
pretty [3]  93/6 94/20 96/19
preventing [1]  33/23
primarily [2]  11/6 21/16
primary [3]  10/19 11/3 27/10
prior [2]  21/12 29/16
priorities [2]  12/5 12/23
private [4]  9/19 13/8 36/2 49/15
proactively [1]  51/4
probably [8]  4/15 6/24 6/25 11/3 19/13
35/2 89/15 89/16
probe [1]  73/7
problem [2]  29/21 41/23
problems [1]  25/15
proceedings [6]  2/23 6/23 50/19 51/7
99/6 99/11
process [8]  9/24 27/13 28/7 28/11 30/10
57/19 66/21 86/24
processes [2]  28/9 30/11
processing [1]  48/2
produced [1]  2/23
profession [3]  9/13 34/5 34/11
professional [2]  12/5 12/20
professionals [4]  8/23 12/20 56/7 59/20
proffer [4]  60/7 62/19 71/20 92/21
proficiency [1]  59/16
proficient [2]  59/18 59/18
profile [1]  56/7
profit [3]  9/7 9/8 55/3
program [12]  68/2 68/6 77/6 77/11
77/17 77/17 77/23 77/25 91/6 91/17
91/23 96/12
programming [1]  71/10
programs [7]  55/25 57/5 68/1 68/1 68/3
91/10 91/23
prohibit [7]  42/6 42/9 42/22 42/24 43/1
43/4 43/7
project [1]  70/23
projects [3]  54/9 54/11 57/5
prominent [1]  62/3
promote [6]  9/13 9/20 9/21 40/25 55/8
68/3

**P**

promotes [2] 55/4 69/9
promoting [1] 9/19
prong [3] 9/25 10/8 34/4
prongs [3] 34/4 52/3 52/12
Propulsion [1] 56/19
protect [1] 41/3
protected [1] 50/14
protecting [2] 10/9 35/2
protocols [2] 16/24 17/18
provide [8] 12/19 12/25 47/18 50/1 65/3 80/9 88/8 98/21
provided [8] 26/22 77/4 82/18 86/9 86/10 86/12 86/21 87/21
providers [1] 61/17
provides [3] 36/5 55/18 95/4
providing [3] 80/11 83/10 86/4
provision [3] 82/7 82/24 83/4
provisions [6] 25/24 26/6 77/11 79/4 79/17 94/19
public [25] 9/20 10/5 34/16 34/19 36/3 53/15 55/6 55/14 56/7 57/24 58/1 61/10 61/14 61/16 61/20 62/5 62/7 67/1 68/2 68/8 69/2 69/10 71/8 84/11 84/12
publicly [1] 90/15
published [3] 47/9 47/13 73/11
purported [1] 26/1
purpose [2] 10/7 75/7
purposes [3] 16/14 23/12 72/18
pursue [2] 58/23 87/14
pursuits [1] 58/25
put [5] 13/16 15/17 16/24 17/2 33/5

**Q**

Qs [1] 49/2
qualify [1] 28/15
quarters [1] 88/17
question [39] 21/18 24/23 24/24 28/23 29/4 29/24 32/1 32/3 32/4 37/6 37/12 37/15 39/11 39/14 43/14 43/17 43/22 44/8 44/13 44/17 44/23 45/24 46/3 46/13 48/10 48/11 49/2 51/10 51/19 63/3 65/5 69/24 70/9 70/22 82/22 88/20 89/18 91/4 91/18
questionnaire [1] 17/2
questions [31] 14/9 14/10 15/17 20/4 21/16 24/11 26/12 26/24 26/25 27/3 32/10 33/8 33/12 33/12 36/9 39/25 47/13 51/13 52/7 52/14 64/13 64/16 70/7 70/18 74/15 80/7 91/18 96/11 96/25 97/14 97/18
quick [2] 58/21 96/11
quickly [1] 63/6
quite [6] 11/5 11/6 17/8 35/20 41/18 49/7
quote [4] 38/15 38/17 40/4 40/6 94/24 95/4

**R**

rabbit [1] 90/22
radically [1] 23/10
raised [1] 52/11
raising [1] 74/12
ramifications [1] 45/13
rampant [1] 26/24
range [1] 40/18
rate [3] 59/8 59/17 74/6
rather [3] 13/6 36/7 85/14
rationales [1] 86/19
reach [1] 17/22
reaching [1] 47/19
read [13] 45/22 60/18 63/17 67/14 81/8 81/10 81/12 81/17 81/24 82/21 88/18

88/19 93/11 94/23
reading [4] 15/6 38/19 47/5 67/18
READLER [3] 2/9 5/6 97/25
really [18] 6/20 17/6 20/12 21/14 23/11 23/11 24/15 26/12 26/23 29/22 29/23 49/22 57/21 57/22 70/19 76/10 76/10 98/19
reason [4] 70/14 70/16 70/19 86/2
reasons [1] 30/17
rebuilds [1] 36/4
recall [13] 44/21 49/7 80/11 80/13 80/16 80/19 88/5 88/25 92/2 92/12 93/2 93/9 94/1
received [13] 8/17 8/18 19/3 19/4 19/6 19/8 19/9 23/5 30/11 30/15 49/6 54/14 54/17
receives [1] 5/9
receiving [4] 21/22 22/6 22/25 25/11
recent [2] 61/22 61/25
recently [6] 8/17 8/18 50/8 50/12 73/11 81/9
recollection [8] 39/11 39/12 39/14 39/20 44/24 46/20 88/7 88/20
record [13] 7/15 7/22 14/7 16/14 53/10 60/18 63/18 67/15 67/17 67/18 70/15 82/16 99/10
recorded [1] 2/23
recovery [1] 4/15
recruiting [1] 8/13
recurring [4] 22/5 22/8 25/9 25/15
recuse [1] 51/5
recused [1] 51/2
redirect [8] 3/6 3/9 44/7 51/14 51/14 51/15 96/8 96/9
reentry [3] 93/10 94/2 94/10
refer [5] 18/2 33/9 63/13 78/17 84/1
reference [5] 44/16 45/4 46/2 64/10 95/7
referenced [1] 92/4
referred [4] 70/7 74/25 80/17 96/3
referring [2] 70/17 78/18
refers [4] 41/20 64/10 80/18 87/21
reflect [1] 47/21
reforms [1] 54/2
refresh [6] 38/21 39/12 39/20 44/24 78/20 88/7
refreshed [3] 39/15 46/20 88/19
refreshing [1] 39/10
refreshment [3] 39/17
refugee [1] 73/12
refugees [1] 11/19
refused [1] 23/3
regard [1] 29/25
regarding [23] 10/4 14/11 15/2 15/20 15/21 22/17 25/12 25/23 27/3 28/11 33/13 58/9 64/13 70/11 71/14 77/5 84/24 86/11 86/14 88/20 93/3 96/25 98/18
regardless [3] 55/9 75/17 75/19
regional [1] 54/3
registered [2] 84/18 84/20
relate [2] 91/19 91/22
related [3] 47/9 47/13 74/13
relates [2] 28/23 41/17
relating [2] 88/4 90/6
relations [2] 83/9 85/12
relationships [2] 31/11 31/12
relative [2] 20/14 21/3
relatively [2] 12/15 67/11
relatives [6] 20/20 31/5 35/7 35/21 41/17 42/11
release [3] 21/1 50/9 96/24
released [2] 71/13 94/5
releases [8] 88/4 89/3 89/4 89/5 89/10 90/5 90/6 96/21

relevance [2] 63/9 90/20
relevancy [2] 63/8 70/11
relevant [2] 87/3 88/13
relief [1] 22/25
religion [9] 40/16 40/21 40/25 47/25 55/9 75/15 75/18 75/19 76/21
religious [13] 40/14 40/20 40/24 59/3 69/16 69/18 69/18 75/8 75/12 76/14 76/18 76/19 76/23
remain [4] 6/10 6/10 43/20 52/16
remember [13] 49/1 51/18 67/10 78/12 78/15 79/25 80/2 80/4 80/5 80/22 83/10 96/19 98/11
remembers [1] 39/16
remind [1] 93/4
removal [2] 86/3 86/14
remove [1] 39/22
removing [1] 86/19
renew [1] 30/23
repair [1] 74/12
repeat [1] 65/5
repeatedly [1] 23/17
rephrase [2] 22/2 25/1
report [6] 28/9 57/7 58/17 58/18 59/7 59/11
reported [3] 27/8 31/13 73/24
reporter [4] 2/14 2/14 19/17 82/21
reporting [2] 28/19 31/1 31/7 31/9
reports [21] 18/24 19/1 19/7 19/8 19/14 19/14 19/19 20/10 20/12 21/23 22/4 23/18 24/3 24/15 24/22 28/13 30/15 47/20 48/5 57/8 58/14
represent [2] 89/13 92/9
representation [1] 23/3
representative [1] 20/17
representatives [3] 9/1 10/6 34/24
representing [3] 8/10 8/23 55/24
repression [2] 57/17 60/2
requested [1] 28/17
required [3] 26/6 40/15 51/8
requires [1] 41/24
reread [1] 81/16
rescheduled [5] 27/16 27/21 28/1 28/7 28/8
research [55] 55/15 56/25 58/14
residencies [1] 58/24
resident [3] 23/19 23/22 26/16
resident's [1] 35/12
residents [13] 22/19 22/21 23/2 26/3 41/14 41/21 42/8 43/2 75/5 93/11 95/5 95/17 97/1
resolved [1] 85/13
resources [25] 4/19 30/21 32/13 32/19 32/24 33/4 33/22 34/19 35/14 38/5 50/17 51/8 51/9 52/4 52/8 52/10 64/21 71/2 71/7 87/18 88/3 90/25 91/1 91/8 92/1
respect [3] 19/18 61/10 62/11
respective [1] 4/6
respond [4] 13/1 15/12 18/1 62/10
responder [1] 62/9
responding [1] 15/21
response [9] 16/22 18/8 24/12 28/24 31/25 33/6 33/7 85/3 89/3
responses [1] 15/10
responsive [2] 48/11 48/14
rest [1] 83/1
restrictions [1] 70/25
result [4] 13/8 27/15 28/12 40/9
results [1] 56/3
retired [2] 4/11 56/18
retrieved [1] 89/14
return [1] 42/20
reunification [1] 31/8

**R**

**reunite** [1]  31/6
**revealing** [1]  24/16
**reverse** [1]  27/23
**review** [2]  45/2 45/3
**reviewed** [2]  45/19 46/7
**revised** [1]  94/24
**revoked** [1]  87/25
**revolution** [5]  11/10 11/13 59/1 59/2
59/4
**rewards** [1]  74/13
**Richter** [1]  8/9
**rid** [1]  90/10
**right** [38]  4/23 5/10 5/19 6/25 20/7 21/13
21/20 24/5 24/9 29/10 36/19 38/25
46/13 59/1 63/5 63/14 64/25 65/23 66/4
69/24 69/25 70/13 71/23 72/15 79/22
79/22 79/24 80/23 90/1 91/6 91/18
92/23 94/5 97/15 98/16 98/21 99/4 99/5
**right-hand** [1]  90/1
**rights** [21]  2/2 4/21 6/16 10/10 10/11
10/11 10/12 33/14 35/3 35/4 35/7 35/10
35/12 41/3 41/17 42/6 42/9 42/10 42/16
50/13 69/12
**rise** [5]  71/15 72/2 72/19 74/6 74/10
**role** [2]  56/25 72/3
**room** [5]  2/15 6/19 6/25 19/17 73/15
**ROSENBERG** [4]  2/8 3/8 5/5 88/19
**rough** [1]  37/8
**route** [1]  17/7
**row** [1]  6/19
**RPR** [3]  2/14 99/9 99/16
**rule** [3]  5/23 6/1 37/5
**ruling** [4]  16/5 98/13 98/15 98/16
**rulings** [1]  34/13
**run** [2]  68/8 84/10
**running** [1]  12/24
**runnings** [1]  10/20

**S**

**Sabeti** [1]  56/22
**said** [10]  27/3 39/16 41/5 41/5 59/19
75/10 81/22 92/8 95/15 96/16
**SAIS** [3]  53/23 54/8 54/16
**same** [10]  17/13 17/25 28/5 30/16 35/7
44/16 46/3 60/1 61/5 82/10
**San** [6]  7/17 8/4 8/13 62/7 69/5 73/24
**Saturday** [2]  16/24 17/1
**save** [1]  45/9
**saw** [2]  23/10 23/10
**say** [39]  9/11 9/25 10/8 11/3 12/22 13/6
13/10 16/21 16/23 19/13 22/5 23/16
30/25 31/12 32/18 32/22 32/24 33/1
34/6 34/10 35/1 41/19 41/25 44/21 46/9
49/21 49/24 50/3 52/2 68/19 70/16
76/23 77/5 79/12 80/18 93/22 95/11
95/11 96/15
**saying** [7]  16/21 23/1 23/4 23/20 43/18
95/16 95/21
**says** [7]  38/15 39/9 40/4 47/4 83/20
93/15 95/3
**scene** [1]  62/10
**scheduled** [2]  27/14 99/1
**scholarships** [1]  9/15
**Scholer** [2]  4/18 4/25
**school** [10]  6/15 6/16 8/4 9/15 11/25
30/19 30/22 53/22 68/9 68/11
**schools** [3]  30/12 30/16 30/23
**SCHWEI** [8]  2/8 3/5 5/3 36/10 36/17
36/18 46/2 97/22
**Schwei's** [1]  46/8
**Science** [1]  53/23
**scientific** [3]  55/18 68/5 68/14

**scientist** [1]  56/23
**scope** [12]  22/13 22/15 22/17 25/22
33/13 38/16 40/5 43/17 86/5 86/7 87/19
92/13
**screamed** [1]  73/21
**second** [54]  6/5 10/2 14/8 16/16 21/12
21/15 21/19 22/11 22/22 23/14 25/19
25/22 25/25 26/1 27/10 27/15 29/5
29/22 29/24 30/4 30/23 31/3 31/3 31/21
32/11 32/25 33/1 33/25 34/15 34/25
35/4 35/5 35/12 35/19 36/23 37/24 38/5
38/13 45/23 48/10 50/22 58/25 66/9
66/18 66/20 67/4 70/3 70/8 70/18 71/4
72/11 78/20 78/21 95/21
**secondly** [1]  36/4
**seconds** [1]  95/24
**Secretary** [1]  56/15
**sectarian** [6]  55/3 55/7 75/10 75/12
75/13 76/20
**section** [23]  43/25 44/9 44/16 44/17
44/17 44/18 45/20 45/22 46/3 46/3 46/4
46/4 46/9 46/15 46/16 46/25 46/25
64/14 78/24 79/4 79/8 82/6 82/23
**sections** [14]  38/8 40/8 42/2 42/8 42/21
43/1 43/4 43/6 44/1 44/9 44/21 45/4
45/19 46/7
**secular** [2]  40/13 40/23
**secured** [1]  94/11
**Security** [6]  6/20 47/12 48/13 62/2
**see** [17]  17/17 18/15 20/2 26/18 26/19
27/3 36/8 49/4 61/7 74/6 78/1 88/6
89/21 90/1 90/5 90/6 96/16
**seeing** [2]  18/22 44/24
**seek** [6]  9/12 9/14 9/16 9/17 9/21 79/18
**seeks** [1]  86/22
**seem** [2]  48/3 94/21
**seemed** [1]  27/12
**seems** [4]  31/15 35/17 42/14 51/24
**seen** [4]  15/7 49/20 72/9 76/15
**self** [2]  41/16 41/24
**self-identify** [1]  41/16
**self-identity** [1]  41/24
**sell** [1]  30/21
**Senator** [1]  21/4
**sending** [1]  22/23
**senior** [1]  6/22
**sense** [7]  22/21 23/6 31/13 40/24 42/10
42/10 94/18
**sent** [1]  36/1
**sentence** [3]  63/13 63/17 63/21
**separate** [1]  90/10
**September** [1]  77/20
**series** [3]  26/11 26/25 70/7
**serious** [1]  28/2
**served** [1]  61/24
**service** [9]  9/21 60/25 61/10 61/20
61/25 62/5 67/2 71/8 84/12
**services** [3]  12/19 12/25 47/19
**serving** [2]  12/4 61/20
**set** [2]  10/21 10/22
**sets** [1]  10/24
**several** [3]  65/14 71/7 91/15
**severe** [1]  11/14
**severely** [2]  31/22 34/10
**Shah** [1]  11/8
**share** [1]  25/8
**shared** [1]  17/21
**she** [17]  6/10 20/21 20/22 20/23 20/24
26/5 51/3 56/24 73/4 76/20 79/12 82/12
82/17 82/17 86/9 86/12 86/17
**she's** [6]  52/19 56/23 79/10 79/12 79/13
79/13
**shed** [1]  22/7
**Sheppard** [2]  8/8 14/6

**shooting** [2]  73/18 73/20
**Shortly** [1]  93/7
**shot** [1]  73/18
**should** [9]  6/18 6/24 6/25 12/2 48/4
68/19 73/8 94/2 98/7
**show** [5]  26/7 26/8 49/14 68/18 85/11
**sibling** [1]  49/10
**side** [1]  5/22
**sign** [2]  23/20 76/2
**signatories** [2]  72/5 72/6
**signed** [1]  80/19
**significance** [1]  55/21
**significant** [3]  35/8 42/11 56/25
**signing** [1]  23/22
**Silicon** [1]  62/14
**similar** [3]  18/10 79/8 98/25
**similarly** [2]  43/1 46/15
**since** [5]  6/23 21/14 29/5 72/11 72/24
**single** [1]  73/15
**sir** [11]  13/25 21/22 32/10 36/9 36/16
37/22 38/4 38/10 51/17 52/15 64/7
**sit** [1]  6/18
**sitting** [1]  30/5
**situation** [1]  27/23
**six** [1]  21/7
**Sixth** [1]  69/14
**Skalet** [2]  1/17 4/8
**skipping** [1]  15/13
**small** [1]  34/11
**so** [116]
**social** [3]  13/19 57/17 59/3
**society** [2]  11/22 60/25
**socioeconomic** [2]  59/10 59/19
**Sociology** [1]  53/19
**solely** [3]  14/3 14/4 58/5
**solutions** [1]  47/18
**some** [49]  4/22 15/17 16/2 17/12 17/17
17/19 28/7 33/16 36/5 45/12 47/7 47/11
48/3 58/14 58/20 59/7 59/15 70/13
70/16 76/9 77/4 78/13 79/21 80/7 83/8
91/2 95/10 97/7 97/10
**somebody** [3]  26/4 49/11 76/1
**somehow** [4]  31/17 31/20 31/21 34/9
**Someone** [1]  78/9
**something** [5]  12/2 38/19 54/18 61/15
87/18
**sometimes** [2]  83/24 91/12
**son** [1]  27/22
**SONIA** [2]  1/21 4/24
**soon** [1]  5/9
**sorry** [11]  4/14 4/24 5/24 36/18 66/10
68/25 81/21 82/1 82/2 83/25 89/17
**sort** [23]  9/25 11/20 16/25 18/17 22/9
22/10 22/23 23/6 23/9 23/12 23/13
23/13 24/11 24/14 24/16 26/6 30/8
30/13 30/17 31/1 31/10 32/14 57/21
**sound** [1]  80/23
**speak** [4]  14/5 14/6 29/7 42/19
**speaking** [3]  37/21 40/11 40/12
**speaks** [2]  16/11 72/1
**specific** [6]  29/3 33/23 34/20 44/21
86/22 87/2
**specifically** [5]  15/14 25/12 45/4 79/8
85/4
**speech** [1]  73/15
**speedy** [1]  4/15
**spell** [1]  7/22
**spend** [1]  13/4
**spent** [4]  32/20 32/24 33/4 52/5
**spike** [1]  25/20
**spirit** [1]  20/6
**splitting** [1]  98/24
**sponsored** [1]  69/4
**sports** [5]  70/24 77/5 77/17 77/17 96/12

**S**

**spouses** [1]  31/7
**spray** [2]  73/15 73/25
**spray-painted** [1]  73/25
**spread** [1]  17/22
**squarely** [1]  40/22
**staff** [1]  57/6
**stain** [1]  83/9
**stand** [1]  35/25
**standards** [2]  27/4 49/19
**standing** [3]  19/25 70/10 98/1
**stands** [1]  66/14
**start** [4]  16/21 18/25 74/23 91/7
**started** [6]  15/1 54/5 58/22 59/1 71/16
74/2
**starting** [6]  4/6 7/24 14/25 29/20 32/19
53/18
**state** [13]  7/14 10/1 45/7 47/9 48/13
53/9 61/21 61/24 77/15 78/5 82/16
93/18 96/13
**stated** [1]  86/2
**statement** [19]  10/9 38/7 42/5 52/13
60/19 63/12 63/25 66/7 66/10 66/24
67/5 71/13 72/1 72/3 72/4 72/5 80/11
80/14 80/16
**statements** [3]  48/7 80/8 96/22
**states** [32]  1/1 1/11 5/4 1 11/7 11/19
17/7 26/9 26/17 26/20 41/22 43/8 44/2
44/10 44/19 46/5 46/11 50/10 58/19
58/22 59/11 61/11 62/13 66/15 66/22
67/25 79/2 79/19 83/9 84/13 86/4 94/8
94/17
**status** [11]  23/19 23/22 30/14 30/18
35/18 35/21 35/24 47/21 59/10 59/19
76/19
**stayed** [2]  33/3 62/16
**staying** [1]  59/5
**stems** [1]  48/18
**stenography** [1]  2/23
**step** [1]  97/16
**stigma** [4]  31/13 66/13 66/17 80/13
**stigmatizing** [1]  67/6
**still** [6]  32/23 33/11 40/9 54/20 77/22
97/5
**stop** [1]  98/5
**strategy** [1]  57/6
**streamline** [2]  98/25 99/3
**strike** [6]  24/5 24/10 24/17 31/24 32/8
43/6 48/6 48/15 65/21 91/7
**strikes** [1]  85/14
**Striking** [2]  44/16 46/2
**strong** [1]  68/20
**struck** [1]  93/3
**structure** [2]  28/19 98/10
**structured** [1]  55/10
**stuck** [5]  19/10 28/9 31/6 48/1 89/17
**student** [3]  11/24 50/9 62/15
**students** [8]  9/14 9/16 30/11 30/12
30/16 59/4 97/10 97/11
**studies** [3]  53/22 54/17 73/4
**study** [1]  41/15
**Sub** [1]  46/10
**subcommittees** [3]  13/17 13/19 13/21
**subject** [2]  82/8 82/25
**subjective** [1]  24/2
**submitted** [1]  27/13
**submitting** [1]  35/23
**Subsection** [1]  46/18
**subsequently** [4]  8/4 11/10 12/9 23/23
**substance** [1]  63/1
**succeed** [1]  57/20
**success** [2]  9/19 67/1
**successful** [1]  63/23

**suddenly** [1]  31/20
**suffer** [1]  38/12
**suffered** [6]  36/23 37/2 37/7 37/9 37/23
63/1
**suggestion** [1]  46/12
**suit** [1]  23/12
**Suite** [2]  1/18 2/3
**summarily** [1]  31/20
**summarize** [2]  49/24 52/7
**summary** [1]  58/21
**support** [3]  50/23 84/14 86/20
**supported** [1]  68/25
**supporting** [1]  85/4
**suppose** [1]  10/18
**supposed** [5]  18/5 32/16 47/22 47/23
49/19
**sure** [29]  8/8 12/15 14/12 16/4 18/7 34/3
39/14 53/11 53/19 54/8 55/23 56/13
58/18 60/9 61/21 62/6 62/24 63/19
66/20 67/18 67/23 68/7 70/23 80/24
81/25 88/9 93/15 93/22 96/19
**surprise** [4]  76/13 76/15 89/9 89/11
**surrounding** [4]  25/22 25/24 27/5 52/6
**survey** [2]  55/17 56/3
**surveys** [5]  24/16 24/22 68/18 85/11
85/11
**suspended** [2]  85/21 85/24
**suspends** [2]  82/7 82/24
**suspension** [1]  95/6
**sustain** [2]  20/1 87/8
**swastikas** [1]  73/25
**Sweden** [1]  61/25
**Switzerland** [1]  11/15
**sworn** [2]  7/10 53/3
**system** [4]  9/3 31/22 49/17 49/17
**systemic** [2]  21/23 22/1
**systems** [3]  15/17 15/23 33/5

**T**

**table** [4]  4/10 4/18 4/25 5/4
**tables** [2]  4/4 4/6
**TABRIZ** [2]  1/21 4/24
**take** [8]  9/23 16/19 18/1 31/8 39/15
65/24 91/22 92/21
**taken** [3]  35/13 84/24 86/11
**taking** [5]  19/21 19/25 20/16 20/17 46/1
**talent** [1]  65/17
**talk** [1]  68/3
**talked** [3]  51/23 58/14 61/23
**talking** [3]  16/18 20/11 66/6
**talks** [4]  59/7 59/8 59/9 69/16
**TANYA** [1]  1/10
**task** [1]  98/16
**taught** [2]  54/12 54/25
**teach** [3]  54/23 54/24 54/25
**teacher** [1]  11/7
**teaching** [2]  54/16 54/20
**teams** [5]  17/13 17/23 17/25 33/6 33/7
**technological** [1]  62/17
**technologists** [1]  61/18
**teenager** [1]  57/16
**tell** [6]  5/18 29/6 37/8 78/8 78/10 83/1
**telling** [2]  36/7 74/11
**temporary** [2]  30/19 42/16
**term** [3]  10/16 13/16 76/22
**terms** [22]  12/18 12/23 16/11 19/13
24/21 32/13 42/24 43/3 43/4 43/6 43/15
43/19 62/4 69/2 72/18 79/15 82/10
95/18 95/20 96/11 97/5 97/23
**territory** [1]  46/23
**terror** [1]  62/7
**terrorist** [2]  31/17 66/12
**testified** [14]  6/9 7/11 37/23 41/2 45/11

**telephone** [4]  46/23 48/18 88/2 90/24
91/1 92/17
**testify** [4]  29/2 29/18 32/5 45/15
**testifying** [7]  14/1 14/3 28/19 29/1 36/22
37/6 58/5
**testimony** [43]  5/11 5/14 14/1 19/21
19/23 19/25 24/2 24/7 29/16 29/20
29/23 29/25 38/11 47/8 47/16 48/21
65/22 65/24 70/11 73/3 73/4 76/17 77/4
77/10 82/18 83/10 83/17 83/18 85/7
86/6 86/8 86/9 86/11 86/12 86/14 87/15
89/2 91/7 91/8 92/14 95/13 97/17 98/17
**text** [4]  46/20 69/16 95/1 95/7
**textually** [2]  95/11 95/15
**than** [9]  36/7 46/2 59/12 59/14 73/11
78/11 82/4 85/14 98/9
**thank** [34]  6/7 7/1 7/4 20/3 20/19 24/18
36/9 38/22 39/4 39/18 40/2 45/6 45/21
47/7 51/11 51/12 52/15 52/15 52/17
52/18 52/24 60/12 74/16 74/21 74/22
83/19 96/2 96/7 97/15 97/15 97/16
97/23 99/5 99/5
**that** [509]
**that's** [45]  4/16 5/19 5/20 9/25 11/23
13/2 16/6 16/6 18/12 23/4 29/5 36/4
36/19 36/25 37/12 37/19 43/19 47/25
48/3 48/23 49/17 49/22 50/3 57/12 59/7
60/1 61/5 61/14 64/17 66/3 69/9 70/19
72/15 77/13 79/21 83/4 83/4 83/18
84/11 87/18 93/15 94/8 94/17 98/4
98/20
**their** [35]  4/19 9/3 9/4 9/18 10/24 10/25
19/11 23/19 23/22 27/25 28/1 28/3
30/13 31/5 31/11 31/11 32/13 33/18
35/8 35/21 41/17 42/11 42/16 43/6
43/16 43/18 43/20 47/25 57/18 59/21
64/11 67/2 67/9 77/4 97/6
**them** [31]  6/22 6/24 6/25 9/18 12/6 13/2
18/4 25/21 28/2 33/17 35/7 36/7 40/21
42/10 42/11 52/3 52/23 57/18 57/19
58/15 62/15 65/17 70/15 72/2 83/24
84/1 90/10 96/24 97/4 97/9 97/21
**theme** [1]  23/12
**themes** [2]  22/5 25/10
**themselves** [3]  22/14 31/20 41/15
**then** [25]  9/2 10/8 10/23 11/1 13/24
17/20 17/23 18/2 18/5 22/20 25/2 27/14
27/15 29/11 30/22 35/1 38/19 47/6
47/23 51/24 56/22 71/16 81/11 87/17
88/6
**there** [62]  9/5 16/23 17/7 17/13 17/16
18/4 18/9 18/11 19/14 20/12 20/13 21/2
21/10 21/23 22/5 22/7 22/21 23/6 23/6
23/16 25/20 26/9 26/11 26/25 27/2
27/12 27/17 27/23 27/24 28/1 28/4
28/13 30/8 30/10 31/7 32/16 33/21
35/17 39/25 40/20 42/14 47/3 48/3
48/12 49/1 50/21 54/9 58/7 61/17 64/7
64/9 70/7 72/23 73/11 79/21 81/22 88/6
89/17 95/7 95/22 97/12 98/7
**there's** [24]  6/15 6/24 12/17 30/13 30/17
30/25 31/7 31/9 31/12 37/4 46/11 47/11
60/7 62/19 70/5 70/13 70/16 71/20 73/3
75/25 76/9 93/20 95/22 97/5
**Thereupon** [2]  7/8 53/1
**these** [19]  15/14 19/6 20/10 21/11 22/4
22/8 23/7 23/20 26/24 28/8 37/8 48/2
54/10 65/16 68/11 68/14 74/13 93/21
94/19
**they** [70]  6/16 6/17 6/18 11/6 11/9 13/24
17/17 19/10 21/8 22/14 22/19 23/20
23/20 26/8 28/8 28/11 30/21 31/6 31/10
34/9 34/20 40/17 42/6 42/9 42/10 42/24
43/18 43/18 43/20 43/21 43/22 56/8

**T**

**they... [38]** 56/9 57/17 57/18 57/20 59/5 61/13 62/15 64/23 65/1 65/15 65/18 66/16 67/6 75/1 75/2 75/2 75/6 76/2 76/3 76/5 78/3 78/10 79/22 79/23 85/13 92/10 93/23 93/24 93/24 94/20 94/21 94/21 95/10 95/11 96/5 96/15 96/15 96/16
**they're [3]** 49/19 89/15 97/8
**they've [1]** 4/19
**thing [1]** 45/3
**things [7]** 12/23 17/1 26/7 35/25 36/8 54/12 99/1
**think [31]** 5/19 6/18 19/22 19/23 22/21 24/10 31/22 34/3 35/22 39/24 41/10 43/15 43/22 48/13 49/8 52/19 54/18 59/25 64/17 67/8 70/9 70/15 73/3 77/5 78/15 79/12 82/19 83/7 83/24 87/12 87/18
**third [9]** 10/8 10/16 13/15 35/1 42/15 63/18 66/23 66/25 67/4
**this [92]** 5/8 7/5 9/6 10/16 13/4 14/11 18/6 18/18 20/10 20/16 21/5 21/18 21/24 24/14 29/7 29/8 29/24 30/13 31/14 32/17 33/17 33/22 34/19 35/16 35/24 37/8 38/11 45/9 45/14 45/17 46/1 47/5 51/23 52/5 52/6 52/8 55/22 57/15 58/10 60/8 60/15 60/16 60/16 62/20 63/1 63/3 63/9 63/11 63/13 63/19 64/22 64/23 65/17 66/9 66/10 67/10 67/13 67/16 67/21 69/13 69/19 70/3 71/19 71/20 71/25 72/1 72/3 72/4 72/6 72/13 72/18 73/4 73/11 78/4 78/10 78/20 79/25 81/13 81/18 84/24 86/5 86/7 87/21 88/12 90/8 90/15 90/22 91/12 92/13 94/4 96/18 98/2
**those [31]** 4/5 10/23 11/1 14/14 14/15 17/9 17/12 23/24 26/21 35/3 35/10 41/13 41/25 42/4 42/6 42/8 42/9 42/19 43/16 50/16 51/7 51/9 59/4 64/17 64/19 64/24 68/22 75/4 76/7 89/10 94/11
**though [1]** 21/8
**thought [1]** 73/20
**thoughts [2]** 22/8 24/14
**threat [2]** 11/14 26/8
**threats [1]** 57/21
**three [11]** 9/11 20/9 26/7 27/7 34/3 41/5 52/3 71/14 73/1 73/10 88/17
**through [12]** 9/15 11/15 11/24 19/7 19/7 21/7 22/22 27/13 45/20 85/13 89/16 90/9
**ties [1]** 68/2
**time [40]** 9/6 11/8 12/10 12/11 12/14 13/4 13/4 13/8 13/12 13/15 14/9 15/16 16/18 17/13 17/25 20/10 20/11 20/22 21/7 21/18 21/19 21/24 23/17 24/21 25/5 25/10 26/25 28/2 28/3 28/10 29/9 29/15 48/3 50/16 51/8 54/5 74/2 78/13 96/2 98/9
**timeframe [1]** 77/19
**times [1]** 58/7
**title [1]** 57/1
**titled [1]** 99/11
**today [12]** 4/9 5/14 5/16 14/1 29/6 54/20 58/4 58/7 69/23 74/21 75/8 77/4 81/22 83/16 86/10 87/15 89/2 91/8 95/13 96/3 97/17 98/17
**today's [1]** 64/18
**together [2]** 17/2 60/24
**told [6]** 22/14 28/15 77/13 77/14 78/1 78/4
**toleration [1]** 69/19
**tomorrow [1]** 99/1

**tool [1]** 55/22
**topic [1]** 74/23
**topics [2]** 50/6 87/2
**total [2]** 5/12 5/14
**touch [1]** 51/25
**tough [1]** 4/15
**Tour [1]** 69/4
**towards [1]** 50/19
**town [3]** 19/7 33/14 73/14
**trade [1]** 54/2
**training [1]** 89/16
**transcript [3]** 1/10 2/23 99/10
**transcription [1]** 2/23
**transfer [1]** 90/9
**transition [1]** 89/16
**travel [28]** 4/12 12/12 15/2 15/6 15/10 15/21 15/23 16/2 16/5 18/13 25/14 26/2 42/6 42/9 42/22 42/24 43/2 43/5 43/7 43/17 43/19 43/21 66/11 70/25 78/2 85/21 85/24 96/17
**Treasury [2]** 56/16 61/23
**treatment [1]** 97/9
**tremendous [1]** 4/19
**true [8]** 38/15 38/16 39/8 40/4 40/5 40/8 46/15 46/25
**TRUMP [5]** 1/6 4/3 15/3 63/12 63/19
**trust [1]** 67/9
**trustees [1]** 56/8
**truth [5]** 19/24 20/16 48/10 65/22 65/24
**try [12]** 9/20 17/2 17/11 17/19 18/7 35/14 37/19 63/5 68/2 68/21 97/18 98/4
**trying [5]** 15/12 17/24 26/23 33/5 87/2
**Tunisia [1]** 54/3
**turmoil [1]** 11/12
**turn [3]** 32/10 39/7 40/12
**turned [1]** 11/13
**turning [4]** 47/7 50/5 50/19 71/1
**two [26]** 4/8 5/16 10/15 12/22 13/2 15/13 17/16 25/14 27/7 50/9 51/22 54/9 55/11 64/5 64/6 64/17 64/19 65/12 67/4 68/22 71/2 72/14 73/19 90/12 94/5 98/8
**Two's [1]** 97/3
**two-year-old [1]** 90/12
**TYLER [2]** 2/9 5/5
**type [1]** 13/5
**types [1]** 55/25

**U**

**U.C [1]** 54/24
**U.S [20]** 2/10 2/15 21/2 21/5 26/5 26/10 26/16 27/18 35/5 35/6 35/6 35/11 41/14 41/20 42/7 42/22 42/25 49/13 55/5 59/24
**U.W [1]** 4/11
**Uh [1]** 72/21
**Uh-huh [1]** 72/21
**ultimately [1]** 11/14
**Umaa [1]** 99/2
**unable [1]** 49/25
**uncertain [3]** 38/17 40/6 42/17
**uncertainty [7]** 42/20 47/7 47/16 48/4 49/16 93/20 97/6
**unclear [4]** 22/15 42/17 48/19 64/10
**under [11]** 2/2 4/21 11/14 16/18 31/10 35/5 42/18 49/14 56/15 64/23 92/17
**underlying [1]** 19/19
**understand [4]** 16/5 29/14 78/18 79/13
**understanding [5]** 14/13 43/13 67/24 68/17 68/22
**understands [1]** 82/12
**understood [3]** 14/14 58/10 66/3
**undertake [2]** 58/3 68/14
**undertaken [1]** 74/9
**undertook [1]** 69/7

**unable [1]** 26/4
**unfold [1]** 86/25
**uniformly [1]** 31/13
**unique [3]** 12/3 18/22 68/19
**uniquely [2]** 29/17 32/5
**UNITED [29]** 1/1 1/11 5/4 11/17 11/19 17/7 26/9 26/17 26/20 41/22 43/8 44/2 44/10 44/19 46/5 46/11 50/10 58/19 58/22 61/11 62/13 66/15 66/22 67/25 79/2 79/18 83/9 84/13 86/4
**university [11]** 8/1 8/3 53/24 54/9 54/13 54/24 54/25 55/1 56/24 58/24 68/9
**unless [4]** 6/24 29/6 70/13 70/16
**until [1]** 77/21
**unusual [1]** 4/19
**up [26]** 6/18 6/20 11/15 11/22 12/8 12/24 13/7 13/9 15/13 18/6 18/22 19/1 22/9 23/13 23/17 23/19 23/23 27/9 27/21 31/13 33/5 39/25 46/1 59/5 76/2 79/22
**update [1]** 57/7
**upon [1]** 59/19
**urged [1]** 94/9
**urging [1]** 9/18
**URL [2]** 89/21 89/24
**us [24]** 16/6 20/9 21/22 26/13 27/7 30/8 31/1 31/13 33/23 36/7 37/8 49/22 56/11 61/7 61/19 66/8 66/18 66/23 68/5 71/3 71/10 75/22 76/8 87/19
**usdoj.gov [1]** 2/12
**use [13]** 16/5 16/6 16/7 17/19 19/11 19/15 32/15 37/19 41/7 41/11 41/19 55/19 55/24
**used [2]** 65/22 90/18
**uses [1]** 58/20
**using [4]** 37/20 52/9 59/15 70/15

**V**

**vacuum [1]** 89/6
**vague [4]** 15/22 15/24 21/25 74/4
**vagueness [1]** 16/1
**valid [4]** 46/16 47/1 47/4 94/11
**Valley [1]** 62/14
**values [1]** 68/21
**Van [1]** 21/4
**vandalism [2]** 73/24 74/12
**vandalized [2]** 73/14 73/14
**vantage [1]** 30/5
**variables [2]** 58/20 60/1
**variety [3]** 54/12 58/24 61/17
**various [5]** 33/13 54/23 82/8 82/25 92/9
**vast [2]** 34/18 68/20
**version [1]** 15/2
**versus [1]** 4/3
**very [14]** 11/7 17/14 20/5 26/13 27/2 34/6 40/18 59/17 59/19 62/3 62/7 65/15 97/16 98/19
**vetting [1]** 9/23
**victims [3]** 62/8 71/17 71/18
**view [5]** 34/12 48/18 49/25 65/18 86/23 73/1
**Virginia [1]** 23/1
**visa [11]** 13/5 27/12 27/19 28/6 28/7 42/16 42/18 42/18 46/16 47/1 47/4
**visa-type [1]** 13/5
**visas [11]** 19/11 26/3 27/1 30/19 30/19 30/19 43/18 43/20 62/15 94/11
**vision [3]** 60/16 60/18 66/10
**visit [8]** 26/4 26/5 35/7 42/11 68/10 97/7 97/9 97/12
**visitor [1]** 50/9
**vocations [1]** 59/21
**voluntarily [2]** 23/19 44/13
**volunteer [1]** 9/9
**voting [3]** 56/9 65/7 75/3

# W

**wait [9]**  39/10 60/20 60/20 60/20 60/20
70/5 78/1 86/12 96/16
**waiting [1]**  21/9
**waiver [10]**  25/24 26/6 26/6 26/10 26/11
49/5 49/10 49/14 49/17 94/19
**waivers [4]**  49/8 49/21 82/8 83/1
**want [28]**  4/16 6/23 13/25 14/10 14/12
16/4 16/6 22/2 25/8 28/4 32/10 45/3
45/7 45/22 55/23 58/8 75/7 75/22 78/22
82/16 84/10 84/11 85/12 85/13 87/11
90/24 96/24 98/23
**wanted [11]**  12/10 25/1 26/4 26/5 26/15
26/18 26/18 57/17 57/18 57/20 81/25
**was [159]**
**Washington [8]**  1/4 1/18 1/22 2/3 2/11
2/16 53/12 61/21
**WASIK [2]**  1/16 4/10
**wasn't [1]**  32/3
**wave [2]**  58/21 58/25
**way [9]**  20/1 23/9 32/7 37/11 46/1 75/25
88/17 98/11 98/25
**we [166]**
**we'd [1]**  12/19
**we'll [3]**  6/5 36/7 52/19
**we're [16]**  4/16 5/16 18/7 19/21 19/24
21/14 21/17 29/5 34/16 47/5 48/5 69/23
79/10 87/14 97/20 98/11
**we've [16]**  19/3 19/4 19/6 19/8 30/7
30/11 30/15 43/22 46/22 51/23 52/2
66/6 66/14 71/7 75/22 95/10
**web [1]**  90/15
**website [19]**  12/24 13/19 75/25 76/12
76/17 89/9 89/14 89/16 90/9 90/18
91/11 91/12 91/13 91/14 91/15 91/20
91/21 94/23 95/3
**websites [1]**  91/16
**wedding [5]**  26/15 26/16 49/13 49/15
49/15
**weddings [1]**  35/8
**week [1]**  71/16
**weeks [3]**  78/11 78/12 81/11
**welcome [2]**  22/24 23/8
**welcomed [1]**  11/18
**well [62]**  4/22 6/21 7/4 9/2 9/4 9/9 9/20
9/21 9/21 10/3 10/6 10/11 10/18 10/21
11/1 11/3 12/15 12/19 13/13 16/21
19/21 25/19 27/2 27/5 29/1 29/19 30/7
32/14 33/1 34/3 34/25 35/17 41/9 42/7
48/9 55/1 55/23 56/23 57/15 58/12
59/19 59/25 61/22 62/1 62/9 62/17 64/8
66/11 67/6 70/23 71/6 76/21 76/23
82/12 85/4 87/12 90/12 91/21 93/23
94/13 98/2 98/13
**well-acquainted [1]**  6/21
**well-known [1]**  56/23
**went [13]**  15/9 16/22 22/18 33/2 47/22
48/11 50/22 54/8 59/6 73/13 89/15 90/9
95/8
**were [82]**  6/16 11/5 11/6 11/9 11/14
11/18 12/13 13/11 15/6 15/11 17/4 17/7
17/9 17/13 17/15 17/16 17/18 17/19
17/23 17/25 18/11 18/15 18/17 19/7
19/10 19/14 20/5 20/12 21/23 22/5 22/8
22/14 22/23 22/24 23/2 23/2 23/8 23/20
23/21 24/15 24/16 25/8 25/9 25/10
25/15 25/24 26/8 26/11 26/12 26/24
26/25 27/1 27/8 27/12 28/6 28/7 28/13
28/14 28/17 32/19 33/5 37/6 38/9 38/9
39/12 49/2 50/9 50/21 51/9 54/10 59/4
64/16 65/17 70/23 71/8 73/25 77/18
77/19 78/1 78/2 95/9 99/2
**weren't [3]**  47/24 48/1 95/10

**what [114]**
**what's [7]**  24/24 31/12 45/1 80/5 92/8
92/15 95/2
**whatever [1]**  42/16
**when [30]**  10/14 11/5 12/1 13/1 17/7
28/11 28/11 31/8 31/10 34/13 41/7
41/11 50/16 51/7 58/7 58/22 67/12
69/14 70/15 73/21 78/10 78/17 80/19
81/11 81/21 83/20 93/4 95/11 95/23
96/15
**where [12]**  8/6 11/15 35/25 54/10 54/22
55/13 55/25 64/20 72/16 73/18 81/4
91/13
**Whereas [2]**  35/9 95/17
**whether [12]**  6/18 23/7 43/15 45/14
45/15 48/11 48/12 51/17 64/10 76/5
83/8 95/9
**which [16]**  12/12 16/11 33/23 49/9 54/17
55/12 55/18 60/23 63/20 69/4 73/17
80/16 85/21 85/24 88/21 91/14
**while [4]**  13/9 43/18 45/13 82/17
**who [74]**  4/9 4/17 4/24 5/8 5/11 7/6
10/23 16/3 17/8 17/10 17/11 18/9 20/21
21/3 26/15 26/15 26/18 26/18 26/20
26/21 27/1 27/11 27/12 27/18 27/24
27/24 28/6 28/14 30/20 31/5 31/16
31/20 41/17 41/20 41/21 43/5 43/7 44/2
44/10 44/18 46/5 46/16 47/1 47/4 49/13
49/19 50/9 51/3 56/7 56/11 56/14 56/17
56/22 59/4 61/23 61/24 63/20 68/8
69/11 72/5 73/12 73/13 73/24 75/23
76/8 76/10 78/4 78/6 79/18 84/10 84/14
94/11 97/1 97/2 97/10 97/11
**who's [1]**  4/10
**whoever [1]**  50/1
**whole [1]**  45/3
**whom [2]**  22/1 77/14
**why [13]**  7/3 11/23 29/6 45/23 55/22
68/14 69/7 69/23 70/17 70/17 77/25
83/18 90/8
**wide [1]**  98/5
**widely [1]**  17/3
**will [30]**  4/12 4/15 5/8 5/11 20/1 23/16
24/12 24/17 28/2 33/8 36/10 37/19
37/19 45/15 58/7 58/12 60/11 71/23
79/20 83/9 89/13 94/21 95/12 95/23
96/5 97/25 98/1 98/21 98/24 98/24
**Wisconsin [1]**  53/12
**wish [1]**  52/16
**wishes [1]**  86/24
**wishing [3]**  49/4 49/12 49/12
**within [6]**  5/19 40/22 49/10 81/3 86/7
87/18
**without [3]**  17/6 17/6 28/16
**witness [18]**  3/2 6/5 6/9 7/3 7/5 7/10
28/25 29/1 39/1 45/8 45/11 48/14 52/18
53/3 88/13 89/12 92/16 92/19
**witness's [6]**  19/18 24/1 24/14 31/25
48/7 73/4
**witnesses [5]**  5/16 5/23 6/1 6/3 97/17
**woman [2]**  20/21 73/23
**wondered [1]**  93/6
**wonderful [1]**  63/22
**word [3]**  16/5 37/13 38/2
**words [1]**  24/3
**work [12]**  7/16 8/6 10/20 10/21 12/17
30/19 33/15 33/20 36/8 54/6 55/12
55/14
**worked [1]**  54/9
**working [5]**  31/11 54/6 70/23 77/18
77/19
**works [1]**  4/13
**world [4]**  41/18 60/23 61/1 61/1
**worried [2]**  97/6 97/8

**worth [1]**  11/2
**worthy [1]**  11/25
**would [82]**  5/15 5/16 6/2 9/10 9/11 9/25
10/1 10/2 10/8 12/13 12/22 13/6 13/10
13/18 13/22 13/22 15/23 16/2 16/21
16/22 18/4 19/13 19/20 26/5 26/9 26/10
26/19 26/20 26/21 28/20 29/4 30/25
31/24 32/18 32/22 32/24 34/6 34/10
35/1 35/10 35/22 38/21 38/22 39/12
40/17 40/22 41/13 41/13 41/25 42/1
42/2 42/21 43/25 44/8 44/17 44/22
44/24 44/25 45/2 46/4 46/9 48/6 50/3
52/2 52/21 60/6 60/7 63/8 70/10 74/1
75/23 76/13 76/23 78/1 78/3 80/18
84/17 86/17 87/3 88/7 89/9 89/11
**wouldn't [4]**  45/13 49/8 49/24 71/10
**write [3]**  53/25 57/6 57/9
**writing [2]**  92/19 93/2
**written [9]**  83/13 83/15 83/21 87/20 92/5
94/5 95/18 95/20 95/22
**written document [1]**  83/15
**wrote [1]**  72/4

# Y

**Y-O-U-S-E-F-Z-A-D-E-H [1]**  7/23
**yards [1]**  21/8
**yeah [20]**  21/17 25/3 25/17 41/13 41/23
52/2 60/10 62/6 68/7 68/25 69/9 73/10
75/10 76/15 79/15 83/25 84/6 87/1
91/12 97/21
**year [9]**  11/18 13/14 13/23 20/21 21/2
32/17 63/20 77/21 90/12
**yearlong [1]**  13/22
**years [8]**  10/15 11/12 12/22 13/2 56/18
63/21 68/7 69/19
**yes [118]**
**yet [3]**  6/17 34/18 80/25
**York [4]**  2/2 21/1 27/24 68/11
**you [317]**
**you'd [1]**  87/9
**you'll [1]**  14/15
**you're [20]**  5/13 14/22 21/22 22/6 38/18
39/16 39/24 41/25 43/18 44/5 46/12
46/22 70/15 70/17 72/16 78/17 78/24
79/17 80/9 87/24
**you've [7]**  36/23 37/7 45/19 52/1 58/14
62/3 83/17
**young [4]**  9/17 11/5 12/15 67/11
**your [125]**
**yourself [3]**  14/11 57/10 88/18
**yourselves [1]**  4/5
**YOUSEFZADEH [4]**  3/4 7/6 7/9 7/16

# Z

**Zoroastrian [1]**  40/19