**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-00255-TSC |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-00537-TSC |

# Exhibit E:

Order Regarding Proceedings in
*IRAP v. Trump*, No. 17-cv-361 (D. Md. Apr. 19, 2017)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 8:17-cv-00361-TDC ) ) ) ) ) ) |

**ORDER STAYING DEADLINE
TO RESPOND TO FIRST AMENDED COMPLAINT**

Upon Defendants' unopposed request, and for good cause shown, the Court hereby **ORDERS** that Defendants' deadline to respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief [ECF No. 93] is **STAYED** pending the resolution of appellate proceedings concerning this Court's preliminary injunction of Section 2(c) of Executive Order No. 13,780. The parties shall file a joint status report no later than fourteen days after final disposition of the above-noted appellate proceedings.

Dated: April 19, 2017

THEODORE D. CHUANG
United States District Judge