**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-00255-TSC |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-00537-TSC |

# Exhibit F:

Order Regarding Proceedings in
*Sarsour v. Trump*, No. 1:17-cv-120 (E.D. Va. Apr. 24, 2017)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LINDA SARSOUR, et al.,    )
                                                  )
    Plaintiffs,    )
                                                  )
    vs.    )  Civil Action No. 1:17-cv-120 (AJT/IDD)
                                                  )
DONALD J. TRUMP,    )
President of the United States, et al.,    )
                                                  )
    Defendants.    )
                                                  )

## ORDER

Upon consideration of defendants' consent motion for a stay of proceedings, it is hereby

ORDERED that defendants' consent motion is GRANTED; it is further

ORDERED that all proceedings in this matter are hereby stayed until further order of the Court.

Date: April 24, 2017

/s/
Anthony J. Trenga
United States District Judge
UNITED STATES DISTRICT JUDGE