**Schwei, Daniel S. (CIV)**

| | |
|---|---|
| **From:** | Weiner, David J. <David.Weiner@apks.com> |
| **Sent:** | Friday, June 02, 2017 3:23 PM |
| **To:** | Schwei, Daniel S. (CIV); Freedman, John A. |
| **Cc:** | Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.; Blanchard, Charles; Bergman, Andrew D.; Dillingham, Emily; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org; Rosenberg, Brad (CIV) |
| **Subject:** | RE: Pars/UMAA: Emergency Stay Motion |

Dan—You can note UMAA's position as follows:

UMAA opposes DOJ's emergency motion to stay—the fact that DOJ filed a cert petition and motion to stay in *IRAP* does not remotely establish that a stay is warranted in this case, much less that there is any type of "emergency." In the event the court does not deny the emergency motion outright, as it should, then UMAA intends to file a response to DOJ's motion by midnight on Wednesday, June 7, unless the court orders otherwise. UMAA previously did not oppose DOJ's request for a two week extension to respond to the complaint and opposes any further extensions or delays for DOJ's response.

_____
David J. Weiner
Partner

**Arnold & Porter Kaye Scholer LLP**

601 Massachusetts Ave., NW | Washington, DC 20001-3743
T: +1 202.942.6702 | M: +1 202.203.9014 | F: +1 202.942.5999
david.weiner@apks.com | www.apks.com

---

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Friday, June 02, 2017 3:15 PM
**To:** Weiner, David J.; Freedman, John A.
**Cc:** Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.; Blanchard, Charles; Bergman, Andrew D.; Dillingham, Emily; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org; Rosenberg, Brad (CIV)
**Subject:** RE: Pars/UMAA: Emergency Stay Motion

David, John,

Given that you all have not responded to our proposal of temporarily suspending the deadline for Defendants to respond to the Complaints while the parties brief the stay motion, we are getting ready to file our motion shortly. Accordingly, if you have position statements you would like us to include, please provide them no later than 3:30pm.

Thanks,
Daniel

1

**From:** Weiner, David J. [mailto:David.Weiner@apks.com]
**Sent:** Friday, June 02, 2017 2:54 PM
**To:** Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>; Freedman, John A. <John.Freedman@apks.com>
**Cc:** Amelia Friedman <AFriedman@findjustice.com>; jgreenbaum@lawyerscommittee.org; Jones, Stanton <Stanton.Jones@apks.com>; Cyrus Mehri <CMehri@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; Joanna Wasik <JWasik@findjustice.com>; Wirth, Stephen K. <Stephen.Wirth@apks.com>; Blanchard, Charles <Charles.Blanchard@apks.com>; Bergman, Andrew D. <Andrew.Bergman@apks.com>; Dillingham, Emily <Emily.Dillingham@apks.com>; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org; Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov>
**Subject:** RE: Pars/UMAA: Emergency Stay Motion

Dan—UMAA will have a response for you shortly.

David

_____

David J. Weiner
Partner

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW | Washington, DC 20001-3743
T: +1 202.942.6702 | M: +1 202.203.9014 | F: +1 202.942.5999
david.weiner@apks.com | www.apks.com

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Friday, June 02, 2017 1:42 PM
**To:** Freedman, John A.
**Cc:** Weiner, David J.; Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.; Blanchard, Charles; Bergman, Andrew D.; Dillingham, Emily; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org; Rosenberg, Brad (CIV)
**Subject:** RE: Pars/UMAA: Emergency Stay Motion

John,

As alluded to in my earlier e-mail, we would be happy to discuss an appropriate briefing schedule on the motion to stay, provided that our motion to dismiss deadline is temporarily suspended or extended. If Plaintiffs are unable to agree to that proposition, however, we think it is imperative to get on file mid-afternoon, so that the Court will hopefully have a chance to review the motion today.

Can you at least provide some indication as to whether you all will be able to agree on that procedural point? If not, we may need to go ahead and file around 3pm as planned.

Thanks,
Daniel

**From:** Freedman, John A. [mailto:John.Freedman@apks.com]
**Sent:** Friday, June 02, 2017 1:19 PM
**To:** Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>
**Cc:** Weiner, David J. <David.Weiner@apks.com>; Amelia Friedman <AFriedman@findjustice.com>; jgreenbaum@lawyerscommittee.org; Jones, Stanton <Stanton.Jones@apks.com>; Cyrus Mehri <CMehri@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; Joanna Wasik <JWasik@findjustice.com>; Wirth, Stephen

K. <Stephen.Wirth@apks.com>; Blanchard, Charles <Charles.Blanchard@apks.com>; Bergman, Andrew D. <Andrew.Bergman@apks.com>; Dillingham, Emily <Emily.Dillingham@apks.com>; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org; Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov>
**Subject:** Re: Pars/UMAA: Emergency Stay Motion

Daniel --

I am conferring with co-counsel. We will provide a statement of our position for you to include.

I may want to discuss with you, but will not be in a position to talk until late this afternoon. Please refrain from filing anything until we provide our language.

On Jun 2, 2017, at 10:33 AM, Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov> wrote:

> David,
>
> The emergency is obtaining a stay of district court proceedings promptly, in light of the forthcoming deadline for the Government to file its motions to dismiss in both cases.  (Obviously part of the reason we are seeking a stay is because we think it would be inappropriate to require the Government to file motions to dismiss in these cases when many of the same legal issues are now pending before the Supreme Court.)
>
> We agree that the parties could remove the emergency nature of the motion by agreeing on an appropriate briefing schedule regarding the motion to stay—*i.e.*, where the motion to dismiss deadline is temporarily postponed, you all have whatever amount of time you need to file your opposition, and the Government could then promptly reply.  In fact, it would be our preference to approach the Court with a proposed briefing schedule on the stay motion.  To the extent you are unwilling to temporarily postpone the motion to dismiss deadline, however, we certainly think it is appropriate to seek prompt resolution of our stay motion from the Court.
>
> Brad and I would be happy to discuss over the phone if that would be helpful (including about working out an appropriate briefing schedule).
>
> Thanks,
> Daniel
>
>
> **From:** Weiner, David J. [mailto:David.Weiner@apks.com]
> **Sent:** Friday, June 02, 2017 10:06 AM
> **To:** Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>; Freedman, John A. <John.Freedman@apks.com>; Amelia Friedman <AFriedman@findjustice.com>; jgreenbaum@lawyerscommittee.org; Jones, Stanton <Stanton.Jones@apks.com>; Cyrus Mehri <CMehri@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; Joanna Wasik <JWasik@findjustice.com>; Wirth, Stephen K. <Stephen.Wirth@apks.com>; Blanchard, Charles <Charles.Blanchard@apks.com>; Bergman, Andrew D. <Andrew.Bergman@apks.com>; Dillingham, Emily <Emily.Dillingham@apks.com>; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org
> **Cc:** Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov>
> **Subject:** RE: Pars/UMAA: Emergency Stay Motion
>
> Dan,

DOJ just filed its cert petition last night and its response is due in our case next week, so what exactly is the "emergency"?

David

_____
David J. Weiner
Partner

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW | Washington, DC 20001-3743
T: +1 202.942.6702 | M: +1 202.203.9014 | F: +1 202.942.5999
david.weiner@apks.com | www.apks.com

---

**From:** Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
**Sent:** Friday, June 02, 2017 9:58 AM
**To:** Freedman, John A.; Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.; Blanchard, Charles; Weiner, David J.; Bergman, Andrew D.; Dillingham, Emily; gillian.gillers@splcenter.org; johnathan@muslimadvocates.org; kristi.graunke@splcenter.org
**Cc:** Rosenberg, Brad (CIV)
**Subject:** Pars/UMAA: Emergency Stay Motion

Dear Counsel:

I am writing regarding *Pars Equality Center v. Trump*, No. 17-cv-255 (D.D.C.), and *Universal Muslim Association of America v. Trump*, No. 17-cv-537 (D.D.C.). As discussed further below, we plan to file later this afternoon an emergency motion to stay proceedings in these cases pending Supreme Court review.

As you may be aware, yesterday the Government filed a petition for certiorari from the *en banc* Fourth Circuit's decision in *Trump v. International Refugee Assistance Project (IRAP)*, --- F.3d -- --, 2017 WL 2273306 (4th Cir. May 25, 2017). The Government also filed an application for a stay of the preliminary injunction entered in *IRAP* pending a decision on certiorari and, if review is granted, an ultimate decision on the merits. Additionally, the Government filed with the Supreme Court an application for a stay of the *Hawaii* injunction currently pending before the Ninth Circuit; the Government sought a stay pending the Ninth Circuit's consideration and disposition of the Government's appeal and, if the Ninth Circuit affirms the injunction, pending the filing and disposition of a petition for certiorari and any further proceedings in the Supreme Court.

Given these developments regarding Supreme Court review, and given that a decision by the Supreme Court would certainly provide guidance on (if not entirely resolve) these cases, we intend to move to stay both *Pars* and *UMAA* pending Supreme Court review. Specifically, we intend to file an emergency motion this afternoon seeking to stay further proceedings in these matters until the Supreme Court acts on the Government's pending petition for writ of certiorari in *IRAP*, and, if certiorari is granted, pending the Supreme Court's ultimate decision on the merits. (We will also request that to the extent the Ninth Circuit affirms the injunction at issue in *Trump v. Hawaii*, No. 17-15589 (9th Cir. argued May 15, 2017), the stay should encompass the filing and disposition of a petition for certiorari, and any further proceedings in the Supreme Court, regarding that injunction.)

Pursuant to Local Civil Rule 7(m), could you please let us know your respective positions on our motion to stay?  We plan to file this motion on an emergency basis later this afternoon – hopefully around 3pm.  To the extent you oppose our motion and intend to file a response, we would be happy to discuss an expedited briefing schedule, provided that you all agree to temporarily suspend or otherwise extend our upcoming motion to dismiss deadline (June 9) pending the Court's disposition of the emergency stay motion.

We look forward to hearing from you, and please feel free to let us know if you would like to discuss – both Brad and I are available today.

Thanks,
Daniel

**Daniel Schwei**
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Tel:  202-305-8693
Fax: 202-616-8470

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com