IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-00255-TSC |
| DONALD J. TRUMP, *in his official* *capacity as President of the* *United States*, *et al.*, ) | |
| Defendants. ) | |
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:17-cv-00537-TSC |
| DONALD J. TRUMP, *in his official* *capacity as President of the* *United States*, *et al.*, ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Defendants' Emergency Motion to Stay Proceedings Pending Supreme Court Review. The Court has considered the motion and all documents filed therewith, as well as any response or reply thereto. Having considered the foregoing, the Court hereby:

**GRANTS** Defendants' motion;

**STAYS** all further proceedings in these matters until the Supreme Court acts on the Government's pending petition for writ of certiorari in *Trump v. International Refugee Assistance*

*Project (IRAP)*, --- F.3d ----, 2017 WL 2273306 (4th Cir. May 25, 2017), *cert. pending*, No. 16-1436 (filed June 1, 2017), and, if certiorari is granted, pending the Supreme Court's ultimate decision on the merits;

**ORDERS** that, to the extent the Ninth Circuit affirms the injunction at issue in *Trump v. Hawaii*, No. 17-15589 (9th Cir. argued May 15, 2017), the above-described stay shall also encompass the filing and disposition of a petition for writ of certiorari, and any further proceedings in the Supreme Court, regarding that injunction; and

**ORDERS** the parties to file a joint status report regarding their positions on further proceedings in this matter within fourteen days of the Supreme Court's final disposition of the above-described *IRAP* and, if necessary, *Hawaii* matters.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge