UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Civil Case No. 1:17-cv-00255-TSC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please withdraw the appearance of David R. Fox, Esq. (D.C. Bar No. 1015031) as attorney for The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("amici curiae"), and substitute the appearance of Brian T. Burgess, Esq. (D.C. Bar # 1020915) as counsel for The Foundation of the Children of Iran, Children of Persia and Iranian Alliances Across Borders ("amici curiae") in the above-captioned matter. Pursuant to Local Rule 83.2(c)(1), Brian T. Burgess, Esq. will serve as local counsel. By his electronic signature below, Mr. Burgess certifies that he is admitted to practice in this Court.

[*signatures follow on next page*]

Dated: June 14, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David R. Fox*
　　　　　　　　　　　　　　　　　　　David R. Fox
　　　　　　　　　　　　　　　　　　　DC Bar No. 1015031
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　100 Northern Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　Tel.: +1 617 570 1000
　　　　　　　　　　　　　　　　　　　Fax.: +1 617 523 1231
　　　　　　　　　　　　　　　　　　　DFox@goodwinlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*
　　　　　　　　　　　　　　　　　　　*The Foundation for the Children of Iran, Children*
　　　　　　　　　　　　　　　　　　　*of Persia, and Iranian Alliances Across Borders*


　　　　　　　　　　　　　　　　　　　*/s/ Brian T. Burgess*
　　　　　　　　　　　　　　　　　　　Brian T. Burgess
　　　　　　　　　　　　　　　　　　　DC Bar No. 1020915
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　901 New York Avenue NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　Tel.: +1 202 346 4000
　　　　　　　　　　　　　　　　　　　Fax.: +1 202 346 4444
　　　　　　　　　　　　　　　　　　　BBurgess@goodwinlaw.com

　　　　　　　　　　　　　　　　　　　*Substitute Counsel for Amici Curiae*
　　　　　　　　　　　　　　　　　　　*The Foundation for the Children of Iran, Children*
　　　　　　　　　　　　　　　　　　　*of Persia and Iranian Alliances Across Borders*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. Counsel of record for all parties will be served via the CM/ECF system.

                                                      */s/ David R. Fox*
                                                     David R. Fox