IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

**PLAINTIFFS' MOTION TO LIFT THE STAY AND FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On June 20, 2017, this Court entered a stay of proceedings pending a final decision by the United States Supreme Court in *IRAP v. Trump*. ECF 91. The Court stated, however, that "[i]f circumstances change prior to the Supreme Court issuing its final decision, any party may file a motion to lift the stay and may then re-file a motion for a preliminary injunction." *Id.* at 2.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs hereby move to lift the stay and for a temporary restraining order and preliminary injunction to enjoin enforcement of §§ 2(c) and 6(a) of the March 6 Executive Order against Plaintiffs Jane Doe #8 and Jane Doe #9 and others similarly situated. *See* Fed. R. Civ. P. 65. Counsel for Plaintiffs state that they have conferred with opposing counsel regarding the filing of this motion. *See* Local Rule 7(m). Opposing counsel's position on this motion is set forth in Exhibit 3 (attached).

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Motion to Lift the Stay and for a Temporary Restraining Order and Preliminary Injunction.

A proposed Order is attached hereto.

Dated:  June 28, 2017

Cyrus Mehri (D.C. Bar # 420970)
Joanna K. Wasik (D.C. Bar # 1027916)
Amelia Friedman (D.C. Bar # 1033583)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
(202) 822-5100
(202) 822-4997 (fax)
cmehri@findjustice.com

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Suite 400
Washington, DC 20005
(202) 662-8600
(202) 783-0857 (fax)
jgreenbaum@lawyerscommittee.org

Respectfully submitted,

/s/ John A. Freedman
John A. Freedman (D.C. Bar # 453075)
David P. Gersch (D.C. Bar # 367469)
R. Stanton Jones (D.C. Bar # 987088)
Nancy L. Perkins (D.C. Bar # 421574)
Ronald A. Schechter (D.C. Bar # 245019)
Robert N. Weiner (D.C. Bar # 298133)
Samuel M. Witten (D.C. Bar # 378008)
Sally L. Pei (D.C. Bar # 1030194)
Sonia Tabriz (D.C. Bar # 1025020)
Stephen K. Wirth (D.C. Bar # 1034038)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

Christopher M. Odell*
ARNOLD & PORTER
  KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@apks.com

*Counsel for Plaintiffs*

\**Pro hac vice* motion pending