IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Civil Action No. 1:17-cv-255 <br><br> Hon. Tanya S. Chutkan |

**EXHIBIT 3**

**LOCAL RULE 7(M) CORRESPONDENCE**

**Pei, Sally**

| | |
|---|---|
| **From:** | Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov> |
| **Sent:** | Tuesday, June 27, 2017 11:58 PM |
| **To:** | Freedman, John A.; Rosenberg, Brad (CIV) |
| **Cc:** | Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K. |
| **Subject:** | Re: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication |

John, please use the same position statement.

Thanks,
Daniel


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Freedman, John A." <John.Freedman@apks.com>
Date: 6/27/17 7:27 PM (GMT-05:00)
To: "Schwei, Daniel S. (CIV)" <DSchwei@civ.usdoj.gov>, "Rosenberg, Brad (CIV)" <BRosenbe@civ.usdoj.gov>
Cc: Amelia Friedman <AFriedman@findjustice.com>, jgreenbaum@lawyerscommittee.org, "Jones, Stanton" <Stanton.Jones@apks.com>, Cyrus Mehri <CMehri@findjustice.com>, "Pei, Sally" <Sally.Pei@apks.com>, Joanna Wasik <JWasik@findjustice.com>, "Wirth, Stephen K." <Stephen.Wirth@apks.com>
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel --

Per your request, we will be filing first thing tomorrow morning. Please advise if you intend to change the Government's position statement before then.

Best regards,

John

From: Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
Sent: Tuesday, June 27, 2017 3:58 PM
To: Freedman, John A.; Rosenberg, Brad (CIV)
Cc: Amelia Friedman; jgreenbaum@lawyerscommittee.org; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

John,

Assuming that you file your motion(s) later today, please represent the Government's position as follows: "The Government opposes Plaintiffs' requested relief, which is squarely foreclosed by the Supreme Court's recent decision on the stay applications in IRAP and Hawaii. Consistent with this Court's prior stay order permitting Plaintiffs to "file a motion to lift the stay and . . . then re-file a motion for a preliminary injunction," ECF No. 91 at 2, unless the Court orders

1

otherwise, consistent with Local Civil Rule 65.1(c) the Government intends to respond to Plaintiffs' motion(s) on July 5, 2017."

In the event you decide not to file today, we would like the opportunity to revise our position statement.

Thanks,
Daniel

From: Freedman, John A. [mailto:John.Freedman@apks.com]
Sent: Tuesday, June 27, 2017 3:40 PM
To: Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>; Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov>
Cc: Amelia Friedman <AFriedman@findjustice.com>; jgreenbaum@lawyerscommittee.org; Jones, Stanton <Stanton.Jones@apks.com>; Cyrus Mehri <CMehri@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; Joanna Wasik <JWasik@findjustice.com>; Wirth, Stephen K. <Stephen.Wirth@apks.com>
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel --

We are seeking to enjoin sections 2(c) and 6(a) with regards to Jane Does #8 and #9, as well as all similarly situated individuals, i.e., refugee applicants who have no "credible claim of a bona fide relationship with a person or entity in the United States." Absent assurances from the Government, we do not read section 2(c) to apply only to visaholders, based on that provision's broad reference to suspension of "entry" to the United States for all Iranian nationals.

Please let us know if the government is taking a position.

Thanks,

John

From: Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
Sent: Tuesday, June 27, 2017 2:54 PM
To: Freedman, John A.; Rosenberg, Brad (CIV)
Cc: Amelia Friedman; jgreenbaum@lawyerscommittee.org<mailto:jgreenbaum@lawyerscommittee.org>; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

John,

I cannot provide the Government's position when I still do not understand the relief you intend to seek. Would you be seeking relief only as to Section 6(a)'s refugee suspension, or to other provisions as well? What would be the scope of your requested relief—only as to specific individual plaintiffs, or something broader?

Thanks,
Daniel


From: Freedman, John A. [mailto:John.Freedman@apks.com]
Sent: Tuesday, June 27, 2017 2:45 PM
To: Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov<mailto:DSchwei@civ.usdoj.gov>>; Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov<mailto:BRosenbe@civ.usdoj.gov>>
Cc: Amelia Friedman <AFriedman@findjustice.com<mailto:AFriedman@findjustice.com>>; jgreenbaum@lawyerscommittee.org<mailto:jgreenbaum@lawyerscommittee.org>; Jones, Stanton

<Stanton.Jones@apks.com<mailto:Stanton.Jones@apks.com>>; Cyrus Mehri <CMehri@findjustice.com<mailto:CMehri@findjustice.com>>; Pei, Sally <Sally.Pei@apks.com<mailto:Sally.Pei@apks.com>>; Joanna Wasik <JWasik@findjustice.com<mailto:JWasik@findjustice.com>>; Wirth, Stephen K. <Stephen.Wirth@apks.com<mailto:Stephen.Wirth@apks.com>>
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel --

The Supreme Court order left open the possibility of ordering broader relief in a case that presented appropriate plaintiffs and issues.

We have clients fleeing persecution in Iran who will be outside the scope of the modified injunctions.  Accordingly, we have a factual record not presented in either the IRAP or Hawaii case that independently supports equitable relief.

Please let us know the Government's position.

Best regards,

John


From: Schwei, Daniel S. (CIV) [mailto:Daniel.S.Schwei@usdoj.gov]
Sent: Tuesday, June 27, 2017 2:28 PM
To: Freedman, John A.; Rosenberg, Brad (CIV)
Cc: Amelia Friedman; jgreenbaum@lawyerscommittee.org<mailto:jgreenbaum@lawyerscommittee.org>; Jones, Stanton; Cyrus Mehri; Pei, Sally; Joanna Wasik; Wirth, Stephen K.
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

John,

I'm not sure I understand what relief you intend to seek.  Section 2(c) applies to individuals seeking visas, not refugees.  And with respect to your individual plaintiffs seeking visas, are there individuals whom you believe do not have a close familial relationship?  (I have not reviewed all of the declarations, but am wondering which plaintiff(s) you believe create the urgency justifying a TRO.)  Finally, what would be the basis for the Court in Pars Equality to enter an injunction broader than what the Supreme Court permitted in connection with IRAP and Hawaii?

I would also note that the Court's prior Order states that "any party may file a motion to lift the stay and may then re-file a motion for a preliminary injunction."  ECF No. 91 at 2.  Again, I am not sure what the basis is for filing a TRO.

I will need to confer with folks on my end, but can you please clarify exactly what relief you intend to seek, on behalf of whom, and on what basis?

Thanks,
Daniel


From: Freedman, John A. [mailto:John.Freedman@apks.com]
Sent: Tuesday, June 27, 2017 2:05 PM
To: Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov<mailto:DSchwei@civ.usdoj.gov>>; Rosenberg, Brad (CIV) <BRosenbe@civ.usdoj.gov<mailto:BRosenbe@civ.usdoj.gov>>

3

Cc: Amelia Friedman <AFriedman@findjustice.com<mailto:AFriedman@findjustice.com>>; jgreenbaum@lawyerscommittee.org<mailto:jgreenbaum@lawyerscommittee.org>; Jones, Stanton <Stanton.Jones@apks.com<mailto:Stanton.Jones@apks.com>>; Cyrus Mehri <CMehri@findjustice.com<mailto:CMehri@findjustice.com>>; Pei, Sally <Sally.Pei@apks.com<mailto:Sally.Pei@apks.com>>; Joanna Wasik <JWasik@findjustice.com<mailto:JWasik@findjustice.com>>; Wirth, Stephen K. <Stephen.Wirth@apks.com<mailto:Stephen.Wirth@apks.com>>
Subject: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel and Brad --

Pursuant to DDC Local Rule 7(m), I am writing regarding Pars Equality Center et al. v. Trump et al. No. 17-cv-255 (D.D.C.).

Later this afternoon, per the Court's prior orders, we intend to file an emergency motion seeking to lift the stay and obtain a temporary restraining order regarding Sections 2(c) and 6 of the March 6 Executive Order as applied to refugees who will no longer be covered by the IRAP or Hawaii injunctions.

Pursuant to Local Rule 7(m), please let us know your position on such relief by 4 pm.

We look forward to hearing from you.

Best regards,

John

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter Kaye Scholer LLP, click here: http://www.apks.com