IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY AND FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs' Motion to Lift Stay and for Temporary Restraining Order and Preliminary Injunction ("Motion") and any opposition thereto, and finding that good cause appears, orders as follows:

The Motion is hereby GRANTED. The stay of the proceedings is lifted. Pending further order of this Court, Defendants are hereby temporarily/preliminarily restrained and enjoined from enforcing or taking any steps to effectuate §§ 2(c) and 6(a) of Executive Order No. 13,780, "Protecting the Nation from Foreign Terrorist Entry into the United States" ("March 6 Executive Order"), including at any United States border or point of entry, as against Plaintiffs Jane Doe #8 and Jane Doe #9 and all others similarly situated, *i.e.*, applicants for entry into the United States as refugees who have no "credible claim of a bona fide relationship with a person or entity in the United States."

IT IS SO ORDERED.

Dated: June __, 2017

_____
U.S. DISTRICT JUDGE