

*In recognition of completion of an intensive three-day*

# Cultural Orientation

*Course designed to provide U.S. – bound refugees with specific information and skills required for resettlement in the United States.*

This certificate is presented to:

Reza Zoghi

on the 21st day of April, 2017 in Istanbul

by:

Trainer

Head Of Cultural Orientation









# Having completed the three day training program I have learned about:

- ✓ **Travel**
  - The departure process, airport regulations, and importance of documents.
  - My responsibility for repaying my travel loan.

- ✓ **Role of the Local Resettlement Agency**
  - The roles and responsibilities of the resettlement agency.
  - Assistance for me and my family which is limited in the United States.
  - My responsibility for my own successful resettlement.

- ✓ **Housing**
  - Receiving decent, safe and sanitary housing.
  - My housing which may be different from my expectations.
  - My housing and that I have rights and responsibilities.

- ✓ **Rights and responsibilities**
  - Following the laws of the United States.
  - My responsibility for adjusting my immigration status in the United States.
  - My choices which may affect my immigration status.

- **Education**
  - Learning English which is important to successful adjustment to the United States.
  - Schooling which is required until the age of 16 for both boys and girls and is free in public schools.
  - Opportunities for education must be weighed against the need to work.

- ✓ **Employment**
  - The expectation to find work to support me and my family.
  - Speaking English will help me be successful in the United States.
  - Having rights and responsibilities in the workplace.
  - Manage my money.

- ✓ **Health**
  - Bringing with me medications I am currently taking.
  - Receiving health screenings and the possible need for immunizations upon arrival in the United States.
  - The United States having different health care systems depending on where I live.
  - Being responsible for my health and that of my family.

- ✓ **Cultural Adjustment**
  - Experiencing many cultural differences between my traditions and those in the United States.
  - Sometimes being happy, sad, and lonely because of these experiences.
  - Finding ways of dealing with my emotions including talking to friends and caseworkers.
  - My family values being affected by resettlement.