UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>**Plaintiffs,**<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>**Defendants.** | Case No. 17-cv-255 (TSC) |

## MOTION OF OXFAM AMERICA, INC. FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

Oxfam America, Inc. ("Oxfam") moves this Court for leave to participate as amicus curiae in support of Plaintiffs.

1.  As set forth in the accompanying *amicus curiae* brief, Oxfam is non-governmental organization that works around the globe to end poverty and challenge the structural barriers that foster conflict and human suffering. Along with its parent organization, Oxfam International, it plays a critical humanitarian role in responding to crises, its ultimate goal is to address the root causes of violence and poverty by building up civil society so that communities can address their own problems.

2.  Oxfam has direct experience with refugees all over the world and an understanding of the complex ways in which the Executive Order will affect resettlement and life for refugees. Because of its work with refugees in these regions, Oxfam is uniquely positioned

to provide the Court with current on-the-ground information about the impacts of the Executive Order.

3. This Court has allowed *amicus curiae* participation "'when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)). Oxfam's participation is appropriate for that reason. Oxfam's parent organization, Oxfam International, was founded 75 years ago to address the refugee crisis in Axis-occupied Greece, and Oxfam itself has over 45 years of experience with refugees. Oxfam currently supports refugees and displaced persons around the world and has first-hand knowledge of the refugee resettlement regime and the conditions of refugees on the ground.

Here, Oxfam seeks to provide the Court with its expertise and experience regarding the conditions and challenges refugees face as a result of the Executive Order. Oxfam is uniquely qualified to provide a wide perspective on refugees because of its advocacy on behalf of refugees in the United States and abroad, its support for resettlement organizations, and the direct aid programs Oxfam provides to refugees abroad.

3. Counsel for Oxfam conferred with counsel for the Plaintiffs on July 3, 2017. The Plaintiffs consented to the filing of this *amicus curiae* brief.

4. Counsel for Oxfam conferred with counsel for the Defendants on July 3, 2017. The Defendants take no position as to the filing of this *amicus curiae* brief.

5. Oxfam attaches to this motion a proposed order pursuant to Local Civil Rule 7(o)(2) and a corporate disclosure certification pursuant to Local Civil Rule 7.1.

Dated: July 5, 2017

Respectfully submitted,

By: /s/ Richard P. Bress

| | |
|---|---|
| Christopher Mortweet*<br>(Cal Bar No. 313119)<br>(*pro hac vice* pending)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:     (650) 326-4600<br>Facsimile:      (650) 463-2600<br>* Licensed to practice in California only and under the direct supervision of a partner of Latham & Watkins LLP who is an enrolled, active member of the District of Columbia Bar | Richard P. Bress<br>(DC Bar No. 457504)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC  20004<br>Telephone:     (202) 637-2200<br>Facsimile:      (202) 637-2201<br>richard.bress@lw.com<br><br><br>*Counsel for Amicus Curiae Oxfam America, Inc.* |

July 5, 2017