UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J. TRUMP et al.,**<br><br>**Defendants.** | Case No. 17-cv-255 (TSC) |

## *AMICUS CURIAE* BRIEF OF OXFAM AMERICA, INC. IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT STAY AND FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

## TABLE OF CONTENTS

STATEMENT OF INTERESTS OF AMICUS CURIAE ............................................................1

INTRODUCTION ...........................................................................................................................2

    A.    The United States Plays A Critical Role In The Resettlement Of Refugees .......................2

    B.    The Resettlement Process ....................................................................................................3

    C.    The Real-Life Consequences That Will Result From The Order's Implementation ...........6

CONCLUSION ................................................................................................................................9

# TABLE OF AUTHORITIES

Page(s)

**RULES**

D.D.C. LCvR 7(o) .................................................................................................................12

Fed. R. App. P. 29(a)(4)(E) ..................................................................................................12

**REGULATIONS**

82 Fed. Reg. 13,209, 13,215 (Mar. 9, 2017) ........................................................................13

**OTHER AUTHORITIES**

*Ad Hoc and Inadequate: Thailand's Treatment of Refugees and Asylum Seekers*,
   Human Rights Watch (Sept. 12, 2012), https://www.hrw.org/report/
   2012/09/12/ad-hoc-and-inadequate/thailands-treatment-refugees-and-asylum-
   seekers ...........................................................................................................................18

*Admissions and Arrivals: Interactive Reporting*, Refugee Processing Center, U.S.
   Dep't of State Bureau of Population, http://bit.ly/2krxYj3 (last visited July 5,
   2017) .......................................................................................................................13, 16

Amy Pope, *Infographic: The Screening Process for Refugee Entry into the United
   States*, Obama White House Archives (Nov. 20, 2015), http://bit.ly/2kqqbmh ......................15

Ann M. Simmons, *Global refugee crisis overwhelms humanitarian aid system and
   exacerbates its shortcomings*, L.A. Times, May 23, 2016,
   http://lat.ms/25numk7 ...................................................................................................19

Ann M. Simmons, *We don't know exactly what 'extreme vetting' will look like,
   but screening for refugees is already pretty tough*, L.A. Times, Jan. 29, 2017,
   http://lat.ms/2jKJvsP ....................................................................................................16

Elise Foley & Willa Frej, *Court Ruling May Force Trump To Admit The Number
   Of Refugees Obama Wanted*, Huffington Post, Mar. 16, 2017,
   http://huff.to/2mUyCGi ................................................................................................16

Erol Kekic, *Homeland Security Chief John Kelly Says Waiting 120 Days Won't
   Hurt Refugees. He's Wrong*, Time (Feb. 10, 2017), http://ti.me/2lTAYT8 ...........................16

Executive Order No. 13,780, § 2(c) ......................................................................................20

Executive Order No. 13,780, § 6(a) ...............................................................................13, 20

*Global humanitarian appeal for 2017 requires record $22.2 billion in funding –
   UN*, UN News Centre (Dec. 5, 2016), http://bit.ly/2pd5Oea .................................................19

Haeyoun Park & Larry Buchanan, *Refugees Entering the U.S. Already Face a Rigorous Vetting Process*, N.Y. Times, Jan. 29, 2017 ......................................................... 14, 15

Mark Bixler & Michael Martinez, *War forced half of all Syrians from home. Here's where they went*, CNN (Apr. 18, 2016), http://cnn.it/1O9wYss ................................... 17

Martha Mendoza & Meghan Hoyer, *Trump's planned reduction in refugees may hit Myanmar worst*, AP (Mar. 16, 2017), http://apnews.com/708b8e900e6f44e1b1a33803c711078c ....................................................... 14

*Medical Examination: Frequently Asked Questions (FAQs)*, Ctr. for Disease Control and Prevention (last updated Feb. 22, 2017), http://bit.ly/2ocISHp ............................ 16

Michael Brindley, *After Trump's Executive Order, Refugees Who Were N.H. Bound Now On Hold*, N.H. Pub. Radio (Jan. 31, 2017), http://bit.ly/2pwf6hT ....................... 16

Natasha Hall, *Refugees are already vigorously vetted. I know because I vetted them.*, Wash. Post, Feb. 1, 2017, http://wapo.st/2oEGRHZ ..................................................... 16

Office of Refugee Resettlement, Dep't of Health & Human Services, *Annual Refugee Arrival Data by Resettlement State and Country of Origin*, http://bit.ly/2o7V5xL (last visited July 5, 2017) ....................................................................... 13

Oxfam et al., *Stand and Deliver: Urgent action needed on commitments made at the London Conference one year on* (Jan. 2017), http://bit.ly/2l3yXDP ................................. 19

Press Release, UNHCR, *UNHCR Study Shows Rapid Deterioration in Living Conditions of Syrian Refugees in Jordan* (Jan. 14, 2015), http://bit.ly/2pwhtkP ................... 19

*Resettlement in the United States,* UNHCR, http://www.unhcr.org/en-us/resettlement-in-the-united-states.html (last visited July 5, 2017) ....................................... 13

Roopa Matthews, *What's Life Like in Thailand's Largest Burmese Refugee Camp*, iguacu Blog (Jan. 21, 2016), https://weareiguacu.com/mae-la-refugee-camp/ ....................... 18

Ruth Igielnik & Jens Manuel Krogstad, *Where refugees to the U.S. come from*, Pew Research Center (Feb. 3, 2017), http://pewrsr.ch/2kBJLuU ............................................. 14

Sarah Wildman, *9 Questions about the global refugee crisis you were too embarrassed to ask*, Vox (Jan. 30, 2017), http://bit.ly/2p8N5k0 ............................................ 16

*Six years after start of the crisis, there is no escape for Syrians seeking safety*, Oxfam (Mar. 13, 2017), http://bit.ly/2nGYPKN ...................................................................... 17

U.S. Comm. for Refugees and Immigrants (USCRI), *Security screening of refugees admitted to the United States*, http://refugees.org/wp-content/uploads/2015/12/USCRI-Security-Screening-Process-5.16.16.pdf (last visited July 5, 2017) ............................................................................................................ 15

*UN: Number of Syrian refugees passes five million*, Al Jazeera (Mar. 30, 2017), http://bit.ly/2njYrwx ........................................................................................17

UNHCR, *Congolese refuges – A protracted situation* at 1, http://www.unhcr.org/558c0e039.pdf (last visited July 5, 2017) ............................................17

UNHCR, *Living in the Shadows: Jordan Home Visits Report* 28 (2014), http://bit.ly/2oZMnFY ........................................................................................19

United States Citizenship and Immigration Services (USCIS), Dep't of Homeland Security, *Refugee Processing and Security Screening* (last updated Dec. 3, 2015), http://bit.ly/1YodRyW ........................................................................14, 15

*US Refugee Admissions Program: An overview of built-in security safeguards for refugee resettlement*, Int'l Rescue Comm., http://bit.ly/2oeddFt (last visited July 5, 2017) ...........................................................................................................16

## STATEMENT OF INTERESTS OF AMICUS CURIAE[1]

Oxfam America, Inc. ("Oxfam") and its affiliates work around the globe to end poverty. These organizations have worked in more than 90 countries to end poverty and injustice over the past 70 years.  Oxfam addresses the institutional issues that keep people poor and marginalized: inequality, discrimination, and unequal access to resources including food, water, and land. Oxfam helps people survive during and after natural and manmade disasters, and provides the support people need to build stronger futures.  Oxfam seeks to challenge the structural barriers that foster conflict and human suffering and that limit people from gaining the skills, resources, and power to become self-sufficient.

Oxfam and its affiliates employ 8,500 people worldwide, work with 60,000 volunteers, and provide infrastructure and direct aid to refugees throughout the world, including to people from Somalia, South Sudan, and Syria.  Oxfam and its affiliates have helped 1.12 million Syrian refugees in Jordan and Lebanon by providing clean drinking water, cash assistance, and relief supplies.  Oxfam International is one of the few non-governmental organizations currently working in Sudan, providing desperately needed aid, including clean water and sanitation programs, to people in the Darfur region and beyond.  Oxfam is an advocate for refugees and displaced persons around the world.  The Executive Order harms Oxfam and the organizations with which it works, and prevents Oxfam from advancing its mission to help people escape violence and build better lives.  Oxfam therefore has a direct interest in the outcome of this case.

---

[1] No counsel for any party authored this brief in whole or in part, and no person or entity other than the *amicus*, its members, or its counsel made a monetary contribution intended to fund the brief's preparation or submission. Plaintiffs consent to the filing of this brief and defendants take no position regarding the filing of this brief.  *See* Fed. R. App. P. 29(a)(4)(E); D.D.C. LCvR 7(o).

# INTRODUCTION

Section 6(a) of the Executive Order suspends the United States Refugee Admissions Program for 120 days.[2] The Order will indefinitely delay or permanently halt the ability of thousands of refugees to rebuild their lives, and cannot be reconciled with the United States' historic role in mitigating refugee crises. This will have heart-rending and potentially life-threatening effects on refugees fleeing dangerous war zones with hopes of resettling in the United States only to find themselves subsisting on the periphery of towns and cities or in minimally equipped refugee camps.

### A. The United States Plays A Critical Role In The Resettlement Of Refugees

The Statue of Liberty, one of the iconic symbols of the United States' steadfast commitment to freedom and liberty for all, has these words engraved at its base: "Give me your tired, your poor, your huddled masses yearning to breathe free, the wretched refuse of your teeming shore. Send these, the homeless, tempest-tossed to me, I lift my lamp beside the golden door!" The Order's immediate ban on refugees and the irreparable harms that will flow from that ban, abandons these bedrock principles.

The United States has long recognized its moral responsibility to serve as a safe haven for those fleeing violence and persecution in search of freedom and opportunity.[3] Since 2002 alone, the United States has successfully resettled over 900,000 refugees, approximately 190,000 of whom were from the countries targeted by the Order's travel ban.[4] Most refugees affected by the order, of course, have no connection whatsoever to those nations. In the last decade, for

---

[2] Executive Order No. 13,780, § 6(a), 82 Fed. Reg. 13,209, 13,215 (Mar. 9, 2017).
[3] *See, e.g.*, *Resettlement in the United States,* UNHCR, http://www.unhcr.org/en-us/resettlement-in-the-united-states.html (last visited July 5, 2017); Office of Refugee Resettlement, Dep't of Health & Human Services, *Annual Refugee Arrival Data by Resettlement State and Country of Origin*, http://bit.ly/2o7V5xL (last visited July 5, 2017).
[4] *Admissions and Arrivals: Interactive Reporting*, Refugee Processing Center, U.S. Dep't of State Bureau of Population, http://bit.ly/2krxYj3 (enter date range, select the six targeted countries and all religions) (last visited July 5, 2017).

example, the United States has resettled approximately 160,000 refugees from Myanmar.[5]  And last year alone, the United States resettled more refugees from the Democratic Republic of the Congo (DRC) than from anywhere else in the world.[6]  Regardless of where they come from, however, there is no justification for diminishing or halting the resettlement of refugees in the United States—refugees who are, per the United States' strict standards, some of the most vulnerable in the world.  Those that have no family in the United States are perhaps even *more* vulnerable.

### B.   The Resettlement Process

The ostensibly temporary halt on refugee admissions will cause far more than a brief delay for those awaiting resettlement.  Because of the complicated and interdependent web of screenings required before admission, a short hiatus now can mean years of additional waiting before admission.  In some cases, refugees who were on the brink of admission might never make it here at all.

It is impossible to appreciate the ripple effect the ban will have on those awaiting resettlement without some understanding of the resettlement process.  To embark on this often years-long process, a refugee must first register and interview with the United Nations (UN), which in many cases determines whether to grant refugee status.[7]  The UN then decides whether the person is among the most vulnerable refugees and therefore eligible for resettlement in a

---

[5] Martha Mendoza & Meghan Hoyer, *Trump's planned reduction in refugees may hit Myanmar worst*, AP (Mar. 16, 2017), http://apnews.com/708b8e900e6f44e1b1a33803c711078c.
[6] Ruth Igielnik & Jens Manuel Krogstad, *Where refugees to the U.S. come from*, Pew Research Center (Feb. 3, 2017), http://pewrsr.ch/2kBJLuU.
[7] United States Citizenship and Immigration Services (USCIS), Dep't of Homeland Security, *Refugee Processing and Security Screening* (last updated Dec. 3, 2015), http://bit.ly/1YodRyW; Haeyoun Park & Larry Buchanan, *Refugees Entering the U.S. Already Face a Rigorous Vetting Process*, N.Y. Times, Jan. 29, 2017, http://nyti.ms/2o7WN2o.

country like the United States.[8] Once a refugee is referred to the United States for resettlement, he or she must interview with a State Department partner organization.[9] The refugee then undergoes two background checks, along with three fingerprint screenings.[10] These background checks include consultation with the State Department, the Federal Bureau of Investigation, the Drug Enforcement Agency, the National Counterterrorism Center, the Department of Defense, and Interpol.[11] Syrian refugees in particular must undergo two additional steps at this point: review by a refugee specialist from the United States Citizenship and Immigration Services and review by the Department of Homeland Security.[12] Only after all of these extensive checks and screenings are complete does the refugee attend an in-person interview with a Homeland Security officer.[13] If the officer determines, based on the interview and the refugee's case file, that the individual qualifies as a refugee and is admissible under United States law, then the refugee must undergo a screening for contagious disease and a cultural orientation class.[14] Finally, because the amount of time between the initial screening and actual departure is often significant, there is another security check before the refugee can actually come to the United States and begin the next chapter of his or her life.[15]

Because of this carefully calibrated process, the Order's refugee ban is not simply a matter of a 120-day delay. Many of the checks conducted during the refugee admission process expire after a set amount of time. For instance, some medical tests expire within three months,

---

[8] Park & Buchanan, *supra* note 7; Amy Pope, *Infographic: The Screening Process for Refugee Entry into the United States*, Obama White House Archives (Nov. 20, 2015), http://bit.ly/2kqqbmh.
[9] Park & Buchanan, *supra* note 7; U.S. Comm. for Refugees and Immigrants (USCRI), *Security screening of refugees admitted to the United States*, http://refugees.org/wp-content/uploads/2015/12/USCRI-Security-Screening-Process-5.16.16.pdf (last visited July 5, 2017).
[10] Park & Buchanan, *supra* note 7.
[11] USCIS, *supra* note 7.
[12] Park & Buchanan, *supra* note 7; USCRI, *supra* note 9.
[13] Park & Buchanan, *supra* note 7.
[14] *Id.*; USCIS, *supra* note 7; USCRI, *supra* note 9.
[15] Park & Buchanan, *supra* note 7.

4

while other checks and screenings are valid for a little over a year.[16] The combination of these different windows of validity often leaves less than a two-month period during which all checks are simultaneously valid.[17] Once a check expires, during the time it takes to repeat that check, another check may expire, creating a domino effect. This becomes even more complicated when a family attempts to travel together, because all of their windows need to line up at the same time.[18] If the window for travel passes before the refugee has made it to the United States, the refugee must generally start the process all over again from the beginning.[19] This could take up to another two years.

These consequences are not merely hypothetical. There are currently approximately more than 25,000 Syrian refugees in Jordan who are in the midst of completing the process to be resettled in the United States.[20] With the ban in effect many more could miss their brief window for travel, forcing them to the back of the line.

---

[16] *Medical Examination: Frequently Asked Questions (FAQs)*, Ctr. for Disease Control and Prevention (last updated Feb. 22, 2017), http://bit.ly/2ocISHp; *US Refugee Admissions Program: An overview of built-in security safeguards for refugee resettlement*, Int'l Rescue Comm., http://bit.ly/2oeddFt (last visited July 5, 2017); Elise Foley & Willa Frej, *Court Ruling May Force Trump To Admit The Number Of Refugees Obama Wanted*, Huffington Post, Mar. 16, 2017, http://huff.to/2mUyCGi; *see also* Natasha Hall, *Refugees are already vigorously vetted. I know because I vetted them.*, Wash. Post, Feb. 1, 2017, http://wapo.st/2oEGRHZ; Ann M. Simmons, *We don't know exactly what 'extreme vetting' will look like, but screening for refugees is already pretty tough*, L.A. Times, Jan. 29, 2017, http://lat.ms/2jKJvsP.

[17] Erol Kekic, *Homeland Security Chief John Kelly Says Waiting 120 Days Won't Hurt Refugees. He's Wrong*, Time (Feb. 10, 2017), http://ti.me/2lTAYT8.

[18] *Id.*

[19] Sarah Wildman, *9 Questions about the global refugee crisis you were too embarrassed to ask*, Vox (Jan. 30, 2017), http://bit.ly/2p8N5k0; Michael Brindley, *After Trump's Executive Order, Refugees Who Were N.H. Bound Now On Hold*, N.H. Pub. Radio (Jan. 31, 2017), http://bit.ly/2pwf6hT.

[20] Electronic correspondence from Soman Moodley, Jordan Policy Advisor, Oxfam (Apr. 19, 2017) (26,000 refugees as of April 19) (on file with author); *Admissions and Arrivals: Interactive Reporting*, Refugee Processing Center, U.S. Dep't of State Bureau of Population, http://bit.ly/2krxYj3 (less than 1,000 refugees from Syria or Jordan resettled since March 1) (last visited July 5, 2017).

### C.     The Real-Life Consequences That Will Result From The Order's Implementation

Any delay means that some of the most vulnerable refugees in the world will be forced to remain in dire conditions with nothing but uncertainty about their futures. In Syria, over half of the country's population has fled: 5 million people have sought refuge outside of Syria, while 6.3 million people are internally displaced, in most cases multiple times.[21] For those living in Syria with no relatives in the U.S., stopping the resettlement process will have life-and-death consequences. Fatima, a Syrian living in besieged East Aleppo, said of life during the conflict: "We stay at home, hoping that we will be safe as the planes hover above us in the sky and the shelling doesn't stop. We usually wait till the bombing stops to take a chance and go out and find food. We can't find enough to eat."[22]

The situation is just as desperate in Africa. The DRC has produced one of the largest refugee populations in the world—the result of a series of conflicts in the DRC since the 1960s.[23] By the beginning of 2014, almost half a million refugees had fled the DRC, forced out by continued armed conflicts and ethnic tensions.[24] Most have been unable to return, and many that remain have no permanent homes. "Large numbers of Congolese refugees continue to live in restricted camp environments, heavily dependent on international aid with their populations steadily increasing due to births and new arrivals."[25]

Even after refugees escape their home countries, many face the limitations of life in overburdened refugee camps, where they are forced to give up agency and freedom of

---

[21] *UN: Number of Syrian refugees passes five million*, Al Jazeera (Mar. 30, 2017), http://bit.ly/2njYrwx; Mark Bixler & Michael Martinez, *War forced half of all Syrians from home. Here's where they went*, CNN (Apr. 18, 2016), http://cnn.it/1O9wYss.
[22] *Six years after start of the crisis, there is no escape for Syrians seeking safety*, Oxfam (Mar. 13, 2017), http://bit.ly/2nGYPKN.
[23] UNHCR, *Congolese refuges – A protracted situation* at 1, http://www.unhcr.org/558c0e039.pdf (last visited July 5, 2017).
[24] *Id.*
[25] *Id.*

movement.[26]  In Jordan's Za'atari refugee camp, for example, refugees must apply for permits to be able to legally leave the camp even temporarily.[27]  This involves waiting for hours at a time in the hot sun, a process which must be repeated every 14 days to renew the permit.[28]  Life in these camps is also not intended to be long term, even though people often remain for years.[29]  Refugees thus find themselves living in limbo, with enormous uncertainty—and resulting mental strain—about the most basic aspects of their lives, such as where they will live, when (or whether) they will see their family, and when and where they will be able to move.[30]

Myanmar refugees in camps in Thailand encounter similar challenges.  While the camps offer "relatively more protection than for [Myanmar refugees] living outside the camps, the Thai government imposes harsh restrictions on refugees' freedom of movement, prohibiting residents from leaving the camps, earning income, or their children from obtaining a good quality education."[31]  Many of these camps are located in remote mountain regions, generally far from the nearest hospitals and towns.[32]  And although some residents have been there for ten years or more, the houses are supposed to be temporary and thus often are made from bamboo or other wood with roofs of thatched leaves.[33]  Health conditions are precarious, and house fires are a constant threat.[34]

Many refugees live in communities rather than in formal camps, and life outside the camps is hard as well.  In Jordan, for example, opportunities for refugees to work are extremely

---

[26] Electronic correspondence from Alexandra Saieh, Policy and Campaigns Advisor, Oxfam Syria Crisis Response (Apr. 20, 2017) (on file with author).
[27] *Id.*
[28] *Id.*
[29] *Id.*
[30] *Id.*
[31] *Ad Hoc and Inadequate: Thailand's Treatment of Refugees and Asylum Seekers*, Human Rights Watch (Sept. 12, 2012), https://www.hrw.org/report/
2012/09/12/ad-hoc-and-inadequate/thailands-treatment-refugees-and-asylum-seekers.
[32] *Id.*
[33] Roopa Matthews, *What's Life Like in Thailand's Largest Burmese Refugee Camp*, iguacu Blog (Jan. 21, 2016), https://weareiguacu.com/mae-la-refugee-camp/.
[34] *Id.*

limited.[35]  As a result, 87% of refugees in Jordan live below the poverty line.[36]  Almost half of the non-camp refugee households in Jordan do not have heating, and a quarter do not have reliable electricity.[37]  And approximately a quarter are not connected to a sewage system.[38]  The situation in Lebanon, home to 1.5 million Syrian refugees, is comparable, with 71% of Syrian refugees living below the poverty line and 53% living below the extreme poverty line.[39]

Compounding the harms suffered by refugees is the drain on the organizations that support them.  Given the limited options available to refugees to support themselves, humanitarian organizations provide crucial assistance for refugees' basic needs.[40]  Delaying or denying resettlement for some refugees will have a direct effect on this work.

---

[35] UNHCR, *Living in the Shadows: Jordan Home Visits Report* 28 (2014), http://bit.ly/2oZMnFY (UNHCR Home Visits Report); Electronic correspondence from Soman Moodley, Jordan Policy Advisor, Oxfam (Apr. 13, 2017) (on file with author).
[36] Oxfam et al., *Stand and Deliver: Urgent action needed on commitments made at the London Conference one year on* at 6 (Jan. 2017), http://bit.ly/2l3yXDP (*Stand and Deliver*).
[37] Press Release, UNHCR, *UNHCR Study Shows Rapid Deterioration in Living Conditions of Syrian Refugees in Jordan* (Jan. 14, 2015), http://bit.ly/2pwhtkP (UNHCR Press Release).
[38] UNHCR Home Visits Report, *supra* note 35, at 58.
[39] *Stand and Deliver*, *supra* note 36, at 9.
[40] UNHCR Home Visits Report, *supra* note 35, at 12-16, 28-46; UNHCR Press Release, *supra* note 37; *Global humanitarian appeal for 2017 requires record $22.2 billion in funding – UN*, UN News Centre (Dec. 5, 2016), http://bit.ly/2pd5Oea; Ann M. Simmons, *Global refugee crisis overwhelms humanitarian aid system and exacerbates its shortcomings*, L.A. Times, May 23, 2016, http://lat.ms/25numk7.

## CONCLUSION

The Order should not be understood or analyzed in a vacuum. As the foregoing demonstrates, enforcement of the Order, even only as to refugees without a family connection to the United States, would have immediate, concrete, and significant adverse effects on refugees. These effects bear on the legal questions presented.

This Court should grant the Plaintiffs' motion to lift the stay and for a temporary restraining order and preliminary injunction enjoining enforcement and implementation of Sections 2(c) and 6(a) of the Executive Order.


Dated: July 5, 2017

Respectfully submitted,

 s/ Richard P. Bress

| | |
|---|---|
| Christopher Mortweet* | Richard P. Bress |
| (Cal Bar No. 313119) | (DC Bar No. 457504) |
| (*pro hac vice* pending) | LATHAM & WATKINS LLP |
| LATHAM & WATKINS LLP | 555 Eleventh Street, NW |
| 140 Scott Drive | Suite 1000 |
| Menlo Park, CA 94025 | Washington, DC 20004 |
| Telephone: (650) 326-4600 | Telephone: (202) 637-2200 |
| Facsimile: (650) 463-2600 | Facsimile: (202) 637-2201 |
| * Licensed to practice in California only and under the direct supervision of a partner of Latham & Watkins LLP who is an enrolled, active member of the District of Columbia Bar | richard.bress@lw.com |

*Attorneys for* Amicus Curiae *Oxfam America, Inc.*