UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>**Plaintiffs,**<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>**Defendants.** | Case No. 17-cv-255 (TSC) |

## CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for *amicus curiae* Oxfam America, Inc. ("Oxfam"), certify that to the best of my knowledge and belief, Oxfam is a 501(c)3 non-profit organization; there are no parent companies, subsidiaries, or affiliates of Oxfam which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 5, 2017

Respectfully submitted,

By: /s/ Richard P. Bress

Richard P. Bress (DC Bar No. 457504)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
Telephone:	(202) 637-2200
Facsimile:	(202) 637-2201
richard.bress@lw.com