UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>        Defendants. | Case No. 17-cv-255 (TSC) |

# [PROPOSED] ORDER GRANTING MOTION TO FILE *AMICUS CURIAE* BRIEF

Oxfam America, Inc.'s motion to file an *amicus curiae* brief in support of Pars Equality Center, Iranian American Bar Association, National Iranian American Council, Public Affairs Alliance of Iranian America, Inc., et al.'s motion to lift stay and for temporary restraining order and preliminary injunction is **GRANTED.**

        **SO ORDERED.**

        _____
        Hon. TANYA S. CHUTKAN
        United States District Judge