# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-00255-TSC |

## **[PROPOSED] ORDER**

This matter came before the Court on Plaintiffs' motion to lift stay and for temporary restraining order and preliminary injunction (ECF No. 92). The Court has considered the motion, any response and reply thereto, and the complete record in the matter. Having considered the foregoing, Plaintiffs' motion is hereby **DENIED**. Accordingly, this matter is and shall remain **STAYED** pending the Supreme Court's final decision on the merits in *IRAP v. Trump* and *Hawaii v. Trump*. Within seven days of the Supreme Court's final decision on the merits, the parties shall jointly submit a proposed schedule for proceeding with these cases.

DATED: _____.

_____
Tanya S. Chutkan
U.S. District Judge