IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP et al.,<br><br>      Defendants. | Case No. 17-cv-255 (TSC) |

## MOTION FOR ADMISSION OF CHRISTOPHER MORTWEET PRO HAC VICE

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Richard P. Bress, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of attorney Christopher Mortweet, of Latham & Watkins LLP, to represent Amicus Curiae Oxfam America, Inc. in the above captioned case.

The movant, Richard P. Bress, is a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia, and he is authorized to file through the Court's Electronic Filing System. Richard P. Bress is a Partner at the law firm of Latham & Watkins LLP, located at:

> 555 Eleventh Street, NW
> Suite 1000
> Washington, DC 20005-1304
> Email: rick.bress@lw.com

This motion is accompanied by a declaration from Mr. Mortweet, attached hereto as Exhibit A, providing the information required by Rule 83.2(d) of the Local Rules of this Court. As set forth in the declaration, Mr. Mortweet meets the requirements under Rule 83.2(d) for admission *pro hac vice*.

A [Proposed] Order is attached hereto as Exhibit B.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Christopher Mortweet be permitted to represent the Amicus Curiae Oxfam America, Inc. in all proceedings before this Court.

Respectfully submitted on this 5th day of July 2017.

    /s/ Richard P. Bress
Richard P. Bress (D.C. Bar # 457504)
rick.bress@lw.com
LATHAM & WATKINS LLP
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Counsel for Amicus Curiae Oxfam America, Inc.*