# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Case No. 17-cv-255 (TSC) |

## DECLARATION OF CHRISTOPHER MORTWEET IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher Mortweet, make the following declaration under 28 U.S.C § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth below.

2. I am an Associate at Latham & Watkins LLP and am counsel for Amicus Curiae Oxfam America, Inc. My office address is 140 Scott Drive, Menlo Park, CA 94025. My business telephone number is (650)470-4959.

3. I am a member of the State Bar of California (2016), No. 313119. I am admitted to the U.S. Court of Appeals for the Fourth Circuit (2017) and the U.S. Court of Appeals for the Ninth Circuit (2017).

4. I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership in this Court pending.

7.  The name, address, and telephone number of the sponsoring attorney of record for the Amicus Curiae Oxfam America, Inc. is:

Richard P. Bress
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20005-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: rick.bress@lw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5 day of July 2017, in Menlo Park, CA.

Christopher Mortweet* (CA Bar No. 313119)
christopher.mortweet@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
Telephone:   (650) 326-4600
Facsimile:   (650) 463-2600

*Counsel for Amicus Curiae Oxfam America, Inc.*

* Licensed to practice in California only
and under the direct supervision of a partner of
Latham & Watkins LLP who
is an enrolled, active member of the District of
Columbia Bar