# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, NATIONAL IRANIAN AMERICAN COUNCIL, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., ET AL.,**<br><br>  **Plaintiffs,**<br><br>  v.<br><br>**DONALD J. TRUMP et al.,**<br><br>  **Defendants.** | Case No. 17-cv-255 (TSC) |

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

UPON CONSIDERATION for Amicus Curiae Oxfam America, Inc.'s Motion for *Pro Hac Vice* Admission of Christopher Mortweet, together with papers submitted in support thereof, the Court HEREBY ORDERS:

Amicus Curiae Oxfam America, Inc.'s Motion for *Pro Hac Vice* Admission of Christopher Mortweet is GRANTED and Christopher Mortweet, is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This _____ day of _____, 2017

            _____
            The Honorable James E. Boasberg
            United States District Judge