UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No.:  17-cv-00255 (TSC) |

### DECLARATION OF SUSAN S. HU
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Susan S. Hu, hereby declare:

1. My name, office address, and telephone number are as follows:

    Susan Hu
    Arnold & Porter Kaye Scholer
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 836-7430

2. I have been admitted to the following courts and bars:

    | | |
    |---|---|
    | New York State | July 2, 2012 |
    | Court of Appeals for the District of Columbia Circuit | October 31, 2013 |
    | Court of Appeals for the First Circuit | April 28, 2014 |
    | U.S. District Court for the Southern District of New York | October 15, 2013 |
    | U.S. District Court for the Eastern District of New York | October 15, 2013 |
    | U.S. Supreme Court | October 31, 2016 |

3. I certify that I am currently in good standing with all states, courts, and bars in which I am admitted, and I have never been disciplined by any court or bar to which I have been admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. My firm has an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., this 24th day of April, 2017.

Dated: July 12, 2017                               Respectfully submitted,

*/s/* Susan S. Hu
Susan S. Hu
Arnold & Porter Kaye Scholer
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-7430
Fax: (212) 836-8689
Email: susan.hu@apks.com
*Attorney for Plaintiffs*