UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No.: 17-cv-00255 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SUSAN S. HU *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Susan S. Hu *pro hac vice*. Upon consideration of that motion, the Court grants attorney Susan S. Hu *pro hac vice* admission to this Court.

IT IS ORDERED.

Dated: _____          _____
　　　　　　　　　　　　　　　　　United States District Judge