(ORDER LIST:   582 U.S.)

WEDNESDAY, JULY 19, 2017

ORDER IN PENDING CASE

16-1540      TRUMP, PRESIDENT OF U.S., ET AL. V. HAWAII, ET AL.
(16A1191)

      The Government's motion seeking clarification of our order of June 26, 2017, is denied.  The District Court order modifying the preliminary injunction with respect to refugees covered by a formal assurance is stayed pending resolution of the Government's appeal to the Court of Appeals for the Ninth Circuit.

      Justice Thomas, Justice Alito, and Justice Gorsuch would have stayed the District Court order in its entirety.