IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pars Equality Center, *et al.*, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | ) No. 1:17-cv-255 (TSC)<br>) |
| | ) Electronically Filed |
| Donald J. Trump, *et al.*, | )<br>) Hon. Tanya S. Chutkan |
| Defendants, | )<br>) |

## NOTICE OF CHANGE OF ADDRESS

Undersigned co-counsel for *Amici* The American-Arab Anti-Discrimination Committee, the Center for Constitutional Rights, the Center for Reproductive Rights, the Chicago Lawyer's Committee for Civil Rights, The Judge David L. Bazelon Center for Mental Health Law, the Mississippi Center for Justice, the National Center for Lesbian Rights, the National Coalition on Black Civic Participation, the Southern Coalition for Social Justice, and the Washington Lawyers' Committee for Civil Rights and Urban Affairs, (collectively, the "Civil Rights Organizations"), respectfully notify the Court and the Defendants that their office address will change, effective August 12, 2017, to:

>Bernabei & Kabat, PLLC
>1400 – 16th Street, N.W., Suite 500
>Washington, D.C. 20036-2223

The telephone and email addresses will remain unchanged.

                    Respectfully submitted,

                    */s/ Lynne Bernabei*

                    _____
                    Lynne Bernabei (Bar No. 938936)
                    Alan R. Kabat (Bar No. 464258)
                    Bernabei & Kabat, PLLC
                    1775 T Street, N.W.
                    Washington, D.C. 20009-7102
                    (202) 745-1942
                    (202) 745-2627 (Fax)

                    *Co-Counsel for Amici Curiae*

DATED: August 7, 2017