IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

**PLAINTIFFS' MOTION TO LIFT THE STAY AND RELATED RELIEF**

On June 20, 2017, this Court entered a stay of proceedings pending a final decision by the United States Supreme Court in *IRAP v. Trump*. ECF 91. The Court stated, however, that "[i]f circumstances change prior to the Supreme Court issuing its final decision, any party may file a motion to lift the stay and may then re-file a motion for a preliminary injunction." *Id.* at 2.

For the reasons set forth in the accompanying Memorandum of Law ("Memorandum"), Plaintiffs hereby move to lift the stay, for permission to file an amended complaint (attached as Exhibit 1 to the Memorandum), to re-file a motion for preliminary injunction to enjoin enforcement of Sections 2 and 3(c) of the September 24, 2017 Proclamation, and to set an expedited schedule for resolution of that motion.

Counsel for Plaintiffs state that pursuant to Local Rule 7(m), the Parties have met and conferred regarding this request. The parties correspondence and Defendants' position are is attached as Exhibit 2. Defendants do not oppose lifting the stay and do not oppose the filing of an amended complaint. Defendants oppose entry of a preliminary injunction.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Motion to Lift the Stay and for a Temporary Restraining Order and Preliminary Injunction.

A proposed Order is attached hereto.

Dated:   October 9, 2017    Respectfully submitted,

/s/ John A. Freedman

| | |
|---|---|
| Cyrus Mehri (D.C. Bar # 420970) | John A. Freedman (D.C. Bar # 453075) |
| Joanna K. Wasik (D.C. Bar # 1027916) | David P. Gersch (D.C. Bar # 367469) |
| MEHRI & SKALET, PLLC | R. Stanton Jones (D.C. Bar # 987088) |
| 1250 Connecticut Ave., NW | Nancy L. Perkins (D.C. Bar # 421574) |
| Suite 300 | Ronald A. Schechter (D.C. Bar # 245019) |
| Washington, DC 20036 | Robert N. Weiner (D.C. Bar # 298133) |
| (202) 822-5100 | Samuel M. Witten (D.C. Bar # 378008) |
| (202) 822-4997 (fax) | Sally L. Pei (D.C. Bar # 1030194) |
| cmehri@findjustice.com | Sonia Tabriz (D.C. Bar # 1025020) |
| | Stephen K. Wirth (D.C. Bar # 1034038) |
| Kristen Clarke (D.C. Bar # 973885) | ARNOLD & PORTER |
| Jon Greenbaum (D.C. Bar # 489887) |   KAYE SCHOLER LLP |
| LAWYERS' COMMITTEE FOR | 601 Massachusetts Ave., NW |
|   CIVIL RIGHTS UNDER LAW | Washington, DC 20001 |
| 1401 New York Ave., NW | (202) 942-5000 |
| Suite 400 | (202) 942-5999 (fax) |
| Washington, DC 20005 | john.freedman@apks.com |
| (202) 662-8600 | |
| (202) 783-0857 (fax) | Christopher M. Odell (*pro hac vice*) |
| jgreenbaum@lawyerscommittee.org | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| Hassan Zavareei (D.C. Bar # 456161) | 700 Louisiana Street, Suite 1600 |
| TYCKO & ZAVAREEI LLP | Houston, TX  77002 |
| 1828 L Street, NW | (713) 576-2400 |
| Suite 1000 | (713) 576-2499 (fax) |
| Washington, DC 20036 | christopher.odell@apks.com |
| (202) 973-0900 | |
| (202) 973-0950 (fax) | Susan S. Hu (*pro hac vice*) |
| hzavareei@tzlegal.com | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | (212) 836-8000 |
| | (303) 836-8689 (fax) |
| | susan.hu@apks.com |

```
```
Adrienne D. Boyd (*pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
Suite 4400
370 Seventeenth Street
Denver, CO 80202
(303) 863-1000
(303) 832-0428 (fax)
adrienne.boyd@apks.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, John A. Freedman, hereby certify that on October 9, 2017, the foregoing document was filed and served through the CM/ECF system.

/s/ John A. Freedman
John A. Freedman (D.C. Bar # 453075)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

*Counsel for Plaintiffs*