IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER et al., | Civil Action No. 1:17-cv-255 |
| Plaintiffs, | Hon. Tanya S. Chutkan |
| v. | |
| DONALD J. TRUMP et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO LIFT STAY AND FOR RELATED RELIEF**

The Court, having considered Plaintiffs' Motion to Lift Stay and for Related Relief ("Motion") and any opposition thereto, and finding that good cause appears, orders as follows:

The Motion is hereby GRANTED.

1. The stay is lifted.

2. The Plaintiffs are directed to file the Second Amended Complaint.

3. The Plaintiffs are directed to re-file their motion for preliminary injunction forthwith.

4. Defendants opposition to the motion for preliminary injunction is due on or before _____.

5. The Court will hear argument on the motion for preliminary injunction at _____ on _____.

IT IS SO ORDERED

Dated: October __, 2017

_____
U.S. DISTRICT JUDGE