IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

## ORDER

The Court, having considered Plaintiffs' Motion to Lift Stay and for Related Relief ("Motion") (ECF No. 103), and finding that good cause appears, orders as follows:

The Motion is hereby GRANTED in part and DENIED in part.

1. The stay is lifted.

2. The Plaintiffs may file the Second Amended Complaint.

3. The Plaintiffs may re-file their motion for preliminary injunction forthwith.

4. The court finds that the expedited schedule for a preliminary injunction provided for in Local Civil Rule 65.1 is appropriate in this case. Accordingly:

    a) Defendants' opposition to the motion for preliminary injunction is due on or before October 19, 2017.

    b) The Court will hear argument on the motion for preliminary injunction at 9:30 a.m. on November 2, 2017.

IT IS SO ORDERED.

Dated: October 12, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge