IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

In further support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 107), Plaintiffs hereby submit two judicial decisions issued since the motion was filed and also request leave to file one supplemental declaration.

1. Plaintiffs attach as Exhibit 1 a copy of the order and memorandum of decision issued on October 17, 2017 by the United States District Court for the District of Hawaii in *Hawaii et al. v. Trump et al.*, D. Hawaii Civil No. 17-00050, entering a temporary restraining order against enforcement of Sections 2(a), (b), (c), (e), (g), and (h) of the September 24, 2017 Proclamation. This decision supports various arguments Plaintiffs make in their motion for preliminary injunction, including the argument that the Proclamation violates the Administrative Procedure Act and the Immigration and Nationality Act. *See* ECF No. 107-1 at 20-22.

2. Plaintiffs attach as Exhibit 2 a copy of the order and memorandum of decision issued on October 17, 2017 by the United States District Court for the District of Maryland in

*International Refugee Assistance Project et al. v. Trump et al*, D. Maryland Civil Action No. TDC-17-0351, entering a preliminary injunction against enforcement of Sections 2(a), (b), (c), (e), (g), and (h) of the September 24, 2017 Proclamation.  This decision supports various arguments Plaintiffs make in their motion for preliminary injunction, including the argument that the Proclamation violates the Administrative Procedure Act, the Immigration and Nationality Act, and the Establishment Clause.  *See* ECF No. 107-1 at 20-22, 28-30.

      3.  Pursuant to Local Rule 65.1(d), Plaintiffs request permission to file a Joint Declaration on behalf of a bipartisan group of national security officials in support of their motion for preliminary injunction.  A copy of the declaration is attached hereto as Exhibit 3.  The declaration supports various arguments that Plaintiffs make in the motion for preliminary injunction, including the argument that the Proclamation violates the Equal Protection Clause.  *See* ECF No. 107-1 at 22-28.  Any prejudice suffered by Defendants from the submission of this Declaration will be minimal because Defendants have not yet filed their opposition to the motion for preliminary injunction, and a similar declaration was previously filed in other suits brought against the same Defendants challenging the September 24, 2017 Proclamation.

Dated:   October 18, 2017                                         Respectfully submitted,

 /s/ John A. Freedman

| | |
|---|---|
| Cyrus Mehri (D.C. Bar # 420970) | John A. Freedman (D.C. Bar # 453075) |
| Joanna K. Wasik (D.C. Bar # 1027916) | David P. Gersch (D.C. Bar # 367469) |
| MEHRI & SKALET, PLLC | R. Stanton Jones (D.C. Bar # 987088) |
| 1250 Connecticut Ave., NW | Nancy L. Perkins (D.C. Bar # 421574) |
| Suite 300 | Ronald A. Schechter (D.C. Bar # 245019) |
| Washington, DC 20036 | Robert N. Weiner (D.C. Bar # 298133) |
| (202) 822-5100 | Samuel M. Witten (D.C. Bar # 378008) |
| (202) 822-4997 (fax) | Sally L. Pei (D.C. Bar # 1030194) |
| cmehri@findjustice.com | Sonia Tabriz (D.C. Bar # 1025020) |
| | Stephen K. Wirth (D.C. Bar # 1034038) |
| Kristen Clarke (D.C. Bar # 973885) | ARNOLD & PORTER |
| Jon Greenbaum (D.C. Bar # 489887) |   KAYE SCHOLER LLP |
| LAWYERS' COMMITTEE FOR | 601 Massachusetts Ave., NW |
|   CIVIL RIGHTS UNDER LAW | Washington, DC 20001 |
| 1401 New York Ave., NW | (202) 942-5000 |
| Suite 400 | (202) 942-5999 (fax) |
| Washington, DC 20005 | john.freedman@apks.com |
| (202) 662-8600 | |
| (202) 783-0857 (fax) | Christopher M. Odell (*pro hac vice*) |
| jgreenbaum@lawyerscommittee.org | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| Hassan Zavareei (D.C. Bar # 456161) | 700 Louisiana Street, Suite 1600 |
| TYCKO & ZAVAREEI LLP | Houston, TX  77002 |
| 1828 L Street, NW | (713) 576-2400 |
| Suite 1000 | (713) 576-2499 (fax) |
| Washington, DC 20036 | christopher.odell@apks.com |
| (202) 973-0900 | |
| (202) 973-0950 (fax) | Susan S. Hu (*pro hac vice*) |
| hzavareei@tzlegal.com | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| Adrienne D. Boyd (*pro hac vice*) | 250 West 55th Street |
| ARNOLD & PORTER | New York, NY 10019 |
|   KAYE SCHOLER LLP | (212) 836-8000 |
| Suite 4400 | (303) 836-8689 (fax) |
| 370 Seventeenth Street | susan.hu@apks.com |
| Denver, CO 80202 | |
| (303) 863-1000 | *Counsel for Plaintiffs* |
| (303) 832-0428 (fax) | |
| adrienne.boyd@apks.com | |