**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

## MOTION FOR WITHDRAWAL OF AMELIA FRIEDMAN

Pursuant to Local Rule 83.6.(c), Amelia Friedman hereby moves for her withdrawal as counsel for Plaintiffs Pars Equality Center, Iranian American Bar Association, National Iranian American Council, Public Affairs Alliance of Iranian Americans, Inc., Ali Asaei, Shiva Hissong, Omid Moghini, Montra Yazdani, Sepideh Ghajar, Mohammad Jahanfar, Reza Zoghi, John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5 (on behalf of himself and his minor child Baby Doe #1), John Doe #6, John Doe #7, John Doe #8, John Doe #9, John Doe #10, Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, Jane Doe #5, Jane Doe #6, Jane Doe #7, Jane Doe #8, Jane Doe #9, Jane Doe #10, Jane Doe #11, Jane Doe #12, and Jane Doe #13, Jane Doe #14, and Jane Doe #15 (collectively, "Plaintiffs") in the above-captioned matter.  Ms. Friedman is no longer employed with the law firm Mehri & Skalet PLLC.  Given the number of Plaintiffs located throughout the world, it has been very difficult to obtain written consent from all Plaintiffs, as required by Local Rule 83.6(b).  All Plaintiffs, however, have been notified of Ms. Friedman's departure, and no one has objected to her withdrawal from the docket.  Plaintiffs will

continue to be represented by Cyrus Mehri and Joanna Wasik of Mehri & Skalet, PLLC; John A. Freedman, David P. Gersch; R. Stanton Jones, Nancy L. Perkins, Ronald A. Schechter, Robert N. Weiner, Samuel M. Witten, Lindsey D. Carson, Sally L. Pei, Sonia Tabriz, Stephen K. Wirth, Christopher M. Odell, Adrienne D. Boyd, Susan S. Hu, all of Arnold Porter Kay Scholer LLP; Kristen Clarke and Jon Greenbaum of the Lawyers' Committee for Civil Rights Under Law; and Hassan Zavareei of Tycko & Zavareei LLP.  Plaintiffs thus will not be prejudiced in any manner by Ms. Friedman's withdrawal. Accordingly, Plaintiffs' counsel respectfully requests to remove Amelia Friedman from the docket as counsel of record in this action.

Dated: October 19, 2017

\_\_\_/s/ Cyrus Mehri_____

Cyrus Mehri (D.C. Bar # 420970)
Joanna K. Wasik (D.C. Bar # 1027916)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
(202) 822-5100
(202) 822-4997 (fax)
cmehri@findjustice.com

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
LAWYERS' COMMITTEE FOR
   CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Suite 400
Washington, DC 20005
(202) 662-8600
(202) 783-0857 (fax)
jgreenbaum@lawyerscommittee.org

Hassan Zavareei (D.C. Bar # 456161)
TYCKO & ZAVAREEI LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973-0900
(202) 973-0950 (fax)
hzavareei@tzlegal.com

Adrienne D. Boyd (*pro hac vice*)
ARNOLD & PORTER
   KAYE SCHOLER LLP
Suite 4400
370 Seventeenth Street
Denver, CO 80202
(303) 863-1000
(303) 832-0428 (fax)
adrienne.boyd@apks.com

John A. Freedman (D.C. Bar # 453075)
David P. Gersch (D.C. Bar # 367469)
R. Stanton Jones (D.C. Bar # 987088)
Nancy L. Perkins (D.C. Bar # 421574)
Ronald A. Schechter (D.C. Bar # 245019)
Robert N. Weiner (D.C. Bar # 298133)
Samuel M. Witten (D.C. Bar # 378008)
Sally L. Pei (D.C. Bar # 1030194)
Sonia Tabriz (D.C. Bar # 1025020)
Stephen K. Wirth (D.C. Bar # 1034038)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

Christopher M. Odell (*pro hac vice*)
ARNOLD & PORTER
   KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@apks.com

Susan S. Hu (*pro hac vice*)
ARNOLD & PORTER
   KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(303) 836-8689 (fax)
susan.hu@apks.com

*Counsel for Plaintiffs*