IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Civil Action No. 1:17-cv-255 <br><br> Hon. Tanya S. Chutkan |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Doe #8, by and through counsel, hereby voluntarily dismisses, without prejudice, all claims that he makes in his complaint against Defendants Donald J. Trump, U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Department of State, U.S. Department of Justice, John Kelly, Kevin K. McAleenan, Rex W. Tillerson, and Jefferson Beauregard Sessions III.

Dated: October 25, 2017

| | |
|---|---|
| __/s/ Cyrus Mehri_____ | John A. Freedman (D.C. Bar # 453075) |
| Cyrus Mehri (D.C. Bar # 420970) | David P. Gersch (D.C. Bar # 367469) |
| Joanna K. Wasik (D.C. Bar # 1027916) | R. Stanton Jones (D.C. Bar # 987088) |
| MEHRI & SKALET, PLLC | Nancy L. Perkins (D.C. Bar # 421574) |
| 1250 Connecticut Ave., NW | Ronald A. Schechter (D.C. Bar # 245019) |
| Suite 300 | Robert N. Weiner (D.C. Bar # 298133) |
| Washington, DC 20036 | Samuel M. Witten (D.C. Bar # 378008) |
| (202) 822-5100 | Sally L. Pei (D.C. Bar # 1030194) |
| (202) 822-4997 (fax) | Sonia Tabriz (D.C. Bar # 1025020) |
| cmehri@findjustice.com | Stephen K. Wirth (D.C. Bar # 1034038) |
| | ARNOLD & PORTER |
| Kristen Clarke (D.C. Bar # 973885) |   KAYE SCHOLER LLP |
| Jon Greenbaum (D.C. Bar # 489887) | 601 Massachusetts Ave., NW |
| LAWYERS' COMMITTEE FOR | Washington, DC 20001 |
|   CIVIL RIGHTS UNDER LAW | (202) 942-5000 |
| 1401 New York Ave., NW | (202) 942-5999 (fax) |
| Suite 400 | john.freedman@apks.com |
| Washington, DC 20005 | |
| (202) 662-8600 | Christopher M. Odell (*pro hac vice*) |
| (202) 783-0857 (fax) | ARNOLD & PORTER |
| jgreenbaum@lawyerscommittee.org |   KAYE SCHOLER LLP |
| | 700 Louisiana Street, Suite 1600 |
| Hassan Zavareei (D.C. Bar # 456161) | Houston, TX 77002 |
| TYCKO & ZAVAREEI LLP | (713) 576-2400 |
| 1828 L Street, NW | (713) 576-2499 (fax) |
| Suite 1000 | christopher.odell@apks.com |
| Washington, DC 20036 | |
| (202) 973-0900 | Susan S. Hu (*pro hac vice*) |
| (202) 973-0950 (fax) | ARNOLD & PORTER |
| hzavareei@tzlegal.com |   KAYE SCHOLER LLP |
| | 250 West 55th Street |
| Adrienne D. Boyd (*pro hac vice*) | New York, NY 10019 |
| ARNOLD & PORTER | (212) 836-8000 |
|   KAYE SCHOLER LLP | (303) 836-8689 (fax) |
| Suite 4400 | susan.hu@apks.com |
| 370 Seventeenth Street | |
| Denver, CO 80202 | |
| (303) 863-1000 | |
| (303) 832-0428 (fax) | *Counsel for Plaintiffs* |
| adrienne.boyd@apks.com | |