**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,

Plaintiffs,

v.

DONALD J. TRUMP et al.,

Defendants.

Civil Action No. 1:17-cv-255

Hon. Tanya S. Chutkan

**PLAINTIFFS' LOCAL RULE 65.1(C) REQUEST FOR PERMISSION TO FILE A SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's October 30, 2017 Order and Local Rule 65.1(c), Plaintiffs request permission to re-file the October 18, 2017 supplemental declaration on behalf of a bipartisan group of national security officials in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 107). Plaintiffs originally filed the declaration on October 18 as ECF No. 108-3, and have attached the declaration as Exhibit 1.

The declaration supports various arguments that Plaintiffs make in the motion for preliminary injunction, including the argument that the September 24 Proclamation violates the Equal Protection Clause. *See* ECF No. 107-1 at 22-28. Any prejudice suffered by Defendants from the submission of this Declaration will be minimal because (i) Plaintiffs submitted this declaration before Defendants filed their opposition to the motion for preliminary injunction (ECF No. 113), (ii) similar declarations were previously filed in other suits brought against the

same Defendants challenging the September 24, 2017 Proclamation, and (iii) another court has relied upon the declaration in its decision. *See, e.g.*, ECF No. 108-2 at 21, 51-52, 80.

Pursuant to Local Rule 7(m), Plaintiffs conferred with Defendants regarding this motion. Defendants oppose this motion. The Rule 7(m) correspondence is attached as Exhibit 2.

Dated: October 31, 2017

Respectfully submitted,

/s/ John A. Freedman

John A. Freedman (D.C. Bar # 453075)
David P. Gersch (D.C. Bar # 367469)
R. Stanton Jones (D.C. Bar # 987088)
Nancy L. Perkins (D.C. Bar # 421574)
Ronald A. Schechter (D.C. Bar # 245019)
Robert N. Weiner (D.C. Bar # 298133)
Samuel M. Witten (D.C. Bar # 378008)
Sally L. Pei (D.C. Bar # 1030194)
Sonia Tabriz (D.C. Bar # 1025020)
Stephen K. Wirth (D.C. Bar # 1034038)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
john.freedman@apks.com

Christopher M. Odell (*pro hac vice)*
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
(713) 576-2400
(713) 576-2499 (fax)
christopher.odell@apks.com

Susan S. Hu (*pro hac vice)*
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(303) 836-8689 (fax)
susan.hu@apks.com

Cyrus Mehri (D.C. Bar # 420970)
Joanna K. Wasik (D.C. Bar # 1027916)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
(202) 822-5100
(202) 822-4997 (fax)
cmehri@findjustice.com

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Suite 400
Washington, DC 20005
(202) 662-8600
(202) 783-0857 (fax)
jgreenbaum@lawyerscommittee.org

Hassan Zavareei (D.C. Bar # 456161)
TYCKO & ZAVAREEI LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973-0900
(202) 973-0950 (fax)
hzavareei@tzlegal.com

Adrienne D. Boyd (*pro hac vice)*
ARNOLD & PORTER
KAYE SCHOLER LLP
Suite 4400
370 Seventeenth Street
Denver, CO 80202
(303) 863-1000
(303) 832-0428 (fax)
adrienne.boyd@apks.com

*Counsel for Plaintiffs*