# EXHIBIT 2:

Rule 7(m) Correspondence

| | |
|---|---|
| **From:** | Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov> |
| **Sent:** | Tuesday, October 31, 2017 9:54 AM |
| **To:** | Freedman, John A. |
| **Cc:** | 'jgreenbaum@lawyerscommittee.org'; Jones, Stanton; 'Cyrus Mehri'; Pei, Sally; 'Joanna Wasik'; Wirth, Stephen K. |
| **Subject:** | RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication |

John,

The Government opposes your motion. Plaintiffs sought to file the declaration the day before the Government's opposition was due; Plaintiffs have not provided any reason why the declaration could not be filed sooner, *see* Local Civil Rule 65.1(c); and in any event the declaration is irrelevant given the nature of the legal issues before the Court.

Thanks,
Daniel

**From:** Freedman, John A. [mailto:John.Freedman@apks.com]
**Sent:** Tuesday, October 31, 2017 9:00 AM
**To:** Schwei, Daniel S. (CIV) <DSchwei@civ.usdoj.gov>
**Cc:** 'jgreenbaum@lawyerscommittee.org' <jgreenbaum@lawyerscommittee.org>; Jones, Stanton <Stanton.Jones@apks.com>; 'Cyrus Mehri' <CMehri@findjustice.com>; Pei, Sally <Sally.Pei@apks.com>; 'Joanna Wasik' <JWasik@findjustice.com>; Wirth, Stephen K. <Stephen.Wirth@apks.com>
**Subject:** RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel --

In light of the Court's order last night, we intend to file a motion for leave under Rule 65 to re-submit the Joint Declaration of Former National Security Officials originally submitted as Exhibit 3 to our October 18 submission (ECF No. 108).

Pursuant to Local Rule 7(m), please let us know your position.

We look forward to hearing from you.

Best regards,

John

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com