IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Civil Action No. 1:17-cv-255 <br><br> Hon. Tanya S. Chutkan |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs' Rule 65(c) Request for Permission to file a Supplemental Affidavit in Support of the Motion for Preliminary Injunction, and finding that good cause appears, orders as follows:

The Motion is hereby GRANTED.

The Supplemental Affidavit is deemed filed in the record in this case.

IT IS SO ORDERED.

Dated: _____, 2017

_____
U.S. DISTRICT JUDGE