**Joanna Wasik**

| | |
|---|---|
| **From:** | Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov> |
| **Sent:** | Wednesday, November 01, 2017 7:41 PM |
| **To:** | Cyrus Mehri; 'Freedman, John A.' |
| **Cc:** | 'jgreenbaum@lawyerscommittee.org'; 'Jones, Stanton'; 'Pei, Sally'; Joanna Wasik; 'Wirth, Stephen K.' |
| **Subject:** | Re: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication |

Cyrus,

The Government opposes your motion. This 11th-hour filing is contrary to Local Civil Rule 65, as well as the Court's Minute Order of October 24 ("Unless otherwise noted, the court will not accept additional filings relating to Plaintiffs' Motion for Preliminary Injunction prior to the November 2 hearing.") The Government has not been provided an adequate amount of time to review this declaration prior to the hearing at 9:30 tomorrow morning, and therefore would be prejudiced by its submission.

--Daniel


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Cyrus Mehri <CMehri@findjustice.com>
Date: 11/1/17 6:53 PM (GMT-05:00)
To: "'Freedman, John A.'" <John.Freedman@apks.com>, "Schwei, Daniel S. (CIV)" <DSchwei@civ.usdoj.gov>
Cc: "'jgreenbaum@lawyerscommittee.org'" <jgreenbaum@lawyerscommittee.org>, "'Jones, Stanton'" <Stanton.Jones@apks.com>, "'Pei, Sally'" <Sally.Pei@apks.com>, Joanna Wasik <JWasik@findjustice.com>, "'Wirth, Stephen K.'" <Stephen.Wirth@apks.com>
Subject: RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication

Daniel:

Here is the declaration that we just received.   Please respond to us by 8 pm at which time we intend to file our motion with the Court.

Cyrus

**From:** Cyrus Mehri
**Sent:** Wednesday, November 01, 2017 6:28 PM
**To:** 'Freedman, John A.'; Schwei, Daniel S. (CIV)
**Cc:** 'jgreenbaum@lawyerscommittee.org'; Jones, Stanton; Pei, Sally; Joanna Wasik; Wirth, Stephen K.
**Subject:** RE: Pars Equality Center et al v. Trump et al : DDC Rule 7(m) Communication


Daniel --

We intend to file a motion for leave under Rule 65 to submit a declaration from the refugee resettlement sponsor for Reza Zoghi.   We expect to receive the declaration shortly and will send it to you immediately upon receipt so you will have copy as soon as we have it.

Pursuant to Local Rule 7(m), please let us know your position this evening.

We look forward to hearing from you.

Cyrus