# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARS EQUALITY CENTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-00255-TSC |
| ) | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Hashim M. Mooppan in the above-captioned matter as counsel for all Defendants. Mr. Mooppan's address and phone number are provided below.

Dated: November 1, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

*/s/ Hashim M. Mooppan*
HASHIM M. MOOPPAN
(D.C. Bar No. 981758)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Room 3135
Washington, DC 20530
Tel.:   (202) 307-5906
Email:  Hashim.Mooppan@usdoj.gov

*Counsel for Defendants*