IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

In further support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 107), Plaintiffs hereby submit as Exhibit 1 a copy of the order issued on November 13, 2017, by the Ninth Circuit in *Hawaii v. Trump*, No. 17-17168, on the Government's motion for an emergency stay.

Dated:   November 15, 2017

Respectfully submitted,

/s/ John A. Freedman

| | |
|---|---|
| Cyrus Mehri (D.C. Bar # 420970) | John A. Freedman (D.C. Bar # 453075) |
| U.W. Clemon (D.D.C. Bar # AL0013) | David P. Gersch (D.C. Bar # 367469) |
| Joanna K. Wasik (D.C. Bar # 1027916) | R. Stanton Jones (D.C. Bar # 987088) |
| MEHRI & SKALET, PLLC | Nancy L. Perkins (D.C. Bar # 421574) |
| 1250 Connecticut Ave., NW, Suite 300 | Ronald A. Schechter (D.C. Bar # 245019) |
| Washington, DC 20036 | Robert N. Weiner (D.C. Bar # 298133) |
| (202) 822-5100 | Samuel M. Witten (D.C. Bar # 378008) |
| (202) 822-4997 (fax) | Sally L. Pei (D.C. Bar # 1030194) |
| cmehri@findjustice.com | Sonia Tabriz (D.C. Bar # 1025020) |
| | Stephen K. Wirth (D.C. Bar # 1034038) |
| Kristen Clarke (D.C. Bar # 973885) | ARNOLD & PORTER |
| Jon Greenbaum (D.C. Bar # 489887) |    KAYE SCHOLER LLP |
| LAWYERS' COMMITTEE FOR | 601 Massachusetts Ave., NW |
|    CIVIL RIGHTS UNDER LAW | Washington, DC 20001 |
| 1401 New York Ave., NW, Suite 400 | (202) 942-5000 |
| Washington, DC 20005 | (202) 942-5999 (fax) |
| (202) 662-8600 | john.freedman@apks.com |
| (202) 783-0857 (fax) | |
| jgreenbaum@lawyerscommittee.org | Christopher M. Odell (*pro hac vice*) |
| | ARNOLD & PORTER |
| Hassan Zavareei (D.C. Bar # 456161) |    KAYE SCHOLER LLP |
| TYCKO & ZAVAREEI LLP | 700 Louisiana Street, Suite 1600 |
| 1828 L Street, NW, Suite 1000 | Houston, TX  77002 |
| Washington, DC 20036 | (713) 576-2400 |
| (202) 973-0900 | (713) 576-2499 (fax) |
| (202) 973-0950 (fax) | christopher.odell@apks.com |
| hzavareei@tzlegal.com | |
| | Susan S. Hu (*pro hac vice*) |
| Adrienne D. Boyd (*pro hac vice*) | ARNOLD & PORTER |
| ARNOLD & PORTER |    KAYE SCHOLER LLP |
|    KAYE SCHOLER LLP | 250 West 55th Street |
| 370 Seventeenth Street, Suite 4400 | New York, NY 10019 |
| Denver, CO 80202 | (212) 836-8000 |
| (303) 863-1000 | (303) 836-8689 (fax) |
| (303) 832-0428 (fax) | susan.hu@apks.com |
| adrienne.boyd@apks.com | |
| | *Counsel for Plaintiffs* |

2