## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pars Equality Center, et al.

Plaintiff

vs.     Case No: 1:17-cv-00255-TsC

Donald J. Trump, in his official capacity as President of the United States, et al.

Defendant

### AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Third Amended Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/05/2017 at 12:05 PM, I served Daniel R. Coats, in his official capacity as Director of National Intelligence with the Summons and Third Amended Complaint for Declaratory and Injunctive Relief at Office of the Director of National Intelligence, 1500 Tysons McLean Drive, McLean, Virginia 22102 by serving Nancy Wiegand, Litigation Management Representative, authorized to accept service.

Nancy Wiegand is described herein as:

Gender: Female   Race/Skin: White   Age: 58   Weight: 140   Height: 5'7"   Hair: Brown   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

12/7/17
Executed On

Robert Proffitt

Client Ref Number: N/A
Job #: 1536551

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PARS EQUALITY CENTER et al. | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-00255 |
| DONALD J. TRUMP et al. | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    DANIEL R. COATS
    Director of National Intelligence
    Office of the Director of National Intelligence
    Washington, DC 20511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    JOHN A. FREEDMAN
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: November 7, 2017

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*