IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., *et al.*, | Civil Action No. 1:17-cv-255 |
| *Plaintiffs*, | Hon. Tanya S. Chutkan |
| v. | |
| DONALD J. TRUMP *et al.*, | |
| *Defendants*. | |

**PLAINTIFFS' REPLY IN SUPPORT OF A CASE MANAGEMENT SCHEDULE**

The Government's opposition (ECF No. 137) warrants a brief response.

1.  The Government urges the Court to "stay this case pending resolution" of appellate proceedings in other cases.  Opp. 2-3.  The Government's submission, however, nowhere discusses the legal standard for granting a stay.  Those standards are not met here.  The D.C. Circuit in *Dellinger v. Mitchell* stated that an applicant "for a stay must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to someone else."  442 F.2d 782, 785 (D.C. Cir. 1971) (citing *Landis v. North America Co.*, 299 U.S. 248 (1936)).  The Government does not meet those requirements.  Nor can the Government show that a stay is appropriate in light of the D.C. Circuit endorsement that "only in a rare circumstance will a litigant in one cause be compelled to stand aside while a litigant in another settles the rule of law that will define the rights of both." *Id.*.  Plaintiffs here are advancing entirely different legal theories than the statutory claim at issue

in the Ninth Circuit decision. Further, the Ninth Circuit case does not address the October 23

Memorandum. Resolution of the Ninth Circuit case will not affect this suit.

2.  The Government's contention that entry of further injunctive relief "would be directly

at odds with the Supreme Court's stay orders," Opp. 2, is refuted by the Ninth Circuit and the

Western District of Washington decisions.  *See* ECF No. 135 Ex. 1 & 2.  Indeed, since the

Government made that argument, the Western District of Washington has entered a second order

expressly rejecting the Government's position.  *See* Exhibit 1.

3.  The Government argues that the Court need do nothing regarding refugees because the

Refugee Ban will "imminently become moot" since the "SAO review period is scheduled to last

no more than 90 days." Opp. 3.  But the Government has repeatedly demonstrated over the

course of this litigation that it is prepared to extend these review periods far beyond their initial

limits.

4.  The Government also argues that the Court should limit any scheduling order to a

briefing schedule on a motion to dismiss and requests at least 21 days to submit a motion.

Defendants have already submitted three full-length briefs raising Rule 12(b)(1) and 12(b)(6)-

style arguments.  ECF Nos. 26, 50, & 113.  This case has been pending for almost a year, during

which time Plaintiffs have all continued to experience ongoing irreparable harm.  The time for

the Government to answer for its conduct should not be further delayed.

Dated:   January 10, 2018

Respectfully submitted,

/s/ John A. Freedman

Cyrus Mehri (D.C. Bar # 420970)

John A. Freedman (D.C. Bar # 453075)

U.W. Clemon (D.D.C . Bar # AL0013)

David P. Gersch (D.C. Bar # 367469)

Joanna K. Wasik (D.C. Bar # 1027916)

R. Stanton Jones (D.C. Bar # 987088)

MEHRI & SKALET, PLLC

Nancy L. Perkins (D.C. Bar # 421574)

1250 Connecticut Ave., NW, Suite 300

Ronald A. Schechter (D.C. Bar # 245019)

Washington, DC 20036

Robert N. Weiner (D.C. Bar # 298133)

(202) 822-5100

Samuel M. Witten (D.C. Bar # 378008)

(202) 822-4997 (fax)

Sally L. Pei (D.C. Bar # 1030194)

cmehri@findjustice.com

Sonia Tabriz (D.C. Bar # 1025020)

Stephen K. Wirth (D.C. Bar # 1034038)

Kristen Clarke (D.C. Bar # 973885)

ARNOLD & PORTER

Jon Greenbaum (D.C. Bar # 489887)

  KAYE SCHOLER LLP

LAWYERS' COMMITTEE FOR

601 Massachusetts Ave., NW

  CIVIL RIGHTS UNDER LAW

Washington, DC 20001

1401 New York Ave., NW, Suite 400

(202) 942-5000

Washington, DC 20005

(202) 942-5999 (fax)

(202) 662-8600

john.freedman@apks.com

(202) 783-0857 (fax)

jgreenbaum@lawyerscommittee.org

Christopher M. Odell (*pro hac vice*)

ARNOLD & PORTER

Hassan Zavareei (D.C. Bar # 456161)

  KAYE SCHOLER LLP

TYCKO & ZAVAREEI LLP

700 Louisiana Street, Suite 1600

1828 L Street, NW, Suite 1000

Houston, TX  77002

Washington, DC 20036

(713) 576-2400

(202) 973-0900

(713) 576-2499 (fax)

(202) 973-0950 (fax)

christopher.odell@apks.com

hzavareei@tzlegal.com

Susan S. Hu (*pro hac vice*)

Adrienne D. Boyd (*pro hac vice*)

ARNOLD & PORTER

ARNOLD & PORTER

  KAYE SCHOLER LLP

  KAYE SCHOLER LLP

250 West 55th Street

370 Seventeenth Street, Suite 4400

New York, NY 10019

Denver, CO 80202

(212) 836-8000

(303) 863-1000

(303) 836-8689 (fax)

(303) 832-0428 (fax)

susan.hu@apks.com

adrienne.boyd@apks.com

*Counsel for Plaintiffs*