AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PARS EQUALITY CENTER, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  17cv255 TSC |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Pars Equality Center, Iranian American Bar Association, Public Affairs Alliance of Iranian Americans, Inc., Shiva Hissong, Montra Yazdani, Sepideh Ghajar, Mohammad Jahanfar, Mohammad Reza Shaeri, Reza Zoghi, John Does #1, 9, &10, Jane Does #1, 4, 8, 9, 13, 14, & 15

Date:  01/18/2018

/s/ U.W. Clemon
*Attorney's signature*

U.W. Clemon, D.D.C. Bar #AL0013
*Printed name and bar number*

MEHRI & SKALET, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036
*Address*

clemonu@bellsouth.net
*E-mail address*

(202) 822-5100
*Telephone number*

(202) 822-4997
*FAX number*