# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, IRANIAN AMERICAN BAR ASSOCIATION, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mohammad Reza Shaeri, by and through counsel, hereby voluntarily dismisses, without prejudice, all claims that he makes in his complaint against Defendants Donald J. Trump, U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Department of State, U.S. Department of Justice, Elaine Duke, Kevin K. McAleenan, Rex W. Tillerson, Jefferson Beauregard Sessions III, and Daniel R. Coats.

Dated: January 31, 2018

| | |
|---|---|
|   /s/ Cyrus Mehri   | John A. Freedman (D.C. Bar # 453075) |
| Cyrus Mehri (D.C. Bar # 420970) | David P. Gersch (D.C. Bar # 367469) |
| U.W. Clemon (D.D.C. Bar #AL0013) | R. Stanton Jones (D.C. Bar # 987088) |
| Joanna K. Wasik (D.C. Bar # 1027916) | Nancy L. Perkins (D.C. Bar # 421574) |
| MEHRI & SKALET, PLLC | Ronald A. Schechter (D.C. Bar # 245019) |
| 1250 Connecticut Ave., NW | Robert N. Weiner (D.C. Bar # 298133) |
| Suite 300 | Samuel M. Witten (D.C. Bar # 378008) |
| Washington, DC 20036 | Sally L. Pei (D.C. Bar # 1030194) |
| (202) 822-5100 | Sonia Tabriz (D.C. Bar # 1025020) |
| (202) 822-4997 (fax) | Stephen K. Wirth (D.C. Bar # 1034038) |
| cmehri@findjustice.com | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| Kristen Clarke (D.C. Bar # 973885) | 601 Massachusetts Ave., NW |
| Jon Greenbaum (D.C. Bar # 489887) | Washington, DC 20001 |
| LAWYERS' COMMITTEE FOR | (202) 942-5000 |
|   CIVIL RIGHTS UNDER LAW | (202) 942-5999 (fax) |
| 1401 New York Ave., NW | john.freedman@apks.com |
| Suite 400 | |
| Washington, DC 20005 | Christopher M. Odell (*pro hac vice*) |
| (202) 662-8600 | ARNOLD & PORTER |
| (202) 783-0857 (fax) |   KAYE SCHOLER LLP |
| jgreenbaum@lawyerscommittee.org | 700 Louisiana Street, Suite 1600 |
| | Houston, TX  77002 |
| Hassan Zavareei (D.C. Bar # 456161) | (713) 576-2400 |
| TYCKO & ZAVAREEI LLP | (713) 576-2499 (fax) |
| 1828 L Street, NW | christopher.odell@apks.com |
| Suite 1000 | |
| Washington, DC 20036 | Susan S. Hu (*pro hac vice*) |
| (202) 973-0900 | ARNOLD & PORTER |
| (202) 973-0950 (fax) |   KAYE SCHOLER LLP |
| hzavareei@tzlegal.com | 250 West 55th Street |
| | New York, NY 10019 |
| Adrienne D. Boyd (*pro hac vice*) | (212) 836-8000 |
| ARNOLD & PORTER | (303) 836-8689 (fax) |
|   KAYE SCHOLER LLP | susan.hu@apks.com |
| Suite 4400 | |
| 370 Seventeenth Street | |
| Denver, CO 80202 | |
| (303) 863-1000 | |
| (303) 832-0428 (fax) | *Counsel for Plaintiffs* |
| adrienne.boyd@apks.com | |