UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARS EQUALITY CENTER et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP et al.,** <br><br> Defendants. | Civil Action No. 17-cv-255 -TSC |

## ORDER OF PARTIAL DISMISSAL

In light of Voluntary Dismissal (ECF No. 140) filed by Plaintiff Mohammad Reza Shaeri, all claims asserted by said plaintiff are hereby dismissed without prejudice.

Date: January 31, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge