# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARS EQUALITY CENTER, PUBLIC AFFAIRS ALLIANCE OF IRANIAN AMERICANS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-255<br><br>Hon. Tanya S. Chutkan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Pars Equality Center and Iranian-American Bar Association, by and through counsel, hereby voluntarily dismiss, without prejudice, all claims made in their complaint against Defendants Donald J. Trump, U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Department of State, U.S. Department of Justice, Elaine Duke, Kevin K. McAleenan, Rex W. Tillerson, Jefferson Beauregard Sessions III, and Daniel R. Coats.

Dated: July 31, 2018

| | |
|---|---|
| Cyrus Mehri (D.C. Bar # 420970)<br>U.W. Clemon (D.D.C. Bar #AL0013)<br>Joanna K. Wasik (D.C. Bar # 1027916)<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Ave., NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100<br>(202) 822-4997 (fax)<br>cmehri@findjustice.com | /s/ John A. Freedman<br>John A. Freedman (D.C. Bar # 453075)<br>David P. Gersch (D.C. Bar # 367469)<br>R. Stanton Jones (D.C. Bar # 987088)<br>Nancy L. Perkins (D.C. Bar # 421574)<br>Ronald A. Schechter (D.C. Bar # 245019)<br>Robert N. Weiner (D.C. Bar # 298133)<br>Samuel M. Witten (D.C. Bar # 378008)<br>Sally L. Pei (D.C. Bar # 1030194)<br>Sonia Tabriz (D.C. Bar # 1025020)<br>Stephen K. Wirth (D.C. Bar # 1034038)<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 942-5000<br>(202) 942-5999 (fax)<br>john.freedman@apks.com |
| Kristen Clarke (D.C. Bar # 973885)<br>Jon Greenbaum (D.C. Bar # 489887)<br>LAWYERS' COMMITTEE FOR<br>  CIVIL RIGHTS UNDER LAW<br>1401 New York Ave., NW<br>Suite 400<br>Washington, DC 20005<br>(202) 662-8600<br>(202) 783-0857 (fax)<br>jgreenbaum@lawyerscommittee.org | |
| Hassan Zavareei (D.C. Bar # 456161)<br>TYCKO & ZAVAREEI LLP<br>1828 L Street, NW<br>Suite 1000<br>Washington, DC 20036<br>(202) 973-0900<br>(202) 973-0950 (fax)<br>hzavareei@tzlegal.com | Christopher M. Odell (*pro hac vice*)<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX  77002<br>(713) 576-2400<br>(713) 576-2499 (fax)<br>christopher.odell@apks.com |
| Adrienne D. Boyd (*pro hac vice*)<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>Suite 4400<br>370 Seventeenth Street<br>Denver, CO 80202<br>(303) 863-1000<br>(303) 832-0428 (fax)<br>adrienne.boyd@apks.com | Susan S. Hu (*pro hac vice*)<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>(212) 836-8000<br>(303) 836-8689 (fax)<br>susan.hu@apks.com |
| | *Counsel for Plaintiffs* |