UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PARS EQUALITY CENTER et al.,**

    Plaintiffs,

v.

**DONALD J. TRUMP et al.,**

    Defendants.

Civil Action No. 17-cv-255 -TSC

## ORDER OF DISMISSAL

In light of the Notice of Voluntary Dismissal, ECF No. 144, filed the Plaintiffs, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date:  August 9, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge